JONES AND ASSOCIATES

COMPLAINT

EXHIBITS:

EXHIBIT NINETEEN

RESPONCES TO AGENCY CLAIMS

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Child and Family Services Agency



Office of Licensing and Monitoring

July 15, 2005

Jones and Associates
Dr. James Jones
Executive Director
1454 Corcoran Street, NW
Washington, DC 20009

Ex. 19

**Subject: Draft Quality Assurance/Performance Evaluation Report for Contract # <u>CFSA-04-C0350</u>**

Dear Dr. Jones

The District of Columbia Child and Family Services Agency (CFSA) has completed a quality assurance/contract performance review for the above referenced contract. This review was performed in accordance with the Agency's continued emphasis on performance standards and contractor accountability.

We have enclosed a draft report of our findings and recommendation(s) for your review and written response as warranted. Should you elect to submit additional or alternative information for consideration, you must submit it in a format similar to that of the enclosed draft. Please note that CFSA will entertain credible and verifiable justification that creates a reasonable rationale for altering the original findings. Additionally, you must hand deliver any new information to the following location not later than close of business on **Thursday July 28, 2005**:

> Child and Family Services Agency
> Attention: Mrs. Rula Swann, Program Manager
> Office of Licensing and Monitoring
> 955 L'Enfant Plaza, SW Suite P101
> Washington, D.C. 20024

CFSA will conduct a review of all credible submissions not later than August 12, 2005 and finalize this evaluation. Thank you in advance for supporting these efforts to actualize our mission of safety, permanency and well being for children, youth and families committed to the care of CFSA.

Sincerely,

Mr. Jearl J. Ward, Administrator
Office of Licensing and Monitoring

CC:   Sharlynn Bobo, Deputy Director for Licensing and Monitoring
      Rula Swann, Program Manager
      Samuel J. Feinberg, Contract and Procurement Administrator
      Program File

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Child and Family Services Agency





### SUMMARY EVALUATION OF CONTRACTOR ANNUAL PERFORMANCE

| | |
|---|---|
| 1. CONTRACT NUMBER: CFSA-04-C-0350 | 2. Date of award: July 1, 2004 |

3. Name of Contractor:
   Jones and Associates, Inc

   Address: 1454 Corcoran Street N.W.
   City: Washington          State: D.C.
   Zip Code: 20009
   Telephone: 202-462-1117
   Facsimile:
   E-mail: None

| | |
|---|---|
| 4. Contract period: (Specify, Month, Day, Year)<br>From: July 1, 2004  To June 30, 2005 | 5 Period of performance evaluation review: (Specify, Month, Day, Year)<br>From: July 1, 2004  To: June 30, 2005 |

6. Program description:
Jones and Associates ILP is contracted to provide independent living services to 55 youth aged 16 to 21. 40 youth may be served at two main facility ILP's at 1819 and 1821 East Capitol Street in Washington DC, and 15 youth may be served off-site while enrolled in college.

| | Strong Performance | Acceptable Performance | Deficient Performance |
|---|---|---|---|
| 7. Contractor's adherence to the specific contract requirements | | | X |
| 8. Contractor's overall effectiveness in service delivery | | | X |
| 9. Contractor's consistency and timeliness in responding to requests made by the agency | | | X |
| 10. Accuracy, timeliness, and completeness of Contractor's documentation | | X | |
| 11. Condition of Contractor's facility (ies) | | X | |
| 12. Contractor's compliance with safety standards | | | X |
| 13. Narrative and Recommendations | | | |
| 14. Overall Performance Rating | | 1.3<br>**Deficient: Consistently fails to meet contractual requirements.** | |

| Program Monitor / Date | Supervisor / Date   6 - 30 - 05 | Program Manager / Date   6/30/05 |
|---|---|---|

06/09/2005

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Child and Family Services Agency





### NARRATIVE EVALUATION FORM

---

**Contractor's adherence to the specific contract requirements**

Jones and Associates has not been able to renew its annual independent living license in accordance with DCMR Chapter 63. Initially, the Contractor did not respond to the Licensing Inspection Deficiency Report and Corrective Action Plan issued by the CFSA Licensing Unit. Ultimately, the Contractor submitted a report in response to areas in need of corrective action. Jones and Associates has been issued a provisional license to provide independent living services which expires on August 17, 2005. Licensure is required by the CFSA contract.

Jones and Associates has consistently advocated for educational services for the youth participating in the independent living program. However, documentation in the case records of educational progress and any need for remedial assistance would be beneficial toward determining whether all required educational services are being provided.

The Jones and Associates ILP has not complied with the staffing requirements of Chapter 63 and the contract. To date, Jones and Associates has not employed the required Social Workers. Personnel record reviews indicate that police, medical and drug/alcohol screening, and child protection clearances had not been obtained as required. Additionally, the record review did not contain any documentation that staff had received training as required by the regulations and the CFSA contract. Jones and Associates has subsequently made improvements in the area of training by developing a training curriculum and documenting staff attendance at training sessions.

Youth case records have not been maintained in compliance with contractual requirements. The records do not document updated ITILP's for youth. The monitor is therefore unable to determine whether youth service needs have been satisfactorily fulfilled. Jones and Associates ILP has made recent improvements in this area by developing a new ITILP format. Life skills training is not adequately documented in the case records, also making determination in this area difficult.

Jones and Associates ILP has not established bank accounts for youth residents in accordance with requirements. Stipends and allowances are disbursed to residents, but funds are often restricted for behavior infractions on the part of residents. Jones and Associates does not provide detailed accounting of these restricted funds to determine whether youth receive these monies at a later time.

The monitor has been unable to determine whether the Jones and Associates ILP maintains an operable fleet of vehicles funded by the contract. Jones and Associates ILP staff has not made the vehicles available for inspection.

Jones and Associates ILP has not consistently provided organized group or individualized recreational and socio-cultural activities for youth enrolled in the program. The Contractor has not provided documentation regarding efforts to engage youths' family members in program participation and facilitate visitation.

Jones and Associates ILP is found to be deficient in this area.

1

## Contractor's compliance with safety standards

The CFSA Sanitarian's inspection and re-inspection reports cite deficiencies related to safety, such as the Contractor's inability to develop and implement an appropriate fire and safety evacuation plan. In February 2005, the Contractor installed carbon monoxide detectors in each apartment in order to attain compliance with these requirements.

CFSA has conducted two institutional investigations during this contract period. CFSA found one to be unsupported; however, the incident (an altercation among residents resulting in serious injury) raised concerns regarding staff supervision. As mentioned in the section regarding service delivery, youth have described instances in which staff has not provided adequate supervision.

The second institutional investigation had a substantiated finding of "substance abuse impacted the parenting abilities of the Jones ILP staff". CFSA found the allegations of inappropriate sexual behavior on the part of male staff persons to be unsupported.

A review of previous programmatic concerns regarding the Jones ILP revealed prior allegations of staff substance abuse and inappropriate care and supervision. In the fall of 2004, a CFSA Institutional Investigation had investigated similar allegations regarding staff misconduct. Jones and Associates ILP had not taken any measures since that time to prevent further incidence of staff misconduct. Some of the same staff continued to work for the program.

UI reporting has not been in compliance with licensing and contractual requirements. Jones and Associates ILP does not record youth whereabouts during afterschool and evening hours. Youth are often absent from the facility. Staff supervision could be improved as indicated by youth interviews and institutional investigations.

Jones and Associates ILP is found to be deficient in this area.

1

| | |
|---|---|
| Aggregate Score | 8 |
| Overall Rating | 1.3 |

**Summary:** The Jones and Associates Independent Living Program receives a "Deficient" rating for performance during this contract year. The program has not obtained its required independent living licensure, and has been issued a provisional license with full licensure pending further corrective action. Performance has been found deficient in four areas: (1) Contractor's adherence to the specific contract requirements; (2) Contractor's overall effectiveness in service delivery; (3) Contractor's consistency and timeliness in responding to requests made by the agency; (4) Contractor's compliance with safety standards.

**Corrective Action:** The Jones and Associates Independent Living Program must maintain annual licensure as an independent living program in order to meet contractual requirements with CFSA, and the program must address areas found to be deficient.

**Recommendation:** CFSA conduct a more detailed assessment to determine whether to continue to contract with the Jones and Associates Independent Living Program.

06/09/2005

## Contractor's overall effectiveness in service delivery

Jones and Associates ILP has enrolled a number of youth in college, and many of the youth receive pre- and post-emancipation services from the program. Jones and Associates ILP should collect data on the progress of those youth enrolled in college to determine their continued educational and service needs, and whether they are successfully completing their educational and other independent living goals.

For those youth served at the Jones facility, ITILP's and progress notes must be properly maintained in youth case records. The monitor has difficulty determining whether services have effectively been delivered without an ITILP and progress notes.

To date, the program has not documented the Life Skills training being provided in terms of any instructional group sessions, workshops, or formalized training being offered. In February 2005, the Jones and Associates ILP revised the Life Skills Program to include a self assessment pre-test, individualized instruction, and a post-test. Life skills can also be improved through compliance with regulations regarding the establishment of bank accounts.

Satisfaction surveys with a sample group of the youth yielded various opinions regarding the quality of services being offered by the program. Of the sample group interviewed in January 2005 and March 2005, a significant percentage of youth indicated concerns with care being provided by staff at the facility. Youth reported instances of staff disrespect of youth, and use of drugs and alcohol by staff (see "Safety" section). The youth also reported that inappropriate comments had been made to at least two of the female residents by male staff persons. Jones and Associates are responding to corrective actions requested by the findings of an Institutional Investigation report, and are to address staffing issues as per the report. Facility services can also be improved by enhanced supervision of residents and their activities afterschool and in the evening hours.

The monthly activity calendars submitted had not evidenced a satisfactory array of recreational and socio-cultural activities for youth, particularly on the weekends. Jones and Associates have been offered technical assistance in this regard.

Jones and Associates ILP is found to be deficient in this area.

1

## Contractor's consistency and timeliness in responding to requests made by the agency

CFSA has noted discrepancies in the Jones and Associates ILP's reporting of UI's. For several months, the number of UI's reported in the monthly monitoring meeting did not coincide with the number that had received by CFSA within the required UI reporting timeframe. Jones and Associates has improved UI reporting in recent months. Through February of 2005, staff had not been forwarding copies of the UI reports to CFSA social workers in accordance with contractual requirements.

Jones and Associates ILP attend the monthly CFSA Provider meetings, but often arrive late resulting in an inability to obtain all information provided by CFSA. Staff attends the monthly meeting with the monitor, but executive management has not been represented at these meetings. The staff representing Jones and Associates ILP in the monthly monitoring meeting is often unable to provide the monitor with required information.

The Contractor has not consistently submitted CFSA's required Weekly Resident Roster for tracking of youth residents. Jones and Associates ILP had not been identifying the accurate location of youth residence to determine off-site residence in college from residence in the ILP facilities.

Jones and Associates ILP has often been reluctant to provide CFSA with requested documentation. For

example, Jones and Associates ILP initially refused to respond to the corrective action plan required by the Licensing Inspection Deficiency Report. Ultimately, Jones and Associates submitted the requested documentation. Improvements are being made in this regard.

Jones and Associates ILP is the only Contractor without e-mail capability. CFSA often communicates with Contractors via e-mail, and most Contractors submit information in electronic form in order to expediently respond to CFSA requests.

Jones and Associates ILP is found to be deficient in this area.

1

## Accuracy, timeliness, and completeness of Contractor's documentation

Youth case records and personnel records have not been maintained in accordance with Chapter 63 guidelines and contractual requirements. Improvements are being made in this regard. Jones and Associates ILP has hired a Nurse to ensure proper documentation is available concerning all medical and therapeutic services. The program has also developed a new ITILP format for documenting the independent living goals and objectives of youth.

Jones and Associates ILP maintains resident records in staff offices which can be locked. Staff records are maintained at the corporate office in a secure location.

Jones and Associates ILP receives an acceptable rating in this area due to recent improvements.

2

## Condition of Contractor's facility (ies)

Jones and Associates ILP's performance is found to be in compliance with Section 6328.5 of Title 29 Chapter 63. The Sanitarian report dated December 28, 2004, cited several physical deficiencies for both the 1819 and 1821 East Capitol Street facilities; however, during the months of January and February 2005, the Contractor made a substantial effort to comply with the recommendations cited in these reports.

The Contractor has complied with the requirements specified in 6328.5., with the exception of first aid kits, devising an appropriate evacuation plan, and descriptions of individual staff duties with respect to emergency response protocol.

All of the staff is housed at the 1819 East Capitol Street location. Adequate meeting space is limited, and the facilities do not have an area designated for family visits.

The monitor conducted a site visit during which all the main facility apartments units were observed. The apartments were generally in good condition, with only several pieces of furniture in need of repair. Jones and Associates ILP houses two youth per bedroom. As a result, storage of personal items is limited. Although each youth is assigned a closet, the space to organize and store personal belongings remains an issue/concern for most residents. Youth residents had televisions, stereo equipment, and had been provided computers. However, computers were in disrepair with old or inoperable computer pieces located in each apartment unit.

The Contractor does ensure that bedding, linen, personal hygiene items and other necessary items are provided to each youth. A Nutritionist assists the youth to plan and prepare meals at the facility.

Jones and Associates ILP receives an acceptable rating in this area.

2

06/09/2005

> ## Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .
>
> Jones and Associates ILP does not have an area designated for family visit.

**ISSUE:** Dispute of Family Visiting Area
The issue is whether or not the statement in the July 15, 2005 CFSA Report, that Jones and Associates ILP does not have an area designated for family visit is in error?

**ANSWER:**
The answer is "Yes" the statement in the report is In Error.

**DISCUSSION:**

Jones & Associates ILP program does have an area that family members may use when they visit. It must be understood that the residents live in two bedroom apartments with room mates. Part of the life skills that the resident learns how to entertain guest and family who visit them in their apartment when they live with a roommate or more that one roommate. Techniques pertaining to this life skill task are covered in some of the housing teaching session.

The sharing of an apartment is a common practice in the District of Columbia because the rent is so high. Sharing an apartment with a roommate or more than one roommate is in some cases is the only way young adults can afford to live in this city, in all or most of the apartments sharing situations the room mate works out the solution pertaining to handling visitors to the apartment and so do the residents in Jones & Associates ILP program make accommodations in this area.

The immediate family may visit the resident in the living room of the apartment during visiting hours and in some cases in the residents' bedroom provided arrangements have been made with the other roommate in the room.

> ## Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .
>
> the late arrival of Jones & Associates at the contractor's CFSA monthly meeting resulted in an inability of James and Associate's to obtain all information provided by CFSA

## ISSUE: Dispute of Late Arrival at Contractor's Meeting

The issue is whether or not the statement in the July 15, 2005 CFSA Report, that the late arrival of Jones & Associates at the contractor's CFSA monthly meeting resulted in an inability of James and Associate's to obtain all information provided by CFSA is in error?

## ANSWER:

The answer is "Yes" the statement in the report is In Error.

## DISCUSSION:

The statement that Jones and Associates ILP attend the monthly CFSA Provider meetings but often arrive late resulting in an inability to obtain all information provided to CFSA is in error. The presumption that being late for a Provider's meeting results inability to obtain all information provided by CFSA is preposterous. Jones and Associates has always received and obtained all of the information ever provided at the meetings, notwithstanding the unsubstantiated reference that Jones and Associates is frequently late for these meetings.

On the contrary, the meeting for the most part starts after Jones and Associates have arrived, thus Jones and Associates receives all of the information. It defies logic to assume that in order to receive information the physical presence of the individual must be physically located in the room where the meeting is actually being held.

294

---

## Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .

the storage of the personal items for the Residents is limited.

---

**ISSUE:** Dispute Of Resident Personal Item Storage Space

The issue is whether or not the statement in the July 15, 2005 CFSA Report, that the storage of the personal items for the Residents is limited is in error?

**ANSWER:**
The answer is "Yes" the statement in the report is In Error.

**DISCUSSION:**

The residents in Jones and Associates live in an apartment. Each resident has a closet that locks that has a dresser made into the closet which will also allow the resident to hang up clothing and lace items on the floor in the closets.

In addition the beds in the bedrooms have these very large drawers that slide out from underneath the bed. The computer desk in the apartments has a small amount of room for books and other items.

The common complaint by most teenagers about the amount of space who share a room with a sibling or another person is always in their mind they don't have enough storage space.

Sharing room space with a room mate is part of Life Skill training. This particular life skill is important for those residents in the program who go away to college, most of the college students must share a room for the in the college dorm room and they have less closet and storage space than in Jones and Associates.

284

> ## Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .
>
> the contractor's first aid kits had essential items missing from the first aid kit.

**ISSUE:** Dispute of Items Missing From First Aid

The issue is whether or not the statement in the July 15, 2005 CFSA Report, that the contractor's first aid kits had essential items missing from the first aid kit is in error?

## ANSWER:
The answer is "Yes" the statement in the report is In Error.

## DISCUSSION:

Jones & Associates has a total of ten (10) first aid kits for the residents' apartments and use. There is one first aid kit per apartment. Of the ten (10) first aid kits the environmental inspector found two items missing in two different first aid kits. These items were the first aid instruction book and the syrup of ipecac that was not actually missing per say, but had been removed from each kit to prevent the residents from drinking it. The syrup of ipecac is stored in the secured first aid cabinet. This was explained to the monitor when he raised the question.

267

Jones & Associates Response to CFSA Report of 7/15/05

---

### Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .

Jones and Associates is the only contractor without e-mail capability.

---

## ISSUE: Dispute of E-mail Capability

The issue is whether or not the statement in the July 15, 2005 CFSA Report, that Jones and Associates is the only contractor without e-mail capability is in error?

## ANSWER:
The answer is "Yes" the statement in the report is In Error.

## DISCUSSION:

Jones & Associates was among the first contractors to go online to participate in the online web page that the CFSA set up to better communicate between the contractor and the agency. Jones & Associates has had an email address under another name. This email address was used to receive email from all sources and could be used by anyone. The proliferation of spam, virus infections and hackers intruding on the email cites caused Jones & Associates to rethink its position on whether to use its general email address for CFSA business email or to obtain an email address that would be exclusively for the use of CFSA's email correspondence. This decision has been made and the email address is available for use by the agency. The email address is *JONESILP@email.com*. For details on email evidence see attachments

Jones & Associates Response to CFSA Report of 7/15/05

> ### Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .
>
> the contractor (Jones and Associates ILP) installed carbon monoxide detectors in each apartment in order to attain compliance with these requirements.

**ISSUE:** Dispute Of Carbon Monoxide Installation.

The issue is whether or not the statement in the July 15, 2005 CFSA Report, that the contractor (Jones and Associates ILP) installed carbon monoxide detectors in each apartment in order to attain compliance with these requirements is in error?

**ANSWER:**
The answer is "Yes" the statement in the report is In Error.

**DISCUSSION:**

Carbon monoxide detectors have been installed since the ILP Regulations demanded them. Ms. Jenkins, the first license monitor, about a year ago or more, physically check the proper positioning of each carbon monoxide detector unit in each apartment. The statement in the report that the contractor installed carbon monoxide detectors in each apartment in order to attain compliance with these requirements is in error. These carbon monoxide detectors have been in place since the very first monitor checked them. The carbon monoxide detectors were installed mainly for the purpose of preventing the residents from being overcome by carbon monoxide.

The fact that this is an ILP regulation requirement falls in a category with all other ILP regulations and it is not a unique regulation. It should be noted that Jones and Associates has also installed smoke detectors and the DC Government Fire Department require that the apartment building have fire alarms and fire extinguishers.

290

> ## Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .
>
> the contractor (Jones and Associates ILP) was unable to develop and implement an appropriate fire and safety evacuation plan.

**ISSUE:** Dispute of Fire Evacuation Plan Development

The issue is whether or not the statement in the July 15, 2005 CFSA Report, that the contractor (Jones and Associates ILP) was unable to develop and implement an appropriate fire and safety evacuation plan is in error?

**ANSWER:**
The answer is "Yes" the statement in the report is <u>In Error.</u>

**DISCUSSION:**

Jones and Associates has developed and implemented an appropriate fire and safety evacuation plan. Some history of the District of Columbia, when reviewed will remind the monitors that the District of Columbia has always had fire regulations for apartment buildings. For years the D.C. Fire Department has approved the fire plan and evacuation plan by the facility. It is very displeasing that the statement was made that Jones and Associates was unable to develop and implement an appropriate fire and safety evacuation plan especially when the inspector was looking at such information during his inspection.

Since these plans were striking points, Jones and Associates, under the Fair Use Doctrine, examined other plans from the internet and other vendors who the agency considered to have adequate plans. Jones & Associates adopted many of the components from other organization's plans. (For Information of the Plan, see Evidence On Plan)

> ## Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .
>
> Life Skills can be improve though compliance with regulations regarding the establishment of bank accounts.

**ISSUE:** Dispute of Statement of Fact

The issue is whether or not the statement in the July 15, 2005 CFSA Report that Life Skills can be improve though compliance with regulations regarding the establishment of bank accounts is a statement of fact?

**ANSWER:**
The answer is the statement in the report is <u>A Statement Of Fact.</u>

**DISCUSSION:**

The ILP regulations in section 6333.3 generally state that an independent living program shall assist a resident in opening the bank account. The key word in this section is "assist the resident." James and associates has assisted the residents in the program to open a bank account as a result of this assistance, at least eighteen residents now have bank accounts open.

It should be noted that the more independent residents, especially the residents in college, open their own bank accounts and in whatever reason decide not to inform the staff that they have an open account.

Jones & Associates has complied with this section of the regulation by:

- Assigning the resident the task of opening up a bank account.
- Providing personal consultation to the resident on the importance of opening a bank account
- Secured from the bank all the necessary forms and literature for the resident and explained and encouraged the resident to open a bank account. (See sample bank forms and literature)

28

Jones & Associates Independent Living
and College Option Program
Response to the Inspection Report of March 23, 2005

### RESPONSE 5 – BANK ACCOUNT DEFICIENCY

**Introduction**

The CFSA agency's license monitor issued the results of the inspection of the Jones & Associates ILP facility in a report dated March 23, 2004.

The monitor reviewed the records of twenty (20) residents. Of the twenty (20) residents, seventeen (17) were classified as active file and three (3) were classified as closed files.

The monitor also reviewed twenty-four (24) personnel records of Jones & Associates.

*DEFICIENCY CITED IN THE REPORT*

| 6333.3 | An independent living program shall assist a resident in opening the bank accounts required by § 6333. | No documentation in residents records to indicate that Jones & Ass., are assisting residents to open bank accounts.  The residents do not have bank accounts. |
|---|---|---|

**Jones & Associates Response:**

The deficiency cited in this section of the report is incorrect and should be deleted from the report for the following reasons:

The monitor, in almost all of her reports, states that Jones & Associates has a deficiency relative to the resident's bank account requirements. Each time this particular deficiency is cited, Jones & Associates has provided information to demonstrate that Jones & Associates is in compliance with the resident's bank account section the regulations.

Section 6333.1 states:

> *A resident shall have an individual interest bearing savings account in a financial institution that is federally insured.*

The literal meaning of this section basically says that it is necessary for the resident to take the necessary steps to open a bank account. For anyone else other than the resident

1

opens a bank account for an individual who is of age exposes him or herself to possible legal peril

Section 6333.3 states:

> An independent living program shall assist a resident in opening the bank accounts required by § 6333.

Jones & Associates has complied with this section of the regulation by:

- Assigning the resident the task of opening up a bank account.

- Providing personal consultation to the resident on the importance of opening a bank account.

- Secured from the bank all the necessary forms and literature for the resident and explained and encouraged the resident to open a bank account. *(See sample bank forms and literature.)*

- Provided individual technical assistance to the resident showing him or her how to complete the necessary forms to open a bank account.

- On the resident's pay day the program has transportation available for the resident to be taken to a bank to open a bank account and transportation is also available to the resident whenever he or she would like to go and open up a bank account.

The effort and assistance that Jones & Associates provided to residents to help them open bank accounts resulted in eighteen (18) residents in the program opening bank accounts. Those residents who opened bank accounts are:

| | |
|---|---|
| Latoya Johnson | Peter Howard |
| Tanika Rivers | Julia Pearce |
| Quentin Hairson | Shauntay Jenkins |
| Darnell House | Rolanda Young |
| Crystal Collins | Tina Chick |
| Elba Prudencio | Iris Bonilla |
| Augie Duarte | Taylor Nyhn |
| Ricky Battle | Jamar Kibler |
| Shamika Wilson | Dawit Gety |

**Conclusion:**

Jones & Associates presents this evidence to support the conclusion that Jones & Associates is in compliance with this section of the ILP Regulations and requests that this deficiency be deleted from the report.

2



## Contents

2   Terms and Conditions
3   I.   Rules for All Deposit Accounts
         A.   Terms To Know About Your Accounts Including
              Truth In Savings Disclosures, *page 3*
         B.   General Rules for All Deposit Accounts, *page 28*
40  II.  Ownership Of Accounts
         A.   Individual Accounts, *page 40*
         B.   Joint Accounts, *page 40*
         C.   Fiduciary Accounts, *page 41*
         D.   Unincorporated Association (Non-business), *page 43*
         E.   Proprietor or Trade Name Accounts, *page 43*
44  III. Funds Availability Policy
         A.   Summary of Policy, *page 44*
         B.   Determining the Availability of a Deposit, *page 44*
         C.   Other Check Deposits, *page 46*
         D.   Certain Cases May Delay Availability, *page 46*
         E.   Repeated Overdrafts or Returned Checks, *page 47*
         F.   Amendments to This Policy, *page 47*
         G.   Endorsements and Related Liability for Depositors, *page 48*
         H.   Items Not Acceptable for Deposit, *page 49*
         I.   Tips to Avoid Inconvenience, *page 49*
52  IV.  Electronic Banking Disclosure
         A.   Types of Electronic Transfers Available and Limits
              on Transactions, *page 52*
         B.   Charges for Electronic Transactions, *page 57*
         C.   Documentation of Electronic Transactions, *page 57*
         D.   Liability and Notice Provisions for Lost and
              Stolen Cards, *page 58*
         E.   ATM Safety Reminders, *page 62*
63  V.   Account Related Services
         A.   Automatic Overdraft Transfer Service, *page 63*
         B.   Automatic Savings Plan, *page 64*
         C.   Online Banking, *page 65*

*Security, convenience, personal attention, bankin:*
*products and services that meet your needs — the:*
*are the hallmarks of Riggs Bank.*

As a Riggs customer, you have access to the full range of products and
services we offer, as well as a banking network that reaches throughout t:
District of Columbia and into Virginia and Maryland. At each Riggs' loc
exceptional service is our standard. Customers depend on us for fast
response, innovative solutions, and service. The Riggs tradition is dedica
to the finest in banking performance. We don't just talk about quality in
banking — we deliver it every day.

We've prepared this brochure to inform you about the rules and regulati
that govern your accounts with us. It contains important information an:
details your rights and responsibilities as well as ours.

Please be sure to read the sections that apply to you and keep this brochu
handy for future reference. If you still have questions, we'll be happy to h:
Just call us at (301) 887-6000, or toll-free, 1-(800)-368-5800 if you are out:
the metropolitan Washington, D.C. area. If you are hearing impaired, ple:
call (301) 887-4800 to contact our TDD terminal.

For general inquiries and to inform us of your address change, please write u

RIGGS BANK N.A.
P.O. Box 96758
Washington, DC 20090-6758
or contact us at our website www.riggsbank.com

You may mail deposits or payments to us at:

RIGGS BANK N.A.
Remittance Services
P.O. Box 96210
Washington, DC 20090-6210

> ### Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .
>
> stipend and allowances are disbursed to residents, but funds are often restricted for behavior infractions on the part of the resident.

 **ISSUE:** Dispute of Stipend and Allowances

The issue is whether or not the statement in the July 15, 2005 CFSA Report, that stipends and allowances are disbursed to residents, but funds are often restricted for behavior infractions on the part of the resident is in error?

## ANSWER:
The answer is "Yes" the statement in the report is In Error.

## DISCUSSION:

Jones & Associates for more than twenty (20) years have been paying the residents in its program their correct stipend and allowance. In addition all funds in this area has been accounted fr the procedures calculating and distributing the resident's stipend and allowance is as follows:

Jones & Associates uses a Resident Life Skills Performance Voucher. This voucher list the task that the residents is expected to complete for pay purposes during the designated work period which is two (2) weeks. Each task is assigned an amount of money that the resident can earn and receive if properly completed on pay day. Any funds not earned for incomplete performance task will be held in escrow this also includes behavior ticket violations that the resident may have also received during the same period.

Section 347.3(a) states that an approved form of discipline includes but not limited to; the elimination or withholding of an allowance provided by the independent living program, but not yet paid or due to be paid.

Section 347.3(a) was incorporated into the ILP regulations as a result of Jones & Associates designing and implementing their performance vouchers some twenty (20) years ago in its original proposal.

195

Jones & Associates Independent Living
and College Option Program
Response to the Inspection Report of March 23, 2005

RESPONSE 2 – RESIDENT'S FUNDS DEFICIENCY

**Introduction**

The CFSA agency's license monitor issued the results of the inspection of the Jones & Associates ILP facility in a report dated March 23, 2004.

The monitor reviewed the records of twenty (20) residents. Of the twenty (20) residents, seventeen (17) were classified as active file and three (3) were classified as closed files.

The monitor also reviewed twenty-four (24) personnel records of Jones & Associates.

*DEFICIENCY CITED IN THE REPORT*

*"there is no documentation of funds returned to residents upon discharge which was withheld from stipend."*

**Jones & Associates Response**

The deficiency cited in this section of the report is correct/incorrect and should/should not be deleted from the report and receive corrective action for the following reasons.

The monitor states in the report that there is no documentation of funds, returned to residents upon discharge, which were withheld from stipend. This deficiency is inaccurate. Jones & Associates has a complete financial accounting of all of the funds that the resident actually received while in the program and an accounting of all the funds held in escrow. When the funds that were actually disbursed to the resident are added to the resident's funds held in escrow, these two sources of funds must balance, which provides both the resident and the social worker with a full accounting documentation.

After the resident's stipend balance sheet is complete, a check is written to the resident for any money due the resident. The stipend balance sheet and the check made out to the resident for any money due is hand-delivered to the resident's social worker. The social worker signs the receipt for the resident's stipend package. The reason the last check that the resident is due from the stipend is given to the social worker is to make sure that the social worker knows that the resident has received all funds due him or her from the program.

1

/5

Since this is a financial record, it is filed at the main office with the other financial records. It is my understanding that the monitor was told where these records were normally filed and that she could receive copies of these documents for the residents in question.

To support the fact that these records were readily available to the monitor, Jones & Associates has included in this section of the response some sample copies of the resident's discharge stipend information.

It is important to understand that there cannot be a deficiency for not having documentation of a particular item when you actually have the documentation, but is stored in accordance with the contractor's filing system. *(See copies Stipend balance Sheet and Check.)*

**Conclusion:**

Jones & Associates presents this evidence to support the conclusion that Jones & Associates is in compliance with this section of the ILP Regulations, and requests that this deficiency be deleted from the report.

*Jones & Associates*

### *Independent Living Project*

SUMMARY OF CLIENTS
PERSONAL ALLOWANCES HELD IN ESCROW
BASED ON THE TASK POINT SYSTEM

Date   2/21/05

| Client's Name | Pay Period | Possible Earnings | Amount Earned | Amount Held In Escrow |
|---|---|---|---|---|
| Gills, Jamaal | | | | |
| | 9/12/02 | $56.00 | $56.00 | $0.00 |
| | 10/6/02 | $56.00 | $56.00 | $0.00 |
| | 10/20/02 | $56.00 | $56.00 | $0.00 |
| | 11/2/02 | $56.00 | $56.00 | $0.00 |
| | 11/16/02 | $56.00 | $56.00 | $0.00 |
| | 11/30/02 | $56.00 | $56.00 | $0.00 |
| | 12/14/02 | $56.00 | $56.00 | $0.00 |
| | 12/28/02 | $56.00 | $56.00 | $0.00 |
| | 1/11/03 | $56.00 | $56.00 | $0.00 |
| | 1/25/03 | $56.00 | $21.00 | $35.00 |
| | 2/8/03 | $56.00 | $46.00 | $10.00 |
| | 2/22/03 | $56.00 | $56.00 | $0.00 |
| | 3/8/03 | $56.00 | $56.00 | $0.00 |
| | 3/22/03 | $56.00 | $36.00 | $20.00 |
| | 4/5/03 | $56.00 | $40.00 | $16.00 |
| | 4/19/03 | $56.00 | $56.00 | $0.00 |
| | 5/3/03 | $56.00 | $56.00 | $0.00 |
| | | | | |
| *Sub Total* | | $952.00 | $871.00 | $81.00 |
| **TOTAL All Pages** | 60 | **$4,836.00** | **$4,347.00** | **$489.00** |

Remarks:

Paid 2/21/05
8C - ck# 1645

Total Amount Held in Escrow
Final Payment of Personal
Allowance Held in Escrow          $ 489.00

Date Paid     02/21/05

| Client's Name | Pay Period | Possible Earnings | Amount Earned | Amount Held In Escrow |
|---|---|---|---|---|
| Gills, Jamaal | | | | |
| | 5/17/03 | $56.00 | $56.00 | $0.00 |
| | 5/31/03 | $56.00 | $56.00 | $0.00 |
| | 6/14/03 | $56.00 | $56.00 | $0.00 |
| | 6/28/03 | $56.00 | $56.00 | $0.00 |
| | 7/12/03 | $56.00 | $56.00 | $0.00 |
| | 7/26/03 | $56.00 | $56.00 | $0.00 |
| | 8/9/03 | $56.00 | $56.00 | $0.00 |
| | 8/23/03 | $56.00 | $56.00 | $0.00 |
| | 9/6/03 | $56.00 | $56.00 | $0.00 |
| | 9/20/03 | $56.00 | $56.00 | $0.00 |
| | 10/4/03 | $56.00 | $56.00 | $0.00 |
| | 10/18/03 | $56.00 | $56.00 | $0.00 |
| | 11/15/03 | $56.00 | $20.00 | $36.00 |
| | 11/29/03 | $56.00 | $1.00 | $55.00 |
| | 12/13/03 | $56.00 | $56.00 | $0.00 |
| | 12/27/03 | $56.00 | $56.00 | $0.00 |
| | 1/10/04 | $56.00 | $56.00 | $0.00 |
| | 1/24/04 | $56.00 | $56.00 | $0.00 |
| | 2/7/04 | $56.00 | $56.00 | $0.00 |
| | 02/21/04 | $56.00 | $56.00 | $0.00 |
| | 03/06/04 | $56.00 | $56.00 | $0.00 |
| | 03/20/04 | $56.00 | $20.00 | $36.00 |
| | 04/03/04 | $56.00 | $36.00 | $20.00 |
| | 04/19/04 | $56.00 | $20.00 | $36.00 |
| | 05/01/04 | $56.00 | $36.00 | $20.00 |
| | | | | |
| *Page 2 Sub Total* | | $1,400.00 | $1,197.00 | $203.00 |

| Client's Name | Pay Period | Possible Earnings | Amount Earned | Amount Held In Escrow |
|---|---|---|---|---|
| Gills, Jamaal | | | | |
| | 5/15/04 | $56.00 | $56.00 | $0.00 |
| | 5/29/04 | $56.00 | $36.00 | $20.00 |
| | 6/12/04 | $56.00 | $56.00 | $0.00 |
| | 6/26/04 | $56.00 | $36.00 | $20.00 |
| | 7/10/04 | $56.00 | $56.00 | $0.00 |
| | 7/24/04 | $56.00 | $56.00 | $0.00 |
| | 8/15/04 | $89.00 | $89.00 | $0.00 |
| | 8/30/04 | $269.00 | $269.00 | $0.00 |
| | 9/15/04 | $89.00 | $64.00 | $25.00 |
| | 9/30/04 | $269.00 | $229.00 | $40.00 |
| | 10/15/04 | $89.00 | $49.00 | $40.00 |
| | 10/30/04 | $269.00 | $269.00 | $0.00 |
| | 11/15/04 | $89.00 | $69.00 | $20.00 |
| | 11/30/04 | $269.00 | $269.00 | $0.00 |
| | 12/15/04 | $179.00 | $179.00 | $0.00 |
| | 12/30/04 | $179.00 | $179.00 | $0.00 |
| | 1/15/05 | $89.00 | $49.00 | $40.00 |
| | 1/30/05 | $269.00 | $269.00 | $0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| *Page 3 Sub Total* | | $2,484.00 | $2,279.00 | $205.00 |

**JONES & ASSOCIATES**
I.L.P. CLIENT ESCROW ACCOUNT
1454 CORCORAN ST. NW.
WASHINGTON, DC 20009

**RIGGS BANK, N.A.**
WASHINGTON OFFICE
WASHINGTON, DC 20004
15-3-540

1665

00001665

OUR HUNDRED EIGHTY-NINE AND XX / 100 Dollars

DATE
02/21/05

AMOUNT
*******$489.00

MAAL GILLS

INAL PYMNT OF ESCRO,

520 ESCROW/JAMAAL GILLS

⑈⑈0000⑈665⑈⑈ ⑈⑈0540000⑈30⑈ ⑈7077861⑈⑈

_____
Signature

MICHAEL COOK
PRINTED NAME

3-2-05
Date

## Jones & Associates
### *Independent Living Project*

SUMMARY OF CLIENTS
PERSONAL ALLOWANCES HELD IN ESCROW
BASED ON THE TASK POINT SYSTEM

Date   2/21/05

| Client's Name | Pay Period | Possible Earnings | Amount Earned | Amount Held In Escrow |
|---|---|---|---|---|
| Wilkerson, Zachary | | | | |
| | 8/25/01 | $56.00 | $56.00 | $0.00 |
| | 9/10/01 | $56.00 | $56.00 | $0.00 |
| | 9/22/01 | $56.00 | $56.00 | $0.00 |
| | 10/6/01 | $56.00 | $31.00 | $25.00 |
| | 10/20/01 | $56.00 | $56.00 | $0.00 |
| | 11/3/01 | $56.00 | $56.00 | $0.00 |
| | 11/17/01 | $56.00 | $56.00 | $0.00 |
| | 12/1/01 | $56.00 | $56.00 | $0.00 |
| | 12/15/01 | $56.00 | $56.00 | $0.00 |
| | 12/29/01 | $56.00 | $56.00 | $0.00 |
| | 1/12/02 | $56.00 | $56.00 | $0.00 |
| | 1/26/01 | $56.00 | $24.00 | $32.00 |
| | 2/9/02 | $56.00 | $11.00 | $45.00 |
| | 02/230/2 | $56.00 | $56.00 | $0.00 |
| | 3/9/02 | $56.00 | $11.00 | $45.00 |
| | 3/23/02 | $56.00 | $56.00 | $0.00 |
| | 4/6/02 | $56.00 | $16.00 | $40.00 |
| | | | | |
| *Sub Total* | | $952.00 | $765.00 | $187.00 |
| **Total All Pages** | **88** | **$6,250.00** | **$5,549.00** | **$701.00** |

Remarks:

*Paid*
*2/21/05*
*escrow act*
*1667*

Total Amount Held in Escrow
Final Payment of Personal
Allowance Held in Escrow          $ 701.00

Date Paid    2/21/05

| Client's Name | Pay Period | Possible Earnings | Amount Earned | Amount Held In Escrow |
|---|---|---|---|---|
| Wilkerson, Zachary | | | | |
| | 4/20/02 | $56.00 | $37.00 | $19.00 |
| | 5/4/02 | $56.00 | $1.00 | $55.00 |
| | 5/18/02 | $56.00 | $56.00 | $0.00 |
| | 6/1/02 | $56.00 | $16.00 | $40.00 |
| | 6/15/02 | $56.00 | $15.00 | $41.00 |
| | 6/29/02 | $56.00 | $56.00 | $0.00 |
| | 7/13/02 | $56.00 | $56.00 | $0.00 |
| | 7/26/02 | $56.00 | $56.00 | $0.00 |
| | 8/10/02 | $56.00 | $56.00 | $0.00 |
| | 8/24/02 | $56.00 | $1.00 | $55.00 |
| | 9/7/02 | $56.00 | $56.00 | $0.00 |
| | 9/21/02 | $56.00 | $56.00 | $0.00 |
| | 10/6/02 | $56.00 | $56.00 | $0.00 |
| | 10/20/02 | $56.00 | $26.00 | $30.00 |
| | 11/2/02 | $56.00 | $56.00 | $0.00 |
| | 11/16/02 | $56.00 | $56.00 | $0.00 |
| | 11/30/02 | $56.00 | $56.00 | $0.00 |
| | 12/14/02 | $56.00 | $56.00 | $0.00 |
| | 12/28/02 | $56.00 | $56.00 | $0.00 |
| | 1/11/03 | $56.00 | $30.00 | $26.00 |
| | 1/25/03 | $56.00 | $56.00 | $0.00 |
| | 2/8/03 | $56.00 | $21.00 | $35.00 |
| | 2/22/03 | $56.00 | $56.00 | $0.00 |
| | 3/8/03 | $56.00 | $41.00 | $15.00 |
| | 3/22/03 | $56.00 | $36.00 | $20.00 |
| | | | | |
| *Page 2 Sub Total* | | $1,400.00 | $1,064.00 | $336.00 |

| Client's Name | Pay Period | Possible Earnings | Amount Earned | Amount Held In Escrow |
|---|---|---|---|---|
| Wilkerson, Zachary | | | | |
| | 4/5/03 | $56.00 | $25.00 | $31.00 |
| | 4/19/03 | $56.00 | $56.00 | $0.00 |
| | 5/3/03 | $56.00 | $1.00 | $55.00 |
| | 5/17/03 | $56.00 | $20.00 | $36.00 |
| | 5/31/03 | $56.00 | $56.00 | $0.00 |
| | 6/14/03 | $56.00 | $36.00 | $20.00 |
| | 6/28/03 | $56.00 | $56.00 | $0.00 |
| | 7/12/03 | $56.00 | $20.00 | $36.00 |
| | 7/26/03 | $56.00 | $56.00 | $0.00 |
| | 8/9/03 | $56.00 | $56.00 | $0.00 |
| | 8/23/03 | $56.00 | $56.00 | $0.00 |
| | 9/6/03 | $56.00 | $56.00 | $0.00 |
| | 9/20/03 | $56.00 | $56.00 | $0.00 |
| | 10/4/03 | $56.00 | $56.00 | $0.00 |
| | 10/18/03 | $56.00 | $56.00 | $0.00 |
| | 11/15/03 | $56.00 | $56.00 | $0.00 |
| | 11/29/03 | $56.00 | $56.00 | $0.00 |
| | 12/13/03 | $56.00 | $56.00 | $0.00 |
| | 12/27/03 | $56.00 | $56.00 | $0.00 |
| | 1/10/04 | $56.00 | $56.00 | $0.00 |
| | 1/24/04 | $56.00 | $56.00 | $0.00 |
| | 2/7/04 | $56.00 | $56.00 | $0.00 |
| | 02/21/04 | $56.00 | $56.00 | $0.00 |
| | 03/06/04 | $56.00 | $56.00 | $0.00 |
| | 03/20/04 | $56.00 | $56.00 | $0.00 |
| | | | | |
| *Page 3 Sub Total* | | $1,400.00 | $1,222.00 | $178.00 |

| Client's Name | Pay Period | Possible Earnings | Amount Earned | Amount Held In Escrow |
|---|---|---|---|---|
| Wilkerson, Zachary | | | | |
| | 4/3/04 | $56.00 | $56.00 | $0.00 |
| | 4/19/04 | $56.00 | $56.00 | $0.00 |
| | 5/1/04 | $56.00 | $56.00 | $0.00 |
| | 5/15/04 | $56.00 | $56.00 | $0.00 |
| | 5/29/04 | $56.00 | $56.00 | $0.00 |
| | 6/12/04 | $56.00 | $56.00 | $0.00 |
| | 6/26/04 | $56.00 | $56.00 | $0.00 |
| | 7/10/04 | $56.00 | $56.00 | $0.00 |
| | 7/24/04 | $56.00 | $56.00 | $0.00 |
| | 8/15/04 | $190.00 | $190.00 | $0.00 |
| | 8/30/04 | $190.00 | $190.00 | $0.00 |
| | 9/15/04 | $190.00 | $190.00 | $0.00 |
| | 9/30/04 | $190.00 | $190.00 | $0.00 |
| | 10/15/04 | $190.00 | $190.00 | $0.00 |
| | 10/30/04 | $190.00 | $190.00 | $0.00 |
| | 11/15/04 | $190.00 | $190.00 | $0.00 |
| | 11/30/04 | $190.00 | $190.00 | $0.00 |
| | 12/15/04 | $190.00 | $190.00 | $0.00 |
| | 12/30/04 | $56.00 | $56.00 | $0.00 |
| | 1/15/05 | $190.00 | $190.00 | $0.00 |
| | 1/30/05 3 days | $38.00 | $38.00 | $0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| *Page 4 SubTotal* | | $2,498.00 | $2,498.00 | $0.00 |

**JONES & ASSOCIATES**
I.L.P. CLIENT ESCROW ACCOUNT
1454 CORCORAN ST. NW.
WASHINGTON, DC  20009

**1667**

RIGGS BANK, N.A.
WASHINGTON OFFICE
WASHINGTON, DC  20004
15-3-540

00001667

VEN HUNDRED ONE AND XX / 100 Dollars

DATE                    AMOUNT

02/21/05        * * * * * * $701.00

HARY WILKERSON

IAL PYMNT OF ESCRO,

65 ESC/ZACHARY WILKERSON

⑈"000016671"⑈ ⑆:054000030⑆: ⑆70778⑆⑆"

2-25-05
Date

**JONES & ASSOCIATES**
I.L.P. CLIENT ESCROW ACCOUNT
1454 CORCORAN ST NW
WASHINGTON, DC 20009

RIGGS BANK, N.A.
WASHINGTON OFFICE
WASHINGTON, DC 20004
15-3-540

1666

00001666

THREE HUNDRED EIGHTEEN AND XX / 100 Dollars DATE          AMOUNT

02/21/05          *******$318.00

ANTONELLE CAROLINE

FINAL PYMNT OF ESCRO,

2524 ESCROW/ANTONELLE CAROLINE

⑈0000 1666⑈ ⑈054000030⑈ 1707786 4⑈

signature

Corber Scet
PRINTED   Name

3/2/05
Date

# Jones & Associates
## *Independent Living Project*

SUMMARY OF CLIENTS
PERSONAL ALLOWANCES HELD IN ESCROW
BASED ON THE TASK POINT SYSTEM

Date   02/21/05

| Client's Name | Pay Period | Possible Earnings | Amount Earned | Amount Held In Escrow |
|---|---|---|---|---|
| Caroline. Antonelle | | | | |
| | 6/28/03 | $56.00 | $56.00 | $0.00 |
| | 7/12/03 | $56.00 | $56.00 | $0.00 |
| | 7/26/03 | $56.00 | $56.00 | $0.00 |
| | 8/9/03 | $56.00 | $56.00 | $0.00 |
| | 8/23/03 | $56.00 | $56.00 | $0.00 |
| | 9/6/03 | $56.00 | $56.00 | $0.00 |
| | 9/20/03 | $56.00 | $56.00 | $0.00 |
| | 10/4/03 | $56.00 | $56.00 | $0.00 |
| | 10/18/03 | $56.00 | $56.00 | $0.00 |
| | 11/15/03 | $56.00 | $46.00 | $10.00 |
| | 11/29/03 | $56.00 | $41.00 | $15.00 |
| | 12/13/03 | $56.00 | $56.00 | $0.00 |
| | 12/27/03 | $56.00 | $56.00 | $0.00 |
| | 1/10/04 | $56.00 | $56.00 | $0.00 |
| | 1/24/04 | $56.00 | $56.00 | $0.00 |
| | 2/7/04 | $56.00 | $56.00 | $0.00 |
| | 2/21/04 | $56.00 | $56.00 | $0.00 |
| | | | | |
| *Sub Total* | | $952.00 | $927.00 | $25.00 |
| **TOTAL All Pages** | **40** | **$3,716.00** | **$3,398.00** | **$318.00** |

Remarks:

Paid 2/21/05
2/21/05
CK # 1665
Escrow

Total Amount Held in Escrow
Final Payment of Personal
Allowance Held in Escrow          $ 318.00

Date Paid    2/21/05

| Client's Name | Pay Period | Possible Earnings | Amount Earned | Amount Held In Escrow |
|---|---|---|---|---|
| Caroline, Antonelle | | | | |
| | 03/06/04 | $56.00 | $30.00 | $26.00 |
| | 03/20/04 | $56.00 | $51.00 | $5.00 |
| | 04/03/04 | $56.00 | $40.00 | $16.00 |
| | 04/19/04 | $56.00 | $56.00 | $0.00 |
| | 05/01/04 | $56.00 | $41.00 | $15.00 |
| | 5/15/04 | $56.00 | $56.00 | $0.00 |
| | 5/29/04 | $56.00 | $56.00 | $0.00 |
| | 6/12/04 | $56.00 | $56.00 | $0.00 |
| | 6/26/04 | $56.00 | $15.00 | $41.00 |
| | 7/10/04 | $56.00 | $56.00 | $0.00 |
| | 7/24/04 | $56.00 | $41.00 | $15.00 |
| | 8/15/04 | $89.00 | $89.00 | $0.00 |
| | 8/30/04 | $269.00 | $269.00 | $0.00 |
| | 9/15/04 | $89.00 | $49.00 | $40.00 |
| | 9/30/04 | $269.00 | $229.00 | $40.00 |
| | 10/15/04 | $89.00 | $69.00 | $20.00 |
| | 10/30/04 | $269.00 | $269.00 | $0.00 |
| | 11/15/04 | $89.00 | $54.00 | $35.00 |
| | 11/30/04 | $269.00 | $229.00 | $40.00 |
| | 12/15/04 | $179.00 | $179.00 | $0.00 |
| | 12/30/04 | $179.00 | $179.00 | $0.00 |
| | 1/15/05 | $89.00 | $89.00 | $0.00 |
| | 1/30/05 | $269.00 | $269.00 | $0.00 |
| | | | | |
| | | | | |
| Page 2 Sub Total | | $2,764.00 | $2,471.00 | $293.00 |

---

**Deficiency Cited In The CFSA Report of July 15, 2005 for
The Jones & Associates ILP Program States That . . .**

The Monitor has been unable to determine whether the Jones and Associates
ILP maintain an operable fleet of vehicles funded by the contract.

---



**ISSUE:** Dispute of Vehicle Fleet Availability

The issue is whether or not the statement in the July 15, 2005 CFSA Report,
that the Monitor has been unable to determine whether the Jones and
Associates ILP maintain an operable fleet of vehicles funded by the contract
is in error?

**ANSWER:**
The answer is "Yes" the statement in the report is <u>In Error.</u>

**DISCUSSION:**

Jones and Associates does maintain an operable fleet of vehicles
funded by the contract, these vehicles are maintained in a high
state of repair on a vehicle maintenance schedule.  When the
vehicles are no longer economical to repair, they are replaced.
Included in t his report are the pictures of current fleet of the
program's vehicles and their accompanying registration.

**OTHER RELATED ISSUE:**

The issue is whether or not the statement in the July 15, 2005
CFSA Report, that Jones and Associates ILP staff has not made the
vehicles available for inspections is in error?

Fleet of Vehicles                    1

## DISCUSSION:

Jones and Associates has and will make the fleet of its vehicles available for inspection upon the monitor's request provided that these vehicles are not being used to provide service for the residents or not in the shop for repair. The vehicles are normally parked at the center at all times unless they are being used to conduct business for the program.

## CONCLUSION:

Based on the evidence presented pertaining to the operable fleet of vehicles, Jones & Associates has proven that the July 15, 2005 CFSA Report was in error in citing deficiencies in this area and as such those errors should be corrected and Jones & Associates ILP program so notified.

In addition, based on some of the controlling principles of contract law, which may be applicable to Jones & Associates in terms of its contract performance is the principle of Substantial Performance.

> *__Substantial Performance__ Exists where there has been no willful departure from the terms of the contract, and no omission in essential points, and the contract has been honestly and faithfully performed in its material and substantial particulars, and the only variance from the strict and literal performance consist of technical or unimportant omissions or defects. Substantial performance of a contract is shown when party alleging substantial performance has made an honest endeavor in a good faith to perform his part of the contract, when results of his endeavor are beneficial to other party, and when such benefits are retained by the other party.*

Jones & Associates has substantial performance and complied with the ILP Regulations regarding the operable fleet of vehicles

Fleet of Vehicles                    2

*250*

**REQUEST:**

Jones & Associates is requesting the following:

1.     That the CFSA review all the evidence presented in its responses to the various deficiencies cited in the monitor's reports.

2.     That CFSA conduct a meeting with Jones & Associates as instructed by Mrs. Walker, the CFSA Director, several weeks ago that is still pending to address the disputes and disagreements that Jones & Associates has set forth in its various responses to the deficiencies cited in the various monitor's reports.

3.     In the event that all disputes and issues cannot be resolved in the CFSA meeting, grant a Fair Hearing to resolve the issues not resolved in the meeting between CFSA and Jones & Associates.

# Evidence of
# Vehicle Fleet Availability
# in
# Compliance with ILP
# Regulation

# Jones & Associates

0.54

# 1998 DODGE CARAVAN - SE "MINI VAN"



# ACORD. CERTIFICATE OF LIABILITY INSURANCE

**DATE** 05/20/2005

| PRODUCER<br>~US AND ASSOCIATES INC.<br>.0 3RD STREET N.W. SUITE #15<br><br>WASHINGTON       DC 20011- | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

**INSURERS AFFORDING COVERAGE**

| INSURED<br>JONES AND ASSOCIATES<br>1454 CORCORAN STREET N.W.<br><br>WASHINGTON       DC 20009- | |
|---|---|
| | INSURER A: SCOTSDALE INSURANCE CO |
| | INSURER B: NATIONAL LIABILITY AND FIRE INS. CO. |
| | INSURER C: TRAVELERS INSURANCE CO |
| | INSURER D: |
| | INSURER E: |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** | | / / | / / | EACH OCCURRENCE | $ 5,000,00 |
| | X COMMERCIAL GENERAL LIABILITY | OPS033123 | 02/22/2005 | 02/22/2006 | FIRE DAMAGE (Any one fire) | $ 300,00 |
| | X CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ 5,00 |
| | | | / / | / / | PERSONAL & ADV INJURY | $ 5,000,00 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | GENERAL AGGREGATE | $ 5,000,00 |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | / / | / / | PRODUCTS - COMP/OP AGG | $ 5,000,00 |
| B | **AUTOMOBILE LIABILITY** | | / / | / / | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,00 |
| | ☐ ANY AUTO | | / / | / / | BODILY INJURY (Per person) | $ |
| | X SCHEDULED AUTOS | 73AP 14 91 03 | 02/23/2005 | 02/23/2006 | BODILY INJURY (Per accident) | $ |
| | ☐ ALL OWNED AUTOS<br>☐ HIRED AUTOS<br>☐ NON-OWNED AUTOS | | / / | / / | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY** | | / / | / / | AUTO ONLY - EA ACCIDENT | $ |
| | ☐ ANY AUTO | | / / | / / | OTHER THAN   EA ACC | $ |
| | | | | | AUTO ONLY:   AGG | $ |
| | **EXCESS LIABILITY** | | / / | / / | EACH OCCURRENCE | $ |
| | ☐ OCCUR ☐ CLAIMS MADE | | / / | / / | AGGREGATE | $ |
| | ☐ DEDUCTIBLE | | | | | $ |
| | ☐ RETENTION $ | | / / | / / | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | 6XUB-851X637-3-03 | 02/01/2005 | 02/01/2006 | ☐ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | / / | / / | E.L. EACH ACCIDENT | $ 100,00 |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ 100,00 |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,00 |
| | **OTHER** | | / / | / / | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS
14 FORD VAN#1FBJS31XERHB09265, 1998 DODGE CARAVAN #1B4GP45G9WB714170; 1994 BUICK RD MSTR #1G4BA823RR414868; 1993 .. VAN#1FMCA11U6P2A17985; 2001 CRYS SEBRING #1C3EL45U61N603091, 1996 MERCEDES BENZ #WDBFA63F1TF114171

| CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER: | CANCELLATION |
|---|---|---|
| ~ CHILD AND FAMILY SERVICES AGENCY<br><br>400 6TH STREET S.W.<br>WASHINGTON       DC 20024- | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL XXXXXXXXXX MAIL 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE |

ORD 25-S (7/97)
- INB028S (9910).01                ELECTRONIC LASER FORMS, INC. (800)327-0545

© ACORD CORPORATION 198

Page 1 of

☐ **NATIONAL INDEMNITY COMPANY**
☐ **COLUMBIA INSURANCE COMPANY**
☐ **NATIONAL FIRE & MARINE INSURANCE COMPANY**
☒ **NATIONAL LIABILITY & FIRE INSURANCE COMPANY**
   **NATIONAL INDEMNITY COMPANY OF THE SOUTH**
☐ **NATIONAL INDEMNITY COMPANY OF MID-AMERICA**
☐ **WESCO-FINANCIAL INSURANCE COMPANY**

has issued Policy No.: 73AP 15 12 97

Effective Date:  02/23/2005

Expiration Date:  02/23/2006

To:_____
           Signature of Policyholder

| Year | Make | V. I. Number |
|------|------|--------------|
| 1998 | DODGE | 1B4GP45G8WB714170 |

In the event of accident, be sure to secure license number of the other vehicle , also full names and addresses of all other persons in the accident.

Also, write down full names and address of all witnesses. Report at once full details of accidents to your insurance company's **Claims Department, 4016 Farnam Street, Omaha, Nebraska 68131 - Toll Free 1-800-356-5750.**

(This identification card should be kept in your vehicle)

M-3683f (1/2001)

# 1995
# CHEVROLET
# ASTRO VAN
# 7 – PASS.



# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE
05/20/2005

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

PRODUCER
~ US AND ASSOCIATES INC.
~ .O 3RD STREET N.W. SUITE #15

WASHINGTON        DC 20011-

| | INSURERS AFFORDING COVERAGE |
|---|---|
| INSURED | INSURER A: SCOTSDALE INSURANCE CO |
| JONES AND ASSOCIATES | INSURER B: NATIONAL LIABILITY AND FIRE INS. CO. |
| 1454 CORCORAN STREET N.W. | INSURER C: TRAVELERS INSURANCE CO |
| | INSURER D: |
| WASHINGTON        DC 20009- | INSURER E: |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY | | / / | / / | EACH OCCURRENCE | $ 5,000,00 |
| | X COMMERCIAL GENERAL LIABILITY | OPS033123 | 02/22/2005 | 02/22/2005 | FIRE DAMAGE (Any one fire) | $ 300,00 |
| | X CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ 5,00 |
| | | | | | PERSONAL & ADV INJURY | $ 5,000,00 |
| | | | | | GENERAL AGGREGATE | $ 5,000,00 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | / / | | PRODUCTS - COMP/OP AGG | $ 5,000,00 |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | |
| B | AUTOMOBILE LIABILITY | | / / | / / | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,00 |
| | ☐ ANY AUTO | | | | | |
| | ☐ ALL OWNED AUTOS | | / / | / / | BODILY INJURY (Per person) | $ |
| | X SCHEDULED AUTOS | 73AP 14 91 03 | | | | |
| | ☐ HIRED AUTOS | | 02/23/2005 | 02/23/2006 | BODILY INJURY (Per accident) | $ |
| | ☐ NON-OWNED AUTOS | | / / | / / | PROPERTY DAMAGE (Per accident) | $ |
| | GARAGE LIABILITY | | | | AUTO ONLY - EA ACCIDENT | $ |
| | ☐ ANY AUTO | | / / | / / | OTHER THAN       EA ACC | $ |
| | | | | | AUTO ONLY:       AGG | $ |
| | EXCESS LIABILITY | | / / | / / | EACH OCCURRENCE | $ |
| | ☐ OCCUR ☐ CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | $ |
| | ☐ DEDUCTIBLE | | | | | $ |
| | ☐ RETENTION $ | | | | | |
| C | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | 6KUB-051X637-3-03 | 02/01/2005 | 02/01/2006 | ☐ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | / / | / / | E.L. EACH ACCIDENT | $ 100,000 |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ 100,000 |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |
| | OTHER | | / / | / / | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS
994 FORD VAN#1FB0531KKRH509268, 1998 DODGE CARAVAN #1B4GP45G8WB714170, 1994 BUICK RD MSTR #1G4BR82JJRR414868, 1993
3RD VAN#1FMCA11U6P2A17988, 2001 CRYS SEBRING #1C3EL45U61N603091, 1996 MERCEDES BENZE SNDEFA63FYF134171

| CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER: | CANCELLATION |
|---|---|---|
| | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL XXXXXXXXXX MAIL 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. |

CHILD AND FAMILY SERVICES AGENCY

400 6TH STREET S.W.
WASHINGTON        DC 20024-

AUTHORIZED REPRESENTATIVE

ACORD 25-S (7/97)                                                        © ACORD CORPORATION 198
~ INS026S (9610).01                    ELECTRONIC LASER FORMS, INC. (800)327-0545                    Page 1 of

**VERY IMPORTANT—Please Read**

☐ NATIONAL INDEMNITY COMPANY
☒ COLUMBIA INSURANCE COMPANY
☐ NATIONAL FIRE & MARINE INSURANCE COMPANY
☒ NATIONAL LIABILITY & FIRE INSURANCE COMPANY
☐ ATIONAL INDEMNITY COMPANY OF THE SOUTH
☐ NATIONAL INDEMNITY COMPANY OF MID-AMERICA
☐ WESCO-FINANCIAL INSURANCE COMPANY

has issued Policy No.: 73AP 15 12 97

Effective Date:  02/23/2005

Expiration Date: 02/23/2006

To:_____
        Signature of Policyholder

| Year | Make | V. I. Number |
|------|------|--------------|
| 1995 | CHEV | 1GNDM19W1SB101100 |

In the event of accident, be sure to secure license number of the other vehicle, also full names and addresses of all other persons in the accident.

Also, write down full names and address of all witnesses. Report at once full details of accidents to your Insurance company's **Claims Department, 4016 Farnam Street, Omaha, Nebraska 68131 - Toll Free 1-800-356-5750.**

(This identification card should be kept in your vehicle)

M-3683f (1/2001)

# FORD
# "7 PASSENGER
# MINI  VAN"
# 1993



# ACORD. CERTIFICATE OF LIABILITY INSURANCE

**DATE** 05/20/20

**PRODUCER**
US AND ASSOCIATES INC.
0 3RD STREET N.W. SUITE #15

WASHINGTON     DC  20011-

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE**

**INSURED**
JONES AND ASSOCIATES
1454 CORCORAN STREET N.W.

WASHINGTON     DC  20009-

| | |
|---|---|
| INSURER A: | SCOTSDALE INSURANCE CO. |
| INSURER B: | NATIONAL LIABILITY AND FIRE INS. CO. |
| INSURER C: | TRAVELERS INSURANCE CO. |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY X CLAIMS MADE ☐ OCCUR | OPS033123 | 02/22/2005 | 02/22/2006 | EACH OCCURRENCE | $ 5,000, |
| | | | | | FIRE DAMAGE (Any one fire) | $ 300, |
| | | | | | MED EXP (Any one person) | $ 5, |
| | | | | | PERSONAL & ADV INJURY | $ 5,000, |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | GENERAL AGGREGATE | $ 5,000, |
| | | | | | PRODUCTS - COMP/OP AGG | $ 5,000, |
| B | **AUTOMOBILE LIABILITY** ANY AUTO ALL OWNED AUTOS X SCHEDULED AUTOS HIRED AUTOS NON-OWNED AUTOS | 73AP 14 91 03 | 02/23/2005 | 02/23/2006 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,0 |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY** ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN EA ACC AUTO ONLY: AGG | $ |
| | **EXCESS LIABILITY** ☐ OCCUR ☐ CLAIMS MADE ☐ DEDUCTIBLE ☐ RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| | | | | | | $ |
| | | | | | | $ |
| C | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | 6XUB-551X637-3-03 | 02/01/2005 | 02/01/2006 | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | E.L. EACH ACCIDENT | $ 100,00 |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ 100,00 |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,00 |
| | **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**
1994 FORD VAN#1FBJS31XXRHB09265, 1994 DODGE CARAVAN #1B4GP45G9NB714170; 1994 BUICK RD MSTR #1G4BR82J3RR414868; 1993 FORD VAN#1FMCA11U6PZA17985; 2001 CRYS SEBRING #1C3EL45U61N603091, 1998 MERCEDES BENZE #MDHVA63VI1F134171

| CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER: | CANCELLATION |
|---|---|---|
| CHILD AND FAMILY SERVICES AGENCY 400 6TH STREET S.W. WASHINGTON     DC  20024- | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL XXXXXXXXXXX MAIL __10__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. AUTHORIZED REPRESENTATIVE |

ACORD 25-S (7/97)
IN8028S (9910).01     ELECTRONIC LASER FORMS, INC. (800)327-0545     © ACORD CORPORATION 198
Page 1 of

☐ NATIONAL INDEMNITY COMPANY
☐ COLUMBIA INSURANCE COMPANY
☐ NATIONAL FIRE & MARINE INSURANCE COMPANY
☒ NATIONAL LIABILITY & FIRE INSURANCE COMPANY
☐ NATIONAL INDEMNITY COMPANY OF THE SOUTH
☐ NATIONAL INDEMNITY COMPANY OF MID-AMERICA
☐ WESCO-FINANCIAL INSURANCE COMPANY

has issued Policy No.: 73AP 15 12 97
Effective Date:  02/23/2005
Expiration Date: 02/23/2006

To:_____
                         Signature of Policyholder

| Year | Make | V. I. Number |
|------|------|--------------|
| 1993 | FORD | 1FMCA11U6PZA17985 |

In the event of accident, be sure to secure license number of the other vehicle , also full names and addresses of all other persons in the accident.

Also, write down full names and address of all witnesses. Report at once full details of accidents to your insurance company's **Claims Department, 4016 Farnam Street, Omaha, Nebraska 68131 - Toll Free 1-800-356-5750.**

(This identification card should be kept in your vehicle)

M-3683f (1/2001)

# BUICK
# "ROAD MASTER"
# STATION WAGON
# 1994



# ACORD. CERTIFICATE OF LIABILITY INSURANCE

**DATE** 05/20/2005

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

PRODUCER
Y___US AND ASSOCIATES INC.
0 3RD STREET N.W. SUITE #15

WASHINGTON      DC 20011-

**INSURERS AFFORDING COVERAGE**

INSURED
JONES AND ASSOCIATES
1454 CORCORAN STREET N.W.

WASHINGTON      DC 20009-

INSURER A: SCOTSDALE INSURANCE CO
INSURER B: NATIONAL LIABILITY AND FIRE INS. CO.
INSURER C: TRAVELERS INSURANCE CO.
INSURER D:
INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** [X] COMMERCIAL GENERAL LIABILITY [X] CLAIMS MADE [ ] OCCUR | OPS033123 | 02/22/2005 | 02/22/2006 | EACH OCCURRENCE | $ 5,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $ 300,000 |
| | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | PERSONAL & ADV INJURY | $ 5,000,000 |
| | | | | | GENERAL AGGREGATE | $ 5,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PRO-JECT [ ] LOC | | | | PRODUCTS - COMP/OP AGG | $ 5,000,000 |
| B | **AUTOMOBILE LIABILITY** [ ] ANY AUTO [ ] ALL OWNED AUTOS [X] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | 73AP 14 91 03 | 02/23/2005 | 02/23/2006 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY** [ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN EA ACC AUTO ONLY: AGG | $ |
| | **EXCESS LIABILITY** [ ] OCCUR [ ] CLAIMS MADE [ ] DEDUCTIBLE [ ] RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| | | | | | | $ |
| | | | | | | $ |
| C | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | 6KUB-881X637-3-03 | 02/01/2005 | 02/01/2006 | [ ] WC STATU-TORY LIMITS [ ] OTHER | |
| | | | | | E.L. EACH ACCIDENT | $ 100,000 |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ 100,000 |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |
| | **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS
94 FORD VAN#1FBJ531KXRHB09268; 1998 DODGE CARAVAN #1B4GP45G8WB714170; 1994 BUICK RD MTK #1G4BR82H3RR414668; 1993
_RD VAN#1FMCA11U6PZA17988; 2001 CRYS SEBRING #1C3EL45U61N603091. 1996 MERCEDES BENZ8 8WDHPA63F1YY134171

| CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER: | CANCELLATION |
|---|---|---|
| CHILD AND FAMILY SERVICES AGENCY 400 6TH STREET S.W. WASHINGTON      DC 20024- | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL XXXXXXXXXXX MAIL _10_ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. AUTHORIZED REPRESENTATIVE |

ACORD 25-S (7/97)                    © ACORD CORPORATION 198
INS025S (9610).01          ELECTRONIC LASER FORMS, INC. (800)327-0545          Page 1 of

**IDENTIFICATION CARD**

☐ NATIONAL INDEMNITY COMPANY
☐ COLUMBIA INSURANCE COMPANY
☐ NATIONAL FIRE & MARINE INSURANCE COMPANY
☑ NATIONAL LIABILITY & FIRE INSURANCE COMPANY
☐ NATIONAL INDEMNITY COMPANY OF THE SOUTH
☐ NATIONAL INDEMNITY COMPANY OF MID-AMERICA
☐ WESCO-FINANCIAL INSURANCE COMPANY

has Issued Policy No.: 73AP 15 12 97
Effective Date:  02/23/2005
Expiration Date:  02/23/2006

To:_____
                     Signature of Policyholder

| Year | Make  | V. I. Number         |
|------|-------|----------------------|
| 1994 | BUICK | 1G4BR82P3RR414868    |

**VERY IMPORTANT - Please Read**

In the event of accident, be sure to secure license number of the other vehicle , also full names and addresses of all other persons in the accident.

Also, write down full  names and address of all witnesses. Report at once full details of accidents to your insurance company's **Claims Department, 4016 Farnam Street, Omaha, Nebraska 68131 - Toll Free 1-800-356-5750**.

(This identification card should be kept in your vehicle)

M-3683f (1/2001)

37

> ## Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .
>
> the youth residents had televisions, stereo equipment and had provided computers that were in disrepair with old inoperable computer pieces located in each apartment unit.



**ISSUE:** Dispute Of Equipment Repair Status

The issue is whether or not the statement in the July 15, 2005 CFSA Report, that the youth residents had televisions, stereo equipment and had provided computers that were in disrepair with old inoperable computer pieces located in each apartment unit is in error?

**ANSWER:**
The answer is "Yes" the statement in the report is In Error.

**DISCUSSION:**

Jones and Associates maintains the computers and other electronic equipment that it provides ina high state of service and operational condition.

When any equipment is broken and required maintenance, Jones and Associates places it on a maintenance schedule. If any equipment is in need of repair or is to be replaced, that equipment is placed on the maintenance schedule to be repaired. If any equipment is saved, such as computers that are in despair, inoperable or in pieces, they are the very old white colored computers that are located on the shelf in one of the offices and are kept by the program for the purpose of allowing the residents in the facility to think and learn more about the inside workings of the computer.

However, the computer in the residents apartments are black in color and are generally serviceable. At some time, the residents disassemble them and damage the computers by removing memory and other plug-in-play devices on the motherboard to be used on some other medium. In other cases, residents intentionally and unintentionally damage the computer by careless means.

420

*33*

Jones & Associates Response to CFSA Report of 7/15/05

---

**Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .**

youth reported instances of staff disrespect.

---

**ISSUE:** Dispute of Staff Disrespect of Residents

The issue is whether or not the statement in the July 15, 2005 CFSA Report, that youth reported instances of staff disrespect of youth is in error?

**ANSWER:**
The answer is "Yes" the statement in the report is <u>In Error.</u>

**DISCUSSION:**

To address this properly, additional information will be necessary with details and specificities regarding these alleged instances.

*405*

36

---

### Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .

the youth in the program described instances in which ILP staff has not provided adequate supervision.

---

**ISSUE:** Dispute Youth Reports of Inadequate Staff Supervision

The issue is whether or not the statement in the July 15, 2005 CFSA Report, that the youth in the program described instances in which ILP staff has not provided adequate supervision is in error?

**ANSWER:**
The answer is "Yes" the statement in the report is <u>In Error.</u>

**DISCUSSION:**

　　To respond to this issue additional information will be required.  The information must have sufficient details in order to develop a complete answer to the issue.

419

35

Jones & Associates Response to CFSA Report of 7/15/05

---

### Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .

the incident (an altercation among residents resulting in serious injury) raised concerns regarding staff supervision.

---



**ISSUE:** Dispute of Staff Supervision During Youth Altercation

The issue is whether or not the statement in the July 15, 2005 CFSA Report, stating the incident (an altercation among residents resulting in serious injury) raised concerns regarding staff supervision in error?

**ANSWER:**
The answer is "Yes" the statement in the report is In Error.

**DISCUSSION:**

Jones & Associates has adequate supervision as required by the ILP regulations. The staff supervisor requirements as outlined in the ILP regulation were developed to operate a main independent living programs for youth in foster care. The normal and daily duties and responsibilities of a staff providing supervision to its residents does not include conducting policy activities. All such behavior by residents in the program of criminal nature are police matters, and Jones & Associates use the police when such occasions arise at the facility.

Calling the authorities such as the police, fire and emergency units is a standard operating procedure for the staff when such occasions arise in the facility.
The policy of using the appropriate authority when a situation at the facility requiring such action does at least two (2) very important things in operating a program they are:

415

39

---

**Deficiency Cited In The CFSA Report Of 7/15/05 For
The Jones & Associates ILP Program States That . . .**

Jones and Associates ILP had not taken any measures to prevent incidents of
staff misconduct.

---



**ISSUE:** Dispute of Staff Misconduct

The issue is whether or not the statement in the July 15, 2005 CFSA Report,
that Jones and Associates ILP had not taken any measures to prevent
incidents of staff misconduct is in error?

**ANSWER:**
The answer is "Yes" the statement in the report is <u>In Error.</u>

**DISCUSSION:**

To determine whether there is staff misconduct, more detailed
information as to who, what, when, where, and why is needed. As this typed
information is provided, Jones and Associates would review the files of
those who were involved and determine whether or not any adverse action
has been taken against them. This information would help the response to
the issue.

429

0

> **Deficiency Cited In The CFSA Report Of 7/15/05 For**
> **The Jones & Associates ILP Program States That . . .**
>
> the staff representing James and Associates ILP in the monthly monitoring meeting is often unable to provide the monitor with required information.



**ISSUE:** Dispute of ILP Staff Unable to Provide Information

The issue is whether or not the statement in the July 15, 2005 CFSA Report, that the staff representing James and Associates ILP in the monthly monitoring meeting is often unable to provide the monitor with required information are in error?

**ANSWER:**
The answer is "Yes" the statement in the report is In Error.

**DISCUSSION:**

The statement in the report also states that staff attends the monthly meeting with the monitor but executive management has not been represented at these meetings. Once again is a statement of misfacts and misinformation, which constitutes error. Dr. Jones, of Jones and Associates has attended many of these meetings with the various monitors which have of this writing of this document which there has been more than five or six. Dr. Jones and Mr. Barnes, the Administrator, attended the initial meeting with the monitor to address overall program policies, procedures, and operations. Since most of the monitor's review focuses on records, checking it would be a poor use of any CEO's time to sit and watch a monitor check files.

If there is a pressing issue that the staff cannot answer, management may provide that information over the phone or the monitor can state those issues in a written document.

It is my understanding that some of the executive management of programs that has contracts with CFSA whose corporate offices are located in other states it is not likely that the executive management of those out-of-state operation would travel twice a month to sit with a monitor who is reviewing essential records. The management at the facility is in the best

217

> ## Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .
>
> the second institutional investigation had substantiated findings of substance abuse impacted the parenting abilities of the Jones & Associates staff.



**ISSUE:** Dispute Of The 2nd Staff Substance Abuse Investigation by This Agency

The issue is whether or not the statement in the July 15, 2005 CFSA Report, that the second institutional investigation had substantiated findings of substance abuse impacted the parenting abilities of the Jones & Associates staff is in error?

**ANSWER:**
The answer is "Yes" the statement in the report is In Error.

**DISCUSSION:**

Jones & Associates has applied their personnel procedures for individuals who tested positive for drug use under CFSA employment drug testing program all individuals identified as positive participated in the company's substance program as outlined in the personnel manual of Jones & Associates. (See Substance Abuse Company Policy)

276

## CONCLUSION:

Based on the evidence presented pertaining to the company's drug abuse policy Jones & Associates has proven that the July 15, 2005 CFSA Report was in error, in citing deficiencies in this area and as such these errors should be corrected and Jones & Associates ILP program so notified.

In addition based on some of the controlling principles of contract law, which may be applicable to Jones & Associates in terms of it's contract performance is the principle of Substantial Performance.

> ***Substantial performance***. *Exists where there has been no willful departure from the terms of the contract, and no omission in essential points, and the contract has been honestly and faithfully performed in its material and substantial particulars, and the only variance from the strict and literal performance consist of technical or unimportant omissions or defects. Substantial performance of a contract is shown when party alleging substantial performance has made an honest endeavor in a good faith to perform his part of the contract, when results of his endeavor are beneficial to other party, and when such benefits are retained by the other party.*

Jones & Associates has substantial performed and complied with the ILP regulations regarding the company's drug abuse policy requirements in accordance with its actual performance and the performance in terms of contract law.

277

*34*

Jones & Associates Response to CFSA Report of 7/15/05

---

### Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .

staff used drugs and alcohol.

---

**ISSUE:** Dispute of Facts of Substance Abuse.

The issue is whether or not the statement in the July 15, 2005 CFSA Report, that staff used drugs and alcohol is error

**ANSWER:**
The answer is "Yes" the statement in the report is a <u>Misstatement of Facts.</u>

**DISCUSSION:**

Additional information must be provided in order to properly address this issue and initiate corrective action on the part of the contractor where warranted.

*407*



**Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .**

the youth reported that inappropriate comments had been made to at lease two of the female residents by male staff.



**ISSUE:** Dispute of Inappropriate Comments by ILP Staff

The issue is whether or not the statement in the July 15, 2005 CFSA Report, that the youth reported that inappropriate comments had been made to at lease two of the female residents by male staff is in error?

**ANSWER:**
The answer is "Yes" the statement in the report is In Error.

**DISCUSSION:**

In order for Jones and Associates to properly address this issue, the absence of any additional solid information would prevent Jones and Associates ability to be able to properly address this particular issue. If and when additional information is presented to Jones and Associates perhaps this issue can be resolved.

349

40

> # Deficiency Cited In The CFSA Report Of 7/15/05 For The Jones & Associates ILP Program States That . . .
>
> the documentation in the Jones & Associates resident's case records of educational progress and any need for remedial assistance would be beneficial toward determining whether all required educational services are being provided.



## ISSUE: Statement of Fact (Remedial Assistance)

The issue is whether or not the statement in the July 15, 2005 CFSA Report, that the documentation in the Jones & Associates resident's case records of educational progress and any need for remedial assistance would be beneficial toward determining whether all required educational services are being provided is accurate?

## ANSWER:
The answer is "Yes" the statement in the report is Accurate.

## DISCUSSION:

This statement is correct.

43

JONES AND ASSOCIATES

COMPLAINT

EXHIBITS:

EXHIBIT TWENTY

SOUL SOURCE CONTRACT ONE /CFSA-06-C-0036

## DISTRICT OF COLUMBIA, CHILD AND FAMILY SERVICES AGENCY (CFSA)
## AWARD/SOLE SOURCE CONTRACT
## FOR SUPPLIES OR SERVICES
## SECTION A

| | |
|---|---|
| **1. ISSUED BY:**<br><br>District of Columbia, Child and Family Service Agency(CFSA)<br>400 6th Street, S. W., 5th Floor<br>Washington, D. C. 20024<br><br>Contracting and Procurement Administration<br>955 L'Enfant Plaza SW, Suite 5200<br>Washington, DC 20024<br>(202) 724-7642 | **2. PAGE  OF  PAGES**<br> 1         75 |
| | **3. CONTRACT NUMBER:**<br>CFSA-06-C-0036 |
| | **4. EFFECTIVE DATE:**<br>October 1, 2005 |
| | **5. DELIVERY:**<br><br>[ ] FOB DESTINATION      [  ] OTHER |
| | **6. DISCOUNT FOR PROMPT PAYMENT:** |

**7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP code)**

Jones & Associates, Inc.
1454 Corcoran Street, NW
Washington, DC 20009
TELEPHONE NO. (202) 462-1117
FAX NO.        (202) 332-5412
TIN: 62-1311038

*Ex.# 20*

### 8. TABLE OF CONTENTS

| (☆) | SEC. | DESCRIPTION | PAGE(S) | (☆) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART 1 – The Schedule** | | | | **PART II – Contract Clauses** | |
| X | A | Solicitation/Contract Form | | X | I | Contract Clauses | N/A |
| X | B | Supplies/Services and Price/Costs | | | | **PART III – List of Documents, Exhibits and Other Attach** | |
| X | C | Description/Specs/Work Statement | | X | J | List of Attachments | |
| X | D | Packaging and Marking | | | | **PART IV – Representations and Instructions** | |
| X | E | Inspection and Acceptance | | X | K | Representations, Certifications and other Statements of Offerors | |
| X | F | Deliveries or Performance | | | | | |
| X | G | Contract Administration | | X | L | Instrs. Conds. & Notices to Offerors | IBR |
| X | H | Special Contract Requirements | | X | M | Evaluation Factors for Award | IBR |

**9. TOTAL AMOUNT OF CONTRACT**        **$564,042.13**

### CONTRACTING OFFICER WILL COMPLETE BLOCKS 10 OR 11 AS APPLICABLE

| | |
|---|---|
| **10. [ ]  AWARD (Contractor is not required to sign this)**<br><br>You offer on Solicitation Number _____<br>including the additions or changes made by you which additions or changes are set forth in this award/contract, is hereby accepted. This award consummates the contract which consists of the following documents: (a) CFSA's Solicitation and your offer, and (b) this award/contract. No further contractual documents are necessary.<br>**Dr. James L. Jones**<br>   Dr. James L. Jones, Esq.   President | **11. [ X ]  CONTRACTOR'S NEGOTIATED AGREEMENT**<br>**(Contractor is required to sign this document and return _8_ copies to the issuing office)**<br><br>The Contractor agrees to furnish and deliver all items or perform all services set forth or otherwise identified on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provision, representation, certifications, specifications and any other documents as are attached or incorporated by reference in Section J. |
| **12A. NAME AND TITLE OF SIGNER (Type or print)**<br><br>Jones & Associates, Inc. | **13A. NAME OF CONTRACTING OFFICER:** |
| **12B. NAME OF CONTRACTOR**<br><br>BY _____<br>(Signature of person authorized to sign) | **13B. District of Columbia, Child and Family Services Agency (CFSA)**<br><br>BY _____<br>(Signature of Contracting Officer) |
| **12C. DATE SIGNED**<br><br>October 7, 2005 | **13C. DATE SIGNED**<br><br>10/7/05 |

CFSA AWARD/CONTRACT FORM 28 (REV. 01-01)

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

## SECTION B

•

## SUPPLIES OR SERVICES AND PRICE/COST

## TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| B.1 | INCREMENTAL FUNDING | 2 |
| B.2 | INDEFINITE QUANTITY CONTRACT | 2 |
| B.3 | INCENTIVE CONTRACT | 2 |
| B.4 | CONTRACT LINE ITEMS | 2-3 |
| B.5, B.6, B.7, and B.8 | PRICE SCHEDULE, DEFINITIONS AND INSTRUCTIONS | 3 |
| B.9 | PRICE SCHEDULE | 4-5 |

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036
**SECTION B - SUPPLIES OR SERVICES AND PRICE/COST**

B.1    This contract is incrementally funded in the amount of **$564,042.13** for the period of performance beginning October 1, 2005 through November 30, 2005.

**B.2    INDEFINITE QUANTITY CONTRACT**

B.2.1    This is a contract that provides for fixed unit rate with an indefinite quantity, within written stated limits, of specific supplies or services to be furnished during a fixed period. The contract requires the Agency to order and the Contractor to furnish at least a stated minimum of supplies or services. The maximum quantities of supplies and/or services that the Contractor is obligated to provide are specified in the Pricing Schedule. The guaranteed minimum quantities of services to be ordered are set forth below in Section B, Price Schedule.

B.2.2    Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering Clause stated at subsection or paragraphs in the contract. The Contractor shall furnish to the Agency, when and if ordered, the supplies and/or services specified in the Pricing Schedule, up to and including the maximum quantity. Through this type of contract, the Agency commits to payment for the minimum quantity specified in the contract, and for any additional amounts beyond the stated minimum, at the fixed price per unit as specified.

B.2.3    There is no limit on the number of orders that may be issued. The District Government may issue orders requiring delivery to multiple destinations or performance at multiple locations so long as the aggregate of all orders does not exceed the maximum.

**B.3    INCENTIVE CONTRACT**

CFSA and the selected Contractor will form a task force to develop performance measures and incentives for the Contractor's performance during contract year one (Base Period). Upon mutual agreement of the parties, the Contracting Officer shall modify the contract prospectively to provide performance measures concerning desired outcomes, and by adding price incentives and disincentives based on the contractor's performance as compared to the performance measures. If the parties are unable to agree on the proposed modification, CFSA may either a) continue with the original contract without the proposed modification, b) terminate the contract for convenience, or c) refuse to exercise the next occurring option period.

3

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

## B.4    CONTRACT LINE ITEMS

The quantities specified in this Section B Price Schedule below shall be considered the maximum capacity for each type of congregate care contracted. These numbers are maximums, based on CFSA's actual congregate care population and plans to reduce the number of children and youth placed in congregate care over the coming years. The Contractor should consider these numbers in the context of the LaShawn A. Williams Modified Final Order and Implementation Plan, and note that quantities may vary from year to year depending upon the need for foster care, and CFSA's success in placing more children and youth in family-based settings.  The unit prices may be augmented by incentives or disincentives based on the performance measures and objectives that are mutually agreed to by the parties

## B.5    SECTION B, PRICE SCHEDULE - - DEFINITIONS AND INSTRUCTIONS.

B.5.1    Item No.: The specific congregate care service and the period of time (*i.e.* base period or option period ) in which the service is to be provided.

B.5.2    Supply/Service: Type of congregate care services (including a cross-reference to specific sections of the RFP) that set forth details of the level of service, the age of the child or youth, the number of days in which congregate care services shall be provided by the Contractor.

B.5.3    Maximum Quantity: The maximum number of children for which CFSA will contract for to provide congregate care services, as set forth by the Line Item No.

B.5.4    Unit: Child per day.

B.5.5    Unit Price: Price per child per day for congregate care services.

B.5.6    Not-To-Exceed Amount: The extended price based on the Contractor's stated maximum capacity times the price per child per day.

B.5.7    Guaranteed Minimum: The minimum required quantity of service that the District shall contract for under the contract during the performance period.

B.6    **Cost Reimbursable Cost.**  The Contractor will be reimbursed on a cost reimbursable basis for all client specific cost that are supported and substantiated by the contractor. The Contract Line Item Numbers ("CLINs") for cost reimbursable costs are CLINs 0001CAA, 0002CAA, 0003CAA, 0004ABA and 0005CAA.

B.7    RESERVED

B.8    In accordance with the requirement set forth in Section C.2.8, Facility and Licensing, and effective during the base period, the Contractor shall not house more than eight (8) children or youth in a single except Independent Living Main Facility, Independent Living Residential Units and Assisted Living effective at the beginning of 10/01/2005)

4

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

**B.9    PRICE SCHEDULE**

**B.9.1    SOLE SOURCE PERIOD: 10/01/2005 THROUGH 11/30/2005**

| Item No. | Supply/Services | Maximum Quantity to be Contracted By CFSA | Quantity | Unit Price (Child per day | Not to Exceed Amount |
|---|---|---|---|---|---|
| 0001CA | Independent Living Main Facility Programs<br><br>(See Section C Paragraph C.5.6)<br><br>**Guaranteed Minimum Amount is $1000.00** | 100 | 55<br><br>*(Contract shall not be awarded for more than 56 slots)* | $139.06 | $466,546.30 |
| 0001CAA | Independent Living Main Facility Programs<br><br>Client Specific Cost from Cost Schedule 6 and 8 | | | | $97,495.83 |

**BASE PERIOD TOTAL NOT-TO-EXCEED AMOUNT: $564,042.13**

**\*\*\*\*END OF SECTION B\*\*\*\***

5

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

**PART I – SCHEDULE**

**SECTION C**
•

**DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK**

**TABLE OF CONTENTS**

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| C.1 | BACKGROUND | 7-8 |
| C.2 | SCOPE OF SERVICES | 8-15 |
| C.3 | TARGET POPULATION AND PROVISIONS OF CARE | 16 |
| C.4 | PROGRAM REQUIREMENTS | 16-24 |
| C.5 | CONGREGATE CARE POPULATION –SPECIFIC REQUIREMENTS | 24-26 |

6

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036
**SECTION C**

## DESCRIPTION/SPECIFICATIONS STATEMENT OF WORK

### C.1     BACKGROUND

C.1.1   The District of Columbia, Child and Family Services Agency (CFSA or the
Agency) is charged with protecting children and youth from abuse and neglect,
and ensuring a safe, permanent placement for those removed from their homes
that can effectively support them in meeting their goals of well being. All children
and youth deserve a permanent home and the nurture and support of a loving
family. Therefore, diligent efforts shall be made to secure such settings for both
children and youth, not excluding those with special needs such as medical and
mental health conditions, behavioral and emotional problems, learning
disabilities, and teen parenting responsibilities. CFSA strives toward placing all
children and youth in family-based settings before seeking congregate care
placement alternatives. CFSA's vision is to ensure that congregate care does not
serve as a first placement setting, but as a response to specific needs of the child
or youth under very limited circumstances.

C.1.2   In the upcoming years, CFSA will invest resources in preventing foster care
placement to ensure more children can remain safely in their own families. For
those who come into care, the expectation is that these children will move toward
permanent living arrangements within established Adoption and Safe Families
Act (ASFA) guidelines. CFSA envisions that fewer children and youth will be
placed in congregate care. CFSA plans to increase its use of family-based care
placements (both kin and unrelated foster homes) for all populations of children
and youth. The Contractor should take this into consideration for their own
planning purposes. CFSA expects that youth will reside in congregate care for
limited periods of time, and under defined circumstances and services.

C.1.3   Congregate care shall be provided in the form of **"Independent Living Main
Facility Programs".** Details regarding these specific requirements are outlined
in Section C.5. "Congregate Care Population-Specific Requirements".

C.1.4   In line with CFSA's goals, services should be integrated, family-centered,
culturally and linguistically competent, and community-based. In addition,
congregate care programs shall comply with the <u>LaShawn A. v. Williams</u>
Implementation Plan. A performance-based system of evaluation shall be
employed to ensure accountability, achievement of positive outcomes for youth
and families, and cost-effectiveness of service provision.

7

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

## C.2   SCOPE OF SERVICES

C.2.1  General Requirements              •

C.2.1.1        The Contractor shall be licensed as a youth residential facility in the
District of
        Columbia in accord with the licensure regulations set forth by District of
        Columbia Municipal Regulations, Title 29, Chapters 62 and 63.  The Contractor
        licensed in a jurisdiction other than the District of Columbia shall operate a
        program that meets all District of Columbia requirements. "Facility and Licensing
        Requirements" Section C.2.8 further explains these requirements.

C.2.1.2 The Contractor shall provide congregate care and supportive services in
        accordance with all existing federal and District of Columbia laws, rules, and
        regulations, including appropriate District licensure requirements, and consistent
        with policies, procedures and standards promulgated by the Child and Family
        Services Agency.

C.2.1.3 The Contractor shall meet general and program requirements applicable to all
        congregate care programs, as well as population-specific requirements unique to
        the form of congregate care set forth herein.

C.2.2  Service Integration/Linkage

        The Contractor shall provide detailed plans to work with other providers to
        establish and maintain an effective and accessible continuum of care and
        constellation of services. The Contractor shall have service linkages with relevant,
        neighborhood-based service networks such as the Healthy Families/Thriving
        Communities Collaboratives, or similar networks.

C.2.2.1 Contractors shall develop an integrated service network with community-based
service,
        foster care, and other treatment providers that establishes protocols for referral,
        communication, service planning and delivery, sub-contracting, communication,
        and data collection. Service provider contracts, formal service agreements, "letters
        of linkage", and memoranda of understanding among members of the service
        network may act as evidence of a formal agreement. See, also, C.2.7 "Mental
        Health Rehabilitative/Medicaid-Reimbursable Services" and C.2.5 "Community-
        Based Services".

C.2.2.2 An integrated service network will facilitate efficient access to services needed
by youth
        and their families. Linkage across care providers will facilitate a smooth transition
        for youth from one level of care to another, and should include all types of
        congregate care programs outlined in this contract, as well as family-based

8

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

> providers (foster and kinship care). Such linkage meets CFSA expectations that the Contractors' programs support CFSA case manager activities in the achievement of safety, permanence, and well-being objectives.

C.2.3    Family-Centered Practice

> The Contractor shall employ a family-centered approach to care that includes, when appropriate, the natural parents, family members and other significant individuals in the youth's life. The Contractor shall facilitate frequent visitation between the youth and family members (including siblings) and/or other significant individuals in the youth's life. These visits may occur in the youth's home community, in the homes of pertinent relatives and significant individuals and/or at the Contractor's site. Phone calls and other forms of communication will also be encouraged between the youth and relatives, as well as other significant individuals. The Contractor shall engage the youth's biological family immediately upon placement, and, as appropriate, shall encourage maximum family participation even when the youth's discharge goal is independent living. The Contractor shall link the family with effective services with the goal of strengthening family functioning.

C.2.4    Cultural and Linguistic Competence

C.2.4.1 The Contractor shall provide culturally competent services that ensure staff understand

> and are familiar with the family's culture, reinforce positive cultural practices, and acknowledge and build upon ethnic, socio-cultural and linguistic strengths. The Contractor shall make every effort to employ staff representative of the community served.

C.2.4.2 The Contractor shall provide linguistically competent services through staff that are fluent in the languages spoken by the children and families being served, or from another source providing such services. The Contractor shall have similar capacity to serve hearing impaired clients.

C.2.5    Community-Based Services.

C.2.5.1

> (a) A community-based system enhances the well-being of youth and their families by
> reducing the trauma of foster care separation, and increasing the potential for reunification with natural parents or kin. Congregate care programs shall endeavor to establish care sites within the youths' communities, or as close to their communities as possible, unless determined by the CFSA case manager that such proximity is not in the best interest of the youth. This is to ensure that youth in foster care can maintain connections with schools, churches, friends and families. If, for reasons deemed appropriate, a community-based placement is not

9

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

possible, the Contractor shall develop and maintain linkages that strengthen the youth's relationship with his/her home communities and/or the community in which he/she will be residing upon discharge. To the extent possible, support services for youth and their families should similarly be provided in the youth's community of origin, community of placement, and/or community in which a potential kinship care or family-based provider resides.

(b)      Additionally, youth shall be connected to, or involved in, the community in which they

are residing while in congregate care. Contractors shall endeavor to create a community-based network of services and affiliations that will not only connect youth to the community, but the community to youth and congregate care programs located in their area. Required local advisory committees may serve as a vehicle by which to stimulate interest and support on the part of local citizens, service providers, businesses, religious groups, etc., to develop a community-based network. Such a network can be beneficial for assisting youth with tutoring, mentoring, jobs, guidance, and other services and supports. Youth shall become involved in the community through volunteer civic activities, attendance at religious services (if desired), use of public agencies/ services such as the local library and health clinic, and other similar activities.

C.2.5.2 Linkage to services provided in, or as close to, neighborhoods of origin and/or residence

is also essential. This concept should be employed, to the extent possible, for all services and activities for youth and families. Linkage to service networks such as the Healthy Families/Thriving Communities Collaboratives, or similar community-based agencies, or network of service providers, shall be evaluated favorably. Additional information regarding mental health services is described in the previous Section C.2.2 "Service Integration/Linkage", as well as in the "Mental Health Services" Section C.4.7.

C.2.6   Location of Services

C.2.6.1 CFSA is contracting for congregate care provided within the District of Columbia or

within 25 miles of the District of Columbia. Facilities that are located within the District of Columbia are desired.

C.2.6.2 Contractors shall ensure that youth maintain connections to their neighborhoods of origin, as well as their current neighborhoods of residence.

C.2.6.3 If providing congregate care outside the District of Columbia, the Contractor shall meet the licensing standards applicable in the jurisdiction in which care is provided, as well as the District of Columbia's licensing standards. The District of Columbia has a number of standards more stringent than those of other jurisdictions, and these are outlined in section C.2.8 "Facility and Licensing

10

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

Requirements". Contractors providing care in other jurisdictions must fully employ methods, strategies and resources that enable youth to maintain ties with their communities of origin.

C.2.7   Mental Health Rehabilitative / Medicaid-Reimbursable Services. CFSA is committed to
assuring that mental health services provided to children, youth and families without access to private health insurance are provided by agencies certified as Medicaid providers. The Contractor shall provide an existing or planned capacity to maximize financial and programmatic integrity through the utilization of funding streams other than CFSA. The Contractor shall strive to become a certified Medicaid providers, plan to become certified, or collaborate with subspecialty or subcontracted provider agencies that are certified Medicaid providers.

C.2.7.1 All youth with mental health needs shall be registered and connected with the District
of Columbia's Department of Mental Health (DMH), and connected with a DMH-certified Core Service Agency to access needed services.

C.2.7.2 Contractors providing care outside the District of Columbia shall fully collaborate with DMH and secure Medicaid-reimbursable mental health services. CFSA expectations regarding mental health services are further described in the "Mental Health Services" section C.4.2.6. and "Community-Based Services" Section C.2.5.

C.2.8   Facility and Licensing Requirements. Congregate care facilities shall maintain compliance with all local and federal housing and building code regulations, as well as
the requirements set forth by the District rules and regulations pertinent to the licensing
and operation of youth residential facilities and independent living programs. See Section J, Attachments and Documents Incorporated By Reference, Nos. J.8 to J.22.

C.2.8.1 If providing care outside the District of Columbia, the facility must meet the licensing
requirements for the jurisdiction in which the facility is operating, as well as the District of Columbia's licensing requirements. In certain instances, the District of Columbia's licensure requirements may be more stringent than those of other jurisdictions.

C.2.8.2 The LaShawn A. v. Williams Implementation Plan (IP) requires CFSA to ensure that
facilities serve youth in a more family-like manner by restricting the number of children and youth served in a single congregate care facility to not more than

11

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

eight (8). The only permissible exception to placement of a child/youth in a facility serving more than eight (8) residents is if the individual needs of the child/youth require specialized care that can only be provided in a larger facility. CFSA plans to phase out placement of children/youth in facilities serving more than eight (8) residents by the first option year of the contract. The eight (8) resident maximum shall take effect in the base contract year for group homes.

C.2.9   Organizational Requirements

C.2.9.1 The Contractor shall provide information regarding its organization including the mission,
organizational structure, location, and services and programs offered.

C.2.9.2 The Contractor shall provide information regarding its contractual history with the District of Columbia and/or other jurisdictions, including the types of contracts, agencies contracted with, dates of contracts, and a copy of performance evaluations, if available, and a contact person.

C.2.9.3 The Contractor shall submit a current organizational chart that displays organizational
relationships and demonstrates the staff member with responsibility for administrative oversight and supervision for each activity required under this contract, staff with training authority, staff with programmatic and clinical responsibility, and all other key staff, including main office and the congregate care facilities.

C.2.9.4 The Contractor shall submit a detailed work plan for the contract year, including all relevant action steps, responsible parties, outcomes and deliverables.

C.2.9.5 The Contractor shall maintain complete written job descriptions covering all positions
funded through the contract in the files to be made available to CFSA for review. Job descriptions shall include required credentials, human care certifications, training certificates, description of duties and responsibilities, hours of work, salary range, and performance evaluation criteria.

C.2.9.6 The Contractor shall submit any changes in key staffing patterns to the Contracting Officer's Technical Representative not less than 30 days in advance of such changes.

C.2.9.7 The Contractor shall submit a copy of the policies and procedures relevant to its congregate care program(s). Policies should include (1) residents' rights and responsibilities, (2) behavior management techniques, and (3) all other pertinent descriptions of philosophy and approach to care.

12

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036
C.2.10 Staff Qualifications and Requirements

C.2.10.1 The Contractors shall establish personnel guidelines that are in compliance with
licensure regulations, as well as the CFSA guidelines outlined henceforth.

C.2.10.2 The Contractor shall ensure that all employees, consultants and sub-contractors
have been cleared through the Child Protection Registry and the Police
Department of the  jurisdiction(s) in which the staff member resided during the
five years prior to employment under this contract, as well as cleared through the
District of Columbia Metropolitan Police Department, and the jurisdiction in
which they will be providing services.

C.2.10.3 For all new employees, the Contractor shall, prior to employment under any
contract
resulting from this Solicitation, provide to the Contracting Officer's Technical
Representative copies of the results of all Child Protection Register and criminal
background checks, and the results of all drug and alcohol tests. The Deputy
Director of Licensing and Monitoring, or her designee, shall have sole discretion
to permit or prohibit any person with a criminal record from working for the
Contractor on this contract, except that persons having criminal convictions for
felony crimes of violence, or crimes involving sexual assault, rape, child
abuse/molestation, or drug distribution shall not under any circumstances
perform services or be employed by Contractor under this contract. Persons
having criminal convictions for drug possession shall not have direct contact
with children under this contract.

C.2.10.4 The Contractor shall terminate any staff for whom allegations of any of the
following has been substantiated by an investigation by CFSA's Institutional
Abuse Unit:

( ) Physical abuse of children, families or staff members;
( ) Sexual abuse or harassment of children, families or staff members;
( ) Verbal or emotional abuse of children, families or staff members;
( ) Drug or alcohol use on the premises or with children and families, or such that
the staff is intoxicated while on duty;
( ) Failure to report any allegation of child abuse and/or neglect to CFSA and to
the appropriate law enforcement or social service agency in the jurisdiction in
which the allegation occurred.

Failure to dismiss employees for these conditions shall be sufficient cause for the
contract termination under clause 9, Default, Standard Contract Provisions for
Use with District of Columbia Supply and Services Contract, dated April 2003
(Attachment J.1).

C.2.10.5 The Contractor shall ensure that staff can provide services capable of meeting
the

13

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

cultural and linguistic needs of the participating youth and pertinent family members with whom visiting and planning for the youth must take place. To the extent possible, the Contractor shall comply with the First Source Employment Agreement, and recruit and hire appropriately qualified staff from the community served.

C.2.10.6 In its work plan, The Contractor shall profile staff credentials, including, but not limited to, the number of staff, educational degrees, languages spoken and areas of specialization, and describe how these impact and address service needs of the targeted population.

C.2.10.7 The Contractor's congregate care staff shall collectively have experience and skill in adolescent development, behavior management, child abuse and neglect, family dynamics, psychotropic medication and medication management, and identification and treatment of alcohol and substance abuse.

C.2.10.8 The Contractor's staff members and sub-contractors responsible for performing professional services, including psychological, psychiatric, medical, social work, nursing, dental, and education, shall have professional degrees from accredited colleges or universities and current license in their respective fields.

C.2.11   Staff Training and Development

C.2.11.1 The Contractor shall establish staff training and development policy and procedures that are in compliance with the licensure regulations, and CFSA guidelines outlined in this section.

C.2.11.2 The Contractor shall provide training to congregate care staff on relevant child welfare topics including, but not limited to, child abuse and neglect, psychotropic medication and medication management, strength-based, family-centered practice, concurrent planning, domestic violence, teen relationship abuse, and HIV/AIDS.

C.2.11.3 The Contractor shall also ensure that staff are trained on the provision of community-based services, including training on community characteristics, resources and needs, and negotiating services for children within a community-based environment. Every effort shall be made by the Contractor to ensure that training incorporates and encourages the participation of representatives from community residents and community-based service providers, such as local hospitals, police precincts and drug treatment centers.

C.2.11.4 The Contractor shall also provide training to congregate care staff on topics relevant to adolescent development. Topics may include, but are not limited to, education and career development, life skills, health and pregnancy prevention, mental health, domestic violence and alcohol and substance abuse.

14

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

C.2.11.5 The Contractor shall maintain training records, including attendance and copies of the
     curriculum.

C.2.12    Information, Data Collection, Program Evaluation, and Quality Assurance

C.2.12.1 The Contractor and all subcontractors shall establish and submit, upon award,
     policies and procedures that ensure compliance with all District and federal
     privacy and confidentiality laws and polices.

C.2.12.2 The Contractors shall submit a Daily Census Report form for each facility to the
     Licensing and Monitoring Administration by fax or e-mail as CFSA may direct.

C.2.12.3 The Contractor shall ensure that congregate care staff and youth are actively
     involved in    CFSA's Administrative Review and Case Practice Process.

C.2.12.4 The Contractor shall maintain adequate case files and fiscal records, and ensure that staff
     follow appropriate record-keeping practices and procedures, in a manner that is
     compliant with and supports all existing federal, state, and local laws, rules, and
     regulations, and is consistent with policies, procedures, and standards
     promulgated by CFSA.

C.2.12.5 The Contractor shall comply with CFSA standards for reporting, monitoring
     activities, and performance reviews. CFSA shall offer technical assistance and a
     period of time for implementation of protocols in order to meet compliance
     standards.

C.2.12.6 The Contractor shall develop and submit with the proposal their quality
     assurance systems for monitoring and reviewing           program
     performance and designing and implementing improvement strategies. The
     Contractor shall ensure participation in all CFSA Quality Improvement Processes
     that include, but may not be limited to, the following:

     ( ) Administrative Reviews
     ( ) Case Practice Staffings
     ( ) Permanency Staffings

C.2.13 Outcome Measurement

C.2.13.1 A primary goal of CFSA's contract reform initiative is to develop a performance-based
     system of evaluation that ensures accountability, cost-effectiveness of service
     provision, and achievement of positive outcomes for children, youth and families.
     CFSA plans to hold providers accountable for improving the quality of services
     delivered and, over time, for achieving selected outcomes for children's safety,

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

permanence and well-being. CFSA expects to accomplish this through improved data collection and contract monitoring, establishment of financial incentives and disincentives for providers, and the development and implementation of a performance evaluation system. CFSA anticipates full achievement of this goal to be phased in over the first two contract years for congregate care.

C.2.13.2 In the first year, congregate care providers shall participate on a task force to assist

CFSA in developing an effective approach to outcome measurement, accountability, and application of financial incentives and disincentives. The Contractor will be asked to select a representative to serve on the task force, and task force objectives shall include, but not be limited to, the following:

(a)     Identification of measures that capture significant youth and family outcomes.
(b)     Identification and resolution of major issues in data reliability and timeliness.
(c)     Development of an overall approach to performance accountability.
(d)     Development of a system for applying financial incentives and disincentives.

C.2.13.3 CFSA will take recommendations made by the task force into consideration in the development of protocols for performance accountability. See Section B.3 for the terms and conditions that will apply to the introduction of performance measures into contracts.

C.2.13.4 While performance accountability shall be phased in during the first two years, CFSA expects congregate care providers to meet certain, basic requirements commencing the base contract year, as follows:

(a) Licensure of the facility and program in accord with the requirements of the District of Columbia, and, if applicable, any other jurisdiction in which the facility is operating.

(b) Quality service to youth and families via fulfillment of all licensing standards and RFP specifications for general, program and service delivery elements of the congregate care program.

(c) Quarterly performance reviews that will provide an opportunity to discuss lessons learned and implementation of improvement strategies.

C.2.13.5 The following shall serve as preliminary baseline indicators that the task force may

use as a framework from which to further develop performance and outcome measures, as well as pricing incentives and mechanisms:

16

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

    (a) Safety - Number of Critical/Unusual Incidents regarding care and supervision of youth that includes, but is not limited to, any Institutional Abuse/Neglect Investigations conducted.

    •

( ) Permanence

    (1) Length of stay in congregate care.

    (1) Number of disruptions in placement for youth served by the congregate care facility.

    (1) Percentage of youth who have regular contact with parents and extended family, where appropriate.

( ) Well Being

    (1) Percentage of youth receiving timely and community-based service linkages.

    (2) Percentage of youth meeting the mental health, health and other service objectives specified in case plan and/or ITILP.

    (3) Percentage of youth meeting educational, vocational, and independent living objectives specified in the IEP, case plan, and/or ITILP.

C.2.14 Emergency Response and Plan

C.2.14.1 The Contractor shall have an emergency response plan that provides back-up power generators for the facility, and an alternate location for residents that can serve as temporary housing and care in the event of a natural or man-made disaster. The Contractor shall submit this plan within thirty (30) days of contract award.

C.2.14.2 The Contractors shall submit training provisions for its emergency response plan within three (3) days of contract award.

## C.3   TARGET POPULATIONS AND PROVISION OF CARE

C.3.1   Consistent with the LaShawn A. v. Williams Implementation Plan, CFSA's priority

is to place children and youth of all ages in family-based care and the least restrictive setting possible. As CFSA improves the capacity to place more children in family-based care, the Agency plans to reduce the level of congregate care for which it contracts. The following numbers for each type of congregate care population are based on CFSA's actual congregate care population, taking into consideration plans to reduce the number of children and youth placed in congregate care over the coming years. CFSA is currently in the process of developing its first needs assessment and resource development plan, and the Agency's capacity to project the congregate care needs of youth shall improve as these tools are developed, implemented, and further refined. Section C.5.

17

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

"Congregate Care Population-Specific Requirements" further defines congregate care populations and requirements.

C.3.1.1 The Contractor shall house male and female residents in separate, single sex facilities with the exception of Diagnostic and Emergency Care for children aged 12 and younger.

C.3.1.2 Reserved.

C.3.1.3 Congregate care shall serve male and female youth unable to reside with family members, or in family-based care. The congregate care category are as follows:

(1) Independent Living Main Facility Programs

C.3.1.4 RESERVED

C.3.1.5 RESERVED

C.3.1.6 RESEVED

C.3.1.7 RESERVED.

C.3.1.8 The Contractor shall maintain an environment that is free of discrimination and harassment based on gender identity, sexual orientation, religious and racial/ethnic background, and/or disability.

## C.4    PROGRAM REQUIREMENTS

The Contractor shall provide a congregate care program that responds to rules and regulations outlined in DC Municipal Regulations Title 29, Chapters 62 or 63, as appropriate to the typed contract, as well as general, program and population-specific requirements. CFSA shall periodically monitor programs for compliance with all regulations and requirements.

C.4.1    Admission, Intake, Discharge and Aftercare Planning

C.4.1.1 The Contractors shall be equipped to admit youth into its congregate care program on a
24-hour, 7 day-a-week for each day of the year.

C.4.1.2 The Contractors shall accept youth under the care of the Child and Family Services
Agency for placement in its program. If the Contractors accepts non-CFSA youth into placement, the Contractor's shall provide a program description that shall include:

18

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

( ) The manner by which placement of CFSA and non-CFSA youth will be managed for the benefit of youth;
( ) An adequate approach to confidentiality issues;
( ) Assurance that the provisions of D. C. Code § 16-2320 are adhered to regarding "commingling of juveniles".

C.4.1.3 The Contractor shall accept for placement those youth under the care and legal custody of CFSA, and referred by CFSA's Placement Office. The Contractor shall accept all youth referred if there is a vacancy in the program.

C.4.1.4 The CFSA social worker shall coordinate the youth's placement with the Contractor by facilitating:

( ) Completed and signed Board and Care Agreement Form.
( ) Completion of medical screening prior to placement.
( ) Presentation of a copy of the medical examination at the time of placement.
( ) Exchange of the social security number, birth certificate, Medicaid number, school records, previous placement history, medical history, family history, and inventory of youth clothing.

C.4.1.5 The Contractor shall document and place in the resident's care record, within 24 hours of
admission, all emergency medical and mental health needs, allergies, basic needs, and non-emergency medical and mental health conditions and physical infirmities, including all visible signs of illness or injury, as well as pre-admission medical screen information.

C.4.1.6 The Contractor shall maintain copies of a document signed by the youth to be placed in his/her record that indicates he/she has received a resident orientation within 48 hours of admission.

C.4.1.7 The Contractors shall pursue CFSA's dispute resolution process for cases of disagreement regarding placement decisions for CFSA youth.

C.4.1.8 The Contractors shall not discharge youth from a congregate care program unless a CFSA Family Team Meeting has determined that one or more of the following:

( ) The youth requires a shift in level of care that is more or less restrictive and cannot be provided by the current congregate care program;
( ) The youth is to be reunified with family or relatives;
( ) The youth is to be placed in some other family-based foster care setting;
( ) The youth is to be adopted.
( ) The youth has adequately met his/her independent living goals and is ready to leave foster care.

19

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

C.4.1.9 When circumstances change for the youth such that a placement change is considered,

> Contractor shall retain the youth in his/her current foster care setting while immediately requesting a CFSA Family Team Meeting. If the Family Team Meeting determines that re-placement of the youth is necessary, the Contractor shall retain the youth in his/her current setting, and apply any recommended support services until an appropriate placement has been secured.

C.4.1.10 The Contractor shall provide documentation to the Contracting Officer's Technical Representative and to Family Team Meeting attendees, that describes all efforts made by the Contractor to stabilize and sustain the youth's placement. Such documentation shall include: notice to the Contractor's representative of circumstantial changes; crisis intervention and support services applied; utilization of community-based services; and other pertinent documentation.

C.4.1.11 Reserved.

C.4.1.12 The Contractor shall ensure that discharge and aftercare planning commences at admission and is coordinated with the Clinical Support Division of the Office of Clinical Practice at CFSA.

C.4.2  Case Planning, Staffings, and Case Responsibility

C.4.2.1 The Contractors and CFSA shall jointly develop an Individual Service Plan (or case plan)

> and Individual Transitional Independent Living Plan (ITILP) consistent with court orders. The Contractor shall ensure that group or independent living program staff and social workers involved with CFSA youth attend case planning conferences, staffings, and administrative reviews.

C.4.2.2 CFSA shall maintain case management responsibility for youth through a CFSA social

> worker. The Contractor shall provide supportive assistance to CFSA by working with the youth to meet his/her case plan and ITILP objectives, making service referrals and linkage, coordinating required family and sibling visits, and participating in case staffings, conferences and review.

C.4.2.3 The Contractors shall designate a primary youth care counselor, social worker, or other qualified staff member responsible for supportive assistance functions. The Contractor shall ensure these individuals attend pertinent case staffings, reviews, and conferences. Independent living programs shall employ at least one (1) social worker for every twenty (20) residents.

C.4.2.4 If a youth experiences an acute care episode, the Contractor shall send representatives to

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

> participate in treatment planning and care for the youth with the expectation that the youth will ultimately return to his/her placement.

C.4.3  Mandatory Reporting and Unusual Incidents

C.4.3.1 The Contractor shall follow the procedures and requirements outlined in the licensure regulations for mandatory reporting and unusual incidents. In addition to licensure regulations, the Contractor must file an unusual incident report any time the resident and/or staff has engaged in the an event that is significantly distinct from normal routine or procedure of the resident, the program, the staff, or any person relevant to the resident.

C.4.3.2 The Contractor must file an unusual incident report by fax or e-mail, as CFSA may direct, to the CFSA hotline, social worker, supervisory social worker, program monitor, and program manager of the Program Monitoring Division within 24 hours of knowledge of the incident. The facility must report any alleged child abuse, neglect or other risk to residents' health and safety to the CFSA hotline.

C.4.4  Local Advisory Committee

C.4.4.1 The Contractor are required under the licensure regulations to develop a local advisory
> committee that complies with licensure regulations. Proposals utilizing local advisory committees as a vehicle by which to stimulate interest and support on the part of local citizens, service providers, businesses, religious groups, and civic groups shall be evaluated favorably. Development of local support can be beneficial for assisting youth with tutoring, mentoring, jobs, guidance, and other services.

C.4.5  Service Provision

C.4.5.1 The Contractor shall provide an array of services and overall strategy for meeting the
> needs of youth that complies with licensure regulations and any additional CFSA guidelines outlined in this "Service Provision" Section. The services must be appropriate to the age, gender, sexual orientation, cultural heritage, developmental and functional level, as well as the learning ability of each youth. These shall include, but not be limited to, the following:
>
> ( ) Food, shelter, hygiene, and clothing;
> ( ) Health care;
> ( ) Mental health and alcohol, tobacco, and substance abuse services;
> ( ) Sex education and reproductive health services;
> ( ) Educational services and advocacy;
> ( ) Family Services/Visitation;

21

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

      ( ) Recreation, Community Connections, and Religion;
      ( ) Transportation services;
      ( ) Life skills training and age appropriate independent living skills training; and,
      ( ) Vocational services.

                                   •

## C.4.6   Health Care

C.4.6.1 The Contractor shall develop and submit with proposals the policy and procedures for meeting the preventative, routine, and emergency health care of youth.

C.4.6.2 CFSA's Health Services Division will include in each youth's case plan a descriptive

      health care plan of the services required to meet his/her unique health and mental health needs. The Contractor shall propose the methods for making service referrals with community-based providers, assuring youth utilize these services, and a standardized system for collecting, recording, and conveying health and mental health information to CFSA.

C.4.6.3 The Contractor shall establish methods for securing, in a timely manner, all medically recommended health and therapeutic services including, but not limited to, medication, physical and occupational therapy, glasses, hearing aids, prosthetic devices, and corrective physical and dental devices.

C.4.6.4 The Contractors shall facilitate the provision of specialized health services such as

      private duty nursing, medical respite care, homemaker services, among others, in accord with the case plan and Individualized Habilitation Plan and sanctioned by CFSA's Health Services Division.

C.4.6.5 Contractor shall utilize medical services provided by licensed doctors and agencies that

      accept Medicaid. Title IV-E eligible youth may receive Medicaid-covered services in the state in which they reside.  DC KIDS and the Health Services Division of CFSA's Office of Clinical Practice will assist The Contractor in identifying Medicaid providers.  Except in an emergency, the Health Services Division of CFSA shall approve any non-Medicaid vendor before the services are obtained.

C.4.6.6 Contractor shall develop a training plan that prepares staff on health issues. Caretakers shall be required to participate in a pre-service health care training program of 8 hours as a prerequisite to working with children in care. In addition, four hours per year of in-service health training shall be provided. Training on universal infection control precautions must be provided.

C.4.6.7 The Contractor shall develop and submit with proposals the policy, procedures,

22

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

and a care plan for youth affected by HIV and AIDS. Policy and procedures must include risk assessment, evaluation and treatment, testing, disclosure, confidentiality, consent, counseling, permanency planning, and other topics. Practice must also be compliant with Section 504 of the Rehabilitation Act of 1973 that prohibits discrimination against individuals with handicaps. Universal infection control precautions shall be employed by caregivers.

C.4.6.7 The Contractor shall ensure on-call availability of a physician for urgent services and

consultations.

C.4.7  Mental Health Services

C.4.7.1 The Contractor shall be responsible for meeting children and youth's mental health

service needs through direct provision of, or linkage to, mental health services delivered by qualified professionals.  Mental health services include, but are not limited to:

( ) Preliminary mental health screen within 3 business days after admission by a licensed mental health practitioner.

( ) If indicated by the preliminary mental health screen, a mental health evaluation and assessment, including a standardized diagnostic mental health assessment completed within fifteen (15) calendar days of admission by a licensed mental health practitioner.

( ) Substance and alcohol abuse prevention, intervention, and treatment;

( ) Access to emergency mental health services on a 24 hour a day, 7 day per week basis.

( ) Clinical consultation with residents, parent(s) or guardian(s), and staff;

( ) Individualized treatment, including therapy and counseling for individuals and groups;

( ) A standardized system for collecting, recording and conveying each resident's essential mental health information consistent with HIPAA; and,

( ) A standardized system for collecting and reviewing the resident's historical mental health records.

C.4.7.2 The Contractor shall ensure that all youth with mental health needs are registered and connected with the District of Columbia's Department of Mental Health (DMH), and connected with a DMH-certified Core Service Agency to access needed services. The Contractor shall also ensure that this information is provided to CFSA through its Health Services Division under the Office of Clinical Practice. CFSA prefers that mental health services are provided by DMH Core Service Agencies, subspecialty provider agencies, or subcontracted provider

23

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

agencies that are certified Medicaid providers.

C.4.7.3 The Contractor shall ensure that clinical and therapeutic services are provided to youth as recommended by the Individual Habilitation Plan (IHP), Individualized Treatment Plan (ITP), Individualized Education Plan (IEP), or CFSA case plan.

C.4.7.4 The Contractor shall ensure youth and staff attendance at all relevant Multi-Agency Planning Team (MAPT) meetings that assess and make recommendations regarding mental health needs and services.

C.4.7.5 The Contractor shall ensure access to and/or provision of smoking cessation programs, weight reduction, and alcohol, substance abuse, and domestic violence counseling services for youth.

C.4.7.6 The Contractor shall facilitate mental health service provision by agencies certified as

Medicaid providers when individuals do not have access to private health insurance. Proposals that describe an existing or planned capacity to maximize financial and programmatic integrity through the utilization of funding streams other than CFSA shall be evaluated favorably. Preference shall be given to those programs that are certified Medicaid providers, or propose plans to become certified, or are collaborating with subspecialty or subcontracted provider agencies that are certified Medicaid providers.

C.4.8 Sex Education and Reproductive Health Services

C.4.8.1 The Contractor shall provide all youth in care aged 13 to 21 years with sex education and health services that include, among others, sexual relations, pregnancy prevention/contraception, and sexually transmitted diseases (STD).

C.4.8.2 The Contractor shall secure and/or provide high quality, community-based prenatal and

postnatal counseling and services to pregnant teens, teen parents and to youth seeking to terminate pregnancies. The Contractor shall ensure care by a licensed obstetrician/gynecologist for all youth seeking access to such a provider.

C.4.8.3 The Contractor shall link with organizations that provide education and support services for gay, lesbian, bisexual, and transgendered youth.

C.4.9 Educational Services and Advocacy

C.4.9.1 The Contractor shall be responsible for the educational and vocational needs of all

youth placed in its care. CFSA will provide the Contractor necessary educational information and documentation for the youth. Within 48 hours of receiving this information and documentation, the Contractor shall arrange for and ensure that

24

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

each school-aged resident attends school or an educational program in accordance with all applicable federal, state and local laws and the youth's initial service plan.

C.4.9.2 The Contractor shall be responsible for enrolling and transporting all school age youth to any educational, vocational and/or mentoring activities, unless otherwise provided by the school district or another community-based service provider.

C.4.9.3 The Contractor shall ensure that youth who are no longer required to attend school under the District of Columbia's Compulsory Education Law receive directly, or are appropriately linked to, community-based services and providers to assist the youth transition to independence.

C.4.9.4 The Contractor shall maintain the youth's educational records, including, but not limited to, report cards, educational testing and Individualized Education Plans (IEP's) in the resident's case record.

C.4.9.5 The Contractor shall ensure that all youth in need of Special Education are appropriately
assessed by the youth's local school or another authorized Special Education evaluator approved by the District of Columbia Public Schools (DCPS). The Contractor shall describe its participation in all meetings held at the youth's local school in order to develop and/or enhance the youth's IEP.

C.4.9.6 The Contractor shall comply with education policies set forth by DCPS and CFSA regarding the provision of special education services and other guidance on a variety of education-related topics. The CFSA Education Unit is available for consultation and assistance in this area.

C.4.9.7 The Contractor shall provide educational enrichment programs and activities.

C.4.9.8 The Contractor shall identify those educational duties and responsibilities for which congregate care staff and/or other contract staff will be accountable (*e.g.*, attendance at school conferences, provision of school supplies, assistance with homework, regular contact with teachers). For independent living programs, this includes the role of the educational coordinator. The plan shall also include description of the educational equipment provided to youth to assist and enrich educational endeavors. Proposals indicating provision of computers, adequate study areas, in-home tutoring (paid or non-paid), and other assistance shall be favored.

C.4.9.9 The Contractor shall identify and establish a network of paid or non-paid providers to which referrals may be made for tutoring, mentoring, and other remedial and advocacy services. The Contractor shall be responsible for linking the youth to the service provider as well as monitoring and ensuring the provision and quality of the service provided.

25

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

C.4.9.10 One-on-one tutoring is available in limited circumstances to supplement DCPS services.

> The Contractor shall provide those youth presenting any of the following educational limitations with tutorial/remedial services:

> ( ) Two or more grade levels behind age-appropriate academic performance;
> ( ) Reporting grades of D's or F's;
> ( ) Services are court ordered;
> ( ) Services recommended by IEP;
> ( ) Services recommended by school;
> ( ) Services recommended by a psychological evaluation, or
> ( ) Services recommended by the youth's service plan.

C.4.9.11 CFSA encourages the provision of mentoring services for all youth being cared for in

> congregate care. Contractors shall work to provide innovative provision of mentoring services that are community-based, linked to professional groups, and/or are on a volunteer basis. Mentoring services should be as supplemental activities to tutoring and recreational endeavors already provided by the congregate care program.

C.4.9.12 The Contractor shall provide CFSA with all pertinent educational information for the purposes of data collection and monitoring.

C.4.10  Family Services/Visitation

C.4.10.1 The Contractor shall make efforts to involve the youth's family members and other significant persons in the youth's life, as appropriate, through facilitating visits and inclusion in case planning. The Contractor shall develop and submit policy and procedures for visitation that includes face-to-face visitation, mail correspondence, and telephone contact; supervision of visits; provision of adequate space for visits; and restriction of visits and contact.

C.4.10.2 CFSA shall maintain primary case management responsibility, and the congregate care

> program is expected to provide supportive assistance in facilitating visits between the youth and his/her family in settings that are more conducive to positive family interaction. The Contractor shall establish the location to be utilized for visits and a sample schedule for visits.

C.4.11  Recreation, Community Connections, and Religion

C.4.11.1 The Contractor shall develop recreational programming for youth that includes the types of family-oriented recreational and cultural/educational activities to be

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

facilitated. Programs that organize both group and individualized recreational
outings, and describe a calendar of activities shall be viewed favorably.

C.4.11.2 The Contractor shall nurture the development of hobbies, interests and other
leisure time

activities for youth. Youth shall be provided sufficient recreational supplies,
equipment and activities.

C.4.11.3 The Contractor shall include youth residents in the activities of their family's
community and/or the community in which they reside while in congregate care.
Such involvement contributes to a youth's integration into a community and
ability to tap into support mechanisms. The Contractor shall endeavor to create a
network of services and affiliations that will not only connect youth to the
community, but the community to youth and congregate care programs located in
their area.

C.4.11.4 The Contractor shall promote youth involvement in the community through
volunteer civic  activities, attendance at religious services (if desired), use of
public agencies/services    such as the local library and health clinic, and other
similar activities.

C.4.11.5 Proposals that describe a comprehensive plan to link youth with their
communities shall

be viewed favorably. Plans may include descriptions of community-based
activities in  which youth will become involved.

C.4.11.6 The Contractor shall ensure that every youth has an opportunity to participate in
religious services of his/her choice, or to refrain from religious practice if so
desired.

C.4.12 Transportation

C.4.12.1 The Contractor shall provide transportation to all scheduled activities including,
but not

limited to:

( ) Medical and mental health appointments;
( ) School/educational and vocational activities;
( ) Recreational activities;
( ) Community activities; and
( ) Family activities and visits.

C.4.13  Life Skills Training (Independent Living)

C.4.13.1 The Contractor shall develop and submit a plan for preparing age-appropriate
youth with life  skills in accord with licensure regulations.

27

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

C.4.13.2 The Contractor shall prepare teens fifteen years and older for independent living in addition to a referral to the CFSA Independent Living program, Center of Keys for Life. The program shall include, at a minimum, money management/consumerism, meal planning and preparation, household management, personal care and hygiene, health and human sexuality, education, vocational planning and readiness, citizenship, interpersonal and legal skills, and using community resources. The Contractor shall assist youth to develop goals for transition from foster care to independence.

C.4.13.3 The Contractor shall establish a daily routine/schedule of events and activities in the congregate care setting, and provide a sample of activities that will be provided on a daily, weekly and monthly basis.

C.4.14  Employment and Vocational Services

C.4.14.1 The Contractor shall link youth to vocational services as per the service objectives set forth in the case plan and/or ITILP. Services shall include vocational assessment and training programs.

C.4.14.2 The Contractor shall secure employment assistance and job coaching for youth.

## C.5 CONGREGATE CARE POPULATION-SPECIFIC REQUIREMENTS

C.5.1  CFSA contracts for various types of congregate care with unique staffing patterns and service requirements. General and program requirements previously described in Sections C.2.1 and C.4, respectively, apply to all congregate care programs. In addition to these requirements, The Contractor must meet the requirements specific to the congregate care populations for which care is being proposed. For example, The Contractor providing care for a special population such as the mentally retarded must meet all general and program requirements, as well as meet the population-specific requirements described in this section for specialized group home care or assisted living (depending upon the age of the population to be served).

C.5.1.1 CFSA shall contract for the following types of congregate care:

1) Independent Living Main Facility Programs for youth aged 16 to 21;

C.5.1.2 RESERVED.

C.5.1.3 RESERVED.

C.5.2   RESERVED

C.5.3  RESERVED

28

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

C.5.4   RESERVED

C.5.5   RESERVED

C.5.6     Independent Living Main Facility Programs

C.5.6.1 CFSA continues to recruit family-based care to meet the needs of children and youth.
    While expanding this capacity, independent living programs shall serve youth aged 16 to 21 through five types of programs: (1) "Independent Living Main Facility Programs" (2) Independent Living Residential Units" (3) "Assisted Living Level III" (4) "Assisted Living Level IV" (5)"Teen Parent Programs". CFSA is also committed to ensuring that youth placed in independent living programs receive care and services that prepare them to successfully live independently.

C.5.6.2 CFSA is contracting for a maximum of 100 units of "Independent Living Main Facility Programs" that provides care for youth aged 16 to 21 at a main facility. This number indicates maximum capacity for this type of care for which CFSA may ultimately contract for fewer youth.

C.5.6.3 The Contractor shall provide on-site, collective supervision of youth at a main facility that
    contains more than one residence. The Contractor shall comply with licensure regulations for independent living programs and main facility programs.

C.5.6.4 The Contractor shall provide a resident to counselor ratio of 10:1 during day hours, 6:1 during evening hours, and 15:1 during night hours; but in no event less than 2 staff members during evening and night hours any time a resident is present in the facility.

C.5.6.5 The Contractor shall provide Independent Living Main Facility Programs care for youth until the youth's case plan and ITILP objectives determine that the youth is developmentally ready for residence in "Independent Living Residential Units".

C.5.6.6 The Contractor may integrate "Independent Living Main Facility Programs" and "Assisted Living" care in a single facility provided the Contractor's program can meet the care needs of both populations.

C.5.6.7 As with all independent living programs, The Contractor must link residents with the Center of the Keys for Life and trained youth in all aspects of independent living.

C.5.7   RESERVED

29

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

C.5.8   RESERVED

C.5.9   RESERVED

C. 5.10  RESERVED

INTENTIONALLY LEFT BLANK

* * * END OF SECTION C * * * *

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

**PART I – SCHEDULE**

**SECTION D**

**PACKAGING AND MARKING**

**TABLE OF CONTENTS**

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| D.1 | PACKAGING AND MARKING | 28 |

31

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

## SECTION D: PACKAGING AND MARKING

**D.1**

The packaging and marking requirements for the resultant contract shall be governed by
clause number (2), Shipping Instructions-Consignment, of the Government of the District
of Columbia's Standard Contract Provisions for use with Supplies and Services Contracts,
dated April 2003, Attachment J.1.

## INTENTIONALLY LEFT BLANK

## ****END OF SECTION D****

32

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

## PART I – SCHEDULE

## SECTION E

## INSPECTION AND ACCEPTANCE

## TABLE OF CONTENTS

CLAUSE NO.                    CLAUSE TITLE                    PAGE NO.

E.1                      INSPECTION AND ACCEPTANCE   30

33

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

## SECTION E: INSPECTION AND ACCEPTANCE

The inspection and acceptance requirements for the resultant contract shall be governed by clause number seven (7), Inspection of Services, of the Government of the District of Columbia's Standard Contract Provisions for use with Supplies and Services Contracts, dated April 2003, Attachment J.1.

## INTENTIONALLY LEFT BLANK

## ****END OF SECTION E****

34

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

# PART I – SCHEDULE

## SECTION F

## DELIVERIES OR PERFORMANCE

## TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| F.1 | CONTRACT TYPE | 32 |
| F.2 | TERM OF CONTRACT | 32 |
| F.3 | OPTION TO EXTEND THE TERM OF CONTRACT | 32 |

35

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

## SECTION F - DELIVERIES OR PERFORMANCE

**F.1    CONTRACT TYPE**

The contract is an indefinite quantity contract with payments based on fixed unit prices per child per day for each line item set forth in the Price Schedule Chart in Section B with a cost reimbursement element. The minimum guarantee for each item number for the contract year and each option period is $1000.00. The maximum quantity for each contract year, and each option is specified in the contract.

**F.2    TERM OF CONTRACT**

The term of the contract shall be for a period from 10/01/2005 through 11/30/2005, subject to the District's option to extend the term of the contract.

**F.3    OPTION TO EXTEND THE TERM OF THE CONTRACT**

**F.3.1**         The District may extend the term of this contract for a period of one (1) year, or any fraction thereof, or multiple successive fractions thereof, by written notice to the Contractor before the expiration of the contract; provided that the District shall give the Contractor a preliminary written notice of its intent to extend at least thirty (30) days before the contract expires. The preliminary notice does not commit the District to an extension. The exercise of this option is subject to the availability of funds at the time of the exercise of this option. The Contractor may waive the thirty (30) day preliminary notice requirement by providing a written waiver to the Contracting Officer prior to expiration of the contract. The total duration of all options shall not exceed four (4) years.  The total duration of this contract, including the exercise of any options under this clause, shall not exceed five (5) years.

**F.3.2**         If the District exercises this option, the extended contract shall be considered to include this option provision.

**F.3.3**         The price for the option period shall be as specified in the contract.

**F.4     RESERVED**

36

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

**F.5**     **COST CEILINGS AND MAXIMUM CONTRACT AMOUNT**

**a.**     Section B.9 and Schedule 6 of the contract sets forth ceiling amounts for the cost element and maximum contract amount for each period of the contract ("ceilings").

**b.**     The amount for performing this contract shall not exceed the ceilings specified in Section B.9 and Schedule 8.

**c.**     The contractor shall notify the contract administrator, in writing, whenever it has reason to believe that the total amount for the performance of this contract will be either greater or substantially less than the ceilings.

**d.**     As part of the notification, the contractor shall provide the contract administrator a revised estimate for the ceilings for performing the contract.

**e.**     The District is not obligated to pay the contractor for amounts incurred in excess of the ceilings specified in the contract and the contractor is not obligated to continue performance under this contract (including actions under the Termination clauses of this contract) or otherwise incur amounts in excess of the ceilings specified in the contract, until the contracting officer notifies the contractor, in writing, that the ceilings have been increased and provides revised ceilings for performing this contract.

**f.**     No notice, communication, or representation in any form from any person other than the contracting officer shall change the ceilings. In the absence of the specified notice, the District is not obligated to pay the contractor for any amounts in excess of the ceilings, whether such amounts were incurred during the course of contract performance or as a result of termination.

**g.**     If the contracting officer increases the ceilings, any amount the contractor incurs before the increase that is in excess of the previous ceilings shall be allowable to the same extent as if incurred afterward, unless the contracting officer issues a termination or other notice directing that the increase is solely to cover termination or other specified expenses.

**h.**     A change order shall not be considered an authorization to exceed the applicable ceilings, unless the change order specifically increases the ceilings.

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

At any time or times before final payment and three (3) years thereafter, the contracting officer may have the contractor's invoices or vouchers and statements audited.  Any payment may be reduced by amounts found by the contracting officer (1) not to constitute allowable payment as adjusted for prior overpayments or underpayments, or (2) not to constitute allowable, allocable, or reasonable costs.

**\*\*\*\*END OF SECTION F\*\*\*\***

38

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

## PART I – SCHEDULE

## SECTION G
•

## CONTRACT ADMINISTRATION DATA

## TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| G.1 | INVOICE PAYMENT | 34 |
| G.2 | INVOICE SUBMITTAL | 34-35 |
| G.3 | METHOD OF PAYMENT | 35 |
| G.4 | ASSIGNMENT | 35 |
| G.5 | CONTRACTING OFFICER | 35 |
| G.6 | AUTHORIZED CHANES BY THE CONTRACTING OFFICER | 35-36 |
| G.7 | CONTRACTING OFFICER TECHNICAL REPRESENTATIVE | 36 |

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036
**SECTION G - CONTRACT ADMINISTRATION DATA**

## G.1 INVOICE PAYMENT

G.1.1    The District will make payments to the Contractor upon the submission of
proper invoices or vouchers, at the prices stipulated in this contract, for
supplies delivered and accepted and/or services performed and accepted, less
any discounts, allowances or adjustments provided for in this contract.

G.1.2    In accordance with the Quick Payment Act, D.C. Official Code 2-221.01 *et
seq.* the District will pay the Contractor on or before the 30th day after
receiving a proper invoice from the Contractor.

## G.2    INVOICE SUBMITTAL

G.2.1    The Contractor shall submit proper invoices on a monthly basis or as
otherwise specified in this contract. Invoices shall be prepared in triplicate and
submitted to the agency Chief Financial Officer (CFO) with concurrent copies
to the Contracting Officer (CO) and the Contracting Officer's Technical
Representative (COTR) specified in G.7 below. The name and address of the
CFO is:

|  |  |
|---|---|
| **Name:** | (Chief Financial Officer) |
|  | Child & Family Services Agency |
| **Address:** | 400 Sixth Street, S.W., 2nd Floor |
|  | Washington, D.C. 20024 |
| **Telephone:** | (202) 724-7676 |

G.2.2    To constitute a proper invoice, the Contractor shall submit the following
information on the invoice:

G.2.2.1    Contractor's name, Federal tax Identification number, DUNS number and
invoice date (Contractors are encouraged to date invoices as close to the
date of mailing or transmittal as possible.)

G.2.2.2    Contract number, and encumbrance number (block number twenty-one
(21) of the Solicitation Cover Sheet)

G.2.2.3    Description, price, quantity and the date(s) that the supplies/services were
actually delivered and/or performed.

G.2.2.4    Other supporting receipts, documentation or information, as required by
the Contracting Officer.

G.2.2.5    Name, title, telephone number and complete mailing address of the
responsible official to whom payment is to be delivered

40

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

G.2.2.6   Name, title, telephone number of person preparing the invoice;

G.2.2.7 Name, title, telephone number and mailing address of person to be notified in the event of a defective invoice.

G.2.2.8 Authorized signature.

## G.3   METHOD OF PAYMENT

The District will pay the amount due the Contractor under this contract in accordance with the terms of the contract and upon presentation of a complete and properly executed invoice

## G.4   ASSIGNMENTS

G.4.1   In accordance with 27 DCMR § 3250, unless otherwise prohibited by this contract, the Contractor may assign funds due or to become due as a result of the performance of this contract to a bank, trust company, or other financing institution.

G.4.2   Any assignment shall cover all unpaid amounts payable under this contract, and shall not be made to more than one party.

G.4.3   Notwithstanding an assignment of money claims pursuant to authority contained in the contract, the Contractor, not the Assignee, is required to prepare invoices. Where such an assignment has been made, the original copy of the invoice must refer to the assignment and must show that payment of the invoice is to be made directly to the assignee as follows:

Pursuant to the instrument of assignment dated _____,
make payment of this invoice to _____
(name and address of assignee).

## G.5   CONTRACTING OFFICER (CO)

Contracts may be entered into and signed on behalf of the District of Columbia only by Contracting Officers. The address and telephone number of the Contracting Officer is:

Chief Contracting Officer
Child and Family Services Agency
400 Sixth Street, SW
Washington, D.C. 20024
(202) 727-7151

41

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

## G.6    AUTHORIZED CHANGES BY THE CONTRACTING OFFICER

**G.6.1**    The Contracting Officer is the only person authorized to approve changes in any of the requirements of this contract.

**G.6.2**    The Contractor shall not comply with any order, directive or request that changes or modifies the requirements of this contract, unless issued in writing and signed by the Contracting Officer.

**G.6.3**    In the event the Contractor effects any change at the instruction or request of any person other than the Contracting Officer, the change will be considered to have been made without authority and no adjustment will be made in the contract price to cover any cost increase incurred as a result thereof.

## G.7    CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE (COTR)

**G.7.1**    The COTR is responsible for general administration of the contract and advising the Contracting Officer as to the Contractor's compliance or noncompliance with the contract.  In addition, the COTR is responsible for the day-to-day monitoring and supervision of the contract, ensuring that the work conforms to the requirements of this contract and such other responsibilities and authorities as may be specified in the contract.  The contract information for the COTR will be identified by CFSA upon the commencement of the contract.

**G.7.2**    It is understood and agreed that the COTR shall not have authority to make any changes in the specifications/scope of work or terms and conditions of the contract.

**G.7.3**    Contractor may be held fully responsible for any changes not authorized in advance, in writing, by the Contracting Officer, may be denied compensation or other relief for any additional work performed that is not so authorized, and may also be required, at no additional cost to the District, to take all corrective action necessitated by reason of the unauthorized changes.

****END OF SECTION G****

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

# PART I – SCHEDULE

## SECTION H
•

## SPECIAL CONTRACT REQUIREMENTS

## TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| H.1 | DEPARTMENT OF LABOR WAGE DETERMINATION | 38 |
| H.2 | AUDITS, RECORDS AND RECORD RETENTION | 38 |
| H.3 | PUBLICITY | 39 |
| H.4 | CONFLICT OF INTEREST | 39 |
| H.5 | RESERVED | 39 |
| H.6 | CONTRACTOR RESPONSIBILITIES | 39-40 |
| H.7 | RESERVED | 40 |
| H.8 | AMERICANS WITH DISABILITIES ACT AND REHABILATATION ACT OF 1973 | 40 |
| H.9 | RESERVED | 40 |
| H.10 | QUALITY CONTROL | 40 |
| H.11 | PERFORMANCE EVALUATION MEETINGS | 41 |
| H.12 | RESERVED | 41 |
| H.13 | HIPPA PRIVACY COMPLIANCE | 41-44 |

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

## SECTION H - SPECIAL CONTRACT REQUIREMENTS

**H.1      DEPARTMENT OF LABOR WAGE DETERMINATIONS**

The Contractor shall be bound by the **Wage Determination No. 1994-2103 (Revision No. 31, dated May 27,, 2004)** issued by the U.S. Department of Labor in accordance with and incorporated herein as Attachment J.2 of this solicitation. The Contractor shall be bound by the wage rates for the term of the Contract. If an option is exercised, the Contractor shall be bound by the applicable wage rate at the time of the option. If the option is exercised and the Contracting Officer for the option obtains a revised wage determination, that determination is applicable for the option periods; the Contractor may be entitled to an equitable adjustment.

**H.2     AUDITS, RECORDS, AND RECORD RETENTION**

**H.2.1**  At any time or times before final payment and three (3) years thereafter, the Contracting Officer may have the Contractor's invoices or vouchers and statements of cost audited.  For cost reimbursement contracts, any payment may be reduced by amounts found by the Contracting Officer not to constitute allowable costs as adjusted for prior overpayment or underpayment.  In the event that all payments have been made to the Contractor by the District Government and an overpayment is found, the Contractor shall reimburse the District for said overpayment within thirty (30) days after written notification.

**H.2.2**  The Contractor shall establish and maintain books, records, and documents (including electronic storage media) in accordance with generally accepted accounting principles and practices which sufficiently and properly reflect all revenues and expenditures of funds provided by the District under the contract that results from this solicitation.

**H.2.3**  The Contractor shall retain all records, financial records, supporting documents, statistical records, and any other documents (including electronic storage media) pertinent to the contract for a period of five (5) years after termination of the contract, or if an audit has been initiated and audit findings have not been resolved at the end of five (5) years, the records shall be retained until resolution of the audit findings or any litigation which may be based on the terms of the contract.

**H.2.4**  The Contractor shall assure that these records shall be available at all reasonable times to inspection, review, or audit by Federal, and  District agencies, or other personnel duly authorized by the Contracting Officer.

**H.2.5**  Persons duly authorized by the Contracting Officer shall have full access to and the right to examine any of the Contractor's contract and related records and

44

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

documents, regardless of the form in which kept, at all reasonable times for as
long as records are retained.

**H.2.6** The Contractor shall include these aforementioned audit and record keeping
requirements in all approved subcontracts and assignments.

## H.3        PUBLICITY

The Contractor shall at all times obtain the prior written approval from the
Contracting Officer before it, any of its officers, agents, employees or
subcontractor, either during or after expiration or termination of the contract,
make any statement, or issue any material, for publication through any medium of
communication, bearing on the work performed or data collected under this
contract.

## H.4        CONFLICT OF INTEREST

**H.4.1** No official or employee of the District of Columbia or the federal
government who exercises any functions or responsibilities in the review
or approval of the undertaking or carrying out of this contract shall, prior
to the completion of the project, voluntarily acquire any personal interest,
direct or indirect, in the contract or proposed contract.  (DC Procurement
Practices Act of 1985, D.C. Law 6-85, D.C. Official Code § 2-310.01and
Chapter 18 of the DC Personnel Regulations).

**H.4.2** The Contractor represents and covenants that it presently has no interest
and shall not acquire any interest, direct or indirect, which would conflict
in any manner or degree with the performance of its services hereunder.
The Contractor further covenants not to employ any person having such
known interests in the performance of the contract.

## H.5        RESERVED

## H.6        CONTRACTOR RESPONSIBILITIES

### H.6.1  NO REFUSAL TO PLACE AND PLANNED DISCHARGE

The Contractor shall accept any child that has been assigned by CFSA
immediately for care.  In addition, the Contractor shall not discharge any
child assigned by CFSA from its care without the written permission of
the Contracting Officer.

*[handwritten margin note: conflict w/ the regulat' that setfa the requirement for entering into an ILP program]*

45

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

### H.6.2   ACCEPTANCE – 24-HOUR AVAILIBILITY

The Contractor shall have staff available 24 hours per day, 7 days per week, week for every calendar day of the contract period to accept children that may be assigned by CFSA on an emergency basis.

### H.6.3   TRANSPORTATION

The Contractor shall provide transportation for all children assigned by CFSA for routine and necessary activities.

### H.6.4   SIGN LANGUAGE INTERPRETER SERVICE

The Contractor shall provide sign language interpreter services for children requiring the communication of sign language assigned by CFSA.

### H.6.5   FOREIGN LANGUAGE INTERPRETER SERVICES

The Contractor shall provide foreign language interpreter services for children, as required

### H.6.6   GEOGRAPHICAL PROXIMITY FACTORS

The Contractor shall have facilities or placement capabilities for children assigned by CFSA in the District of Columbia or within 25 miles of the District of Columbia.

### H.6.7   EMERGENCY RESPONSE / EMERGENCY PLAN

The Contractor at a minimum shall have the following to address emergency requirements:

0)  Facilities – address the requirement for back-up power generators; address a back-up location in case clients need to be re-directed for temporary housing and/or care; address training provisions in case of natural or man-made disasters.

0)  Clients – address back-up actions in case of natural or man-made disasters where children could be unable to go to primary locations; address back-up locations to gather; address alternate phone numbers for children to call; address alternate trusted individuals that children can reach in be cared for; address training on all these aspects for CFSA, administrators, parents and children.

0)  Plan – ask for a plan on conducting all of this, including the written plan, training, and CFSA's role.

46

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

### H.7    RESERVED

### H.8    AMERICANS WITH DISABILITIES ACT AND REHABILITATION ACT OF 1973

The Contractor and any of its subcontractors shall comply with all provisions of Section 504 of the Rehabilitation Act of 1973, as amended, and the Americans with Disabilities Act, as amended.

### H.9    RESERVED

### H.10    QUALITY CONTROL

The Contractor is responsible for controlling the quality of services that conform to the contract specifications. The Contractor shall establish procedures and processes that include, but are not limited to inspections to ensure that all contract requirements are met.

### H.11    PERFORMANCE EVALUATION MEETINGS

During the performance of this contract, the Contractor's Project Manager will meet weekly with the Contracting Officer's Technical Representative (COTR) at a time and place specified by the COTR. Meetings will be held as often as necessary after the 1st month as determined by the COTR. A mutual effort will be made to resolve all problems identified.

### H.12    RESERVED

### H.13    HIPAA PRIVACY COMPLIANCE

#### H.13.1 Definitions

H.13.1.1"Contractor" shall mean the Business Associates.

H.13.1.2 "CFSA" shall mean the District of Columbia, Child and Family Services Agency

H.13.1.3 "Designated Record Set" means:

H.13.1.3.1 A group of records maintained by or for CFSA that is:

H.13.1.3.1.1 The medical records and billing records about individuals maintained by or for a covered health care provider\

47

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

H.13.1.3.1.2 The enrollment, payment, claims adjudication, and case or medical management record systems maintained by or for a health plan; or

H.13.1.3.1.3 Used, in whole or in part, by or for CFSA to make decisions about individuals.

H.13.1.3.2 For purposes of this paragraph, the term record means any items, collection, or grouping of information that includes Protected Health Information and is maintained, collected, used, or disseminated by or for CFSA.

H.13.1.4 Individual shall have the same meaning as the term "individual" in 45 CFR 164.501 and shall include a person who qualifies as a personal representative in accordance with 45 CFR 164.502(g).

H.13.1.5 Privacy Rule. "Privacy Rule" shall mean the Standards for Privacy of Individually Identifiable Health Information at 45 CFR part 160 and part 164, subparts A and E.

H.13.1.6 Protected Health Information. "Protected Health Information" shall have the same meaning as the term "protected health information" in 45 CFR 164.501, limited to the information created or received by Contractor from or on behalf of CFSA.

H.13.1.7 Required By Law. "Required By Law" shall have the same meaning as the term "required by law" in 45 CFR 164.501.

H.13.1.8 Secretary. "Secretary" shall mean the Secretary of the Department of Health and Human Services or his designee.

## H.13.2 Obligations and Activities of Contractor

H.13.2.1 Contractor agrees to not use or disclose Protected Health Information other than as permitted or required by this HIPAA Privacy Compliance Clause (this Clause) or as Required By Law.

H.13.2.2 Contractor agrees to use appropriate safeguards to prevent use or disclosure of the Protected Health Information other than as provided for by this Clause.

H.13.2.3 Contractor agrees to mitigate, to the extent practicable, any harmful effect that is known to Contractor of a use or disclosure of Protected Health Information by Contractor in violation of the requirements of this Clause.

H.13.2.4 Contractor agrees to report to CFSA any use or disclosure of the Protected Health Information not provided for by this Clause of which it becomes aware.

H.13.2.5 Contractor agrees to ensure that any agent, including a subcontractor, to whom it provides Protected Health Information received from, or created or received by Contractor on behalf of CFSA, agrees to the

48

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

same restrictions and conditions that apply through this Agreement to Contractor with respect to such information.

**H.13.2.6**   Contractor agrees to provide access, at the request of CFSA, and in the time and manner prescribed by the Contracting Officer, to Protected Health Information in a Designated Record Set, to CFSA or, as directed by CFSA, to an Individual in order to meet the requirements under 45 CFR 164.524.

**H.13.2.7**   Contractor agrees to make any amendment(s) to Protected Health Information in a Designated Record Set that CFSA directs or agrees to pursuant to 45 CFR 164.526 at the request of CFSA or an Individual, and in the time and manner prescribed by the Contracting Officer.

**H.13.2.8**   Contractor agrees to make internal practices, books, and records, including policies and procedures and Protected Health Information, relating to the use and disclosure of Protected Health Information received from, or created or received by Contractor on behalf of, CFSA, available to the CFSA, or to the Secretary, in a time and manner prescribed by the Contracting Officer or designated by the Secretary, for purposes of the Secretary determining CFSA's compliance with the Privacy Rule.

**H.13.2.9**   Contractor agrees to document such disclosures of Protected Health Information and information related to such disclosures as would be required for CFSA to respond to a request by an Individual for an accounting of disclosures of Protected Health Information in accordance with 45 CFR 164.528.

**H.13.2.10**   Contractor agrees to provide to CFSA or an Individual, in time and manner prescribed by the Contracting Officer, information collected in accordance with Section (i) above, to permit CFSA to respond to a request by an Individual for an accounting of disclosures of Protected Health Information in accordance with 45 CFR 164.528.

**H.13.3**      **Permitted Uses and Disclosures by Contractor**

**H.13.3.1** Refer to underlying services agreement:

Except as otherwise limited in this Clause, Contractor may use or disclose Protected Health Information to perform functions, activities, or services for, or on behalf of, CFSA as specified in this contract, provided that such use or disclosure would not violate the Privacy Rule if done by CFSA or the minimum necessary policies and procedures of CFSA.

**H.13.3.2** Except as otherwise limited in this Clause, Contractor may use Protected Health Information for the proper management and administration of the Contractor or to carry out the legal responsibilities of the Contractor.

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

**H.13.3.3** Except as otherwise limited in this Clause, Contractor may disclose Protected Health Information for the proper management and administration of the Contractor, provided that disclosures are Required By Law, or Contractor obtains reasonable assurances from the person to whom the information is disclosed that it will remain confidential and used or further disclosed only as Required By Law or for the purpose for which it was disclosed to the person, and the person notifies the Contractor of any instances of which it is aware in which the confidentiality of the information has been breached.

**H.13.3.4** Except as otherwise limited in this Clause, Contractor may use Protected Health Information to provide Data Aggregation services to CFSA as permitted by 42 CFR 164.504(e)(2)(i)(B).

**H.13.3.5** Contractor may use Protected Health Information to report violations of law to appropriate Federal and State authorities, consistent with § 164.502(j)(1).

**H.13.4     Obligations of CFSA**

**H.13.4.1** CFSA shall notify Contractor of any limitation(s) in its notice of privacy practices of CFSA in accordance with 45 CFR 164.520, to the extent that such limitation may affect Contractor's use or disclosure of Protected Health Information.

**H.13.4.2** CFSA shall notify Contractor of any changes in, or revocation of, permission by Individual to use or disclose Protected Health Information, to the extent that such changes may affect Contractor's use or disclosure of Protected Health Information.

**H.13.4.3** CFSA shall notify Contractor of any restriction to the use or disclosure of Protected Health Information that CFSA has agreed to in accordance with 45 CFR 164.522, to the extent that such restriction may affect Contractor's use or disclosure of Protected Health Information.

**H.13.5     Permissible Requests by CFSA**

CFSA shall not request Contractor to use or disclose Protected Health Information in any manner that would not be permissible under the Privacy Rule if done by CFSA.

**H.13.6     Term and Termination**

**H.13.6.1** Term. The requirements of this HIPAA Privacy Compliance Clause shall be effective as of the date of contract award, and shall terminate when all of the Protected Health Information provided by CFSA to Contractor, or created or received by Contractor on behalf of CFSA, is destroyed or returned to CFSA, or, if it is infeasible to return or destroy Protected Health Information, protections are extended to such

50

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

information, in accordance with the termination provisions in this Section.

**H.13.6.2** Termination for Cause. Upon CFSA's knowledge of a material breach of this Clause by Contractor, CFSA shall either:

**H.13.6.2.1** Provide an opportunity for Contractor to cure the breach or end the violation and terminate the contract if Contractor does not cure the breach or end the violation within the time specified by CFSA;

**H.13.6.2.2** Immediately terminate the contract if Contractor has breached a material term of this HIPAA Privacy Compliance Clause and cure is not possible; or

**H.13.6.2.3** If neither termination nor cure are feasible, CFSA shall report the violation to the Secretary.

**H.13.6.3** Effect of Termination.

**H.13.6.3.1** Except as provided in Section H.13.6.3.2, upon termination of the contract, for any reason, Contractor shall return or destroy all Protected Health Information received from CFSA, or created or received by Contractor on behalf of CFSA. This provision shall apply to Protected Health Information that is in the possession of subcontractors or agents of Contractor. Contractor shall retain no copies of the Protected Health Information.

**H.13.6.3.2** In the event that Contractor determines that returning or destroying the Protected Health Information is infeasible, Contractor shall provide to CFSA notification of the conditions that make return or destruction infeasible. Upon determination by the Contracting Officer that return or destruction of Protected Health Information is infeasible, Contractor shall extend the protections of this Agreement to such Protected Health Information and limit further uses and disclosures of such Protected Health Information to those purposes that make the return or destruction infeasible, for so long as Contractor maintains such Protected Health Information.

51

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

**H.13.7 Miscellaneous**

> **H.13.7.1** Regulatory References. A reference in this Clause to a section in the Privacy Rule means the section as in effect or as amended.

> **H.13.7.2** Amendment. The Parties agree to take such action as is necessary to amend this Clause from time to time as is necessary for CFSA to comply with the requirements of the Privacy Rule and the Health Insurance Portability and Accountability Act of 1996, Public Law No. 104-191.

> **H.13.7.3** Survival. The respective rights and obligations of Contractor under Section H-7.6 of this Clause and Sections 9 and 20 of the Standard Contract Provisions for use with District of Columbia Government Supply and Services Contracts, effective April 2003, shall survive termination of the contract.

> **H.13.7.4** Interpretation. Any ambiguity in this Clause shall be resolved to permit CFSA to comply with the Privacy Rule.


**\*\*\*\*END OF SECTION H\*\*\*\***

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

## PART II – CONTRACT CLAUSES

### SECTION I

### CONTRACT CLAUSES

### TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| I.1 | APPLICABILITY OF STANDARD CONTRACT PROVISIONS | 46 |
| I.2 | CONTRACTS THAT CROSS FISCAL YEAR | 46 |
| I.3 | CONFIDENTIALITY OF INFORMATION | 46 |
| I.4 | TIME | 46 |
| I.5 | RISTRICTION OF DISCLOSURE AND USE OF DATA | 46-47 |
| I.6 | RIGHTS IN DATA | 47-49 |
| I.7 | OTHER CONTRACTOR | 50 |
| I.8 | FIRST SOURCE EMPLOYMENT AGREEMENT | 50 |
| I.9 | SUBCONTRACTS | 50 |
| I.10 | CONTINUITY OF SERVICES | 50 |
| I.11 | INSURANCE | 50-53 |

53

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

I.12             EQUAL EMPLOYMENT             53
                OPPORTUNITY
I.13             PRE-AWARD APPROVAL           53

54

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

## SECTION I: CONTRACT CLAUSES

### I.1   APPLICABILITY OF STANDARD CONTRACT PROVISIONS

The Standard Contract Provisions for use with District of Columbia Government Supply and Services Contracts dated April 2003, (Attachment J.1), the District of Columbia Procurement Practices Act of 1985, as amended, and Title 27 of the District of Columbia Municipal Regulations, as amended, are incorporated as part of the contract resulting from this solicitation.

### I.2   CONTRACTS THAT CROSS FISCAL YEARS

Continuation of this contract beyond the fiscal year is contingent upon future fiscal appropriations.

### I.3   CONFIDENTIALITY OF INFORMATION

All information obtained by the Contractor relating to any employee of the District or customer of the District shall be kept in absolute confidence and shall not be used by the Contractor in connection with any other matters, nor shall any such information be disclosed to any other person, firm, or corporation, in accordance with the District and Federal laws governing the confidentiality of records.

### I.4   TIME

Time, if stated in a number of days, will include Saturdays, Sundays, and holidays, unless otherwise stated herein.

### I.5   RESTRICTION ON DISCLOSURE AND USE OF DATA

The Contractor who include in their proposal data that they do not want disclosed to the public or used by the District Government except for use in the procurement process shall:

**1.5.1**   Mark the title page with the following legend:

"This proposal includes data that shall not be disclosed outside the District Government and shall not be duplicated, used or disclosed in whole or in part for any purpose except for use in the procurement process.

If however, a contract is awarded to this Contractor as a result of or in connection with the submission of this data, the District Government shall have the right to duplicate, use, or disclose the data to the extent consistent

55

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

with the District's needs in the procurement process. This restriction does not limit the District's rights to use, without restriction, information contained in this data if it is obtained from another source. The data subject to this restriction are contained in sheets (insert numbers or other identification of sheets)."

**15.2** Mark each sheet of data it wishes to restrict with the following legend:

"Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal."

## I.6    RIGHTS IN DATA

**I.6.1** "Data," as used herein, means recorded information, regardless of form or the media on which it may be recorded. The term includes technical data and computer software. The term does not include information incidental to contract administration, such as financial, administrative, cost or pricing, or management information.

**I.6.2** (a) The term "Technical Data", as used herein, means recorded information, regardless of form or characteristic, of a scientific or technical nature. It may, for example, document research, experimental, developmental or engineering work, or be usable or used to define a design or process or to procure, produce, support, maintain, or operate material. The data may be graphic or pictorial delineations in media such as drawings or photographs, text in specifications or related performance or design type documents or computer printouts.

(b) Examples of technical data include research and engineering data, engineering drawings and associated lists, specifications, standards, process sheets, manuals, technical reports, catalog item identifications, and related information, and computer software documentation. Technical data does not include computer software or financial, administrative, cost and pricing, and management data or other information incidental to contract administration.

**I.6.3** The term "Computer Software", as used herein means computer programs and computer databases. "Computer Programs", as used herein means a series of instructions or statements in a form acceptable to a computer, designed to cause the computer to execute an operation or operations. "Computer Programs" include operating systems, assemblers, compilers, interpreters, data management systems, utility programs, sort merge programs, and automated data processing equipment maintenance diagnostic programs, as well as applications programs such as payroll, inventory control and engineering analysis programs. Computer programs may be either machine-dependent or machine-independent, and may be

56

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

general purpose in nature or designed to satisfy the requirements of a particular user.

**I.6.4**   The term "computer databases", as used herein, means a collection of data in a form capable of being processed and operated on by a computer.

**I.6.5**   All data first produced in the performance of this Contract shall be the sole property of the District.  The Contractor hereby acknowledges that all data, including, without limitation, computer program codes, produced by Contractor for the District under this Contract, are works made for hire and are the sole property of the District; but, to the extent any such data may not, by operation of law, be works made for hire, Contractor hereby transfers and assigns to the District the ownership of copyright in such works, whether published or unpublished.  The Contractor agrees to give the District all assistance reasonably necessary to perfect such rights including, but not limited to, the works and supporting documentation and the execution of any instrument required to register copyrights.  The Contractor agrees not to assert any rights in common law or in equity in such data.  The Contractor shall not publish or reproduce such data in whole or in part or in any manner or form, or authorize others to do so, without written consent of the District until such time as the District may have released such data to the public.

**I.6.6**   The District shall have restricted rights in data, including computer software and all accompanying documentation, manuals and instructional materials, listed or described in a license or agreement made a part of this contract, which the parties have agreed will be furnished with restricted rights, provided however, not withstanding any contrary provision in any such license or agreement, such restricted rights shall include, as a minimum the right to:

**I.6.6.1**   Use the computer software and all accompanying documentation and manuals or instructional materials with the computer for which or with which it was acquired, including use at any District installation to which the computer may be transferred by the District;

**I.6.6.2**   Use the computer software and all accompanying documentation and manuals or instructional materials with a backup computer if the computer for which or with which it was acquired is inoperative;

**I.6.6.3**   Copy computer programs for safekeeping (archives) or backup purposes; and

57

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

**I.6.6.4**     Modify the computer software and all accompanying documentation and manuals or instructional materials, or combine it with other software, subject to the provision that the modified portions shall remain subject to these restrictions.

**I.6.7**     The restricted rights set forth in section I.6.6 are of no effect unless

(i) the data is marked by the Contractor with the following legend:

### RESTRICTED RIGHTS LEGEND

Use, duplication, or disclosure is subject to restrictions stated in Contract No._____

With _____(Contractor's Name) and

(ii)     If the data is computer software, the related computer software documentation includes a prominent statement of the restrictions applicable to the computer software. The Contractor may not place any legend on the computer software indicating restrictions on the District's rights in such software unless the restrictions are set forth in a license or agreement made a part of the contract prior to the delivery date of the software.  Failure of the Contractor to apply a restricted rights legend to such computer software shall relieve the District of liability with respect to such unmarked software.

**I.6.8**   In addition to the rights granted in Section I.6.9 below, the Contractor hereby grants to the District a nonexclusive, paid-up license throughout the world, of the same scope as restricted rights set forth in Section I.6.9 below, under any copyright owned by the Contractor, in any work of authorship prepared for or acquired by the District under this contract.  Unless written approval of the contracting Officer is obtained, the Contractor shall not include in technical data or computer software prepared for or acquired by the District under this contract any works of authorship in which copyright is not owned by the Contractor without acquiring for the District any rights necessary to perfect a copyright license of the scope specified in the first sentence of this paragraph.

**I.6.9**   Whenever any data, including computer software, are to be obtained from a subcontractor under this contract, the Contractor shall use Section I.6 in the subcontract, without alteration, and no other clause shall be used to enlarge or diminish the District's or the Contractor's rights in that subcontractor data or computer software which is required for the District.

58

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

**I.6.10**   For all computer software furnished to the District with the rights specified in Section I.6.5, the Contractor shall furnish to the District, a copy of the source code with such rights of the scope specified in Section I.6.5.  For all computer software furnished to the District with the restricted rights specified in Section I.6.6, the District, if the Contractor, either directly or through a successor or affiliate shall cease to provide the maintenance or warranty services provided the District under this contract or any paid-up maintenance agreement, or if Contractor should be declared bankrupt or insolvent by the court if competent jurisdiction, shall have the right to obtain, for its own and sole use only, a single copy of the then current version of the source code supplied under this contract, and a single copy of the documentation associated therewith, upon payment to the person in control of the source code the reasonable cost of making each copy.

**I.6.11**   The Contractor shall indemnify and save and hold harmless the District, its officers, agents and employees acting within the scope of their official duties against any liability, including costs and expenses, (i) for violation of proprietary rights, copyrights, or rights of privacy, arising out of the publication, translation, reproduction, delivery, performance, use or disposition of any data furnished under this contract, or (ii) based upon any data furnished under this contract, or based upon libelous or other unlawful matter contained in such data.

**I.6.12**   Nothing contained in this clause shall imply a license to the District under any patent, or be construed as affecting the scope of any license or other right otherwise granted to the District under any patent.

**I.6.13**   Paragraphs I.6.6, I.6.7, I.6.8, I.6.11 and I.6.13 above are not applicable to material furnished to the Contractor by the District and incorporated in the work furnished under contract, provided that such incorporated material is identified by the Contractor at the time of delivery of such work

**I.7   OTHER CONTRACTORS**

The Contractor shall not commit or permit any act that will interfere with the performance of work by another District Contractor or by any District employee.

**I.8   FIRST SOURCE EMPLOYMENT AGREEMENT**

The Contractor shall maintain compliance with the terms and conditions of the First Source Employment Agreement, Attachment J.3, executed between the District of Columbia and the Contractor throughout the entire duration of the contract, including option periods if any.

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

**I.9      SUBCONTRACTS**

The Contractor hereunder shall not subcontract any of the Contractor's work or
services to any subcontractor without the prior, written consent of the Contracting
Officer. Any work or service so subcontracted shall be performed pursuant to a
subcontract agreement, which the District shall have the right to review and
approve prior to its execution to the Contractor. Any such subcontract shall
specify that the Contractor and the subcontractor shall be subject to every
provision of this contract. Notwithstanding any such subcontractor approved by
the District, the Contractor shall remain liable to the District for all Contractor's
work and services required hereunder.

**I.10    CONTINUITY OF SERVICES**

**I.10.1** The Contractor recognizes that the services provided under this contract
are vital to the District of Columbia and must be continued without
interruption and that, upon contract expiration or termination, a successor,
either the District Government or another contractor, at the District's
option, may continue to provide these services. To that end, the Contractor
agrees to:

**I.10.1.1**       Furnish phase-out, phase-in (transition) training; and

**I.10.1.2** Exercise its best efforts and cooperation to effect an orderly and
efficient
transition to a successor.

**I.11    INSURANCE**

The Contractor shall obtain the minimum insurance coverage set forth below prior
to award of the contract and within ten (10 ) calendar days after being called upon
by the District to do so and keep such insurance in force throughout the  contract
period.

**I.11.1** Contractor shall secure and maintain the insurance policies required in this
section. All policies shall be written by insurers which are licensed as
regulated insurers by the District of Columbia government and are in good
standing under such license, with a rating by the A.M. Best Company of
A- or greater, and with a financial class size of VIII or higher, or
equivalent ratings from a recognized insurance rating service which the
licensing agency has approved in writing.

**I.11.2**   Contractor shall secure and maintain, and provide evidence that its staff
members who are independent contractors secure and maintain (in the
form of certificates complying with D.C. Mun. Regs., Titl. 29, §§ 6221.3,

60

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

6316.5, 6316.6, and 6316.7), commercial general liability insurance, containing contractual liability insurance, insuring the facility as named insured and naming the contracting entity, licensing agency and the District of Columbia government as additional insured, on an occurrence (not claims-made) basis, with per location or per project limits (exclusive of defense costs) of not less than:

I.11.2.1  One million dollars ($ 1,000,000) per occurrence for bodily injury or death or property damage, combined single limit;

I.11.2.2  One million dollars ($ 1,000,000) per occurrence for personal and advertising injury;

I.11.2.3  One million dollars ($1,000,000) per occurrence for products-completed operations; and

I.11.2.4  Subject to a general aggregate of two million dollars ($2,000,000) per policy year. All such policies shall be primary coverage and the Contractor's policies shall provide coverage for all staff members excluding independent contractors. Deductibles under commercial general liability insurance policies shall not exceed five thousand dollars ($5,000.00) per occurrence.

I.11.3 Contractor shall secure and maintain business automobile policy insurance for owned, non-owned and hired vehicles with a combined single limit (exclusive of defense costs) of not less than one million dollars ($1,000,000). All such policies shall be primary coverage and shall provide coverage for all staff members. Limits for uninsured and under-insured motorists shall be not less than one million dollars ($1,000,000). Physical damage deductibles under business automobile policies shall not exceed five thousand dollars ($5,000.00) per occurrence.

I.11.4 Contractor shall secure and maintain, and provide evidence that its staff members who are independent contractors secure and maintain:

I.11.4.1 worker's compensation insurance with statutory worker's compensation limits.;

I.11.4.2 professional liability insurance with limits (exclusive of defense costs) of not less than one million dollars ($1,000,000) per occurrence.

I.11.5  Contractor shall secure and maintain employer's liability insurance with limits of not less than one  hundred thousand dollars ($ 100,000) per accident, five hundred thousand dollars ($ 500,000) disease policy limit, one hundred thousand dollars ($ 100,000) disease, each employee. All such policies shall be primary coverage and shall provide coverage for all staff members.

I.11.6 Contractor shall secure and maintain coverage of the building, improvements, furnishings, fixtures and equipment, inventory and other personal property by broad form ("all-risk") commercial property insurance on a full replacement cost, agreed amount basis, waiving subrogation against the licensing agency, the contracting entity and the

61

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036
District of Columbia government and containing an additional insured endorsement
naming the licensing agency, the contracting entity and the District of Columbia
government as additional insured. Contractor shall secure and maintain time value
insurance coverage for one hundred percent (100%) of the loss of income/extra expense
coverage incurred in occurrences covered by the facility's commercial property insurance
policy. Deductibles under property insurance policies maintained by the facility shall not
exceed five thousand dollars ($ 5,000.00) per occurrence. All such policies shall be
primary coverage. If all or a portion of the above coverages are maintained by the
Contractor's landlord, the Contractor shall also provide evidence of the landlord's, which
evidence shall include a waiver of subrogation against the licensing agency, the
contracting entity and the District of Columbia government.

**I.11.7** Contractor shall secure and maintain excess or umbrella liability insurance with
limits of not less than five million dollars ($ 5,000,000) per occurrence, subject to a
general aggregate of five million dollars ($ 5,000,000) per policy year, and self-insured
retention of no more ten thousand dollars ($ 10,000), covering not less than the same
liabilities and coverages set forth in D.C. Mun. Regs, Titl. 29, § § 6221 and 6316, in
excess of the limits specified in those policies.

**I.11.8** The insurance policies required by this section shall contain the following
endorsement:

> "It is hereby understood and agreed that the insurer may not
> cancel, fail to renew, or reduce the coverage or liability
> limits of this policy unless the insurer provides the
> contacting entity, licensing agency, and the Office of the
> City Administrator with written notice of an intent to take
> such action at least ten (10) days in advance of cancellation
> for non-payment of premium and thirty (30) days in
> advance of any other such action. The insurer shall serve
> notice to the following persons by certified mail, return
> receipt requested:

> > Director
> > Child and Family Services Agency
> > 400 6th Street SW
> > Washington, D.C. 20024

> > Office of the City Administrator
> > Attention Risk Management Officer
> > 441 4th Street, N.W.
> > Suite 1150
> > Washington, D.C. 20001"

**I.11.9** Contractor shall defend, indemnify and hold the contracting entity, licensing
agency, and the District of Columbia government, and its elected and appointed officials
and officers, employees, agents and representatives, harmless from and against any and
all injuries, claims, demands, judgments, suits in law and equity (including without

62

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

limitation, habeas corpus actions), actions before administrative tribunals, damages, losses and expenses, including reasonable attorney's fees and costs of suit or defense, that actually or allegedly, in whole or in part, arise out of, or result from:

**I.11.9.1** The operation of the facility;  •

**I.11.9.2** Performing or failing to perform duties required by or reasonably related to the requirements of the contract between the facility and the contracting entity; or

**I.11.9.3** Providing or offering services, whether or not caused by the facility or its affiliates, officers, employees, agents, contractors or subcontractors; whether or not such acts or omissions were alleged or proven to have been caused in whole or in part by the contracting entity, the licensing agency or the District of Columbia government, and whether or not such acts or omissions are authorized, allowed or prohibited by this Chapter. The facility's indemnity obligations under this section shall not apply to any injuries, claims, demands, judgments, damages, losses or expenses to the extent arising out of or resulting from the gross negligence or willful misconduct by the contracting entity; the licensing agency or the District of Columbia government, or their officials, officers, employees, agents or representatives, provided that no such gross negligence or willful misconduct, alleged or actual, shall affect the facility's obligation to defend the contracting entity, licensing agency, and the District of Columbia government.

**I.11.9.4** Contractors shall provide copies of the policies for any or all of the insurance required by this section to the contracting entity and licensing agency upon written request.

## I.12   EQUAL EMPLOYMENT OPPORTUNITY

In accordance with the District of Columbia Administrative Issuance System, Mayor's Order 85-85 dated June 10, 1985, the forms for completion of the Equal Employment Opportunity Information Report are incorporated herein as Attachment J4.  An award cannot be made to any Contractor who has not satisfied the equal employment requirements as set forth by the Department of Human Rights and Local Business Development.

## I.13   PRE-AWARD APPROVAL

The award and enforceability of this contract is contingent upon Council Approval.  In accordance with the Council Contract Review Criteria Amendment Act of 1999, D.C. Official Code 2-301.05(a).

**\*\*\*\*END OF SECTION I\*\*\*\***

63

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

**PART III – LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS**

## SECTION J

### ATTACHMENTS AND DOCUMENTS INCORPORATED BY REFERENCE

**The following documents are attached, and incorporated by reference into the resulting contract:**

**J.1**   Standard Contract Provisions for Use with District of Columbia Government Supply and Services Contracts, dated April 2003 (**Attached**)

**J.2**   Wage Determination No. 1994-2103 (**Revision No. 31 May 27, 2004**) (**Attached**)

**J.3**   First Source Employment Agreement (**Attached**)

**J.4**   Glossary of Terms for CFSA (**Attached**)

**J.5**   Baseline Performance Indicators and Reporting Requirements (**Attached**)

**J.6**   RESERVED

**J.7**   RESERVED

**The following documents are incorporated by reference into the contract.**

**J.8**   Licensing of Youth Shelters, Runaway Shelters, Emergency Care Facilities and Youth Group Homes DCMR Title 29, Chapter 62

**J.9**   Licensing of Independent Living Programs for Adolescents and Young Adults, DCMR Title 29, Chapter 63

**J.10**   LaShawn A. v. Williams Modified Final Order dated November 18, 1993

**J.11**   RESERVED

**J.12**   Youth Residential Facilities Licensure Act of 1986, D.C. Code Official  § 7-2101 *et seq.*

**J.13**   Child Abuse and Prevention Treatment Act, 42 U.S.C. § 5101 *et seq.*

**J.14**   Prevention of Child Abuse and Neglect Act of 1977, D.C. Official Code § 16-2351-2365

**J.15**   Adoption Assistance and Child Welfare Act of 1997, 42 U.S.C. § 620 *et seq.*

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

**J.16**   Adoption and Safe Families Act of 1997, 42 U.S.C. § 1305 *et seq.*

**J.17**   Multiethnic Placement Act of 1994, 42 U.S.C. § 1996b

**J.18**   Title IV, Part B of the Social Security Act , 42 U.S.C. § 620 *et seq.*

**J.19**   Mentally Retarded Citizens Constitutional Rights and Dignity Act of 1978, D.C. Official Code §7-1301.02 *et seq.*

**J.20**   Health Insurance Portability and Accountability Act of 1996, 42 U.S.C. §§ 1320d *et seq.*

**J.21**   Individuals with Disabilities Education Act , 20 U.S.C. § 1400 *et seq.*

**J.22**   LaShawn A. v. Williams Implementation Plan, approved on May 15, 2003.

**J.23**   **RESERVED**

**J.24**   **RESERVED**

**\*\*\*END OF SECTION J\*\*\***

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

## (Attachment J.4)

# CHILD AND FAMILY SERVICES AGENCY

## GLOSSARY OF TERMS

### DEFINITIONS

### OBJECTIVE / PURPOSE

.   The acronyms, terms, and definitions collected here represent commonly used terminology for the social services industry in general and Child and Family Services Agency (CFSA) in particular.

.   It is the intent of CFSA to attain uniformity in the understanding and utilization of the verbal and written use of these terms by the various agency representatives, the contractor and client communities, as well as DC government officials and the general public.

C.   Terms defined here may be applicable to other District Government agencies. However, the primary application of these terms is as used in CFSA operations and the legal and medical organizations associated with its mission.

### GLOSSARY

.   Acronyms
   CFSA – Child and Family Services Agency
   DCMR – District of Columbia Municipal Regulations
   DOB – Date of Birth
   EAP – Emergency Assessment Program
   FIP – Family Intervention Program
   RFP – Request for Proposal

.   Definitions

Administrative Expenditures – Program costs expended for administrative purposes. Limitations are generally defined in the contractor's agreement with CFSA.

Administrative Review – Periodic review for children in foster care and placement alternative services involving all parties in the case to determine the appropriateness of the placement and/or case plan.

Adolescent – See Youth.

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

Advance Notice – A contractual or legal term signifying a written or verbal act between two or more parties that normally precedes a more formal notification.

Advocacy – The act or acts of supporting or recommending a cause, plan, or course of action for a particular program, individual, or group.

Assisted living - A residential, independent living program serving youth aged 16 to 21 that provides specialized care to meet the special needs of adolescents and young adults who are medically fragile, physically challenged, mentally retarded, or developmentally disabled through appropriate staffing, direct care, and service provision.

Assignment - To give or transfer responsibility to another.  Contractor cannot 'assign' responsibility for its contractual obligations with CFSA to another entity.

Background Check – In addition to a search of the subjects criminal records in state, District's, and Federal law enforcement agencies, a background check may include the search of driving records, former employer references, and character references check (Also see Criminal Records Check).

Behavior management - The use of specialized interventions to guide, supervise, and redirect client behaviors.

Capacity – The number of children a facility is entitled to serve as determined by the contract and/or the licensing worker (See also Units).

Caregiver – Individual primarily responsible for providing care to a child or youth.

Case Law – Law established by the history of judicial decisions in cases.

Case plan  - A written document that serves to guide the provision of services to a family and/or to a specific child. The case plan, developed with members of the family and/or the child, clearly identifies goals and objectives to be achieved and spells out tasks to be performed by the worker, adult family members and/or child.

Center for the Keys of Life – CFSA's independent living program that supports the primary goal of alternative planned living for youth.

Child Abuse – Physical or mental injury of a non-accidental nature, sexual abuse or sexual exploitation or negligent treatment or maltreatment of a child caused or allowed by a person responsible for his or her welfare under circumstances which indicate that the child's health or welfare is harmed or threatened with harm.

Child/Children - an individual under the age of 18 years. This term may be used interchangeably with youth.

Client – A term often used to refer to the recipient or requestor of CFSA services.

67

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

Clinical Services - the provision of evaluation, assessment or treatment of children youth or families for behavioral, medical or mental health issues.

Clothing Allowance – For foster care cases, the child's clothing allowance is included in the monthly foster care payment.  An initial clothing allowance is available when children first enter foster care.

Collaborative – any or all of the Healthy Families/Thriving Communities Collaboratives contracted with the Child and Family Service Agency.

Community Care Programs – services and or programs that are based in the neighborhoods and/or communities in which families, children and youth reside.

Competency Based – services or interventions that are focused on enhancing the strengths and competencies of families, youth or children in order to address the areas of concern, risk or safety.

Congregate Care - residential care provided to children or youth in a group setting that contains more than 6 persons who are not so related by blood, marriage, or adoption, and are living together as a single house-keeping unit, using certain rooms and housekeeping facilities in common.

Community Based Services - Services and/or programs that are based in the neighborhoods and/or communities in which families, children and youth reside.

Community Based Return Diversion Programs - residential programs serving those youth aged 13 through 18 with mental health challenges and severe behavior conditions requiring a closely supervised, highly structured environment.

Contract Management – Includes activities that provide reasonable assurance that the provider agency/contractor complies with the terms, conditions, and other performance requirements of the contract; includes the monitoring and analysis of information to determine if performance is consistent with the contract provisions.

Contractor – An entity authorized to do business with CFSA and/or CFSA's service providers.  The term is interchangeably used with 'vendor', 'supplier', or 'subcontractor'.

Contractor Fraud – The intentional misstatement(s) or the concealment(s) of facts or details by the contractor or authorized representative that creates a false impression.  The following is a partial list of fraudulent conduct:

- Knowingly providing false information regarding a contractor's financial, medical, or functional status in order to be determined eligible for initiating or retaining services to CFSA.

68

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

- Withholding or concealing information pertaining to the contractor's financial, medical, or functional status which may cause the applicant to be ineligible to initiate or provide services to CFSA.
- Knowingly receiving and billing for services from individuals or subcontractors/providers who do not have a proper license or who obtained a license under false pretenses.
- Knowingly misrepresenting CFSA client counts and/or services provided to clients.
- Knowingly falsifying CFSA client records, documents, reports, and/or invoices.

Contractor's Records – Licenses, books, individual service plans and reviews, financial documents, supporting documents, statistical data, and other records pertaining to the services provided.

Court Order – A legally binding edict issued by a court of law.  Issued by a magistrate, judge, or properly empowered administrative officer.

Credentialing – Process that assures services provided by individuals, facilities, and programs are safe, of acceptable quality, and that the costs of services are justified and reasonable.  Included in the process are licensure, certification, or registration of the services provided by an individual and/or facility; and the inspection or survey of facilities.

Criminal Clearance – See Criminal Records Check

Cultural Competence - The degree to which an organization modifies or tailors its entire system of service delivery, including personnel selection, training and development, assessment, service planning and implementation, and program evaluation and consumer care monitoring to the ethnic, racial, cultural, religious, and national diversity in its service population.

Cultural Responsiveness – The concept that children and families are to be understood within the context of their own family rules, traditions, history, language, and culture.

Daily Living Skills – The skills necessary for day-to-day living and are necessary for successful day-to-day functioning, an area in which individuals who have been abused and/or neglected may often experience deficits.

Day hours - day hours generally refer to morning and afternoon hours when children and youth are awake.

District of Columbia Municipal Regulations (DCMR) – regulations issued by the District of Columbia.

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

Deficiency - generally applied to the provider's failure to comply with contractual requirements, deliverables, and/or other performance criteria of a contract.

Developmental Disability: a severe, chronic disability of a person five years of age or older that is attributable to a mental and/or physical impairment; manifested before age 22; likely to continue indefinitely; and results in substantial functional limitations in three or more of the following areas of major life activity:

- Self-care
- Receptive and expressive language
- Learning
- Mobility
- Self-direction
- Capacity for independent living
- Economic and self sufficiency

In addition, a developmental disability reflects the person's need for special, interdisciplinary or generic care, treatment, or other services on a life-long or extended basis. Examples of developmental disabilities include children and adults with a wide range of diagnoses, including mental retardation, cerebral palsy, autism, spinal cord injury, and severed head injury. Also known as "Special Needs".

Diagnostic and Emergency Care (12 and Younger/13 and Older) - short-term, urgent care provided to a child or youth when a more permanent, family-based or congregate care placement cannot be secured immediately. Care shall be for thirty (30) days or less, and during this period the social worker and diagnostic and emergency care staff shall assess a child/youth's needs to include the propriety of continued placement.

Discharge - A voluntary or involuntary process describing the point when an organization no longer assumes responsibility for providing services to a particular individual, group, or family.

Disposition – The court's decision directing a course of action in response to a dispute brought to its attention.

Emergency Assessment Program (EAP) – An emergency response, crisis intervention program that provides time-limited services to increase placement options and to establish early intervention and linkages to families with children who are at risk of coming into care through CFSA.

Evaluation – A systematic and organized review of gathered documentation, details, evidence, and other information to determine the validity, accuracy, standing, and merits and/or deficiencies of its content.

Evening hours - Evening hours generally refer to late afternoon hours prior to traditional

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036
sleeping hours when children and youth are awake.

Family: one (1) or more persons related by blood, marriage, or adoption, or not more than six (6) persons who are not so related, including foster children, living together as a single house-keeping unit, using certain rooms and housekeeping facilities in common; provided, that the term family shall include a religious community having not more than fifteen (15) members (19 DCR 281).

Family-Based Care – Out-of-home care for children removed from biological parents that is provided in a family context offered by foster or kinship caregivers.

Family Centered Practice – the provision of services that are flexible to the unique needs of families and are focused on strengthening/enhancing a family's ability to provide a safe a nurturing home for children and youth.

Family Intervention Program (FIP) – CFSA program that conducts family group conferences and provides services to families at the time of removal of children due to abuse or neglect.

Fiscal Monitoring – A basic review of contracts to determine whether or not purchased services were in fact provided in accordance with the defined scope.

Group counseling – Psychotherapy services for 4 or more individuals at one time.

Harassment – Unsolicited words or conduct, which tend to annoy, alarm, or abuse another person.  A course of vexatious comment or conduct that is known or ought reasonably to be known to be unwelcome.

He/his - "he/his" shall be considered gender neutral and serve to indicate both male and female children or youth in instances in which both he/his and she/her may not be indicated in the text.

Healthy Families/Thriving Communities Collaboratives – seven neighborhood-based support networks located throughout the District of Columbia contracted by CFSA to prevent child abuse and neglect, help families in need, and build a family support network through partnership of residents, community leaders, service providers and other community stakeholders.

Independent Living Main Facility Programs - a residential, independent living program serving youth aged 16 to 21 years that provides collectively supervised care in a main facility on a 24-hour basis. The program prepares the adolescent or young adult to live successfully, on his or her own, in the community.

Independent Living Program - a residential program that provides monitored residence in a main facility program or residential units serving adolescent and young adults aged 16 to 21 years. The program prepares the adolescent or young adult to live successfully, on his or her own, in the community. Residents may include teen parents and their children.

71

Jones & Associates, Inc.
Independent Living Program -- Main Facilities
CFSA-06-C-0036

Independent Living Residential Units - a residential, independent living program serving youth aged 18 to 21 who are developmentally appropriate for residence in monitored apartment settings.

Individual Habilitation Plan (IHP) -- a written plan that describes current functioning of an individual and goals for functioning one year from the date the plan is designed. Plan must outline a prescribed course of intervention to achieve goals based on a comprehensive evaluation of the individual.

Individual Counseling - Psychological and counseling services provided to an individual. The services usually are provided for a period of time on a scheduled basis for approximately 45-60 minutes at a time.

Individual Service Plan (ISP) -- A document that sets forth a facility's plan for the resident's health, safety, welfare, and general well-being. The ISP includes the individualized treatment plan, as provided in section 7 of the Act (D.C. Code § 3-806). Term is synonymous with case plan.

Individual Transitional Independent Living Plan (ITILP) -- A written plan to be developed within 30 days of a resident' admission that states goals to be achieved by the individual and other elements (outlined in 29 DCMR Chapter 63). An evaluation of the youth's physical, mental, emotional, academic, social, familial, recreational, and life skills needs and strengths relative to the resident's age, level of development, cultural background, and impairments shall be taken into consideration. Assessments and their recommendations and outcomes shall be included. The plan shall be developed by the planning team consistent with the CFSA's written case plan for the individual and take into account the outcomes of the initial ITILP.

Initial Individual Transitional Independent Living Plan -- A written plan that must developed within five days before and five days after a resident's admission that is consistent with the current case plan and includes the elements outlined for an Individual Transitional Independent Living Plan (ITILP).

Individualized Education Plan (IEP) - a written plan for a student in special education describing the student's present levels of performance, annual goals including short-term objectives, specific special education and related services, dates for beginning and duration of services, and how the IEP will be evaluated.

Ineligible - The determination through law, regulations, or prescribed guidelines or criteria that requirements have not been sufficiently met that warrant further consideration.

Integrated Services - Behavioral, medical and/or mental health services that are coordinated, and integrate various child-serving agencies and systems to collaboratively

72

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036
provide special education, child welfare, health, and increasingly, juvenile justice
services to meet the multiple needs of children, youth, and their families.

Intervention – The process whereby CFSA professionals and/or service providers
intercede on behalf of their client(s) with actions that will decrease risk, provide for the
safety, promote permanence, and establish well-being.  Intervention may range from
finding housing to changing a parent's pattern of thinking about their child.

Least Restrictive Environment - placement, residence, or location of treatment for
consumers in situations that most closely meet their special needs in an environment that
most closely approximates that of a person without the disability or condition.

Level III "Handicap" - a medical condition that includes substantial physical
impairments. These impairments may include, but are not limited to, eye disorders
resulting in complex conditions such as blindness; hearing impairments; paralysis that
commits the individual to a wheelchair or other device that assists ambulating. A child or
youth with Level III handicap is typically identified to have significant impairments, but
does not require skilled nursing to assist in ongoing care.

Level IV "Multi-handicap" - a diagnosable, enduring, life-threatening condition. These
conditions may include, but are not limited to, HIV/AIDS, respiratory disease, blood
conditions such as sickle cell anemia, end stage failure of a major organ system, diabetes,
congenital anomalies, cystic fibrosis, heart conditions, multiple sclerosis and cancer.
Such multi-handicapped conditions also include dependence on mechanical ventilation
for at least part of the day, and devices that compensate for vital body functions. Skilled
nursing is required to assist in ongoing care.

Life Skills – see daily living skills

Main facility - the central independent living program edifice that provides on-site staff
supervision and which has more than one residence.

Medically Fragile - children with significantly debilitating medical conditions that impair
daily functioning and require close medical supervision.

Mental Retardation - As clinically diagnosed, significantly sub-average general cognitive
and motor functioning existing concurrently with deficits in adaptive behavior manifested
during the developmental period that adversely affect socialization and learning.
(AFCARS, CFR 45 § 1355 Apps. A and B).

Mentoring – Guidance, direction, and advice, applied in a trusting relationship, between
trained mentors and wards of CFSA.

Multi-agency Planning Team (MAPT) – Multi-agency body designed to provide a forum
to address the immediate service needs of multi-problem, multi-agency children and
families who are at risk for out-of-home placement.

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

Night hours - night hours generally refer to hours traditionally dedicated for sleeping. The exact hours are not specified by CFSA, but shall be defined by the Contractor's program.

Neighborhood Collaborative – see Collaborative

Objective – Something worked toward; something one is trying to achieve or accomplish. Measurable objectives are typically time limited, observable, and have clear criteria for success.

Permanency - The provision of a permanent living arrangement for a child based on AFSA requirements. Also the process by which a child in CFSA foster care benefits from case planning, periodic reviews, and other procedural safeguards to ensure that the child enters care only when necessary and appropriately placed, and is returned home or to a permanent living situation in a timely fashion.

Physically Challenged - Impaired by physical disability preventing the individual from a full range of physical ability, and specialized care is required to enable completion of daily activities. Physical challenges shall be characterized as Level III handicap for purposes of financial rate reimbursement and specialized care requirements.

Practices – Generally accepted standards, processes, or procedures that provide for consistent and uniform operations.

Prevention - The creation of conditions, opportunities, and experiences that encourage and develop healthy, self-sufficient people.

Protection – Ensuring children are free from maltreatment by their parent(s) and/or caregiver(s).

Provider – An individual or organization that receives funds from CFSA for services provided to clients of CFSA through a program developed by CFSA.

Reunification – The positive conclusion of providing care and guidance to CFSA clients whereby they are reunited with their permanent living situation, family, or guardian.

Safety - Protection from or absence of imminent danger, harm, or injury.

Service Provider – See Provider

Service integration – See Integrated Services

Service Termination – Voluntary or involuntarily ordered cessation of contractually delivered services.

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036
Sleeping hours – Hours traditionally spent sleeping.

Slots – Otherwise interchangeable with capacity or number of individuals that are able to have contracted services provided for.

Specialized care - Care that is tailored to meet the needs of children and youth with conditions of medical fragility, physical challenges, mental retardation, and/or developmental disability via assistive technology, occupational or physical therapy, staffing patterns and credentials, or any other services that increase, maintain, or improve their functional capabilities.

Specialized Group Home Care - Care provided to youth aged 13 through 15 in a community based group home environment that is tailored to meet the special needs of those who are medically fragile, physically challenged, mentally retarded, or developmentally disabled through appropriate staffing, direct care, and service provision.

Special needs - Characteristics of an individual that require specialized care and attention due to mental and physical disabilities. See also "Developmental Disability".

Special services - Specific, time-limited services based on a child's specific special needs.

Subpoena – A process issued by a court compelling a witness to appear at a judicial proceeding. Sometimes the process will also direct the witness to bring documentary evidence to the court.

Supervised Visitation – visitation among family members that are arranged and supervised by a social worker or caregiver.

Target Population – Signifies a particular program's population to be served by that program's services. Established definitions or profiles of each type client requirement determine the content of the target population.

Teen Parent Programs - Residential, independent living programs serving adolescents and young adults aged 16 to 21 years old who are pregnant, or are parents caring for their own child or children. Teen parents who are between the ages of 18 and 21 may reside in independent living residential units if developmentally appropriate, and those under the age of 18 must reside in independent living main facility programs.

Teens – Synonymous with youth.

Traditional Group Home Care - Care provided to youth Aged 13 through 15, as well as youth aged 16 and 17 who are not ready for Independent Living programs nor have family-based care options available to them in a community based group home environment that meets the physical, emotional and developmental needs of youth though supervision, guidance, education and recreation.

75

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

Visitation - The arrangement for children and youth to visit with relatives, parents and siblings.

Well Being - The healthy physical, emotional, intellectual, and spiritual development and existence of a human being.

Youth - a youth is an individual aged 13 to 21 years old. In some instances, this term may be used generally to refer to children and youth of all ages.


Therapy – Recurring treatment of a disorder that is remedial or rehabilitative in nature.  A service generally procured from approved CFSA sources.

Transportation – When offered or specified as a service provider requirement, transportation means private vehicle conveyance, delivered in a safe and orderly manner by an authorized and licensed operator.

Treatment – the provision of services and intervention techniques to alleviate or address behavioral, medical or psychological problems

Tutoring – Contracted instructions or schooling provided to wards of CFSA as part of the core services available form agency contractors or specifically ordered for an individual.

Vendor – See Contractor

Waking hours – Day hours and evening hours, those hours not spent sleeping.

Ward – A ward is defined as a legally transferred by court ordered to the care of a guardian
generally specified as CFSA.

76

JONES AND ASSOCIATES

COMPLAINT

EXHIBITS:

EXHIBIT TWENTY-ONE

SOLE SOURCE CONTRACT ONE /CFSA-06-C-0036

**John F. Mercer, Esq.**
OF COUNSEL

1000 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
Telephone: 202.466.3830 • Mobile: 240.535.8758
Fax: 301.249.4604
Email: jmjmercer@aol.com

**TEC** LAW GROUP, PLLC

December 7, 2005

**BY FACSIMILE 202.442.6963**
**U.S. MAIL OVERNIGHT DELIVERY**
Dr. Uma Ahluwalia,
Interim Director
Child and Family Service Agency
Government of the District of Columbia
400 6th Street, S.W.
5th Floor
Washington, D.C. 20024



**Jones & Associates, Inc./ Opposition to Sole Source Agreement**

Dear Dr. Ahluwalia:

I represent Jones and Associates, Inc. As you know, JA is a contractor with the District of Columbia providing Independent Living Program ("ILP") services under contract with the Child and Family Services Agency ("The "Agency"). This letter is written in response to a "Memorandum of Negotiations" from the Agency dated November 18, 2005 and a proposal for JA to enter into an interim "sole source indefinite quantity agreement (the "Sole Source Agreement") presented to JA on November 30, 2005

JA does not concur with the Memorandum of Negotiations and cannot operate under the conditions proposed therein as an interim contractual relationship. The interim agreement proposed (and imposed) by the Agency is not the product of fair bargaining, circumvents the normal contracting process, thwarts of the intent of the City Counsel and threatens delivery of services consistent with the La Shawn mandate of the United States District Court for the District of Columbia.

Prior to being offered the Sole Source interim agreement, JA was operating under a competitive bid contract the latest of which commenced on June 15, 2004 (the Contract"). The Contract contained an option provision (the "Option") allowing for continuation of the same terms for an additional year with financial conditions locked in place by way of successive Options ending with the 2007-8 Contract.[1]

---

[1] The Contract is part of a succession of such contracts beginning in 2003 and continued from year to year by exercise of successive options. Pursuant to the Contract, JA was paid on a "costs –plus fixed fee" basis until 2004

*Licensed in District of Columbia and Federal Courts.

Dr.Uma Alhuwailia,
Interim Director Child and Family Services Agency
Government of the District of Columbia
400 6th Street, S.W.
Room 5003
Washington, D.C. 20024
December 7, 2005

The Agency did not exercise the Option.[2]  It unilaterally decided to continue with JA as a contractor by issuing a series of interim agreements.  On the morning of November 17, 2005, representatives of the Agency met with JA.  Among the parties present were, Deputy Director for Licensing, Dr. Sharlynn Bobo, Agency's General Counsel, Contracting Officer, Joseph G. Addis, Sr., Contracting Officer, Jim Moye, Assistant General Counsel, for the Agency. Present at the meeting for JA were Dr. James L. Jones, Director, Sylvester Barnes, Associate Director, JA , Meredith Johnson, JA's accountant and John F. Mercer, Esq., JA's legal counsel.

At the meeting, Dr. Bobo informed JA that in order to continue as a contractor for ILP services JA would be required to accept the Sole Source Agreement operating under a "unit cost-indefinite quantity" ("unit cost") budgetary system.  Jones objected strenuously to institution of the Sole Source Agreement and unit cost budgetary system.  He explained that the competitive bid process had been essential in establishing acceptable operating conditions for the JA ILP.  He complained that the changes would create financial instability based upon fluctuation of the number of slots[3] assigned to JA by the Agency.  Dr. Bobo responded that under the unit cost arrangement, if the Agency assigned JA maximum number of slots it could use its non-occupied space for "other purposes."

With due respect to the Agency, its authority to contract, its obligation to provide services to children under foster care and to provide an essential service to citizens of the District of Columbia, JA has no alternative but to reject the unilateral decision by the Agency to impose the Sole Source Agreement and its companion unit cost budgetary system.  These proposed arrangements are untenable, potentially destructive and inadequate as a substitute for the previous competitive bid Contracts for the following reasons:

1. The proposed Sole Source Agreement contravenes the terms of the competitive bid process and frustrates the purposes of the City Counsel in providing for competitive bid contracting in the critical area of ILP services.

---

when the Agency exercised its option but without notice to JA unilaterally changed the payment term to "fixed unit rates with indefinite quantity."
[2] The Agency claimed that it could not exercise the option because JA was operating under a provisional license. This provisional license was issued to JA on July 15, 2005.  JA has contested the implementation of the provisional license and has a pending request for a "Fair Hearing" on that matter pursuant to Title 29 DCMR § 5903.5. JA's has received no response to its request. However, subsequent to the morning meeting of November 17 wherein the interim Sole Source Agreement was imposed, late afternoon, November 17, JA was notified that it had been awarded its license.

[3] It is questionable, at best, whether a contractor could, at any level of programmatic integrity, operate an ILP and a business activity in the same facility. Even if it could be done, it would not seem advisable.

2

Dr.Uma Alhuwailia,
Interim Director Child and Family Services Agency
Government of the District of Columbia
400 6th Street, S.W.
Room 5003
Washington, D.C. 20024
December 7, 2005

2. The Sole Source Agreement vitiates the purpose and intent of the multiple Options negotiated between the Agency and JA. Those Options allow for five year stability for the contractor and the City in the delivery of ILP services.

3. The Sole Source Agreement circumvents the procedures for modification of the Contract[4] in that it unilaterally imposes upon contractors a "unit price" payment budgeting system radically changing the payment system of the Contractor from the original "cost-plus fixed fee" budget system.

4. The Sole Source Agreement offered by the Agency resulted from unfair and tactics and manipulation. In a specific effort to radically change JA's service delivery system without mutual agreement, JA was backed into a position wherein the Agency could withhold exercising the Option. By not exercising the Option, the Agency was able to force upon JA a series of interim Sole Source agreements. These interim agreements included a different system of payment without fair bargaining and without JA's consent.

5. The Agency circumvented exercise of the "base contract Option" in order to achieve wrongful substitution of the interim Sole Source Agreement by using an ostensibly acceptable and legal methodology that was in contravention of the terms of the base contract, well established procedure and practices of the parties and legislative intent of the City Counsel;

JA has provided exemplary services to the Agency for over twenty two years. JA has successfully assisted in the socialization, education and well being of children who would otherwise have been hard pressed to escape marginalization and troubled lives. It would be a tragedy for JA and other providers similarly situated to discontinue their services or, alternatively, accept unilateral Sole Source Agreements which will undoubtedly irreparably harm their capability to provide necessary services. The most tragic result of the circumstances of which we complain would be for those contractors continuing their relationship with the City to fall short of meeting the mandate of the LaShawn case and further exacerbate existing problems the City is trying to remedy.

---

[4] See Contract Page 2, "B.3 INCENTIVE CONTRACT: CFSA and the selected contractor will form a task force to develop performance measures and incentives for the Contractor's performance during contract year one (Base Period). Upon mutual agreement of the parties, the Contracting Officer shall modify the contract prospectively to provide for performance measures concerning desired outcomes, and by adding price incentives and disincentives based on the contractor's performance as compared to performance measures. If the parties are unable to agree on proposed modification, CFSA may either, a) continue with the original contract without the proposed modification, b0 terminate the contract for convenience, or refuse to exercise the next occurring period." The Agency failed to act in accordance to this provision during the base period in modifying the type of contract and the budget and payment structure. This is one of many examples of how the Agency in its recent actions has thwarted contractual obligations and violated policy in its interaction with JA.

3

Dr.Uma Alhuwailia,
Interim Director Child and Family Services Agency
Government of the District of Columbia
400 6th Street, S.W.
Room 5003
Washington, D.C. 20024
December 7, 2005

In conclusion, it is our position that it would be unethical and disingenuous for JA to accept the Sole Source Agreement which is being foisted upon it. It cannot do so. We would like to meet with you regarding this matter as soon as possible. Thank you.

Very truly,

John F. Mercer, Esq.
Counsel for Jones & Associates, Inc.

cc:     James L.Jones, Esq.,
        Dr. Sharlynn Bobo
        Joseph Addis
        Jim Moye, Esq.
        J. Campbell

4

JONES AND ASSOCIATES

COMPLAINT

EXHIBITS:

EXHIBIT TWENTY-TWO

MEMO OF UNDERSTANDING / DECEMBER 1, 2005 TO JANUARY 9, 2006

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Child and Family Services Agency





December 23, 2005

Jones and Associates, Inc.
Dr. James L. Jones, Esq.
1454 Corcoran Street, NW
Washington, DC 20009

$Ex.\#22$

Memorandum of Understanding
Period-December 1, 2005 thru and including
January 9th, 2006 (ending at 11:59 PM)

Dr. Jones,

Child and Family Services Agency offers this Memorandum of
Understanding (MOU) to Jones and Associates for the above period of time.
The accepted rate will be $139.06 per individual with cost reimbursements
pro-rated for the agreed period of time. True and actual receipts must be
submitted for any and all reimbursements.

Jones and Associates must maintain and accept all terms and
conditions, insurance requirements, and any and all other stipulations
included in the base year contract (CFSA-04-C-0350, dated July 1, 2004,
base year / option year 1) for the time period stated.

The parties further agree that this MOU is expressly entered into for
purposes of avoiding imminent disruption of placements for CFSA wards
currently placed with the Jones program. It is further agreed that the parties
will, during the period of this MOU, resume good faith negotiations for an
Option year 2 contract. Should negotiations continue to prove fruitless, a
transition agreement will be executed.

400 Sixth Street, S.W. ▪ Washington, D.C. 20024-2753 ▪ (202) 442-6000
www.cfsa.dc.gov

Dr. James L. Jones, Esq.
December 23, 2005
Page 2

        This document constitutes the entire agreement of the parties and no modifications or revisions shall be effective unless expressly agreed to in writing by the parties.

        Entered into this 23rd day of December 2005 by the below authorized representatives of Child and Family Services Agency and Jones and Associates.

Dr. James L. Jones, Esq.
Jones and Associates, Inc.

Joseph G. Addis Sr
Administrator Contracts and Procurement Administration
Chief Contracting Officer
Child and Family Services Agency

*Just the Fax*
*CFSA*
*Contracts and Procurement*

To: DR. Jones
Fax #: 202 3325412

From: Joseph G Addis Sr.
    Office Phone:      1-202-724-7580
    Fax #:          1-202727-5883
    Cellular:        1-410-599-9517

Subject: OLR Agreement

Number of Pages: 3    If we Agree please
Sign & fAx bAck TO 7275883 - HApPy
HolidAyS!

*The information included with this transmission may be of a*
*confidential nature. If received in error please notify the*
*sender and destroy all transmitted pages.*

_____    Date: 12/23

Joseph G. Addis Sr.
Contracts Manager
Contracts Officer
Contracts and Procurement Administration
Child and Family Services Agency




## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### CHILD AND FAMILY SERVICES AGENCY
### CONTRACTS AND PROCUREMENT ADMINISTRATION

Jones & Associates, Inc.
Dr. James L. Jones, President
1454 Corcoran Street, NW
Washington, DC 20009
TAX I.D. No.:        52-1311038

MODIFICAITON NUMBER ONE (1) TO
SOLE SOURCE CONTRACT NO.  CFSA-06-C-0036

CAPTION:    Independent Living Program – Main Facilities Services

Dear Dr. Jones:

The purpose of this modification is to extend for forty-one (41) days the period of performance of the stated Sole Source Contract beginning October 1, 2005 through November 30, 2005. This extension begin for the period of performance on December 1, 2005 through January 10, 2006 , which allows sufficient time for the Child and Family Services Agency – Contracts and Procurement Administration to obtain the office of the Attorney General legal sufficiency and the District City Council approval for contracts over million dollars.

Fixed Price: $313,580.30 - Cost Reimbursement: $64,473.05

The monetary amount associated with this extension shall not exceed $378,053.35.

All other terms and conditions under the Sole Source Contract shall remain unchanged and in full force and effect.

**CONTRACTOR'S ACCEPTANCE:**

_____                    _____
Signature of Authorized Representative              Date

_____
Title

**AGENCY'S ACCEPTANCE:**

_____                    _____
Contracting Officer                                 Date

955 L'Enfant Plaza, SW, Suite 5200 ♦ Washington, DC 20024
Phone: (202) 727-5300 ♦ Fax: (202) 727-5883

Jones & Associates, Inc.
Independent Living Program -- Main Facilities
CFSA-06-C-0036

## SECTION B

## SUPPLIES OR SERVICES AND PRICE/COST

### TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| B.1 | INCREMENTAL FUNDING | 2 |
| B.2 | INDEFINITE QUANTITY CONTRACT | 2 |
| B.3 | INCENTIVE CONTRACT | 2 |
| B.4 | CONTRACT LINE ITEMS | 2-3 |
| B.5, B.6, B.7, and B.8 | PRICE SCHEDULE, DEFINITIONS AND INSTRUCTIONS | 3 |
| B.9 | PRICE SCHEDULE | 4-5 |

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036
## SECTION B - SUPPLIES OR SERVICES AND PRICE/COST

B.1    This contract is incrementally funded in the amount of **$378,053.06** for the period of performance beginning December 1, 2005 through January 10, 2006.

B.2    **INDEFINITE QUANTITY CONTRACT**

B.2.1  This is a contract that provides for fixed unit rate with an indefinite quantity, within written stated limits, of specific supplies or services to be furnished during a fixed period. The contract requires the Agency to order and the Contractor to furnish at least a stated minimum of supplies or services. The maximum quantities of supplies and/or services that the Contractor is obligated to provide are specified in the Pricing Schedule. The guaranteed minimum quantities of services to be ordered are set forth below in Section B, Price Schedule.

B.2.2  Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering Clause stated at subsection or paragraphs in the contract. The Contractor shall furnish to the Agency, when and if ordered, the supplies and/or services specified in the Pricing Schedule, up to and including the maximum quantity. Through this type of contract, the Agency commits to payment for the minimum quantity specified in the contract, and for any additional amounts beyond the stated minimum, at the fixed price per unit as specified.

B.2.3  There is no limit on the number of orders that may be issued. The District Government may issue orders requiring delivery to multiple destinations or performance at multiple locations so long as the aggregate of all orders does not exceed the maximum.

B.3    **INCENTIVE CONTRACT**

CFSA and the selected Contractor will form a task force to develop performance measures and incentives for the Contractor's performance during contract year one (Base Period). Upon mutual agreement of the parties, the Contracting Officer shall modify the contract prospectively to provide performance measures concerning desired outcomes, and by adding price incentives and disincentives based on the contractor's performance as compared to the performance measures. If the parties are unable to agree on the proposed modification, CFSA may either a) continue with the original contract without the proposed modification, b) terminate the contract for convenience, or c) refuse to exercise the next occurring option period.

3

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

### B.4   CONTRACT LINE ITEMS

The quantities specified in this Section B Price Schedule below shall be considered the maximum capacity for each type of congregate care contracted. These numbers are maximums, based on CFSA's actual congregate care population and plans to reduce the number of children and youth placed in congregate care over the coming years. The Contractor should consider these numbers in the context of the LaShawn A. Williams Modified Final Order and Implementation Plan, and note that quantities may vary from year to year depending upon the need for foster care, and CFSA's success in placing more children and youth in family-based settings. The unit prices may be augmented by incentives or disincentives based on the performance measures and objectives that are mutually agreed to by the parties

### B.5   SECTION B, PRICE SCHEDULE - - DEFINITIONS AND INSTRUCTIONS.

B.5.1   Item No.: The specific congregate care service and the period of time (i.e. base period or option period ) in which the service is to be provided.

B.5.2   Supply/Service: Type of congregate care services (including a cross-reference to specific sections of the RFP) that set forth details of the level of service, the age of the child or youth, the number of days in which congregate care services shall be provided by the Contractor.

B.5.3   Maximum Quantity: The maximum number of children for which CFSA will contract for to provide congregate care services, as set forth by the Line Item No.

B.5.4   Unit: Child per day.

B.5.5   Unit Price: Price per child per day for congregate care services.

B.5.6   Not-To-Exceed Amount: The extended price based on the Contractor's stated maximum capacity times the price per child per day.

B.5.7   Guaranteed Minimum: The minimum required quantity of service that the District shall contract for under the contract during the performance period.

B.6   Cost Reimbursable Cost. The Contractor will be reimbursed on a cost reimbursable basis for all client specific cost that are supported and substantiated by the contractor. The Contract Line Item Numbers ("CLINs") for cost reimbursable costs are CLINs 0001CAA, 0002CAA, 0003CAA, 0004ABA and 0005CAA.

B.7   RESERVED

B.8   In accordance with the requirement set forth in Section C.2.8, Facility and Licensing, and effective during the base period, the Contractor shall not house more than eight (8) children or youth in a single except Independent Living Main Facility, Independent Living Residential Units and Assisted Living effective at the beginning of 12/01/2005)

4

Jones & Associates, Inc.
Independent Living Program – Main Facilities
CFSA-06-C-0036

### B.9  PRICE SCHEDULE

#### B.9.1  SOLE SOURCE PERIOD: 12/01/2005 THROUGH 01/10/2006

| Item No. | Supply/Services | Maximum Quantity to be Contracted By CFSA | Quantity | Unit Price (Child per day | Not to Exceed Amount |
|---|---|---|---|---|---|
| 0001CA | Independent Living Main Facility Programs  (See Section C Paragraph C.5.6)  Guaranteed Minimum Amount is $1000.00 | 100 | 55  *(Contract shall not be awarded for more than 56 slots) | $139.06 | $313,358.03 |
| 0001CAA | Independent Living Main Facility Programs  Client Specific Cost from Cost Schedule 6 and 8 | | —— | —— | $64,473.03 |

**BASE PERIOD TOTAL NOT-TO-EXCEED AMOUNT: $378,053.06**

****END OF SECTION B****

5

955 L'Enfant Plaza, SW
Washington, DC 20024
Phone: 202-724-7510
Fax: 202-727-5883

**CHILD & FAMILY
SERVICES AGENCY**

# Fax

REVISED

| To: | Dr. James L. Jones, Jones & Associates | From: | Ms. O'Linda Fuller, Contract Specialist |
|---|---|---|---|
| **Fax:** | 202-332-5412 | **Date:** | November 30, 2005 |
| **Phone:** | 202-462-1117 | **Pages:** | 7  INCLUDING COVER |
| **Re:** | Contract Information | **CC:** | Contract Files, Contract Manager |

☐ **Urgent**    x **For Review**    ☐ **Please Comment**   **Please Reply**    ☐ **Please Recycle**

Dr. Jones

Good Afternoon,

Please find the following attachments:

a. Sole Source extension

If there are any questions, please feel free to contact me at 202-724-7642.

Please see attachment(s).

*Memo of Understanding for Sole Source*
*Contract — Rejected on Record*

955 L'Enfant Plaza, SW
Washington, DC 20024
Phone: 202-724-7510
Fax: 202-727-5883

*Nov 30, 2005*
*Contract Office Joseph Adolis*

**CHILD & FAMILY
SERVICES AGENCY**

# Fax

| To: | Dr. James L. Jones, Jones & Associates | From: | Ms. O'Linda Fuller, Contract Specialist |
|---|---|---|---|
| Fax: | 202-332-5412 | Date: | November 30, 2005 |
| Phone | 202-462-1117 | Pages: | 31  INCLUDING COVER |
| Re: | Contract Information | CC: | Contract Files, Contract Manager |

☐ Urgent     x For Review     ☐ Please Comment     Please Reply     ☐ Please Recycle

Dr. Jones

Good Afternoon,

Please find the following attachments:

Memorandum of Understanding

Section C- Scope of Work for the Independent Living Program — Main Facilities

Section F — Deliveries or Performance

These are the sections that were spoken about in the meeting held on November 17, 2005 and mentioned in the Memorandum of Understanding for your review and response.

If there are any questions, please feel free to contact me at 202-724-7642.

Please see attachment(s).

# MEMORANDUM OF NEGOTIATIONS

This document summarizes the discussions and negotiations held between the District of Columbia Child & Family Services Agency (CFSA) – Contracts and Procurement Administration (CPA), Office of the General Counsel, Office of License & Monitoring and Jones and Associates, Inc. on November 17, 2005 for Congregate Care Program Services provided under the contract for Independent Living Program – Main Facilities (ILPMF):

Attendees:

**CFSA**
Joseph G. Addis, Sr. – Contracting Officer
Jim Moye – Assistant General Counsel
Dr. Sharlynn Bobo – Office of Licensing and Monitoring
O'Linda Fuller – Contract Specialist
Dr. Geoffrey Akalagbere – Cost/Price Analyst
Robert Stona – Sr. Cost/Price Analyst
Rula Swann – OLM Program Manager
Catherine Higgins – OLM Supervisory Program Monitor
Tammy Hagin – OLM Program Monitor

**Jones & Associates, Inc.**
Dr. James L. Jones - Director
John F. Mercer - Attorney
Sylvester Barnes – Administrator
Meredith Johnson - Accountant

After the parties formally introduced themselves, Mr. Addis informed Jones and Associates, Inc. representatives that the objective of the meeting was to discuss CFSA's requirements for the technical and budget submissions for the FY 2006 definitized contract for the Jones Independent Living Program .

**The negotiations for Independent Living Program – Main Facilities Congregate Care Services included the following:**

1. All budgets should be based on the Budget Schedule Requirements (Hand-out/disk), the DCMR Title 29 Chapter 63, and Standard Provisions.

2. Submit a budget for fifteen (15) youths for the ILPMF – College Program at a Fixed Price with cost reimbursement components.

3. Submit a budget for forty (40) youths for the ILPMF at a Fixed Price with cost reimbursement components.

4. Submit supporting documentation (receipts, leases, etc.) for justification of actual cost.

5. Cost reimbursable items on Schedule 6 and 8 are not leasing items. They are demand driven items, reimbursed based on reasonable purchase supporting documentation.

6. Submit budget narrative to explain/justify the cost.

7. Submit most recent Certificate and proof of License for Onyx.

**Term and Conditions of the Contract:**

   a.  Sole Source
   b.  Shall be written as one contract with four line items, two for each component.
   c.  Indefinite Quantity (IDIQ) Contract with cost reimbursement components.

**Child and Family Services Agency:**

   1.  Scope of Work to be issued by November 28, 2005
      The Scope of Work shall specify the requirements for both the regular main facility ILP & the college component.

**Jones & Associates, Inc.**

   1.  Technical/Budget Proposal - Response due by December 14, 2005
        a.  3 copies
        b.  Technical proposed (SOW) response shall be limited to 15 pages.

The parties agree that this Memorandum of Negotiations summarizes the requirements between the parties for Independent Living Program – Main Facilities Congregate Care.

Jones & Associates, Inc.               Child & Family Services Agency

_____        _____
Name (Print)                     Name (Print)

_____        _____
Title                             Title

_____        _____
Signature                     Signature

_____        _____
Date                           Date

JONES AND ASSOCIATES

COMPLAINT

EXHIBITS:

EXHIBIT TWENTY-THREE

 MEMO OF UNDERSTANDING # TWO / JANUARY 10, 2006

TO MARCH 16, 2006

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Child and Family Services Agency

★★★

Ex# 23

January 6, 2006



*1/6/05*

*This has the wrong date on Page 2 A corrected or modified copy will be forwarded. Brought to Dr. Jones attention - my Donald Terrell*

Jones and Associates, Inc.
Dr. James L. Jones, Esq.
1454 Corcoran Street, NW
Washington, DC 20009

Memorandum of Understanding
Period-January10,2006 thru and including
March 16, 2006 (ending at 11:59 PM)

Dr. Jones,

Child and Family Services Agency offers this Memorandum of
Understanding (MOU) to Jones and Associates for the above period of time.
The accepted rate will be $139.06 per individual with cost reimbursements
pro-rated for the agreed period of time. True and actual receipts must be
submitted for any and all reimbursements.

Jones and Associates must maintain and accept all terms and
conditions, insurance requirements, and any and all other stipulations
included in the base year contract (CFSA-04-C-0350, dated July 1, 2004,
base year / option year 1) for the time period stated.

The parties further agree that this MOU is expressly entered into for
purposes of avoiding imminent disruption of placements for CFSA wards
currently placed with the Jones program. It is further agreed that the parties
will, during the period of this MOU, resume good faith negotiations for an
Option year  contract.  Should negotiations continue to prove fruitless; a
transition agreement will be executed.

400 Sixth Street, S.W. ▪ Washington, D.C. 20024-2753 ▪ (202) 442-6000
www.cfsa.dc.gov

Dr. James L. Jones, Esq.
January 6, 2006
Page 2

This document constitutes the entire agreement of the parties and no modifications or revisions shall be effective unless expressly agreed to in writing by the parties.

Entered into this 6th day of January 6, 2006 by the below authorized representatives of Child and Family Services Agency and Jones and Associates.

Dr. James L. Jones, Esq.
Jones and Associates, Inc.

Uma Ahluwalia
Interim Director
Child and Family Services Agency