JONES AND ASSOCIATES

COMPLAINT

EXHIBITS:

EXHIBIT TWENTY-FOUR

SOLE SOURCE CONTRACT TWO

CFSA-06-C-0165

# DISTRICT OF COLUMBIA, CHILD AND FAMILY SERVICES AGENCY (CFSA)
## AWARD/CONTRACT
## FOR SUPPLIES OR SERVICES
## SECTION A

| | |
|---|---|
| **1. ISSUED BY:**<br>District of Columbia, Child and Family Service Agency (CFSA)<br>Contracts and Procurement Administration<br>955 L'Enfant Plaza, SW – Suite 5200<br>Washington, D.C. 20024 *Ex.# 24* | **2.** *PAGE OF PAGES*<br>    1    of    49 |
| | **3. CONTRACT NUMBER:**<br>CFSA-06-C-0165 |
| | **4. EFFECTIVE DATE:**<br>Date of Execution |
| | **5. DELIVERY:**<br>[   ] FOB DESTINATION     [   ] OTHER |
| | **6. DISCOUNT FOR PROMPT PAYMENT:** |

**7. NAME AND ADDRESS OF CONTRACTOR** (No., street, city, county, State and Zip code)
Jones & Associates, Inc.
1454 Corcoran Street, NW
Washington, DC 20009

## 8. TABLE OF CONTENTS

| (☆) | SEC. | DESCRIPTION | PAGE(S) | (☆) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART 1 – The Schedule** | | **PART II – Contract Clauses** | | | |
| X | A | Solicitation/Contract Form | 1 | X | I | Contract Clauses | 40-47 |
| X | B | Supplies or Services and Price | 2-4 | **PART III – List of Documents, Exhibits and Other Attach** | | | |
| X | C | Description/Specifications/Statement of Work | 5-21 | X | J | Attachments/Documents Incorporated By Reference | 48-49 |
| X | D | Packaging and Marking | 22-23 | **PART IV – Representations and Instructions** | | | |
| X | E | Inspection and Acceptance | 24-25 | N/A | K | Representations, Certifications and other Statements of Offerors | |
| X | F | Performance and Deliverables | 26-27 | | | | |
| X | G | Contract Administration | 28-31 | N/A | L | Instrs. Conds., & Notices to Offerors | |
| X | H | Special Contract Requirements | 32-39 | N/A | M | Evaluation Factors for Award | |

**9. TOTAL AMOUNT OF CONTRACT  $3,376,604.50**

## CONTRACTING OFFICER WILL COMPLETE BLOCKS 10 OR 11 AS APPLICABLE

| | |
|---|---|
| **10. [ ]  AWARD** (Contractor is not required to sign this)<br><br>Your offer on Solicitation Number _____<br>Including the additions or changes made by you which additions or changes are set forth in this award/contract, is hereby accepted. This award consummates the contract which consists of the following documents: (a) CFSA's Solicitation and your offer, and (b) this award/contract. No further contractual documents are necessary. | **11. [ X ] CONTRACTOR'S NEGOTIATED AGREEMENT** (Contractor is required to sign this document and return __2__ copies to the issuing office)<br>The Contractor agrees to furnish and deliver all items or perform all services set forth or otherwise identified on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this Contract shall be subject to and governed by the following documents: (a) this award/Contract, (b) the solicitation, if any, and (c) such provision, representations, certifications, specifications and any other documents as are attached or incorporated by reference in Section J. |
| **12A.  NAME AND TITLE OF SIGNER** (Type or print)<br>**James Jones, President** | **13A. NAME OF CONTRACTING OFFICER:**<br>Jim R. Moye<br>Acting Contracts and Procurement Administrator and Agency Chief Contracting Officer |
| **12B. NAME OF CONTRACTOR**<br>Jones & Associates, Inc.<br><br>_____<br>(Signature of person authorized to sign) | **13B. District of Columbia, Child and Family Services Agency (CFSA)**<br><br>_____<br>( Signature of Contracting Officer) |
| **12C. DATE SIGNED** | **13C. DATE SIGNED** |

CFSA AWARD/CONTRACT FORM 26 (REV. 01-01)

Jones & Associates, Inc.                                              Page 2 of 49
CFSA-06-C-0165

## SECTION B

### SUPPLIES OR SERVICES AND PRICE/COST

### TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| B.1 | PRICE/COST | 2 |
| --- | PRICE SCHEDULE | 2-3 |

Jones & Associates, Inc.                                        Page 3 of 49
CFSA-06-C-0165

## SECTION B - SUPPLIES OR SERVICES AND PRICE/COST

### B.1  PRICE/COST

B.1.1The contract is an indefinite quantity contract with payments based on fixed unit prices per child per day for each line item set forth in the Price Schedule Chart in Section B.  The minimum guarantee for each item number for the contract year and each option or transition period is $1,000.00. The maximum quantity for the contract period is specified in the contract.

B.1.2The term of the contract shall be for a period of performance beginning April 10, 2006 through March 31, 2007.

Jones & Associates, Inc.                                    Page 4 of 49
CFSA-06-C-0165

## B.2    PRICE SCHEDULE
**PERIOD OF PERFORMANCE:  04-10-06 THROUGH 03-31-07**

NAME OF OFFEROR OR CONTRACTOR:  Jones and Associates

| ITEM NO. | SUPPLIES/SERVICES | MAXIMUM QUANTITY | UNIT PRICE | UNIT | MAXIMUM AMOUNT |
|---|---|---|---|---|---|
| | **SCHEDULE B PRICING** | | | | |
| 0001 | Independent Living Main Facility Programs | 55 | $139.06 | 365 (DAYS) | $2,791,629.50 |
| | **Guaranteed Minimum Amount is $1,000.00** | | | | |
| 0002 | Independent Living Main Facility Programs | 1 | $584,975.00 | LOT | $584,975.00 |
| | Cost Reimbursement for Client Specific | | | | |
| | **Contract Ceiling Amount** | | | | $3,376,604.50 |
| | Continuation of this Contract beyond the fiscal year is contingent upon future fiscal appropriations. | | | | |

****END OF SECTION B****

4

Jones & Associates, Inc.                                    Page 5 of 49
CFSA-06-C-0165

PART I – SCHEDULE

SECTION C

DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK

TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| C.1 | BACKGROUND | 6 |
| C.2 | SCOPE OF SERVICES | 6-12 |
| C.3 | TARGET POPULATION AND PROVISIONS OF CARE | 12 |
| C.4 | PROGRAM REQUIREMENTS | 13-20 |
| C.5 | CONGREGATE CARE POPULATION –SPECIFIC REQUIREMENTS | 20-21 |

## SECTION C - DESCRIPTION/SPECIFICATIONS STATEMENT OF WORK

### C.1    BACKGROUND

C.1.1    The District of Columbia, Child and Family Services Agency (CFSA) is charged with protecting children and youth from abuse and neglect, and ensuring a safe, permanent placement for those removed from their homes that can effectively support them in meeting their goals of well being. All children and youth deserve a permanent home and the nurture and support of a loving family. Therefore, diligent efforts shall be made to secure such settings for both children and youth, not excluding those with special needs such as medical and mental health conditions, behavioral and emotional problems, learning disabilities, and teen parenting responsibilities. CFSA strives toward placing all children and youth in family-based settings before seeking congregate care placement alternatives. CFSA's vision is to ensure that congregate care does not serve as a first placement setting, but as a response to specific needs of the child or youth under very limited circumstances.

C.1.3    Congregate care shall be provided in the form of **"Independent Living Main Facility Programs"**.    Details regarding these specific requirements are outlined in Section C.5. "Congregate Care Population-Specific Requirements".

C.1.4    In line with CFSA's goals, services should be integrated, family-centered, culturally and linguistically competent, and community-based. In addition, congregate care programs shall comply with the LaShawn A. v. Williams Implementation Plan. A performance-based system of evaluation shall be employed to ensure accountability, achievement of positive outcomes for youth and families, and cost-effectiveness of service provision.

## C.2  SCOPE OF SERVICES

C.2.1    General Requirements

C.2.1.1  The Contractor shall be licensed as a youth residential facility in the District of Columbia in accord with the licensure regulations set forth by District of Columbia Municipal Regulations, Title 29, Chapters 62 and 63.  The Contractor licensed in a jurisdiction other than the District of Columbia shall operate a program that meets all District of Columbia requirements. "Facility and Licensing Requirements" Section C.2.8 further explains these requirements.

C.2.1.2  The Contractor shall provide congregate care and supportive services in accordance with all existing federal and District of Columbia laws, rules, and regulations, including appropriate District licensure requirements, and consistent with policies, procedures and standards promulgated by the Child and Family Services Agency.

C.2.1.3  The Contractor shall meet general and program requirements applicable to all congregate care programs, as well as population-specific requirements unique to the form of congregate care set forth herein.

Jones & Associates, Inc.                                          Page 7 of 49
CFSA-06-C-0165

C.2.2   Service Integration/Linkage

>   The Contractor shall provide detailed plans to work with other providers to establish and maintain
>   an effective and accessible continuum of care and constellation of services. The Contractor shall
>   have service linkages with relevant, neighborhood-based service networks such as the Healthy
>   Families/Thriving Communities Collaboratives, or similar networks.

C.2.2.1 Contractors shall develop an integrated service network with community-based service,
>   foster care, and other treatment providers that establishes protocols for referral, communication,
>   service planning and delivery, sub-contracting, communication, and data collection. Service
>   provider contracts, formal service agreements, "letters of linkage", and memoranda of
>   understanding among members of the service network may act as evidence of a formal
>   agreement. See, also, C.2.7 "Mental Health Rehabilitative/Medicaid-Reimbursable Services" and
>   C.2.5 "Community-Based Services".

C.2.2.2 An integrated service network will facilitate efficient access to services needed by youth
>   and their families. Linkage across care providers will facilitate a smooth transition for youth from
>   one level of care to another, and should include all types of congregate care programs outlined in
>   this contract, as well as family-based providers (foster and kinship care). Such linkage meets
>   CFSA expectations that the Contractors' programs support CFSA case manager activities in the
>   achievement of safety, permanence, and well-being objectives.

C.2.3   Family-Centered Practice

>   The Contractor shall employ a family-centered approach to care including, when appropriate, the
>   natural parents, family members and other significant individuals in the youth's life. The
>   Contractor shall facilitate frequent visitation between the youth and family members (including
>   siblings) and/or other significant individuals in the youth's life. These visits may occur in the
>   youth's home community, in the homes of pertinent relatives and significant individuals and/or at
>   the Contractor's site. Phone calls and other forms of communication will also be encouraged
>   between the youth and relatives, as well as other significant individuals. The Contractor shall
>   engage the youth's biological family immediately upon placement, and, as appropriate, shall
>   encourage maximum family participation even when the youth's discharge goal is independent
>   living. The Contractor shall link the family with effective services with the goal of strengthening
>   family functioning.

C.2.4   Cultural and Linguistic Competence

C.2.4.1 The Contractor shall provide culturally competent services ensuring staff understand and     are
>   familiar with the family's culture, reinforce positive cultural practices, and acknowledge and
>   build upon ethnic, socio-cultural and linguistic strengths. The Contractor shall make every effort
>   to employ staff representative of the community served.

C.2.4.2 The Contractor shall provide linguistically competent services through staff who are fluent in the
>   languages spoken by the children and families being served, or from another source providing
>   such services. The Contractor shall have similar capacity to serve hearing impaired clients.

C.2.5   Community-Based Services.

C.2.5.1 (a) A community-based system enhances the well-being of youth and their families by reducing
>   the trauma of foster care separation, and increasing the potential for reunification with natural
>   parents or kin. Congregate care programs shall endeavor to establish care sites within the youths'

communities or as close to their communities as possible, unless determined by the CFSA case manager that such proximity is not in the best interest of the youth. This is to ensure that youth in foster care can maintain connections with schools, churches, friends and families. If, for reasons deemed appropriate, a community-based placement is not possible, the Contractor shall develop and maintain linkages that strengthen the youth's relationship with his/her home communities and/or the community in which he/she will be residing upon discharge. To the extent possible, support services for youth and their families should similarly be provided in the youth's community of origin, community of placement, and/or community in which a potential kinship care or family-based provider resides.

(b) Additionally, youth shall be connected to, or involved in, the community in which they are residing while in congregate care. Contractors shall endeavor to create a community-based network of services and affiliations that will not only connect youth to the community, but the community to youth and congregate care programs located in their area. Required local advisory committees may serve as a vehicle by which to stimulate interest and support on the part of local citizens, service providers, businesses, religious groups, etc., to develop a community-based network. Such a network can be beneficial for assisting youth with tutoring, mentoring, jobs, guidance, and other services and supports. Youth shall become involved in the community through volunteer civic activities, attendance at religious services (if desired), use of public agencies/ services such as the local library and health clinic, and other similar activities.

C.2.5.2 Linkage to services provided in, or as close to, neighborhoods of origin and/or residence is also essential. This concept should be employed, to the extent possible, for all services and activities for youth and families. Linkage to service networks such as the Healthy Families/Thriving Communities Collaboratives, or similar community-based agencies, or network of service providers, shall be evaluated favorably. Additional information regarding mental health services is described in the previous Section C.2.2 "Service Integration/Linkage", as well as in the "Mental Health Services" Section C.4.7.

C.2.6  Location of Services

C.2.6.1 CFSA is contracting for congregate care provided within the District of Columbia or within    25 miles of the District of Columbia.

C.2.6.2 Contractors shall ensure  youth maintain connections to their neighborhoods of origin, as   well   as their current neighborhoods of residence.

C.2.7  Mental Health Rehabilitative / Medicaid-Reimbursable Services. CFSA is committed to assuring that mental health services provided to children, youth and families without access to private health insurance are provided by agencies certified as Medicaid providers. The Contractor shall provide an existing or planned capacity to maximize financial and programmatic integrity through the utilization of funding streams other than CFSA. The Contractor shall strive to become a certified Medicaid providers, plan to become certified, or collaborate with subspecialty or subcontracted provider agencies that are certified Medicaid providers.

C.2.7.1 All youth with mental health needs shall be registered and connected with the District of Columbia's Department of Mental Health (DMH), and connected with a DMH-certified Core Service Agency to access needed services.

C.2.7.2 Contractors providing care outside the District of Columbia shall fully collaborate with DMH and secure Medicaid-reimbursable mental health services. CFSA expectations regarding          mental health services are further described in the "Mental Health Services" section          C.4.2.6.          and

"Community-Based Services" Section C.2.5.

C.2.8   Facility and Licensing Requirements. Congregate care facilities shall maintain compliance with all local and federal housing and building code regulations, as well as the requirements set forth by the District rules and regulations pertinent to the licensing and operation of youth residential facilities and independent living programs. See Section J, Attachments and Documents Incorporated By Reference, Nos. J.8 to J.22.

C.2.8.1   If providing congregate care outside of the District of Columbia, the Contractor shall meet the licensing standards applicable in the jurisdiction in which care is provided, as well as the District of Columbia's licensing standards. The District of Columbia has a number of standards more stringent than those of other jurisdictions, and these are outlined in section C.2.8 "Facility and Licensing Requirements". Contractors providing care in other jurisdictions must fully employ methods, strategies and resources that enable youth to maintain ties with their communities of origin.

C.2.8.2   The LaShawn A. v. Williams Implementation Plan (IP) requires CFSA to ensure facilities     serve youth in a more family-like manner by restricting the number of children and youth served in a single congregate care facility to not more than eight (8). The only permissible    exception    to placement of a child/youth in a facility serving more than eight (8) residents is if the individual needs of the child/youth require specialized care that can only be provided in a larger facility. CFSA plans to phase out placement of children/youth in facilities serving more than eight (8) residents by the first option year of the contract. The eight (8) resident maximum shall take effect in the base contract year for group homes.

C.2.9   Organizational Requirements

C.2.9.1   The Contractor shall provide information regarding its organization including the mission, organizational structure, location, and services and programs offered.

C.2.9.2   The Contractor shall provide information regarding its contractual history with the District of Columbia and/or other jurisdictions, including the types of contracts, agencies contracted with, dates of contracts, and a copy of performance evaluations, if available, and a contact person.

C.2.9.3   The Contractor shall submit a current organizational chart displaying organizational relationships and demonstrates the staff member with responsibility for administrative oversight                  and supervision for each activity required under this contract, staff with training authority, staff with programmatic and clinical responsibility, and all other key staff, including  main  office  and  the congregate care facilities.

C.2.9.4   The Contractor shall submit a detailed work plan for the contract year, including all relevant action steps, responsible parties, outcomes and deliverables.

C.2.9.5   The Contractor shall maintain complete written job descriptions covering all positions funded through the contract in the files to be made available to CFSA for review. Job descriptions shall include required credentials, human care certifications, training certificates, description of duties and responsibilities, hours of work, salary range, and performance evaluation criteria.

C.2.9.6   The Contractor shall submit any changes in key staffing patterns to the Contracting Officer's Technical Representative not less than 30 days in advance of such changes.

C.2.9.7 The Contractor shall submit a copy of the policies and procedures relevant to its congregate care program(s). Policies should include (1) residents' rights and responsibilities, (2) behavior management techniques, and (3) all other pertinent descriptions of philosophy and approach to care.

C.2.10   Staff Qualifications and Requirements*

C.2.10.1 The Contractors shall establish personnel guidelines in compliance with licensure   regulations, as well as the CFSA guidelines outlined henceforth.

C.2.10.2 The Contractor shall ensure that all employees, consultants and sub-contractors have been cleared through the Child Protection Registry and the Police Department of the  jurisdiction(s) in which the staff member resided during the five years prior to employment under this contract, as well as cleared through the District of Columbia Metropolitan Police Department, and the jurisdiction in which they will be providing services.

C.2.10.3 For all new employees, the Contractor shall, prior to employment under any contract resulting from this Solicitation, provide to the Contracting Officer's Technical Representative  copies  of the results of all Child Protection Register and criminal background checks, and the results of all drug and alcohol tests. The Deputy Director of Licensing and)Monitoring, or her designee, shall have sole discretion to permit or prohibit any person with a criminal record from working for the Contractor on this contract, except that persons having criminal convictions for felony crimes of violence, or crimes involving sexual assault, rape, child abuse/molestation, or drug distribution shall not under any circumstances perform services or be employed by Contractor under this contract. Persons having criminal convictions for drug possession shall not have direct contact with children under this contract.

C.2.10.4 The Contractor shall terminate any staff for whom allegations of any of the following has been substantiated by an investigation by CFSA's Institutional Abuse Unit:

(a)  Physical abuse of children, families or staff members;
(b)  Sexual abuse or harassment of children, families or staff members;
(c)  Verbal or emotional abuse of children, families or staff members;
(d)  Drug or alcohol use on the premises or with children and families, or such that the staff is intoxicated while on duty;
(e)  Failure to report any allegation of child abuse and/or neglect to CFSA and to the appropriate law enforcement or social service agency in the jurisdiction in which the allegation occurred.

Failure to dismiss employees for these conditions shall be sufficient cause for the contract termination under clause 9, Default, Standard Contract Provisions for Use with District of Columbia Supply and Services Contract, dated April 2003 (Attachment J.1).

C.2.10.5 The Contractor shall ensure that staff can provide services capable of meeting the cultural   and linguistic needs of the participating youth and pertinent family members with whom visiting and planning for the youth must take place.  To the extent possible, the Contractor shall comply with the First Source Employment Agreement, and recruit and hire appropriately qualified staff from the community served.

C.2.10.6 In its work plan, the Contractor shall profile staff credentials, including, but  not limited to,   the number of staff, educational degrees, languages spoken and   areas of specialization,              and describe how these impact and address service needs of the targeted population.

Jones & Associates, Inc.                                    Page 11 of 49
CFSA-06-C-0165

C.2.10.7 The Contractor's congregate care staff shall collectively have experience and skill in adolescent development, behavior management, child abuse and neglect, family dynamics, psychotropic medication and medication management, and identification and treatment of alcohol and substance abuse.

C.2.10.8 The Contractor's staff members and sub-contractors responsible for performing professional services, including psychological, psychiatric, medical, social work, nursing, dental, and education, shall have professional degrees from accredited colleges or universities and current license in their respective fields.

C.2.11   Staff Training and Development

C.2.11.1 The Contractor shall establish staff training and development policy and procedures in compliance with the licensure regulations, and CFSA guidelines outlined in this section.

C.2.11.2 The Contractor shall provide training to congregate care staff on relevant child welfare topics including, but not limited to, child abuse and neglect, psychotropic medication and medication management, strength-based, family-centered practice, concurrent planning, domestic violence, teen relationship abuse, and HIV/AIDS.

C.2.11.3 The Contractor shall also ensure staff is trained on the provision of community-based services, including training on community characteristics, resources and needs, and negotiating services for children within a community-based environment.   Every effort shall be made by the Contractor to ensure that training incorporates and encourages the participation of representatives from community residents and community-based service providers, such as local hospitals, police precincts and drug treatment centers.

C.2.11.4 The Contractor shall also provide training to congregate care staff on topics relevant to adolescent development.  Topics may include, but are not limited to, education and career development, life skills, health and pregnancy prevention, mental health, domestic violence and alcohol and substance abuse.

C.2.11.5 The Contractor shall maintain training records, including attendance and copies of the curriculum.

C.2.12   Information, Data Collection, Program Evaluation, and Quality Assurance

C.2.12.1 The Contractor and all subcontractors shall establish and submit, upon award, policies and procedures that ensure compliance with all District and federal privacy and confidentiality laws and polices.

C.2.12.2 The Contractors shall submit a Daily Census Report form for each facility to the Licensing and Monitoring Administration by fax or e-mail as CFSA may direct.

C.2.12.3 The Contractor shall ensure congregate care staff and youth are actively involved in   CFSA's Administrative Review and Case Practice Process.

C.2.12.4 The Contractor shall maintain adequate case files and fiscal records, and ensure staff follow appropriate record-keeping practices and procedures, in a manner that is   compliant with and supports all existing federal, state, and local laws, rules, and regulations, and is consistent with policies, procedures, and standards promulgated by CFSA.

11

Jones & Associates, Inc.                                              Page 12 of 49
CFSA-06-C-0165

C.2.12.5 The Contractor shall comply with CFSA standards for reporting, monitoring activities, and performance reviews. CFSA shall offer technical assistance and a period of time for implementation of protocols in order to meet compliance standards.

C.2.12.6 The Contractor shall develop and submit with the proposal their quality assurance systems for monitoring and reviewing program performance and designing and implementing improvement strategies. The Contractor shall ensure participation in all CFSA Quality Improvement Processes including, but may not be limited to, the following:

    (a) Administrative Reviews
    (b) Case Practice Staffings
    (c) Permanency Staffings

C.2.13 Emergency Response and Plan

C.2.13.1 The Contractor shall have an emergency response plan providing back-up power generators for the facility, and an alternate location for residents that can serve as temporary housing and care in the event of a natural or man-made disaster. The Contractor shall submit this plan within thirty (30) days of contract award.

C.2.13.2 The Contractors shall submit training provisions for its emergency response plan within three (3) days of contract award.

## C.3  TARGET POPULATIONS AND PROVISION OF CARE

C.3.1 Consistent with the LaShawn A. v. Williams Implementation Plan, CFSA's priority is to place children and youth of all ages in family-based care and the least restrictive setting possible.      As CFSA improves the capacity to place more children in family-based care, CFSA plans to reduce the level of congregate care for which it contracts. The following numbers for each type of congregate care population are based on CFSA's actual congregate care population, taking into consideration plans to reduce the number of children and youth placed in congregate care over the coming years. CFSA is currently in the process of developing its first needs assessment and resource development plan, and CFSA's capacity to project the congregate care needs of youth shall improve as these tools are developed, implemented, and further refined. Section C.5. "Congregate Care   Population-Specific Requirements" further defines congregate care populations and requirements.

C.3.1.1 The Contractor shall house male and female residents in separate, single sex facilities  with the exception of Diagnostic and Emergency Care for children aged 12 and younger.

C.3.1.2 Reserved.

C.3.1.3 Congregate care shall serve male and female youth unable to reside with family members, or in family-based care. The congregate care category is as follows:

    (1) Independent Living Main Facility Programs

C.3.1.4 The Contractor shall maintain an environment that is free of discrimination and harassment based on gender identity, sexual orientation, religious and racial/ethnic background, and/or disability.

### C.4     PROGRAM REQUIREMENTS

The Contractor shall provide a congregate care program responding to the rules and regulations outlined in DC Municipal Regulations Title 29, Chapters 62 or 63, as appropriate to the typed contract, as well as general, program and population-specific requirements. CFSA shall periodically monitor programs for compliance with all regulations and requirements.

C.4.1   Admission, Intake, Discharge and Aftercare Planning

C.4.1.1 The Contractors shall be equipped to admit youth into its congregate care program on a 24-hour, 7 day-a-week for each day of the year.

C.4.1.2 The Contractors shall accept youth under the care of the Child and Family Services Agency     for placement in its program. If the Contractors accepts non-CFSA youth into placement,      the Contractor's shall provide a program description that shall include:
   (a) The manner by which placement of CFSA and non-CFSA youth will be managed for the benefit of youth;
   (b) An adequate approach to confidentiality issues;
   (c) Assurance that the provisions of D. C. Code § 16-2320 are adhered to regarding "commingling of juveniles".

C.4.1.3 The Contractors shall accept for placement those youth under the care and legal custody of CFSA, and referred by CFSA's Placement Office. The Contractor shall accept all youth referred if there is a vacancy in the program.

C.4.1.4 The CFSA social worker shall coordinate the youth's placement with the Contractor by facilitating:

   (a) Completed and signed Board and Care Agreement Form.
   (b) Completion of medical screening prior to placement.
   (c) Presentation of a copy of the medical examination at the time of placement.
   (d) Exchange of the social security number, birth certificate, Medicaid number, school records, previous placement history, medical history, family history, and inventory of youth clothing.

C.4.1.5 The Contractor shall document and place in the resident's care record, within 24 hours of admission, all emergency medical and mental health needs, allergies, basic needs, and non-emergency medical and mental health conditions and physical infirmities, including all visible signs of illness or injury, as well as pre-admission medical screen information.

C.4.1.6 The Contractor shall maintain copies of a document signed by the youth to be placed in his/her record that indicates he/she has received a resident orientation within 48 hours of admission.

C.4.1.7 The Contractors shall pursue CFSA's dispute resolution process for cases of disagreement regarding placement decisions for CFSA youth.

C.4.1.8 The Contractors shall not discharge youth from a congregate care program unless a CFSA Family Team Meeting has determined that one or more of the following:

   (a) The youth requires a shift in level of care that is more or less restrictive <u>and</u> cannot be provided by the current congregate care program;
   (b) The youth is to be reunified with family or relatives;
   (c) The youth is to be placed in some other family-based foster care setting;

(d) The youth is to be adopted.
(e) The youth has adequately met his/her independent living goals and is ready to leave foster care.

C.4.1.9 When circumstances change for the youth such that a placement change is considered, Contractor shall retain the youth in his/her current congregate care setting while immediately requesting a CFSA Family Team Meeting. If the Family Team Meeting determines that replacement of the youth is necessary, the Contractor shall retain the youth in his/her current setting, and apply any recommended support services until an appropriate placement has been secured.

C.4.1.10 The Contractor shall provide documentation to the Contracting Officer's Technical Representative and to Family Team Meeting attendees, describing all efforts made by the Contractor to stabilize and sustain the youth's placement. Such documentation shall include: notice to the Contractor's representative of circumstantial changes; crisis intervention and support services applied; utilization of community-based services; and other pertinent documentation.

C.4.1.11 The Contractor shall ensure discharge and aftercare planning commences at admission and is coordinated with the Clinical Support Division of the Office of Clinical Practice at CFSA.

C.4.2   Case Planning, Staffings, and Case Responsibility

C.4.2.1 The Contractors and CFSA shall jointly develop an Individual Service Plan (or case plan) and Individual Transitional Independent Living Plan (ITILP) consistent with court orders. The Contractor shall ensure that group or independent living program staff and social workers involved with CFSA youth attend case planning conferences, staffings, and administrative reviews.

C.4.2.2 CFSA shall maintain case management responsibility for youth through a CFSA social worker. The Contractor shall provide supportive assistance to CFSA by working with the youth to meet his/her case plan and ITILP objectives, making service referrals and linkage, coordinating required family and sibling visits, and participating in case staffings, conferences and review.

C.4.2.3 The Contractors shall designate a primary youth care counselor, social worker, or other qualified staff member responsible for supportive assistance functions. The Contractor shall ensure these individuals attend pertinent case staffings, reviews, and conferences. Independent living programs shall employ at least one (1) social worker for every twenty (20) residents.

C.4.2.4 If a youth experiences an acute care episode, the Contractor shall send representatives to participate in treatment planning and care for the youth with the expectation that the youth will ultimately return to his/her placement.

C.4.3   Mandatory Reporting and Unusual Incidents

C.4.3.1 The Contractor shall follow the procedures and requirements outlined in the licensure regulations for mandatory reporting and unusual incidents. In addition to licensure regulations, the Contractor must file an unusual incident report any time the resident and/or staff has engaged in the an event that is significantly distinct from normal routine or procedure of the resident, the program, the staff, or any person relevant to the resident.

C.4.3.2 The Contractor must file an unusual incident report by fax or e-mail, as CFSA may direct, to the CFSA hotline, social worker, supervisory social worker, program monitor, and program manager of the Program Monitoring Division within 24 hours of knowledge of the incident. The facility

must report any alleged child abuse, neglect or other risk to residents' health and safety to the CFSA hotline.

C.4.4  Local Advisory Committee

C.4.4.1 The Contractor are required under the licensure regulations to develop a local advisory committee that complies with licensure regulations. Proposals utilizing local advisory committees as a vehicle by which to stimulate interest and support on the part of local citizens, service providers, businesses, religious groups, and civic groups shall be evaluated favorably. Development of local support can be beneficial for assisting youth with tutoring, mentoring, jobs, guidance, and other services.

C.4.5   Service Provision

C.4.5.1 The Contractor shall provide an array of services and overall strategy for meeting the needs of youth that complies with licensure regulations and any additional CFSA guidelines outlined in this "Service Provision" Section. The services must be appropriate to the age, gender, sexual orientation, cultural heritage, developmental and functional level, as well as the learning ability of each youth. These shall include, but not be limited to, the following:

(a)  Food, shelter, hygiene, and clothing;
(b)  Health care;
(c)  Mental health and alcohol, tobacco, and substance abuse services;
(d)  Sex education and reproductive health services;
(e)  Educational services and advocacy;
(f)  Family Services/Visitation;
(g)  Recreation, Community Connections, and Religion;
(h)  Transportation services;
(i)  Life skills training and age appropriate independent living skills training; and,
(j)  Vocational services.

C.4.6   Health Care

C.4.6.1 The Contractor shall develop and submit with proposals the policy and procedures for meeting the preventative, routine, and emergency health care of youth.

C.4.6.2 CFSA's Health Services Division will include in each youth's case plan a descriptive health care plan of the services required to meet his/her unique health and mental health needs.                    The Contractor shall propose the methods for making service referrals with community-based providers, assuring youth utilize these services, and a standardized system       for       collecting, recording, and conveying health and mental health information to CFSA.

C.4.6.3 The Contractor shall establish methods for securing, in a timely manner, all medically recommended health and therapeutic services including, but not limited to, medication, physical and occupational therapy, glasses, hearing aids, prosthetic devices, and corrective physical and dental devices.

C.4.6.4 The Contractors shall facilitate the provision of specialized health services such as private duty nursing, medical respite care, homemaker services, among others, in accord with the case       plan and Individualized Habilitation Plan and sanctioned by CFSA's Health Services Division.

C.4.6.5 Contractor shall utilize medical services provided by licensed doctors and agencies that

Jones & Associates, Inc.                                           Page 16 of 49
CFSA-06-C-0165

accept Medicaid. Title IV-E eligible youth may receive Medicaid-covered services in the state in which they reside. DC KIDS and the Health Services Division of CFSA's Office of Clinical Practice will assist The Contractor in identifying Medicaid providers. Except in an emergency, the Health Services Division of CFSA shall approve any non-Medicaid vendor before the services are obtained.

C.4.6.6 Contractor shall develop a training plan  preparing staff on health issues. Caretakers shall be required to participate in a pre-service health care training program of 8 hours as a prerequisite to working with children in care. In addition, four hours per year of in-service health training shall be provided. Training on universal infection control precautions must be provided.

C.4.6.7 The Contractor shall develop and submit with proposals the policy, procedures, and a care plan for youth affected by HIV and AIDS. Policy and procedures must include risk assessment, evaluation and treatment, testing, disclosure, confidentiality, consent, counseling, permanency planning, and other topics. Practice must also be compliant with Section 504 of the Rehabilitation Act of 1973 that prohibits discrimination against individuals with handicaps. Universal infection control precautions shall be employed by caregivers.

C.4.6.7 The Contractor shall ensure on-call availability of a physician for urgent services and consultations.

C.4.7  Mental Health Services

C.4.7.1 The Contractor shall be responsible for meeting children and youth's mental health service  needs through direct provision of, or linkage to, mental health services delivered by qualified professionals. Mental health services include, but are not limited to:

 (a) Preliminary mental health screen within 3 business days after admission by a licensed mental health practitioner.

 (b) If indicated by the preliminary mental health screen, a mental health evaluation and assessment, including a standardized diagnostic mental health assessment completed within fifteen (15) calendar days of admission by a licensed mental health practitioner.

 (c) Substance and alcohol abuse prevention, intervention, and treatment;

 (d) Access to emergency mental health services on a 24 hour a day, 7 day per week basis.

 (e) Clinical consultation with residents, parent(s) or guardian(s), and staff;

 (f) Individualized treatment, including therapy and counseling for individuals and groups;

 (g) A standardized system for collecting, recording and conveying each resident's essential mental health information consistent with HIPAA; and,

 (h) A standardized system for collecting and reviewing the resident's historical mental health records.

C.4.7.2 The Contractor shall ensure  all youth with mental health needs are registered and connected with the District of Columbia's Department of Mental Health (DMH), and connected with a DMH-certified Core Service Agency to access needed services. The Contractor shall also ensure that this information is provided to CFSA through its Health Services Division under the Office of Clinical Practice. CFSA prefers mental health services are provided by DMH Core Service Agencies, subspecialty provider agencies, or subcontracted provider agencies that are certified Medicaid providers.

16

C.4.7.3 The Contractor shall ensure that clinical and therapeutic services are provided to youth as recommended by the Individual Habilitation Plan (IHP), Individualized Treatment Plan (ITP), Individualized Education Plan (IEP), or CFSA case plan.

C.4.7.4 The Contractor shall ensure youth and staff attendance at all relevant Multi-Agency Planning Team (MAPT) meetings that assess and make recommendations regarding mental health needs and services.

C.4.7.5 The Contractor shall ensure access to and/or provision of smoking cessation programs, weight reduction, and alcohol, substance abuse, and domestic violence counseling services for youth.

C.4.7.6 The Contractor shall facilitate mental health service provision by agencies certified as Medicaid providers when individuals do not have access to private health insurance. Proposals that describe an existing or planned capacity to maximize financial and programmatic integrity through the utilization of funding streams other than CFSA shall be evaluated favorably. Preference shall be given to those programs that are certified Medicaid providers, or propose plans to become certified, or are collaborating with subspecialty or subcontracted provider agencies that are certified Medicaid providers.

C.4.8 Sex Education and Reproductive Health Services

C.4.8.1 The Contractor shall provide all youth in care aged 13 to 21 years with sex education and health services that include, among others, sexual relations, pregnancy prevention/contraception, and sexually transmitted diseases (STD).

C.4.8.2 The Contractor shall secure and/or provide high quality, community-based prenatal and postnatal counseling and services to pregnant teens, teen parents and to youth seeking to terminate pregnancies. The Contractor shall ensure care by a licensed obstetrician/gynecologist for all youth seeking access to such a provider.

C.4.8.3 The Contractor shall link with organizations that provide education and support services for gay, lesbian, bisexual, and transgendered youth.

C.4.9  Educational Services and Advocacy

C.4.9.1 The Contractor shall be responsible for the educational and vocational needs of all youth placed in its care. CFSA will provide the Contractor necessary educational information and documentation for the youth. Within 48 hours of receiving this information and documentation, the Contractor shall arrange for and ensure that each school-aged resident attends  school  or  an educational program in accordance with all applicable federal, state and  local  laws  and  the youth's initial service plan.

C.4.9.2 The Contractor shall be responsible for enrolling and transporting all school age youth to any educational, vocational and/or mentoring activities, unless otherwise provided by the school district or another community-based service provider.

C.4.9.3 The Contractor shall ensure  youth who are no longer required to attend school under the District of Columbia's Compulsory Education Law receive directly, or are appropriately linked to, community-based services and providers to assist the youth transition to independence.

Jones & Associates, Inc.                                                    Page 18 of 49
CFSA-06-C-0165

C.4.9.4 The Contractor shall maintain the youth's educational records, including, but not limited to, report cards, educational testing and Individualized Education Plans (IEP's) in the resident's case record.

C.4.9.5 The Contractor shall ensure all youth in need of Special Education are appropriately assessed by the youth's local school or another authorized Special Education evaluator approved by the District of Columbia Public Schools (DCPS).   The Contractor shall describe its participation in all meetings held at the youth's local school in order to develop and/or enhance the youth's IEP.

C.4.9.6 The Contractor shall comply with education policies set forth by DCPS and CFSA regarding the provision of special education services and other guidance on a variety of education-related topics. The CFSA Education Unit is available for consultation and assistance in this area.

C.4.9.7 The Contractor shall provide educational enrichment programs and activities.

C.4.9.8 The Contractor shall identify those educational duties and responsibilities for which congregate care staff and/or other contract staff will be accountable (*e.g.*, attendance at school     conferences, provision of school supplies, assistance with homework, regular contact  with  teachers).     For independent living programs, this includes the role of the educational coordinator. The plan shall also include description of the educational equipment provided to youth to assist and enrich educational endeavors. Proposals indicating provision of computers, adequate study areas, in-home tutoring (paid or non-paid), and other assistance shall be favored.

C.4.9.9 The Contractor shall identify and establish a network of paid or non-paid providers to which referrals may be made for tutoring, mentoring, and other remedial and advocacy services. The Contractor shall be responsible for linking the youth to the service provider as well as monitoring and ensuring the provision and quality of the service provided.

C.4.9.10 One-on-one tutoring is available in limited circumstances to supplement DCPS services. The Contractor shall provide those youth presenting any of the following educational limitations with tutorial/remedial services:

    (a) Two or more grade levels behind age-appropriate academic performance;
    (b) Reporting grades of D's or F's;
    (c) Services are court ordered;
    (d) Services recommended by IEP;
    (e) Services recommended by school;
    (f) Services recommended by a psychological evaluation, or
    (g) Services recommended by the youth's service plan.

C.4.9.11 CFSA encourages the provision of mentoring services for all youth being cared for in congregate care. Contractors shall work to provide innovative provision of mentoring services that are community-based, linked to professional groups, and/or are on a volunteer            basis. Mentoring services should be as supplemental activities to tutoring and recreational      endeavors already provided by the congregate care program.

C.4.9.12 The Contractor shall provide CFSA with all pertinent educational information for the purposes of data collection and monitoring.

C.4.10  Family Services/Visitation

Jones & Associates, Inc.                                                                    Page 19 of 49
CFSA-06-C-0165

C.4.10.1 The Contractor shall make efforts to involve the youth's family members and other significant persons in the youth's life, as appropriate, through facilitating visits and inclusion in case planning. The Contractor shall develop and submit policy and procedures for visitation that includes face-to-face visitation, mail correspondence, and telephone contact; supervision of visits; provision of adequate space for visits; and restriction of visits and contact.

C.4.10.2 CFSA shall maintain primary case management responsibility, and the congregate care program is expected to provide supportive assistance in facilitating visits between the youth and his/her family in settings that are more conducive to positive family interaction. The Contractor shall establish the location to be utilized for visits and a sample schedule for visits.

C.4.11  Recreation, Community Connections, and Religion

C.4.11.1 The Contractor shall develop recreational programming for youth that includes the types of family-oriented recreational and cultural/educational activities to be facilitated. Programs that organize both group and individualized recreational outings, and describe a calendar of activities shall be viewed favorably.

C.4.11.2 The Contractor shall nurture the development of hobbies, interests and other leisure time activities for youth. Youth shall be provided sufficient recreational supplies, equipment and activities.

C.4.11.3 The Contractor shall include youth residents in the activities of their family's community and/or the community in which they reside while in congregate care. Such involvement contributes to a youth's integration into a community and ability to tap into support mechanisms. The Contractor shall endeavor to create a network of services and affiliations that will not only connect youth to the community, but the community to youth and congregate care programs located in their area.

C.4.11.4 The Contractor shall promote youth involvement in the community through volunteer civic activities, attendance at religious services (if desired), use of public agencies/services such as the local library and health clinic, and other similar activities.

C.4.11.5 Proposals that describe a comprehensive plan to link youth with their communities shall be viewed favorably. Plans may include descriptions of community-based activities in which youth will become involved.

C.4.11.6 The Contractor shall ensure every youth has an opportunity to participate in religious services of his/her choice, or to refrain from religious practice if so desired.

C.4.12    Transportation

C.4.12.1 The Contractor shall provide transportation to all scheduled activities including, but not limited to:

   (a) Medical and mental health appointments;
   (b) School/educational and vocational activities;
   (c) Recreational activities;
   (d) Community activities; and
   (e) Family activities and visits.

19

Jones & Associates, Inc.                                          Page 20 of 49
CFSA-06-C-0165

C.4.13 Life Skills Training (Independent Living)

C.4.13.1 The Contractor shall develop and submit a plan for preparing age-appropriate youth with life skills in accord with licensure regulations.

C.4.13.2 The Contractor shall prepare teens fifteen years and older for independent living in addition to a referral to the CFSA Independent Living program, Center of Keys for Life. The program shall include, at a minimum, money management/consumerism, meal planning and preparation, household management, personal care and hygiene, health and human sexuality, education, vocational planning and readiness, citizenship, interpersonal and legal skills, and using community resources. The Contractor shall assist youth to develop goals for transition from foster care to independence.

C.4.13.3 The Contractor shall establish a daily routine/schedule of events and activities in the congregate care setting, and provide a sample of activities that will be provided on a daily, weekly and monthly basis.

C.4.14 Employment and Vocational Services

C.4.14.1 The Contractor shall link youth to vocational services as per the service objectives set forth in the case plan and/or ITILP. Services shall include vocational assessment and training programs.

C.4.14.2 The Contractor shall secure employment assistance and job coaching for youth.

## C.5 CONGREGATE CARE POPULATION-SPECIFIC REQUIREMENTS

C.5.1 CFSA contracts for various types of congregate care with unique staffing patterns and service requirements. General and program requirements previously described in Sections C.2.1 and C.4, respectively, apply to all congregate care programs. In addition to these requirements, The Contractor must meet the requirements specific to the congregate care populations for which care is being proposed. For example, The Contractor providing care for a special population such as the mentally retarded must meet all general and program requirements, as well as meet the population-specific requirements described in this section for specialized group home care or assisted living (depending upon the age of the population to be served).

C.5.1.1 CFSA shall contract for the following types of congregate care:

> 1) Independent Living Main Facility Programs for youth aged 16 to 21;

C.5.6 Independent Living Main Facility Programs

C.5.6.1 CFSA continues to recruit family-based care to meet the needs of children and youth. While expanding this capacity, independent living programs shall serve youth aged 16 to 21 through five types of programs: (1) "Independent Living Main Facility Programs" (2) Independent Living Residential Units" (3) "Assisted Living Level III" (4) "Assisted Living Level IV" (5)"Teen Parent Programs". CFSA is also committed to ensuring that youth placed in independent living programs receive care and services that prepare them to successfully live independently.

C.5.6.2 CFSA is contracting for a maximum of 100 units of "Independent Living Main Facility Programs" that provides care for youth aged 16 to 21 at a main facility. This number indicates maximum capacity for this type of care for which CFSA may ultimately contract for fewer youth.

Jones & Associates, Inc.                                        Page 21 of 49
CFSA-06-C-0165

C.5.6.3 The Contractor shall provide on-site, collective supervision of youth at a main facility that contains more than one residence. The Contractor shall comply with licensure regulations for independent living programs and main facility programs.

C.5.6.4 The Contractor shall provide a resident to counselor ratio of 10:1 during day hours, 6:1 during evening hours, and 15:1 during night hours; but in no event less than 2 staff members during evening and night hours any time a resident is present in the facility.

C.5.6.5 The Contractor shall provide Independent Living Main Facility Programs care for youth until the youth's case plan and ITILP objectives determine that the youth is developmentally ready for residence in "Independent Living Residential Units".

C.5.6.6 The Contractor may integrate "Independent Living Main Facility Programs" and "Assisted Living" care in a single facility provided the Contractor's program can meet the care needs of both populations.

C.5.6.7 As with all independent living programs, the Contractor must link residents with the Center of the Keys for Life and trained youth in all aspects of independent living.

**\* \* \* END OF SECTION C \* \* \* \***

Jones & Associates, Inc.                                    Page 22 of 49
CFSA-06-C-0165

## PART I – SCHEDULE

### SECTION D
•

### PACKAGING AND MARKING

### TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| D.1 | CONTRACT NUMBER | 23 |
| D.2 | MAILING FEES | 23 |

Jones & Associates, Inc.                                    Page 23 of 49
CFSA-06-C-0165

## SECTION D:  PACKAGING AND MARKING

D.1     CONTRACT NUMBER

All packages, letters, documents, correspondence and other data or matter relating to this Contract must be marked with the corresponding Contract number, CFSA-06-C-.

D-2     MAILING FEES

All postage and or mailing fees connected with performance of this Contract shall be the responsibility of the Contractor.

****END OF SECTION D****

23

Jones & Associates, Inc.                                          Page 24 of 49
CFSA-06-C-0165

## PART I – SCHEDULE

## SECTION E

•

## INSPECTION AND ACCEPTANCE

## TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|------------|--------------|----------|
| E.1 | INSPECTION AND ACCEPTANCE | 25 |
| E.2 | QUALITY CONTROL | 25 |

Jones & Associates, Inc.                                                                      Page 25 of 49
CFSA-06-C-0165

## SECTION E:INSPECTION AND ACCEPTANCE

### E.1 INSPECTION AND ACCEPTANCE

Inspection and Acceptance of services provided under this Contract shall be performed by the Program Monitor, in accordance with Clause 6, Inspection of Services, of the Standard Contract Provisions for Use with District of Columbia Government Supply and Services Contracts, dated November 2004 (Attachment J-1), which is incorporated by reference into this Contract.

### E.2 QUALITY CONTROL

The Contractor is responsible for controlling the quality of services, and ensuring that services conform to the requirements of the Contract. The Contractor shall establish procedures and processes including, but not limited to, inspections to ensure that all Contract requirements are met.

**\*\*\*\*END OF SECTION E\*\*\*\***

25

Jones & Associates, Inc.                                                                Page 26 of 49
CFSA-06-C-0165

## PART I – SCHEDULE

## SECTION F

## DELIVERIES OR PERFORMANCE

## TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| F.1 | CONTRACT TYPE | 27 |
| F.2 | PERFORMANCE | 27 |
| F.3 | INCENTIVE CONTRACT | 27 |
| F.4 | CONTRACT LINE ITEMS | 27 |

Jones & Associates, Inc.                                                           Page 27 of 49
CFSA-06-C-0165

## SECTION F - DELIVERIES OR PERFORMANCE

### F.1 CONTRACT TYPE

F.1.1   This is a contract providing for fixed unit rate with an indefinite quantity, within written stated limits, of specific supplies or services to be furnished during a fixed period. The contract requires the Agency to order and the Contractor to furnish at least a stated minimum of supplies or services. The maximum quantities of supplies and/or services that the Contractor is obligated to provide are specified in the Pricing Schedule. The guaranteed minimum quantities of services to be ordered are set forth in Section B, Price Schedule.

F.1.2   Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering Clause stated at the subsections or paragraphs in the contract. The Contractor shall furnish to the Agency, if ordered, the supplies and/or services specified in the Pricing Schedule, up to and including the maximum quantity. Through this type of contract, the Agency commits to payment for the minimum quantity specified in the contract, and for any additional amounts beyond the stated minimum, at the fixed price per unit as specified.

F.1.3   There is no limit on the number of orders that may be issued.

### F.2   PERFORMANCE

Performance under this Contract shall be in accordance with the terms and conditions set forth herein and by any modification made thereto. The period of performance under this Contract shall be from April 10, 2006 through March 31, 2007.

### F.3   INCENTIVE CONTRACT

CFSA and the selected Contractor will form a task force to develop performance measures and incentives for the Contractor's performance during contract year one (Base Period). Upon mutual agreement of the parties, the Contracting Officer shall modify the contract prospectively to provide performance measures concerning desired outcomes, and by adding price incentives and disincentives based on the contractor's performance as compared to the performance measures. If the parties are unable to agree on the proposed modification, CFSA may either a) continue with the original contract without the proposed modification, b) terminate the contract for convenience, or c) refuse to exercise the next occurring option period.

### F.4   CONTRACT LINE ITEMS

The quantities specified in this Section B Price Schedule below shall be considered the maximum capacity for each type of congregate care contracted. These numbers are maximums, based on CFSA's actual congregate care population and plans to reduce the number of children and youth placed in congregate care over the coming years. The Contractor should consider these numbers in the context of the LaShawn A. Williams Modified Final Order and Implementation Plan, and note that quantities may vary from year to year depending upon the need for foster care, and CFSA's success in placing more children and youth in family-based settings. The unit prices may be augmented by incentives or disincentives based on the performance measures and objectives that are mutually agreed to by the parties.

### ****END OF SECTION F****

Jones & Associates, Inc.                                              Page 28 of 49
CFSA-06-C-0165

## PART I – SCHEDULE

## SECTION G

## CONTRACT ADMINISTRATION DATA

## TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| G.1 | CONTRACT ADMINISTRATION | 29 |
| G.2 | PROGRAM MONITOR | 29 |
| G.3 | MODIFICATIONS | 29-30 |
| G.4 | SUBMISSION OF INVOICES | 30 |
| G.5 | CERTIFICATION OF INVOICES | 30 |
| G.6 | PAYMENT | 31 |
| G.7 | ASSIGNMENTS | 31 |

Jones & Associates, Inc.                                             Page 29 of 49
CFSA-06-C-0165

## SECTION G - CONTRACT ADMINISTRATION DATA

### G.1    CONTRACT ADMINISTRATION

G.1.1     The Child and Family Services Agency, Contracts and Procurement Administration shall be responsible for all matters of Contract administration that do not deal with the monitoring of service performance, for which the CFSA Program Monitor is responsible. All questions shall be directed in writing to the Contracting Officer, unless the Contracting Officer designates another contact person.

G.1.2     The Contracting Officer for this Contract is:

> Agency Chief Contracting Officer
> Government of the District of Columbia
> Child and Family Services Agency
> 955 L'Enfant Plaza, SW
> North Building, Suite 5200
> Washington, DC 20024

### G.2    PROGRAM MONITOR

G.2.1     The CFSA Program Monitor is the person designated by CFSA to monitor service aspects of the Contract performance/delivery of services, including, but not limited to, performing quality assurance of the Contract, verifying that supplies or services conform to requirements, implementing any written instructions from the Contracting Officer, reporting deficiencies in performance to the Contracting Officer, and recommending necessary changes to the Contract, specifications, instructions, or other requirements to the Contracting Officer. Correspondence or inquiries related to these issues shall be directed to the Program Monitor, identified below.

G.2.2     The CFSA Program Monitor for this Contract is:

> Administrator
> Office Licensing and Monitoring Administration
> Government of the District of Columbia
> Child and Family Services Agency
> 400 Sixth Street, SW
> Washington, DC 20024

### G.3    MODIFICATIONS

Any changes, additions or deletions to this Contract shall be made by written modification by the Contracting Officer only. Any such changes, additions or deletions made to the Contract by a CFSA or non-CFSA employee who is not an authorized Contracting Officer shall be deemed null and void.

G.3.1     The Contracting Officer is the only person authorized to approve changes in any of the requirements of this contract.

29

Jones & Associates, Inc.                                                   Page 30 of 49
CFSA-06-C-0165

G.3.2    The Contractor shall not comply with any order, directive or request that changes or modifications to the requirements of this contract, unless issued in writing and signed by the Contracting Officer.

G.6.3    In the event the Contractor effects any change at the instruction or request of any person   other than the Contracting Officer, the change will be considered to have been made            without authority and no adjustment will be made in the contract price to cover any        cost     increase incurred as a result thereof.

## G-4    SUBMISSION OF INVOICES

The Contractor shall submit an original invoice and three copies to the person listed below, no later than 20 days after the last day of any month in which services are provided. The invoices shall include the Contractor's name, address, invoice number, date, tax ID number, DUNS number, Contract number, description of services, name and address of both the person to whom payment is to be sent, and the person to be notified in the event of a defective invoice.

> Child and Family Services Agency
> Office of the Chief Financial Officer
> Attention: Accounts Payable Unit
> 400 Sixth Street, SW, 2nd floor
> Washington, DC 20024

G.4.2    To constitute a proper invoice, the Contractor shall submit the following information on the invoice:

G.4.2.1  Contractor's name, Federal tax Identification number, DUNS number and invoice date (Contractors are encouraged to date invoices as close to the date of mailing or transmittal as possible.)

G.4.2.2  Contract number, description, price, quantity and the date(s) that the supplies/services were actually delivered and/or performed.

G.4.2.3  Other supporting receipts, documentation or information, as required by the Contracting Officer.

G.4.2.4  Name, title, telephone number and complete mailing address of the responsible official to whom payment is to be delivered

G.4.2.5  Name, title, telephone number of person preparing the invoice;

G.4.2.6  Name, title, telephone number and mailing address of person to be notified in the event of a defective invoice.

G.4.2.7  Authorized signature.

## G-5    CERTIFICATION OF INVOICES

Upon receipt of a properly submitted invoice, it shall be forwarded to the CFSA Program Monitor, who shall certify the invoice and return it to the CFSA Fiscal Operations Administration for processing.

Jones & Associates, Inc.                                              Page 31 of 49
CFSA-06-C-0165

**G-6     PAYMENT**

> In accordance with the Quick Payment Act, D.C. Official Code § 2-221.02 *et seq.*, payment shall be made within thirty (30) days from the date of receipt of a properly submitted invoice, after all approvals are completed as required by CFSA fiscal operations. CFSA shall only pay the prices stated in Section B.

**G.7     ASSIGNMENTS**

**G.7.1**   In accordance with 27 DCMR § 3250, unless otherwise prohibited by this contract, the Contractor may assign funds due or to become due as a result of the performance of this contract to a bank, trust company, or other financing institution.

**G.7.2**   Any assignment shall cover all unpaid amounts payable under this contract, and shall not be made to more than one party.

**G.7.3**   Notwithstanding an assignment of money claims pursuant to authority contained in the contract, the Contractor, not the Assignee, is required to prepare invoices.  Where such an assignment has been made, the original copy of the invoice must refer to the assignment and must show that payment of the invoice is to be made directly to the assignee as follows:

> Pursuant to the instrument of assignment dated _____,
> make payment of this invoice to _____
>                               (name and address of assignee).

*** END OF SECTION G ***

Jones & Associates, Inc.                                    Page 32 of 49
CFSA-06-C-0165

# PART I – SCHEDULE

## SECTION H

## SPECIAL CONTRACT REQUIREMENTS

### TABLE OF CONTENTS

CLAUSE NO.                    CLAUSE TITLE                    PAGE NO.

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| H.1 | DEPARTMENT OF LABOR WAGE DETERMINATION | 33 |
| H.2 | AUDITS, RECORDS AND RECORD RETENTION | 33 |
| H.3 | PUBLICITY | 34 |
| H.4 | CONFLICT OF INTEREST | 34 |
| H.5 | RESERVED | 34 |
| H.6 | CONTRACTOR RESPONSIBILITIES | 34-35 |
| H.7 | RESERVED | 35 |
| H.8 | AMERICANS WITH DISABILITIESACT AND REHABILATATION ACT OF 1973 | 35 |
| H.9 | RESERVED | 35 |
| H.10 | QUALITY CONTROL | 35 |
| H.11 | PERFORMANCE EVALUATION MEETINGS | 35 |
| H.12 | RESERVED | 35 |
| H.13 | HIPPA PRIVACY COMPLIANCE | 36-39 |

Jones & Associates, Inc.                                              Page 33 of 49
CFSA-06-C-0165

## SECTION H - SPECIAL CONTRACT REQUIREMENTS

**H.1      DEPARTMENT OF LABOR WAGE DETERMINATIONS**

The Contractor shall be bound by the **Wage Determination No. 1994-2103 (Revision No. 31, dated April 21, 2004)** issued by the U.S. Department of Labor in accordance with and incorporated herein as Attachment J.2 of this solicitation. The Contractor shall be bound by the wage rates for the term of the Contract. If an option is exercised, the Contractor shall be bound by the applicable wage rate at the time of the option. If the option is exercised and the Contracting Officer for the option obtains a revised wage determination, that determination is applicable for the option periods; the Contractor may be entitled to an equitable adjustment.

**H.2      AUDITS, RECORDS, AND RECORD RETENTION**

H.2.1    At any time or times before final payment and three (3) years thereafter, the Contracting Officer may have the Contractor's invoices or vouchers and statements of cost audited.  For cost reimbursement contracts, any payment may be reduced by amounts found by the Contracting Officer not to constitute allowable costs as adjusted for prior overpayment or underpayment.  In the event that all payments have been made to the Contractor by the District Government and an overpayment is found, the Contractor shall reimburse the District for said overpayment within thirty (30) days after written notification.

H.2.2    The Contractor shall establish and maintain books, records, and documents (including electronic storage media) in accordance with generally accepted accounting principles and practices which sufficiently and properly reflect all revenues and expenditures of funds provided by the District under the contract that results from this solicitation.

H.2.3    The Contractor shall retain all records, financial records, supporting documents, statistical records, and any other documents (including electronic storage media) pertinent to the contract for a period of five (5) years after termination of the contract, or if an audit has been initiated and audit findings have not been resolved at the end of five (5) years, the records shall be retained until resolution of the audit findings or any litigation which may be based on the terms of the contract.

H.2.4    The Contractor shall assure that these records shall be available at all reasonable times to inspection, review, or audit by Federal, and  District agencies, or other personnel duly authorized by the Contracting Officer.

H.2.5    Persons duly authorized by the Contracting Officer shall have full access to and the right to examine any of the Contractor's contract and related records and documents, regardless of the form in which kept, at all reasonable times for as long as records are retained.

H.2.6    The Contractor shall include these aforementioned audit and record keeping requirements in all approved subcontracts and assignments.

Jones & Associates, Inc.                                                    Page 34 of 49
CFSA-06-C-0165

**H.3     PUBLICITY**

The Contractor shall at all times obtain the prior written approval from the Contracting Officer
before it, any of its officers, agents, employees or subcontractor, either during or after expiration
or termination of the contract, make any statement, or issue any material, for publication through
any medium of communication, bearing on the work performed or data collected under this
contract.

**H.4     CONFLICT OF INTEREST**

H.4.1   No official or employee of the District of Columbia or the federal government who
exercises any functions or responsibilities in the review or approval of the undertaking or
carrying out of this contract shall, prior to the completion of the project, voluntarily
acquire any personal interest, direct or indirect, in the contract or proposed contract. (DC
Procurement Practices Act of 1985, D.C. Law 6-85, D.C. Official Code § 2-310.01and
Chapter 18 of the DC Personnel Regulations).

H.4.2  The Contractor represents and covenants that it presently has no interest and shall not acquire any
interest, direct or indirect, which would conflict in any manner or degree with the performance of
its services hereunder. The Contractor further covenants not to employ any person having such
known interests in the performance of the contract.

**H.5     RESERVED**

**H.6     CONTRACTOR RESPONSIBILITIES**

H.6.1   NO REFUSAL TO PLACE AND PLANNED DISCHARGE

The Contractor shall immediately accept any child that has been assigned by CFSA for care. In
addition, the Contractor shall not discharge any child assigned by CFSA from its care without the
written permission of the Contracting Officer.

H.6.2   ACCEPTANCE – 24-HOUR AVAILIBILITY

The Contractor shall have staff available 24 hours per day, 7 days per week, week for every
calendar day of the contract period to accept children that may be assigned by CFSA on an
emergency basis.

H.6.3   TRANSPORTATION

The Contractor shall provide transportation for all children assigned by CFSA for routine and
necessary activities.

H.6.4  SIGN LANGUAGE INTERPRETER SERVICE

The Contractor shall provide  sign language interpreter services  for children requiring the
communication of sign language assigned by CFSA.

34

Jones & Associates, Inc.                                                      Page 35 of 49
CFSA-06-C-0165

H.6.5  FOREIGN LANGUAGE INTERPRETER SERVICES

> The Contractor shall provide foreign language interpreter services for children, as required

H.6.6  GEOGRAPHICAL PROXIMITY FACTORS

> The Contractor shall have facilities or placement capabilities for children assigned by CFSA in the District of Columbia or within 25 miles of the District of Columbia.

H.6.7 EMERGENCY RESPONSE / EMERGENCY PLAN

> The Contractor at a minimum shall have the following to address emergency requirements:

> 1) Facilities – address the requirement for back-up power generators; address a back-up location in case clients need to be re-directed for temporary housing and/or care; address training provisions in case of natural or man-made disasters.
> 2) Clients – address back-up actions in case of natural or man-made disasters where children could be unable to go to primary locations; address back-up locations to gather; address alternate phone numbers for children to call; address alternate trusted individuals that children can reach in be cared for; address training on all these aspects for CFSA, administrators, parents and children.
> 3) Plan – ask for a plan on conducting all of this, including the written plan, training, and CFSA's role.

## H.7    RESERVED

## H.8    AMERICANS WITH DISABILITIES ACT AND REHABILITATION ACT OF 1973

> The Contractor and any of its subcontractors shall comply with all provisions of Section 504 of the Rehabilitation Act of 1973, as amended, and the Americans with Disabilities Act, as amended.

## H.9    RESERVED

## H.10   QUALITY CONTROL

> The Contractor is responsible for controlling the quality of services that conform to the contract specifications.  The Contractor shall establish procedures and processes that  include, but are not limited to inspections to ensure that all contract requirements are met.

## H.11   PERFORMANCE EVALUATION MEETINGS

> During the performance of this contract, the Contractor's Project Manager will meet weekly with the Contracting Officer's Technical Representative (COTR) at a time and place specified

Jones & Associates, Inc.                                                                      Page 36 of 49
CFSA-06-C-0165

## H.13  HIPAA PRIVACY COMPLIANCE

H.13.1          Definitions

H.13.1.1        "Contractor" shall mean the Business Associates.

H.13.1.2        "CFSA" shall mean the District of Columbia, Child and Family Services Agency

H.13.1.3        "Designated Record Set" means:

H.13.1.3.1      A group of records maintained by or for CFSA that is:

H.13.1.3.1.1 The medical records and billing records about individuals maintained by or for a covered
                health care provider;

H.13.1.3.1.2 The enrollment, payment, claims adjudication, and case or medical management record
                systems maintained by or for a health plan; or

H.13.1.3.1.3 Used, in whole or in part, by or for CFSA to make decisions about individuals.

H.13.1.3.2      For purposes of this paragraph, the term record means any items, collection, or grouping of
                information that includes Protected Health Information and is maintained, collected, used,
                or disseminated by or for CFSA.

H.13.1.4        Individual shall have the same meaning as the term "individual" in 45 CFR 164.501 and
                shall include a person who qualifies as a personal representative in accordance with 45 CFR
                164.502(g).

H.13.1.5        Privacy Rule. "Privacy Rule" shall mean the Standards for Privacy of Individually
                Identifiable Health Information at 45 CFR part 160 and part 164, subparts A and E.

H.13.1.6        Protected Health Information. "Protected Health Information" shall have the same meaning
                as the term "protected health information" in 45 CFR 164.501, limited to the information
                created or received by Contractor from or on behalf of CFSA.

H.13.1.7        Required By Law. "Required By Law" shall have the same meaning as the term "required
                by law" in 45 CFR 164.501.

H.13.1.8        Secretary. "Secretary" shall mean the Secretary of the Department of Health and Human
                Services or his designee.

H.13.2          Obligations and Activities of Contractor

H.13.2.1        Contractor agrees to not use or disclose Protected Health Information other than as permitted
                or required by this HIPAA Privacy Compliance Clause (this Clause) or as Required By Law.

H.13.2.2        Contractor agrees to use appropriate safeguards to prevent use or disclosure of  the Protected
                Health Information other than as provided for by this Clause.

Jones & Associates, Inc.                                              Page 37 of 49
CFSA-06-C-0165

H.13.2.3    Contractor agrees to mitigate, to the extent practicable, any harmful effect that is known to Contractor of a use or disclosure of Protected Health Information by Contractor in violation of the requirements of this Clause.

H.13.2.4    Contractor agrees to report to CFSA any use or disclosure of the Protected Health Information not provided for by this Clause of which it becomes aware.

H.13.2.5    Contractor agrees to ensure that any agent, including a subcontractor, to whom it provides Protected Health Information received from, or created or received by Contractor on behalf of CFSA, agrees to the same restrictions and conditions that apply through this Agreement to Contractor with respect to such information.

H.13.2.6    Contractor agrees to provide access, at the request of CFSA, and in the time and manner prescribed by the Contracting Officer, to Protected Health Information in a Designated Record Set, to CFSA or, as directed by CFSA, to an Individual in order to meet the requirements under 45 CFR 164.524.

H.13.2.7    Contractor agrees to make any amendment(s) to Protected Health Information in a Designated Record Set that CFSA directs or agrees to pursuant to 45 CFR 164.526 at the request of CFSA or an Individual, and in the time and manner prescribed by the Contracting Officer.

H.13.2.8    Contractor agrees to make internal practices, books, and records, including policies and procedures and Protected Health Information, relating to the use and disclosure of Protected Health Information received from, or created or received by Contractor on behalf of, CFSA, available to the CFSA, or to the Secretary, in a time and manner prescribed by the Contracting Officer or designated by the Secretary, for purposes of the Secretary determining CFSA's compliance with the Privacy Rule.

H.13.2.9    Contractor agrees to document such disclosures of Protected Health Information and information related to such disclosures as would be required for CFSA to respond to a request by an Individual for an accounting of disclosures of Protected Health Information in accordance with 45 CFR 164.528.

H.13.2.10   Contractor agrees to provide to CFSA or an Individual, in time and manner prescribed by the Contracting Officer, information collected in accordance with Section (i) above, to permit CFSA to respond to a request by an Individual for an accounting of disclosures of Protected Health Information in accordance with 45 CFR 164.528.

H.13.3      Permitted Uses and Disclosures by Contractor

H.13.3.1    Refer to underlying services agreement: Except as otherwise limited in this Clause, Contractor may use or disclose Protected Health Information to perform functions, activities, or services for, or on behalf of, CFSA as specified in this contract, provided that such use or disclosure would not violate the Privacy Rule if done by CFSA or the minimum necessary policies and procedures of CFSA.

H.13.3.2    Except as otherwise limited in this Clause, Contractor may use Protected Health Information for the proper management and administration of the Contractor or to carry out the legal responsibilities of the Contractor.

Jones & Associates, Inc.                                                        Page 38 of 49
CFSA-06-C-0165

H.13.3.3    Except as otherwise limited in this Clause, Contractor may disclose Protected Health
            Information for the proper management and administration of the Contractor, provided that
            disclosures are Required By Law, or Contractor obtains reasonable assurances from the
            person to whom the information is disclosed that it will remain confidential and used or
            further disclosed only as Required By Law or for the purpose for which it was disclosed to
            the person, and the person notifies the Contractor of any instances of which it is aware in
            which the confidentiality of the information has been breached.

H.13.3.4    Except as otherwise limited in this Clause, Contractor may use Protected Health Information
            to provide Data Aggregation services to CFSA as permitted by 42 CFR 164.504(e)(2)(i)(B).

H.13.3.5    Contractor may use Protected Health Information to report violations of law to appropriate
            Federal and State authorities, consistent with § 164.502(j)(1).

H.13.4      Obligations of CFSA

H.13.4.1    CFSA shall notify Contractor of any limitation(s) in its notice of privacy practices of CFSA
            in accordance with 45 CFR 164.520, to the extent that such limitation may affect Contractor's
            use or disclosure of Protected Health Information.

H.13.4.2    CFSA shall notify Contractor of any changes in, or revocation of, permission by Individual
            to use or disclose Protected Health Information, to the extent that such changes may affect
            Contractor's use or disclosure of Protected Health Information.

H.13.4.3    CFSA shall notify Contractor of any restriction to the use or disclosure of Protected Health
            Information that CFSA has agreed to in accordance with 45 CFR 164.522, to the extent that
            such restriction may affect Contractor's use or disclosure of Protected Health Information.

H.13.5      Permissible Requests by CFSACFSA shall not request Contractor to use or disclose Protected
            Health Information in any manner that would not be permissible under the Privacy Rule if
            done by CFSA.

H.13.6      Term and Termination

H.13.6.1    Term. The requirements of this HIPAA Privacy Compliance Clause shall be effective as of
            the date of contract award, and shall terminate when all of the Protected Health Information
            provided by CFSA to Contractor, or created or received by Contractor on behalf of CFSA, is
            destroyed or returned to CFSA, or, if it is infeasible to return or destroy Protected Health
            Information, protections are extended to such information, in accordance with the termination
            provisions in this Section.

H.13.6.2    Termination for Cause. Upon CFSA's knowledge of a material breach of this Clause by
            Contractor, CFSA shall either:

H.13.6.2.1  Provide an opportunity for Contractor to cure the breach or end the violation and terminate
            the contract if Contractor does not cure the breach or end the violation within the time
            specified by CFSA;

H.13.6.2.2  Immediately terminate the contract if Contractor has breached a material term of this HIPAA
            Privacy Compliance Clause and cure is not possible; or

H.13.6.2.3  If neither termination nor cure is feasible, CFSA shall report the violation to the Secretary.

38

Jones & Associates, Inc.                                                                    Page 39 of 49
CFSA-06-C-0165

H.13.6.3    Effect of Termination.

H.13.6.3.1  Except as provided in Section H.13.6.3.2, upon termination of the contract, for any reason,
            Contractor shall return or destroy all Protected Health Information received from CFSA, or
            created or received by Contractor on behalf of CFSA. This provision shall apply to Protected
            Health Information that is in the possession of subcontractors or agents of Contractor.
            Contractor shall retain no copies of the Protected Health Information.

H.13.6.3.2  In the event that Contractor determines that returning or destroying the Protected Health
            Information is infeasible, Contractor shall provide to CFSA notification of the conditions that
            make return or destruction infeasible. Upon determination by the Contracting Officer that
            return or destruction of Protected Health Information is infeasible, Contractor shall extend the
            protections of this Agreement to such Protected Health Information and limit further uses and
            disclosures of such Protected Health Information to those purposes that make the return or
            destruction infeasible, for so long as Contractor maintains such Protected Health Information.

H.13.7      Miscellaneous

H.13.7.1    Regulatory References. A reference in this Clause to a section in the Privacy Rule means the
            section as in effect or as amended.

H.13.7.2    Amendment. The Parties agree to take such action as is necessary to amend this Clause from
            time to time as is necessary for CFSA to comply with the requirements of the Privacy Rule
            and the Health Insurance Portability and Accountability Act of 1996, Public Law No. 104-
            191.

H.13.7.3    Survival. The respective rights and obligations of Contractor under Section H-7.6 of this
            Clause and Sections 9 and 20 of the Standard Contract Provisions for use with District of
            Columbia Government Supply and Services Contracts, effective April 2003, shall survive
            termination of the contract.

H.13.7.4    Interpretation. Any ambiguity in this Clause shall be resolved to permit CFSA to comply with
            the Privacy Rule.

**\*\*\*\*END OF SECTION H\*\*\*\***

## PART II – CONTRACT CLAUSES

### SECTION I

### CONTRACT CLAUSES

**TABLE OF CONTENTS**

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| I.1 | APPLICABILITY OF STANDARD CONTRACT PROVISIONS | 41 |
| I.2 | CONTRACTS THAT CROSS FISCAL YEARS | 41 |
| I.3 | CONFIDENTIALITY OF INFORMATION | 41 |
| I.4 | TIME | 41 |
| I.5 | RESTRICTION OF DISCLOSURE AND USE OF DATA | 41 |
| I.6 | RIGHTS IN DATA | 42-44 |
| I.7 | OTHER CONTRACTOR | 44 |
| I.8 | FIRST SOURCE EMPLOYMENT AGREEMENT | 44 |
| I.9 | SUBCONTRACTS | 44 |
| I.10 | CONTINUITY OF SERVICES | 44-45 |
| I.11 | INSURANCE | 45-47 |
| I.12 | EQUAL EMPLOYMENT OPPORTUNITY | 47 |
| I.13 | PRE-AWARD APPROVAL | 47 |
| I.14 | ORDER OF PRECEDENCE | 47 |

Jones & Associates, Inc.                                                    Page 41 of 49
CFSA-06-C-0165

## SECTION I: CONTRACT CLAUSES

**I.1     APPLICABILITY OF STANDARD CONTRACT PROVISIONS**

The Standard Contract Provisions for use with District of Columbia Government Supply and
Services Contracts dated April 2003, (Attachment J.1), the District of Columbia Procurement
Practices Act of 1985, as amended, and Title 27 of the District of Columbia Municipal
Regulations, as amended, are incorporated as part of the contract resulting from this solicitation.

**I.2     CONTRACTS THAT CROSS FISCAL YEARS**

Continuation of this contract beyond the fiscal year is contingent upon future fiscal
appropriations.

**I.3     CONFIDENTIALITY OF INFORMATION**

All information obtained by the Contractor relating to any employee of the District or customer of
the District shall be kept in absolute confidence and shall not be used by the Contractor in
connection with any other matters, nor shall any such information be disclosed to any other
person, firm, or corporation, in accordance with the District and Federal laws governing the
confidentiality of records.

**I.4     TIME**

Time, if stated in a number of days, will include Saturdays, Sundays, and holidays, unless
otherwise stated herein.

**I.5     RESTRICTION ON DISCLOSURE AND USE OF DATA**

The Contractor who include in their proposal data that they do not want disclosed to the public or
used by the District Government except for use in the procurement process shall:

1.5.1   Mark the title page with the following legend:

"This proposal includes data that shall not be disclosed outside the District Government and shall
not be duplicated, used or disclosed in whole or in part for any purpose except for use in the
procurement process.

If however, a contract is awarded to this Contractor as a result of or in connection with the
submission of this data, the District Government shall have the right to duplicate, use, or disclose
the data to the extent consistent with the District's needs in the procurement process. This
restriction does not limit the District's rights to use, without restriction, information contained in
this data if it is obtained from another source. The data subject to this restriction are contained in
sheets (insert numbers or other identification of sheets)."

15.2    Mark each sheet of data it wishes to restrict with the following legend:
"Use or disclosure of data contained on this sheet is subject to the restriction on the title
page of this proposal."

41

Jones & Associates, Inc.                                                          Page 42 of 49
CFSA-06-C-0165

## I.6   RIGHTS IN DATA

I.6.1   "Data," as used herein, means recorded information, regardless of form or the media on which it may be recorded. The term includes technical data and computer software. The term does not include information incidental to contract administration, such as financial, administrative, cost or pricing, or management information.

I.6.2   (a) The term "Technical Data", as used herein, means recorded information, regardless of form or characteristic, of a scientific or technical nature. It may, for example, document research, experimental, developmental or engineering work, or be usable or used to define a design or process or to procure, produce, support, maintain, or operate material. The data may be graphic or pictorial delineations in media such as drawings or photographs, text in specifications or related performance or design type documents or computer printouts.

(b) Examples of technical data include research and engineering data, engineering drawings and associated lists, specifications, standards, process sheets, manuals, technical reports, catalog item identifications, and related information, and computer software documentation. Technical data does not include computer software or financial, administrative, cost and pricing, and management data or other information incidental to contract administration.

I.6.3   The term "Computer Software", as used herein means computer programs and computer databases. "Computer Programs", as used herein means a series of instructions or statements in a form acceptable to a computer, designed to cause the computer to execute an operation or operations. "Computer Programs" include operating systems, assemblers, compilers, interpreters, data management systems, utility programs, sort merge programs, and automated data processing equipment maintenance diagnostic programs, as well as applications programs such as payroll, inventory control and engineering analysis programs. Computer programs may be either machine-dependent or machine-independent, and may be general purpose in nature or designed to satisfy the requirements of a particular user.

I.6.4   The term "computer databases", as used herein, means a collection of data in a form capable of being processed and operated on by a computer.

I.6.5   All data first produced in the performance of this Contract shall be the sole property of the District. The Contractor hereby acknowledges that all data, including, without limitation, computer program codes, produced by Contractor for the District under this Contract, are works made for hire and are the sole property of the District; but, to the extent any such data may not, by operation of law, be works made for hire, Contractor hereby transfers and assigns to the District the ownership of copyright in such works, whether published or unpublished. The Contractor agrees to give the District all assistance reasonably necessary to perfect such rights including, but not limited to, the works and supporting documentation and the execution of any instrument required to register copyrights. The Contractor agrees not to assert any rights in common law or in equity in such data. The Contractor shall not publish or reproduce such data in whole or in part or in any manner or form, or authorize others to do so, without written consent of the District until such time as the District may have released such data to the public.

I.6.6   The District shall have restricted rights in data, including computer software and all accompanying documentation, manuals and instructional materials, listed or described in a license or agreement made a part of this contract, which the parties have agreed will be furnished with restricted rights, provided however, not withstanding any contrary provision in any such license or agreement, such restricted rights shall include, as a minimum the right to:

Jones & Associates, Inc.                                                        Page 43 of 49
CFSA-06-C-0165

I.6.6.1   Use the computer software and all accompanying documentation and manuals or instructional materials with the computer for which or with which it was acquired, including use at any District installation to which the computer may be transferred by the District;

I.6.6.2   Use the computer software and all accompanying documentation and manuals or instructional materials with a backup computer if the computer for which or with which it was acquired is inoperative;

I.6.6.3   Copy computer programs for safekeeping (archives) or backup purposes; and

I.6.6.4   Modify the computer software and all accompanying documentation and manuals or instructional materials, or combine it with other software, subject to the provision that the modified portions shall remain subject to these restrictions.

I.6.7     The restricted rights set forth in section I.6.6 are of no effect unless

          (i) the data is marked by the Contractor with the following legend:

                                RESTRICTED RIGHTS LEGEND

                    Use, duplication, or disclosure is subject to restrictions stated in Contract
                    No._____
                    With _____(Contractor's Name) and

          (ii)    If the data is computer software, the related computer software documentation includes a prominent statement of the restrictions applicable to the computer software. The Contractor may not place any legend on the computer software indicating restrictions on the District's rights in such software unless the restrictions are set forth in a license or agreement made a part of the contract prior to the delivery date of the software. Failure of the Contractor to apply a restricted rights legend to such computer software shall relieve the District of liability with respect to such unmarked software.

I.6.8     In addition to the rights granted in Section I.6.9 below, the Contractor hereby grants to the District a nonexclusive, paid-up license throughout the world, of the same scope as restricted rights set forth in Section I.6.9 below, under any copyright owned by the Contractor, in any work of authorship prepared for or acquired by the District under this contract. Unless written approval of the contracting Officer is obtained, the Contractor shall not include in technical data or computer software prepared for or acquired by the District under this contract any works of authorship in which copyright is not owned by the Contractor without acquiring for the District any rights necessary to perfect a copyright license of the scope specified in the first sentence of this paragraph.

I.6.9     Whenever any data, including computer software, are to be obtained from a subcontractor under this contract, the Contractor shall use Section I.6 in the subcontract, without alteration, and no other clause shall be used to enlarge or diminish the District's or the Contractor's rights in that subcontractor data or computer software which is required for the District.

I.6.10    For all computer software furnished to the District with the rights specified in Section I.6.5, the Contractor shall furnish to the District, a copy of the source code with such rights of the scope specified in Section I.6.5. For all computer software furnished to the District with the restricted

                                          43

Jones & Associates, Inc.                                                         Page 44 of 49
CFSA-06-C-0165

    rights specified in Section 1.6.6, the District, if the Contractor, either directly or through a successor or affiliate shall cease to provide the maintenance or warranty services provided the District under this contract or any paid-up maintenance agreement, or if Contractor should be declared bankrupt or insolvent by the court if competent jurisdiction, shall have the right to obtain, for its own and sole use only, a single copy of the then current version of the source code supplied under this contract, and a single copy of the documentation associated therewith, upon payment to the person in control of the source code the reasonable cost of making each copy.

1.6.11 The Contractor shall indemnify and save and hold harmless the District, its officers, agents and employees acting within the scope of their official duties against any liability, including costs and expenses, (i) for violation of proprietary rights, copyrights, or rights of privacy, arising out of the publication, translation, reproduction, delivery, performance, use or disposition of any data furnished under this contract, or (ii) based upon any data furnished under this contract, or based upon libelous or other unlawful matter contained in such data.

1.6.12 Nothing contained in this clause shall imply a license to the District under any patent, or be construed as affecting the scope of any license or other right otherwise granted to the District under any patent.

1.6.13 Paragraphs 1.6.6, 1.6.7, 1.6.8, 1.6.11 and 1.6.13 above are not applicable to material furnished to the Contractor by the District and incorporated in the work furnished under contract, provided that such incorporated material is identified by the Contractor at the time of delivery of such work

## 1.7  OTHER CONTRACTORS

    The Contractor shall not commit or permit any act that will interfere with the performance of work by another District Contractor or by any District employee.

## 1.8  FIRST SOURCE EMPLOYMENT AGREEMENT

    The Contractor shall maintain compliance with the terms and conditions of the First Source Employment Agreement, Attachment J.3, executed between the District of Columbia and the Contractor throughout the entire duration of the contract, including option periods if any.

## 1.9  SUBCONTRACTS

    The Contractor hereunder shall not subcontract any of the Contractor's work or services to any subcontractor without the prior, written consent of the Contracting Officer. Any work or service so subcontracted shall be performed pursuant to a subcontract agreement, which the District shall have the right to review and approve prior to its execution to the Contractor. Any such subcontract shall specify that the Contractor and the subcontractor shall be subject to every provision of this contract. Notwithstanding any such subcontractor approved by the District, the Contractor shall remain liable to the District for all Contractor's work and services required hereunder.

## 1.10  CONTINUITY OF SERVICES

1.10.1 The Contractor recognizes that the services provided under this contract are vital to the District of Columbia and must be continued without interruption and that, upon contract expiration or termination, a successor, either the District Government or another contractor, at the District's option, may continue to provide these services. To that end, the Contractor agrees to:

Jones & Associates, Inc.                                                    Page 45 of 49
CFSA-06-C-0165

1.10.1.1 Furnish phase-out, phase-in (transition) training; and

1.10.1.2 Exercise its best efforts and cooperation to effect an orderly and efficient transition to a successor.

## 1.11   INSURANCE

The Contractor shall obtain the minimum insurance coverage set forth below prior to award of the contract and within ten (10) calendar days after being called upon by the District to do so and keep such insurance in force throughout the contract period.

1.11.1   Contractor shall secure and maintain the insurance policies required in this section. All policies shall be written by insurers which are licensed as regulated insurers by the District of Columbia government and are in good standing under such license, with a rating by the A.M. Best Company of A- or greater, and with a financial class size of VIII or higher, or equivalent ratings from a recognized insurance rating service which the licensing agency has approved in writing.

1.11.2   Contractor shall secure and maintain, and provide evidence that its staff members who are independent contractors secure and maintain (in the form of certificates complying with D.C. Mun. Regs., Titl. 29, §§ 6221.3, 6316.5, 6316.6, and 6316.7), commercial general liability insurance, containing contractual liability insurance, insuring the facility as named insured and naming the contracting entity, licensing agency and the District of Columbia government as additional insured, on an occurrence (not claims-made) basis, with per location or per project limits (exclusive of defense costs) of not less than:

1.11.2.1 One million dollars ($ 1,000,000) per occurrence for bodily injury or death or property damage, combined single limit;

1.11.2.2 One million dollars ($ 1,000,000) per occurrence for personal and advertising injury;

1.11.2.3 One million dollars ($1,000,000) per occurrence for products-completed operations; and

1.11.2.4 Subject to a general aggregate of two million dollars ($2,000,000) per policy year. All such policies shall be primary coverage and the Contractor's policies shall provide coverage for all staff members excluding independent contractors. Deductibles under commercial general liability insurance policies shall not exceed five thousand dollars ($5,000.00) per occurrence.

1.11.3   Contractor shall secure and maintain business automobile policy insurance for owned, non-owned and hired vehicles with a combined single limit (exclusive of defense costs) of not less than one million dollars ($1,000,000). All such policies shall be primary coverage and shall provide coverage for all staff members. Limits for uninsured and under-insured motorists shall be not less than one million dollars ($1,000,000). Physical damage deductibles under business automobile policies shall not exceed five thousand dollars ($5,000.00) per occurrence.

1.11.4   Contractor shall secure and maintain, and provide evidence that its staff members who are independent contractors secure and maintain:

1.11.4.1 Worker's compensation insurance with statutory worker's compensation limits.;

1.11.4.2 Professional liability insurance with limits (exclusive of defense costs) of not less than one million dollars ($1,000,000) per occurrence.

1.11.5   Contractor shall secure and maintain employer's liability insurance with limits of not less than one  hundred thousand dollars ($ 100,000) per accident, five hundred thousand dollars ($ 500,000) disease policy limit, one hundred thousand dollars ($ 100,000) disease, each employee. All such policies shall be primary coverage and shall provide coverage for all staff members.

Jones & Associates, Inc.                                                  Page 46 of 49
CFSA-06-C-0165

500,000) disease policy limit, one hundred thousand dollars ($ 100,000) disease, each employee. All such policies shall be primary coverage and shall provide coverage for all staff members.

I.11.6   Contractor shall secure and maintain coverage of the building, improvements, furnishings, fixtures and equipment, inventory and other personal property by broad form ("all-risk") commercial property insurance on a full replacement cost, agreed amount basis, waiving subrogation against the licensing agency, the contracting entity and the District of Columbia government and containing an additional insured endorsement naming the licensing agency, the contracting entity and the District of Columbia government as additional insured. Contractor shall secure and maintain time value insurance coverage for one hundred percent (100%) of the loss of income/extra expense coverage incurred in occurrences covered by the facility's commercial property insurance policy. Deductibles under property insurance policies maintained by the facility shall not exceed five thousand dollars ($ 5,000.00) per occurrence. All such policies shall be primary coverage. If all or a portion of the above coverages are maintained by the Contractor's landlord, the Contractor shall also provide evidence of the landlord's, which evidence shall include a waiver of subrogation against the licensing agency, the contracting entity and the District of Columbia government.

I.11.7   Contractor shall secure and maintain excess or umbrella liability insurance with limits of not less than five million dollars ($ 5,000,000) per occurrence, subject to a general aggregate of five million dollars ($ 5,000,000) per policy year, and self-insured retention of no more ten thousand dollars ($ 10,000), covering not less than the same liabilities and coverages set forth in D.C. Mun. Regs, Titl. 29, § § 6221 and 6316, in excess of the limits specified in those policies.

I.11.8   The insurance policies required by this section shall contain the following endorsement:

"It is hereby understood and agreed that the insurer may not cancel, fail to renew, or reduce the coverage or liability limits of this policy unless the insurer provides the contacting entity, licensing agency, and the Office of the City Administrator with written notice of an intent to take such action at least ten (10) days in advance of cancellation for non-payment of premium and thirty (30) days in advance of any other such action. The insurer shall serve notice to the following persons by certified mail, return receipt requested:

                Director
                Child and Family Services Agency
                400 6th Street SW
                Washington, DC 20024

                Office of the City Administrator
                Attention Risk Management Officer
                441 4th Street, N.W.
                Suite 1150
                Washington, DC. 20001"

I.11.9   Contractor shall defend, indemnify and hold the contracting entity, licensing agency, and the District of Columbia government, and its elected and appointed officials and officers, employees, agents and representatives, harmless from and against any and all injuries, claims, demands, judgments, suits in law and equity (including without limitation, habeas corpus actions), actions before administrative tribunals, damages, losses and expenses, including reasonable attorney's fees and costs of suit or defense, that actually or allegedly, in whole or in part, arise out of, or result from:

Jones & Associates, Inc.                                                    Page 47 of 49
CFSA-06-C-0165

I.11.9.1 The operation of the facility;

I.11.9.2 Performing or failing to perform duties required by or reasonably related to the requirements of the contract between the facility and the contracting entity; or

I.11.9.3 Providing or offering services, whether or not caused by the facility or its affiliates, officers, employees, agents, contractors or subcontractors; whether or not such acts or omissions were alleged or proven to have been caused in whole or in part by the contracting entity, the licensing agency or the District of Columbia government, and whether or not such acts or omissions are authorized, allowed or prohibited by this Chapter. The facility's indemnity obligations under this section shall not apply to any injuries, claims, demands, judgments, damages, losses or expenses to the extent arising out of or resulting from the gross negligence or willful misconduct by the contracting entity; the licensing agency or the District of Columbia government, or their officials, officers, employees, agents or representatives, provided that no such gross negligence or willful misconduct, alleged or actual, shall affect the facility's obligation to defend the contracting entity, licensing agency, and the District of Columbia government.

I.11.9.4 Contractors shall provide copies of the policies for any or all of the insurance required by this section to the contracting entity and licensing agency upon written request.

## I.12   EQUAL EMPLOYMENT OPPORTUNITY

In accordance with the District of Columbia Administrative Issuance System, Mayor's Order 85-85 dated June 10, 1985, the forms for completion of the Equal Employment Opportunity Information Report are incorporated herein as Attachment J4. An award cannot be made to any Contractor who has not satisfied the equal employment requirements as set forth by the Department of Human Rights and Local Business Development.

## I.13   PRE-AWARD APPROVAL

The award and enforceability of this contract is contingent upon Council Approval. In accordance with the Council Contract Review Criteria Amendment Act of 1999, D.C. Official Code 2-301.05(a).

## I.14   ORDER OF PRECEDENCE

The following is a list of documents in the order of priority to resolve any conflicts of inconsistencies among the terms of this Contract or in the terms of any attachments to this Contract.

I.14.1   Sections A through I of the contract

I.14.2   Attachments J.1 through J.5 in descending order

I.14.3   Sections J.6 through J.20 in descending order

****END OF SECTION I****

47

Jones & Associates, Inc.                                    Page 48 of 49
CFSA-06-C-0165

## PART III – LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

### SECTION J

**THE FOLLOWING DOCUMENTS ARE ATTACHED, AND INCORPORATED BY REFERENCE INTO THE CONTRACT WITH THE SAME FORCE AND EFFECT AS IF THEY WERE GIVEN IN FULL TEXT:**

J.1        STANDARD CONTRACT PROVISIONS FOR USE WITH DISTRICT OF COLUMBIA GOVERNMENT SUPPLY AND SERVICES CONTRACTS, DATED NOVEMBER 2004  (ATTACHED)

J.2        EQUAL EMPLOYMENT OPPORTUNITY (ATTACHED)

J.3        FIRST SOURCE EMPLOYMENT AGREEMENT (ATTACHED)

J.4        WAGE DETERMINATION NO: 94-2103 REV (34) AREA: DC, DISTRICT-WIDE (ATTACHED)

J.5        BASELINE PERFORMANCE INDICATORS AND REPORTING REQUIREMENTS  (ATTACHED)

**THE FOLLOWING DOCUMENTS ARE INCORPORATED BY REFERENCE INTO THE CONTRACT WITH THE SAME FORCE AND EFFECT AS IF THEY WERE GIVEN IN FULL TEXT:**

J.6        LICENSING OF YOUTH SHELTERS, RUNAWAY SHELTERS, EMERGENCY CARE FACILITIES, AND YOUTH GROUP HOMES TITLE 29 DCMR, CHAPTER 62

J.7        LICENSING OF INDEPENDENT LIVING PROGRAMS FOR ADOLESCENTS AND YOUNG ADUCTS, DCMR TITLE 29, CHAPTER 63

J.8        CHILD ABUSE AND PREVENTION TREATMENT ACT, 42 U.S.C. § 5101 *ET SEQ.*

J.9        PREVENTION OF CHILD ABUSE AND NEGLECT ACT OF 1977, D.C. OFFICIAL CODE § 16-2351-2365

J.10      ADOPTION ASSISTANCE AND CHILD WELFARE ACT OF 1997, 42 U.S.C. § 620 *ET SEQ.*

J.11      ADOPTION AND SAFE FAMILIES ACT OF 1997, 42 U.S.C. § 1305 *ET SEQ.*

J.12      MULTIETHNIC PLACEMENT ACT OF 1994, 42 U.S.C. § 1996B

J.13      TITLE IV, PART B OF THE SOCIAL SECURITY ACT , 42 U.S.C. § 620 *ET SEQ.*

J.14      INDIVIDUALS WITH DISABILITIES EDUCATION ACT , 20 U.S.C. § 1400 *ET SEQ.*

48

Jones & Associates, Inc.                                                                    Page 49 of 49
CFSA-06-C-0165

| J.15 | HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996, 42 U.S.C. §§ 1320D *ET SEQ.* |
|------|------|
| J.16 | LASHAWN A. V. WILLIAMS IMPLEMENTATION PLAN, APPROVED ON MAY 15, 2003.          • |
| J.17 | REPORTS OF NEGLECTED CHILDREN: PERSONS REQUIRED TO MAKE REPORTS; PROCEDURE; D.C. OFFICIAL CODE § 4-1321.02 (2005) |
| J.18 | AMERICANS WITH DISABILITIES ACT OF 1990 (PUB. L. 101-336) (ADA), AS AMENDED, 42 U.S.C. § 12101 |
| J.19 | YOUTH RESIDENTIAL FACILITIES LICENSURE ACT OF 1986, D.C. CODE OFFICIAL § 7-2101 *ET SEQ.* |
| J.20 | JONES & ASSOCIATES, INC. TECHNICAL PROPOSAL |

**\*\*\*END OF SECTION J\*\*\***

JONES AND ASSOCIATES

COMPLAINT

EXHIBITS:

EXHIBIT TWENTY-FIVE

SOLE SOURCE CONTRACT THREE / CFSA-07-C-0093



2007

# DISTRICT OF COLUMBIA, CHILD AND FAMILY SERVICES AGENCY (CFSA)
## AWARD/CONTRACT
## FOR SUPPLIES OR SERVICES
## SECTION A

| | |
|---|---|
| 1. ISSUED BY:<br>District of Columbia; Child and Family Service Agency (CFSA)<br>Contracts and Procurement Administration<br>955 L'Enfant Plaza, SW – Suite 5200<br>Washington, D.C. 20024 | 2. *PAGE OF PAGES*<br> 1    of    49 |
| | 3. CONTRACT NUMBER:<br>CFSA-07-C-0093 |
| | 4. EFFECTIVE DATE:<br>Date of Execution |
| | 5. DELIVERY:<br>[  ] FOB DESTINATION      [ ] OTHER |
| | 6. DISCOUNT FOR PROMPT PAYMENT: |

Ex. # 25

7.   NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and Zip code)
Jones & Associates, Inc.
1454 Corcoran Street, NW
Washington, DC  20009

## 8. TABLE OF CONTENTS

| (☆) | SEC. | DESCRIPTION | PAGE(S) | (☆) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART 1 – The Schedule | | | | PART II – Contract Clauses | |
| X | A | Solicitation/Contract Form | 1 | X | I | Contract Clauses | 40-47 |
| X | B | Supplies or Services and Price | 2-4 | | | PART III – List of Documents, Exhibits and Other Attach | |
| X | C | Description/Specifications/Statement of Work | 5-21 | X | J | Attachments/Documents Incorporated By Reference | 48-49 |
| X | D | Packaging and Marking | 22-23 | | | PART IV – Representations and Instructions | |
| X | E | Inspection and Acceptance | 24-25 | N/A | K | Representations, Certifications and other Statements of Offerors | |
| X | F | Performance and Deliverables | 26-27 | N/A | L | Instrs. Conds., & Notices to Offerors | |
| X | G | Contract Administration | 28-31 | N/A | M | Evaluation Factors for Award | |
| X | H | Special Contract Requirements | 32-39 | | | | |

### 9. TOTAL AMOUNT OF CONTRACT  $3,376,604.50

### CONTRACTING OFFICER WILL COMPLETE BLOCKS 10 OR 11 AS APPLICABLE

| 10. [ ]  AWARD (Contractor is not required to sign this)<br><br>Your offer on Solicitation Number _____<br>Including the additions or changes made by you which additions or changes are set forth in this award/contract, is hereby accepted.  This award consummates the contract which consists of the following documents: (a) CFSA's Solicitation and your offer, and (b) this award/contract. No further contractual documents are necessary. | 11. [ X ] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return __2__ copies to the issuing office)<br>The Contractor agrees to furnish and deliver all items or perform all services set forth or otherwise identified on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this Contract shall be subject to and governed by the following documents: (a) this award/Contract, (b) the solicitation, if any, and (c) such provision, representations, certifications, specifications and any other documents as are attached or incorporated by reference in Section J. |
| 12A.  NAME AND TITLE OF SIGNER (Type or print)<br>James Jones, President | 13A. NAME OF CONTRACTING OFFICER:<br>Jim R. Moye |
| 12B.  NAME OF CONTRACTOR<br>Jones & Associates, Inc.<br><br>*(signature)*<br>(Signature of person authorized to sign) | 13B. District of Columbia, Child and Family Services Agency (CFSA)<br><br>( Signature of Contracting Officer) |
| 12C.  DATE SIGNED   3/21/07 | 13C. DATE SIGNED |

CFSA AWARD/CONTRACT FORM 26 (REV. 01-01)

## DISTRICT OF COLUMBIA, CHILD AND FAMILY SERVICES AGENCY (CFSA)
### AWARD/CONTRACT
### FOR SUPPLIES OR SERVICES
### SECTION A

| 1. ISSUED BY:<br>District of Columbia, Child and Family Service Agency (CFSA)<br>Contracts and Procurement Administration<br>955 L'Enfant Plaza, SW – Suite 5200<br>Washington, D.C. 20024 | 2. *PAGE OF  PAGES*<br>  1    of    49 |
|---|---|
| | 3. CONTRACT NUMBER:<br>CFSA-07-C-0093 |
| | 4. EFFECTIVE DATE:<br>Date of Execution |
| | 5. DELIVERY:<br>[   ] FOB DESTINATION     [   ] OTHER |
| | 6. DISCOUNT FOR PROMPT PAYMENT: |

7.   NAME AND ADDRESS OF CONTRACTOR  (No., street, city, county, State and Zip code)
    Jones & Associates, Inc.
    1454 Corcoran Street, NW
    Washington, DC  20009

### 8. TABLE OF CONTENTS

| (☆) | SEC. | DESCRIPTION | PAGE(S) | (☆) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART 1 – The Schedule** | | | | **PART II – Contract Clauses** | |
| X | A | Solicitation/Contract Form | 1 | X | I | Contract Clauses | 40-47 |
| X | B | Supplies or Services and Price | 2-4 | | | **PART III – List of Documents, Exhibits and Other Attach** | |
| X | C | Description/Specifications/Statement of Work | 5-21 | X | J· | Attachments/Documents Incorporated By Reference | 48-49 |
| X | D | Packaging and Marking | 22-23 | | | **PART IV – Representations and Instructions** | |
| X | E | Inspection and Acceptance | 24-25 | N/A | K | Representations, Certifications and other Statements of Offerors | |
| X | F | Performance and Deliverables | 26-27 | | | | |
| X | G | Contract Administration | 28-31 | N/A | L | Instrs. Conds., & Notices to Offerors | |
| X | H | Special Contract Requirements | 32-39 | N/A | M | Evaluation Factors for Award | |

**9. TOTAL AMOUNT OF CONTRACT   $3,376,604.50**

| CONTRACTING OFFICER WILL COMPLETE BLOCKS 10 OR 11 AS APPLICABLE | |
|---|---|
| 10. [   ] AWARD (Contractor is not required to sign this)<br><br>Your offer on Solicitation Number _____<br>Including the additions or changes made by you which additions or changes are set forth in this award/contract, is hereby accepted.  This award consummates the contract which consists of the following documents: (a) CFSA's Solicitation and your offer, and (b) this award/contract. No further contractual documents are necessary. | 11. [ X ] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return __2__ copies to the issuing office)<br>The Contractor agrees to furnish and deliver all items or perform all services set forth or otherwise identified on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this Contract shall be subject to and governed by the following documents: (a) this award/Contract, (b) the solicitation, if any, and (c) such provision, representations, certifications, specifications and any other documents as are attached or incorporated by reference in Section J. |
| 12A.  NAME AND TITLE OF SIGNER (Type or print)<br>James Jones, President | 13A. NAME OF CONTRACTING OFFICER:<br>Jim R. Moye |
| 12B. NAME OF CONTRACTOR<br>Jones & Associates, Inc.<br><br><br>_____<br>(Signature of person authorized to sign) | 13B. District of Columbia, Child and Family Services Agency (CFSA)<br><br><br>_____<br>( Signature of Contracting Officer) |
| 12C.  DATE SIGNED | 13C. DATE SIGNED |

CFSA AWARD/CONTRACT FORM 26 (REV. 01-01)

Jones & Associates, Inc.                                    Page 2 of 49
CFSA-07-C-0093

## SECTION B

## SUPPLIES OR SERVICES AND PRICE/COST

## TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| B.1 | PRICE/COST | 2 |
| --- | PRICE SCHEDULE | 2-3 |

2

## SECTION B - SUPPLIES OR SERVICES AND PRICE/COST

### B.1  PRICE/COST

B.1.1 The contract is an indefinite quantity contract with payments based on fixed unit prices per      child per day for each line item set forth in the Price Schedule Chart in Section B.  The minimum guarantee for the contract year  is $1,000.00. The maximum quantity for the contract period is specified in the contract.

B.1.1.2 The contract allows a client specific cost reimbursable component.    Client specific cost reimbursement includes a monthly stipend to cover the following items:  food, clothing, transportation, toiletries and incidentals.  As set forth in Licensing of Independent Living Programs for Adolescents and Young Adults, DCMR Title 29, Chapter 63; §6332.2 and §6332.3.

B.1.2 The term of the contract shall be for a period of performance beginning date of execution through 365 days.

3

Jones & Associates, Inc.                                    Page 4 of 49
CFSA-07-C-0093

## B.2    PRICE SCHEDULE
**PERIOD OF PERFORMANCE: Date of Award through 365 days**

NAME OF OFFEROR OR CONTRACTOR:  Jones and Associates

| ITEM NO. | SUPPLIES/SERVICES | MAXIMUM QUANTITY | UNIT PRICE | UNIT | MAXIMUM AMOUNT |
|---|---|---|---|---|---|
| | **SCHEDULE B PRICING** | | | | |
| 0001 | Independent Living Main Facility Programs | 55 Children | $139.06 | Contract Term | $2,791,629.50 |
| | **Guaranteed Minimum Amount is $1,000.00** | | | | |
| 0002 | Independent Living Main Facility Programs | | | | $584,975.00 Cost ceiling |
| | Cost Reimbursement for Client Specific | | | | |
| | **Contract Ceiling Amount** | | | | $3,376,604.50 |
| | Continuation of this Contract beyond the fiscal year is contingent upon future fiscal appropriations. | | | | |

**\*\*\*\*END OF SECTION B\*\*\*\***

Jones & Associates, Inc.                                    Page 5 of 49
CFSA-07-C-0093

## PART I – SCHEDULE

## SECTION C

•

## DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK

## TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| C.1 | BACKGROUND | 6 |
| C.2 | SCOPE OF SERVICES | 6-12 |
| C.3 | TARGET POPULATION AND PROVISIONS OF CARE | 12 |
| C.4 | PROGRAM REQUIREMENTS | 13-20 |
| C.5 | CONGREGATE CARE POPULATION –SPECIFIC REQUIREMENTS | 20-21 |

5

## SECTION C - DESCRIPTION/SPECIFICATIONS STATEMENT OF WORK

### C.1   BACKGROUND

C.1.1   The District of Columbia, Child and Family Services Agency (CFSA) is charged with protecting children and youth from abuse and neglect, and ensuring a safe, permanent placement for those removed from their homes that can effectively support them in meeting their goals of well being. All children and youth deserve a permanent home and the nurture and support of a loving family. Therefore, diligent efforts shall be made to secure such settings for both children and youth, not excluding those with special needs such as medical and mental health conditions, behavioral and emotional problems, learning disabilities, and teen parenting responsibilities. CFSA strives toward placing all children and youth in family-based settings before seeking congregate care placement alternatives. CFSA's vision is to ensure that congregate care does not serve as a first placement setting, but as a response to specific needs of the child or youth under very limited circumstances.

C.1.3   Congregate care shall be provided in the form of "**Independent Living Main Facility Programs**". Details regarding these specific requirements are outlined in Section C.5. "Congregate Care Population-Specific Requirements".

C.1.4   In line with CFSA's goals, services should be integrated, family-centered, culturally and linguistically competent, and community-based. In addition, congregate care programs shall comply with the LaShawn A. v. Fenty Implementation Plan. A performance-based system of evaluation shall be employed to ensure accountability, achievement of positive outcomes for youth and families, and cost-effectiveness of service provision.

### C.2   SCOPE OF SERVICES

C.2.1   General Requirements

C.2.1.1   The Contractor shall be licensed as a youth residential facility in the District of Columbia in accord with the licensure regulations set forth by District of Columbia Municipal Regulations, Title 29, Chapters 62 and 63. The Contractor licensed in a jurisdiction other than the District of Columbia shall operate a program that meets all District of Columbia requirements. "Facility and Licensing Requirements" Section C.2.8 further explains these requirements.

C.2.1.2   The Contractor shall provide congregate care and supportive services in accordance with all existing federal and District of Columbia laws, rules, and regulations, including appropriate District licensure requirements, and consistent with policies, procedures and standards promulgated by the Child and Family Services Agency.

C.2.1.3   The Contractor shall meet general and program requirements applicable to all congregate care programs, as well as population-specific requirements unique to the form of congregate care set forth herein.

C.2.2    Service Integration/Linkage

The Contractor shall provide detailed plans to work with other providers to establish and maintain an effective and accessible continuum of care and constellation of services. The Contractor shall have service linkages with relevant, neighborhood-based service networks such as the Healthy Families/Thriving Communities Collaboratives, or similar networks.

C.2.2.1 Contractor shall develop an integrated service network with community-based service, foster care, and other treatment providers that establishes protocols for referral, communication, service planning and delivery, sub-contracting, communication, and data collection. Service provider contracts, formal service agreements, "letters of linkage", and memoranda of understanding among members of the service network may act as evidence of a formal agreement. See, also, C.2.7 "Mental Health Rehabilitative/Medicaid-Reimbursable Services" and C.2.5 "Community-Based Services".

C.2.2.2 An integrated service network will facilitate efficient access to services needed by youth and their families. Linkage across care providers will facilitate a smooth transition for youth from one level of care to another, and should include all types of congregate care programs outlined in this contract, as well as family-based providers (foster and kinship care). Such linkage meets CFSA expectations that the Contractors' programs support CFSA case manager activities in the achievement of safety, permanence, and well-being objectives.

C.2.3    Family-Centered Practice

The Contractor shall employ a family-centered approach to care including, when appropriate, the natural parents, family members and other significant individuals in the youth's life. The Contractor shall facilitate frequent visitation between the youth and family members (including siblings) and/or other significant individuals in the youth's life. These visits may occur in the youth's home community, in the homes of pertinent relatives and significant individuals and/or at the Contractor's site. Phone calls and other forms of communication will also be encouraged between the youth and relatives, as well as other significant individuals. The Contractor shall engage the youth's biological family immediately upon placement, and, as appropriate, shall encourage maximum family participation even when the youth's discharge goal is independent living. The Contractor shall link the family with effective services with the goal of strengthening family functioning.

C.2.4    Cultural and Linguistic Competence

C.2.4.1 The Contractor shall provide culturally competent services ensuring staff understand and      are familiar with the family's culture, reinforce positive cultural practices, and acknowledge and build upon ethnic, socio-cultural and linguistic strengths. The Contractor shall make every effort to employ staff representative of the community served.

C.2.4.2 The Contractor shall provide linguistically competent services through staff who are fluent in the languages spoken by the children and families being served, or from another source providing such services. The Contractor shall have similar capacity to serve hearing impaired clients.

C.2.5    Community-Based Services.

C.2.5.1  (a) A community-based system enhances the well-being of youth and their families by reducing the trauma of foster care separation, and increasing the potential for reunification with natural parents or kin. Congregate care programs shall endeavor to establish care sites within the youths'

communities or as close to their communities as possible, unless determined by the CFSA case manager that such proximity is not in the best interest of the youth. This is to ensure that youth in foster care can maintain connections with schools, churches, friends and families. If, for reasons deemed appropriate, a community-based placement is not possible, the Contractor shall develop and maintain linkages that strengthen the youth's relationship with his/her home communities and/or the community in which he/she will be residing upon discharge. To the extent possible, support services for youth and their families should similarly be provided in the youth's community of origin, community of placement, and/or community in which a potential kinship care or family-based provider resides.

(b) Additionally, youth shall be connected to, or involved in, the community in which they are residing while in congregate care. Contractor shall endeavor to create a community-based network of services and affiliations that will not only connect youth to the community, but the community to youth and congregate care programs located in their area. Required local advisory committees may serve as a vehicle by which to stimulate interest and support on the part of local citizens, service providers, businesses, religious groups, etc., to develop a community-based network. Such a network can be beneficial for assisting youth with tutoring, mentoring, jobs, guidance, and other services and supports. Youth shall become involved in the community through volunteer civic activities, attendance at religious services (if desired), use of public agencies/ services such as the local library and health clinic, and other similar activities.

C.2.5.2 Linkage to services provided in, or as close to, neighborhoods of origin and/or residence is also essential. This concept should be employed, to the extent possible, for all services and activities for youth and families. Linkage to service networks such as the Healthy Families/Thriving Communities Collaboratives, or similar community-based agencies, or network of service providers, shall be evaluated favorably. Additional information regarding mental health services is described in the previous Section C.2.2 "Service Integration/Linkage", as well as in the "Mental Health Services" Section C.4.7.

C.2.6  Location of Services

C.2.6.1 CFSA is contracting for congregate care provided within the District of Columbia or within 25 miles of the District of Columbia.

C.2.6.2 Contractor shall ensure  youth maintain connections to their neighborhoods of origin, as   well   as their current neighborhoods of residence.

C.2.7  Mental Health Rehabilitative / Medicaid-Reimbursable Services. CFSA is committed to assuring that mental health services provided to children, youth and families without access to private health insurance are provided by agencies certified as Medicaid providers. The Contractor shall provide an existing or planned capacity to maximize financial and programmatic integrity through the utilization of funding streams other than CFSA. The Contractor shall strive to become a certified Medicaid providers, plan to become certified, or collaborate with subspecialty or subcontracted provider agencies that are certified Medicaid providers.

C.2.7.1 All youth with mental health needs shall be registered and connected with the District of Columbia's Department of Mental Health (DMH), and connected with a DMH-certified Core Service Agency to access needed services.

C.2.7.2 Contractors providing care outside the District of Columbia shall fully collaborate with DMH and secure Medicaid-reimbursable mental health services. CFSA expectations regarding          mental health services are further described in the "Mental Health Services" section          C.4.2.6.          and

Jones & Associates, Inc.                                                    Page 9 of 49
CFSA-07-C-0093

"Community-Based Services" Section C.2.5.

C.2.8  Facility and Licensing Requirements. Congregate care facilities shall maintain compliance with all local and federal housing and building code regulations, as well as the requirements set forth by the District rules and regulations pertinent to the licensing and operation of youth residential facilities and independent living programs. See Section J, Attachments and Documents Incorporated By Reference, Nos. J.6 to J.20.

C.2.8.1 If providing congregate care outside of the District of Columbia, the Contractor shall meet the licensing standards applicable in the jurisdiction in which care is provided, as well as the District of Columbia's licensing standards. The District of Columbia has a number of standards more stringent than those of other jurisdictions, and these are outlined in section C.2.8 "Facility and Licensing Requirements". Contractors providing care in other jurisdictions must fully employ methods, strategies and resources that enable youth to maintain ties with their communities of origin.

C.2.8.2 The LaShawn A. v. Fenty Implementation Plan (IP) requires CFSA to ensure facilities    serve youth in a more family-like manner by restricting the number of children and youth served in a single congregate care facility to not more than eight (8). The only permissible    exception    to placement of a child/youth in a facility serving more than eight (8) residents is if the individual needs of the child/youth require specialized care that can only be provided in a larger facility. CFSA plans to phase out placement of children/youth in facilities serving more than eight (8) residents by the first option year of the contract. The eight (8) resident maximum shall take effect in the base contract year for group homes.

C.2.9   Organizational Requirements

C.2.9.1 The Contractor shall provide information regarding its organization including the mission, organizational structure, location, and services and programs offered.

C.2.9.2 The Contractor shall provide information regarding its contractual history with the District of Columbia and/or other jurisdictions, including the types of contracts, agencies contracted with, dates of contracts, and a copy of performance evaluations, if available, and a contact person.

C.2.9.3 The Contractor shall submit a current organizational chart displaying organizational relationships and demonstrates the staff member with responsibility for administrative oversight    and supervision for each activity required under this contract, staff with training authority, staff with programmatic and clinical responsibility, and all other key staff, including main office and the congregate care facilities.

C.2.9.4 The Contractor shall submit a detailed work plan for the contract year, including all relevant action steps, responsible parties, outcomes and deliverables.

C.2.9.5 The Contractor shall maintain complete written job descriptions covering all positions funded through the contract in the files to be made available to CFSA for review. Job descriptions shall include required credentials, human care certifications, training certificates, description of duties and responsibilities, hours of work, salary range, and performance evaluation criteria.

C.2.9.6 The Contractor shall submit any changes in key staffing patterns to the Contracting Officer's Technical Representative not less than 30 days in advance of such changes.

C.2.9.7  The Contractor shall submit a copy of the policies and procedures relevant to its congregate care program(s). Policies should include (1) residents' rights and responsibilities, (2) behavior management techniques, and (3) all other pertinent descriptions of philosophy and approach to care.

C.2.10  Staff Qualifications and Requirements

C.2.10.1 The Contractor shall establish personnel guidelines in compliance with licensure regulations, as well as the CFSA guidelines outlined henceforth.

C.2.10.2 The Contractor shall ensure that all employees, consultants and subcontractors have been cleared through the Child Protection Registry and the Police Department of the jurisdiction(s) in which the staff member resided during the five years prior to employment under this contract, as well as cleared through the District of Columbia Metropolitan Police Department, and the jurisdiction in which they will be providing services.

C.2.10.3 For all new employees, the Contractor shall, prior to employment under any contract resulting from this Solicitation, provide to the Contracting Officer's Technical Representative copies of the results of all Child Protection Register and criminal background checks, and the results of all drug and alcohol tests. The Deputy Director of Licensing and Monitoring, or her designee, shall have sole discretion to permit or prohibit any person with a criminal record from working for the Contractor on this contract, except that persons having criminal convictions for felony crimes of violence, or crimes involving sexual assault, rape, child abuse/molestation, or drug distribution shall not under any circumstances perform services or be employed by Contractor under this contract. Persons having criminal convictions for drug possession shall not have direct contact with children under this contract.

C.2.10.4 The Contractor shall terminate any staff for whom allegations of any of the following has been substantiated by an investigation by CFSA's Institutional Abuse Unit:

    (a)  Physical abuse of children, families or staff members;
    (b)  Sexual abuse or harassment of children, families or staff members;
    (c)  Verbal or emotional abuse of children, families or staff members;
    (d)  Drug or alcohol use on the premises or with children and families, or such that the staff is intoxicated while on duty;
    (e)  Failure to report any allegation of child abuse and/or neglect to CFSA and to the appropriate law enforcement or social service agency in the jurisdiction in which the allegation occurred.

Failure to dismiss employees for these conditions shall be sufficient cause for the contract termination under clause 9, Default, Standard Contract Provisions for Use with District of Columbia Supply and Services Contract, dated April 2003 (Attachment J.1).

C.2.10.5 The Contractor shall ensure that staff can provide services capable of meeting the cultural and linguistic needs of the participating youth and pertinent family members with whom visiting and planning for the youth must take place. To the extent possible, the Contractor shall comply with the First Source Employment Agreement, and recruit and hire appropriately qualified staff from the community served.

C.2.10.6 In its work plan, the Contractor shall profile staff credentials, including, but not limited to, the number of staff, educational degrees, languages spoken and areas of specialization, and describe how these impact and address service needs of the targeted population.

C.2.10.7 The Contractor's congregate care staff shall collectively have experience and skill in adolescent development, behavior management, child abuse and neglect, family dynamics, psychotropic medication and medication management, and identification and treatment of alcohol and substance abuse.

C.2.10.8 The Contractor's staff members and subcontractors responsible for performing professional services, including psychological, psychiatric, medical, social work, nursing, dental, and education, shall have professional degrees from accredited colleges or universities and current license in their respective fields.

C.2.11   Staff Training and Development

C.2.11.1 The Contractor shall establish staff training and development policy and procedures in compliance with the licensure regulations, and CFSA guidelines outlined in this section.

C.2.11.2 The Contractor shall provide training to congregate care staff on relevant child welfare topics including, but not limited to, child abuse and neglect, psychotropic medication and medication management, strength-based, family-centered practice, concurrent planning, domestic violence, teen relationship abuse, and HIV/AIDS.

C.2.11.3 The Contractor shall also ensure staff is trained on the provision of community-based services, including training on community characteristics, resources and needs, and negotiating services for children within a community-based environment.  Every effort shall be made by the Contractor to ensure that training incorporates and encourages the participation of representatives from community residents and community-based service providers, such as local hospitals, police precincts and drug treatment centers.

C.2.11.4 The Contractor shall also provide training to congregate care staff on topics relevant to adolescent development.  Topics may include, but are not limited to, education and career development, life skills, health and pregnancy prevention, mental health, domestic violence and alcohol and substance abuse.

C.2.11.5 The Contractor shall maintain training records, including attendance and copies of the curriculum.

C.2.12   Information, Data Collection, Program Evaluation, and Quality Assurance

C.2.12.1 The Contractor and all subcontractors shall establish and submit, upon award, policies and procedures that ensure compliance with all District and federal privacy and confidentiality laws and polices.

C.2.12.2 The Contractor shall submit a Daily Census Report form for each facility to the Licensing and Monitoring Administration by fax or e-mail as CFSA may direct.

C.2.12.3 The Contractor shall ensure congregate care staff and youth are actively involved in   CFSA's Administrative Review and Case Practice Process.

C.2.12.4 The Contractor shall maintain adequate case files and fiscal records, and ensure staff follow appropriate record-keeping practices and procedures, in a manner that is   compliant with and supports all existing federal, state, and local laws, rules, and regulations, and is consistent with policies, procedures, and standards promulgated by CFSA.

C.2.12.5 The Contractor shall comply with CFSA standards for reporting, monitoring activities, and performance reviews. CFSA shall offer technical assistance and a period of time for implementation of protocols in order to meet compliance standards.

C.2.12.6 The Contractor shall develop and submit with the proposal their quality assurance systems for monitoring and reviewing program performance and designing and implementing improvement strategies. The Contractor shall ensure participation in all CFSA Quality Improvement Processes including, but may not be limited to, the following:

    (a) Administrative Reviews
    (b) Case Practice Staffings
    (c) Permanency Staffings

C.2.13 Emergency Response and Plan

C.2.13.1 The Contractor shall have an emergency response plan providing back-up power generators for the facility, and an alternate location for residents that can serve as temporary housing and care in the event of a natural or man-made disaster. The Contractor shall submit this plan within thirty (30) days of contract award.

C.2.13.2 The Contractor shall submit training provisions for its emergency response plan within three (3) days of contract award.

## C.3  TARGET POPULATIONS AND PROVISION OF CARE

C.3.1 Consistent with the LaShawn A. v. Fenty Implementation Plan, CFSA's priority is to place children and youth of all ages in family-based care and the least restrictive setting possible.   As   CFSA improves the capacity to place more children in family-based care, CFSA plans to reduce the level of congregate care for which it contracts. The following numbers for each type of congregate care population are based on CFSA's actual congregate care population, taking into consideration plans to reduce the number of children and youth placed in congregate care over the coming years. CFSA is currently in the process of developing its first needs assessment and resource development plan, and CFSA's capacity to project the congregate care needs of youth shall improve as these tools are developed, implemented, and further refined. Section C.5. "Congregate Care    Population-Specific Requirements" further defines congregate care populations and requirements.

C.3.1.1 The Contractor shall house male and female residents in separate, single sex facilities with the exception of Diagnostic and Emergency Care for children aged 12 and younger.

C.3.1.2 Reserved.

C.3.1.3 Congregate care shall serve male and female youth unable to reside with family members, or in family-based care. The congregate care category is as follows:

    (1) Independent Living Main Facility Programs

C.3.1.4 The Contractor shall maintain an environment that is free of discrimination and harassment based on gender identity, sexual orientation, religious and racial/ethnic background, and/or disability.

### C.4    PROGRAM REQUIREMENTS

The Contractor shall provide a congregate care program responding to the rules and regulations outlined in DC Municipal Regulations Title 29, Chapters 62 or 63, as appropriate to the typed contract, as well as general, program and population-specific requirements. CFSA shall periodically monitor programs for compliance with all regulations and requirements.

C.4.1   Admission, Intake, Discharge and Aftercare Planning

C.4.1.1 The Contractor shall be equipped to admit youth into its congregate care program on a 24-hour, 7 day-a-week for each day of the year.

C.4.1.2 The Contractor shall accept youth under the care of the Child and Family Services Agency        for placement in its program. If the Contractor accepts non-CFSA youth into placement,         the Contractor's shall provide a program description that shall include:
  (a) The manner by which placement of CFSA and non-CFSA youth will be managed for the benefit of youth;
  (b) An adequate approach to confidentiality issues;
  (c) Assurance that the provisions of D. C. Code § 16-2320 are adhered to regarding "commingling of juveniles".

C.4.1.3 The Contractor shall accept for placement those youth under the care and legal custody of CFSA, and referred by CFSA's Placement Office. The Contractor shall accept all youth referred if there is a vacancy in the program.

C.4.1.4 The CFSA social worker shall coordinate the youth's placement with the Contractor by facilitating:

  (a) Completed and signed Board and Care Agreement Form.
  (b) Completion of medical screening prior to placement.
  (c) Presentation of a copy of the medical examination at the time of placement.
  (d) Exchange of the social security number, birth certificate, Medicaid number, school records, previous placement history, medical history, family history, and inventory of youth clothing.

C.4.1.5 The Contractor shall document and place in the resident's care record, within 24 hours of admission, all emergency medical and mental health needs, allergies, basic needs, and non-emergency medical and mental health conditions and physical infirmities, including all visible signs of illness or injury, as well as pre-admission medical screen information.

C.4.1.6 The Contractor shall maintain copies of a document signed by the youth to be placed in his/her record that indicates he/she has received a resident orientation within 48 hours of admission.

C.4.1.7 The Contractor shall pursue CFSA's dispute resolution process for cases of disagreement regarding placement decisions for CFSA youth.

C.4.1.8 The Contractor shall not discharge youth from a congregate care program unless a CFSA Family Team Meeting has determined that one or more of the following:

  (a) The youth requires a shift in level of care that is more or less restrictive <u>and</u> cannot be provided by the current congregate care program;
  (b) The youth is to be reunified with family or relatives;
  (c) The youth is to be placed in some other family-based foster care setting;

(d) The youth is to be adopted.
(e) The youth has adequately met his/her independent living goals and is ready to leave foster care.

C.4.1.9 When circumstances change for the youth such that a placement change is considered, Contractor shall retain the youth in his/her current congregate care setting while immediately requesting a CFSA Family Team Meeting. If the Family Team Meeting determines that re-placement of the youth is necessary, the Contractor shall retain the youth in his/her current setting, and apply any recommended support services until an appropriate placement has been secured.

C.4.1.10 The Contractor shall provide documentation to the Contracting Officer's Technical Representative and to Family Team Meeting attendees, describing all efforts made by the Contractor to stabilize and sustain the youth's placement. Such documentation shall include: notice to the Contractor's representative of circumstantial changes; crisis intervention and support services applied; utilization of community-based services; and other pertinent documentation.

C.4.1.11 The Contractor shall ensure discharge and aftercare planning commences at admission and is coordinated with the Clinical Support Division of the Office of Clinical Practice at CFSA.

C.4.2   Case Planning, Staffings, and Case Responsibility

C.4.2.1 The Contractor and CFSA shall jointly develop an Individual Service Plan (or case plan) and Individual Transitional Independent Living Plan (ITILP) consistent with court orders. The Contractor shall ensure that group or independent living program staff and social workers involved with CFSA youth attend case planning conferences, staffings, and administrative reviews.

C.4.2.2 CFSA shall maintain case management responsibility for youth through a CFSA social worker. The Contractor shall provide supportive assistance to CFSA by working with the youth to meet his/her case plan and ITILP objectives, making service referrals and linkage, coordinating required family and sibling visits, and participating in case staffings, conferences and review.

C.4.2.3 The Contractor shall designate a primary youth care counselor, social worker, or other qualified staff member responsible for supportive assistance functions. The Contractor shall ensure these individuals attend pertinent case staffings, reviews, and conferences. Independent living programs shall employ at least one (1) social worker for every twenty (20) residents.

C.4.2.4 If a youth experiences an acute care episode, the Contractor shall send representatives to participate in treatment planning and care for the youth with the expectation that the youth will ultimately return to his/her placement.

C.4.3   Mandatory Reporting and Unusual Incidents

C.4.3.1 The Contractor shall follow the procedures and requirements outlined in the licensure regulations for mandatory reporting and unusual incidents. In addition to licensure regulations, the Contractor must file an unusual incident report any time the resident and/or staff has engaged in the an event that is significantly distinct from normal routine or procedure of the resident, the program, the staff, or any person relevant to the resident.

C.4.3.2 The Contractor must file an unusual incident report by fax or e-mail, as CFSA may direct, to the CFSA hotline, social worker, supervisory social worker, program monitor, and program manager of the Program Monitoring Division within 24 hours of knowledge of the incident. The facility

must report any alleged child abuse, neglect or other risk to residents' health and safety to the
CFSA hotline.

C.4.4  Local Advisory Committee

C.4.4.1 The Contractor are required under the licensure regulations to develop a local advisory
committee that complies with licensure regulations. Proposals utilizing local advisory committees
as a vehicle by which to stimulate interest and support on the part of local citizens, service
providers, businesses, religious groups, and civic groups shall be evaluated favorably.
Development of local support can be beneficial for assisting youth with tutoring, mentoring, jobs,
guidance, and other services.

C.4.5   Service Provision

C.4.5.1 The Contractor shall provide an array of services and overall strategy for meeting the
needs of youth that complies with licensure regulations and any additional CFSA guidelines
outlined in this "Service Provision" Section. The services must be appropriate to the age, gender,
sexual orientation, cultural heritage, developmental and functional level, as well as the learning
ability of each youth. These shall include, but not be limited to, the following:

(a) Food, shelter, hygiene, and clothing;
(b) Health care;
(c) Mental health and alcohol, tobacco, and substance abuse services;
(d) Sex education and reproductive health services;
(e) Educational services and advocacy;
(f) Family Services/Visitation;
(g) Recreation, Community Connections, and Religion;
(h) Transportation services;
(i) Life skills training and age appropriate independent living skills training; and,
(j) Vocational services.

C.4.6   Health Care

C.4.6.1 The Contractor shall develop and submit with proposals the policy and procedures for meeting the
preventative, routine, and emergency health care of youth.

C.4.6.2 CFSA's Health Services Division will include in each youth's case plan a descriptive health care
plan of the services required to meet his/her unique health and mental health needs.              The
Contractor shall propose the methods for making service referrals with community-based
providers, assuring youth utilize these services, and a standardized system      for      collecting,
recording, and conveying health and mental health information to CFSA.

C.4.6.3 The Contractor shall establish methods for securing, in a timely manner, all medically
recommended health and therapeutic services including, but not limited to, medication, physical
and occupational therapy, glasses, hearing aids, prosthetic devices, and corrective physical and
dental devices.

C.4.6.4 The Contractor shall facilitate the provision of specialized health services such as private duty
nursing, medical respite care, homemaker services, among others, in accord with the case      plan
and Individualized Habilitation Plan and sanctioned by CFSA's Health Services Division.

C.4.6.5 Contractor shall utilize medical services provided by licensed doctors and agencies that

accept Medicaid. Title IV-E eligible youth may receive Medicaid-covered services in the state in which they reside. DC KIDS and the Health Services Division of CFSA's Office of Clinical Practice will assist The Contractor in identifying Medicaid providers. Except in an emergency, the Health Services Division of CFSA shall approve any non-Medicaid vendor before the services are obtained.

C.4.6.6 Contractor shall develop a training plan preparing staff on health issues. Caretakers shall be required to participate in a pre-service health care training program of 8 hours as a prerequisite to working with children in care. In addition, four hours per year of in-service health training shall be provided. Training on universal infection control precautions must be provided.

C.4.6.7 The Contractor shall develop and submit with proposals the policy, procedures, and a care plan for youth affected by HIV and AIDS. Policy and procedures must include risk assessment, evaluation and treatment, testing, disclosure, confidentiality, consent, counseling, permanency planning, and other topics. Practice must also be compliant with Section 504 of the Rehabilitation Act of 1973 that prohibits discrimination against individuals with handicaps. Universal infection control precautions shall be employed by caregivers.

C.4.6.7 The Contractor shall ensure on-call availability of a physician for urgent services and consultations.

C.4.7 Mental Health Services

C.4.7.1 The Contractor shall be responsible for meeting children and youth's mental health service needs through direct provision of, or linkage to, mental health services delivered by qualified professionals. Mental health services include, but are not limited to:

  (a) Preliminary mental health screen within 3 business days after admission by a licensed mental health practitioner.

  (b) If indicated by the preliminary mental health screen, a mental health evaluation and assessment, including a standardized diagnostic mental health assessment completed within fifteen (15) calendar days of admission by a licensed mental health practitioner.

  (c) Substance and alcohol abuse prevention, intervention, and treatment;

  (d) Access to emergency mental health services on a 24 hour a day, 7 day per week basis.

  (e) Clinical consultation with residents, parent(s) or guardian(s), and staff;

  (f) Individualized treatment, including therapy and counseling for individuals and groups;

  (g) A standardized system for collecting, recording and conveying each resident's essential mental health information consistent with HIPAA; and,

  (h) A standardized system for collecting and reviewing the resident's historical mental health records.

C.4.7.2 The Contractor shall ensure all youth with mental health needs are registered and connected with the District of Columbia's Department of Mental Health (DMH), and connected with a DMH-certified Core Service Agency to access needed services. The Contractor shall also ensure that this information is provided to CFSA through its Health Services Division under the Office of Clinical Practice. CFSA prefers mental health services are provided by DMH Core Service Agencies, subspecialty provider agencies, or subcontracted provider agencies that are certified Medicaid providers.

Jones & Associates, Inc.                                                   Page 17 of 49
CFSA-07-C-0093

C.4.7.3 The Contractor shall ensure that clinical and therapeutic services are provided to youth as recommended by the Individual Habilitation Plan (IHP), Individualized Treatment Plan (ITP), Individualized Education Plan (IEP), or CFSA case plan.

C.4.7.4 The Contractor shall ensure youth and staff attendance at all relevant Multi-Agency Planning Team (MAPT) meetings that assess and make recommendations regarding mental health needs and services.

C.4.7.5 The Contractor shall ensure access to and/or provision of smoking cessation programs, weight reduction, and alcohol, substance abuse, and domestic violence counseling services for youth.

C.4.7.6 The Contractor shall facilitate mental health service provision by agencies certified as Medicaid providers when individuals do not have access to private health insurance. Proposals that describe an existing or planned capacity to maximize financial and programmatic integrity through the utilization of funding streams other than CFSA shall be evaluated favorably. Preference shall be given to those programs that are certified Medicaid providers, or propose plans to become certified, or are collaborating with subspecialty or subcontracted provider agencies that are certified Medicaid providers.

C.4.8 Sex Education and Reproductive Health Services

C.4.8.1 The Contractor shall provide all youth in care aged 13 to 21 years with sex education and health services that include, among others, sexual relations, pregnancy prevention/contraception, and sexually transmitted diseases (STD).

C.4.8.2 The Contractor shall secure and/or provide high quality, community-based prenatal and postnatal counseling and services to pregnant teens, teen parents and to youth seeking to terminate pregnancies. The Contractor shall ensure care by a licensed obstetrician/gynecologist for all youth seeking access to such a provider.

C.4.8.3 The Contractor shall link with organizations that provide education and support services for gay, lesbian, bisexual, and transgendered youth.

C.4.9 Educational Services and Advocacy

C.4.9.1 The Contractor shall be responsible for the educational and vocational needs of all youth placed in its care. CFSA will provide the Contractor necessary educational information and documentation for the youth. Within 48 hours of receiving this information and documentation, the Contractor shall arrange for and ensure that each school-aged resident attends school or an educational program in accordance with all applicable federal, state and local laws and the youth's initial service plan.

C.4.9.2 The Contractor shall be responsible for enrolling and transporting all school age youth to any educational, vocational and/or mentoring activities, unless otherwise provided by the school district or another community-based service provider.

C.4.9.3 The Contractor shall ensure youth who are no longer required to attend school under the District of Columbia's Compulsory Education Law receive directly, or are appropriately linked to, community-based services and providers to assist the youth transition to independence.

C.4.9.4 The Contractor shall maintain the youth's educational records, including, but not limited to, report cards, educational testing and Individualized Education Plans (IEP's) in the resident's case record.

C.4.9.5 The Contractor shall ensure all youth in need of Special Education are appropriately assessed by the youth's local school or another authorized Special Education evaluator approved by the District of Columbia Public Schools (DCPS). The Contractor shall describe its participation in all meetings held at the youth's local school in order to develop and/or enhance the youth's IEP.

C.4.9.6 The Contractor shall comply with education policies set forth by DCPS and CFSA regarding the provision of special education services and other guidance on a variety of education-related topics. The CFSA Education Unit is available for consultation and assistance in this area.

C.4.9.7 The Contractor shall provide educational enrichment programs and activities.

C.4.9.8 The Contractor shall identify those educational duties and responsibilities for which congregate care staff and/or other contract staff will be accountable (*e.g.*, attendance at school conferences, provision of school supplies, assistance with homework, regular contact with teachers). For independent living programs, this includes the role of the educational coordinator. The plan shall also include description of the educational equipment provided to youth to assist and enrich educational endeavors. Proposals indicating provision of computers, adequate study areas, in-home tutoring (paid or non-paid), and other assistance shall be favored.

C.4.9.9 The Contractor shall identify and establish a network of paid or non-paid providers to which referrals may be made for tutoring, mentoring, and other remedial and advocacy services. The Contractor shall be responsible for linking the youth to the service provider as well as monitoring and ensuring the provision and quality of the service provided.

C.4.9.10 One-on-one tutoring is available in limited circumstances to supplement DCPS services. The Contractor shall provide those youth presenting any of the following educational limitations with tutorial/remedial services:

(a) Two or more grade levels behind age-appropriate academic performance;
(b) Reporting grades of D's or F's;
(c) Services are court ordered;
(d) Services recommended by IEP;
(e) Services recommended by school;
(f) Services recommended by a psychological evaluation, or
(g) Services recommended by the youth's service plan.

C.4.9.11 CFSA encourages the provision of mentoring services for all youth being cared for in congregate care. Contractors shall work to provide innovative provision of mentoring services that are community-based, linked to professional groups, and/or are on a volunteer basis. Mentoring services should be as supplemental activities to tutoring and recreational endeavors already provided by the congregate care program.

C.4.9.12 The Contractor shall provide CFSA with all pertinent educational information for the purposes of data collection and monitoring.

C.4.10  Family Services/Visitation

C.4.10.1 The Contractor shall make efforts to involve the youth's family members and other significant persons in the youth's life, as appropriate, through facilitating visits and inclusion in case planning. The Contractor shall develop and submit policy and procedures for visitation that includes face-to-face visitation, mail correspondence, and telephone contact; supervision of visits; provision of adequate space for visits; and restriction of visits and contact.

C.4.10.2 CFSA shall maintain primary case management responsibility, and the congregate care program is expected to provide supportive assistance in facilitating visits between the youth and his/her family in settings that are more conducive to positive family interaction. The Contractor shall establish the location to be utilized for visits and a sample schedule for visits.

C.4.11 Recreation, Community Connections, and Religion

C.4.11.1 The Contractor shall develop recreational programming for youth that includes the types of family-oriented recreational and cultural/educational activities to be facilitated. Programs that organize both group and individualized recreational outings, and describe a calendar of activities shall be viewed favorably.

C.4.11.2 The Contractor shall nurture the development of hobbies, interests and other leisure time activities for youth. Youth shall be provided sufficient recreational supplies, equipment and activities.

C.4.11.3 The Contractor shall include youth residents in the activities of their family's  community and/or the community in which they reside while in congregate care. Such involvement contributes to a youth's integration into a community and ability to tap into support mechanisms. The Contractor shall endeavor to create a network of services and affiliations that will not only connect youth to the community, but the community to youth and congregate care programs located in their area.

C.4.11.4 The Contractor shall promote youth involvement in the community through volunteer civic activities, attendance at religious services (if desired), use of public agencies/services  such as the local library and health clinic, and other similar activities.

C.4.11.5 Proposals that describe a comprehensive plan to link youth with their communities shall be viewed favorably. Plans may include descriptions of community-based activities in which youth will become involved.

C.4.11.6 The Contractor shall ensure every youth has an opportunity to participate in religious services of his/her choice, or to refrain from religious practice if so desired.

C.4.12    Transportation

C.4.12.1 The Contractor shall provide transportation to all scheduled activities including, but not limited to:

   (a) Medical and mental health appointments;
   (b) School/educational and vocational activities;
   (c) Recreational activities;
   (d) Community activities; and
   (e) Family activities and visits.

Jones & Associates, Inc.                                              Page 20 of 49
CFSA-07-C-0093

C.4.13 Life Skills Training (Independent Living)

C.4.13.1 The Contractor shall develop and submit a plan for preparing age-appropriate youth with life skills in accord with licensure regulations.

C.4.13.2 The Contractor shall prepare teens fifteen years and older for independent living in addition to a referral to the CFSA Independent Living program, Center of Keys for Life. The program shall include, at a minimum, money management/consumerism, meal planning and preparation, household management, personal care and hygiene, health and human sexuality, education, vocational planning and readiness, citizenship, interpersonal and legal skills, and using community resources. The Contractor shall assist youth to develop goals for transition from foster care to independence.

C.4.13.3 The Contractor shall establish a daily routine/schedule of events and activities in the congregate care setting, and provide a sample of activities that will be provided on a daily, weekly and monthly basis.

C.4.14 Employment and Vocational Services

C.4.14.1 The Contractor shall link youth to vocational services as per the service objectives set forth    in the case plan and/or ITILP. Services shall include vocational assessment and training programs.

C.4.14.2 The Contractor shall secure employment assistance and job coaching for youth.

## C.5 CONGREGATE CARE POPULATION-SPECIFIC REQUIREMENTS

C.5.1 CFSA contracts for various types of congregate care with unique staffing patterns and service requirements. General and program requirements previously described in Sections C.2.1 and C.4, respectively, apply to all congregate care programs. In addition to these requirements, The Contractor must meet the requirements specific to the congregate care populations for which care is being proposed. For example, The Contractor providing care for a special population such as the mentally retarded must meet all general and program requirements, as well as meet the population-specific requirements described in this section for specialized group home care or assisted living (depending upon the age of the population to be served).

C.5.1.1 CFSA shall contract for the following types of congregate care:

   1) Independent Living Main Facility Programs for youth aged 16 to 21;

C.5.6   Independent Living Main Facility Programs

C.5.6.1 CFSA continues to recruit family-based care to meet the needs of children and youth. While expanding this capacity, independent living programs shall serve youth aged 16 to 21    through five types of programs: (1) "Independent Living Main Facility Programs" (2) Independent Living Residential Units" (3) "Assisted Living Level III" (4) "Assisted Living    Level   IV"   (5)"Teen Parent Programs". CFSA is also committed to ensuring that youth placed in independent living programs receive care and services that prepare them to successfully live independently.

C.5.6.2 CFSA is contracting for a maximum of 55 children of "Independent Living Main Facility Programs" that provides care for youth aged 16 to 21 at a main facility. This number indicates maximum capacity for this type of care for which CFSA may ultimately contract for fewer youth.

Jones & Associates, Inc.                                    Page 21 of 49
CFSA-07-C-0093

C.5.6.3 The Contractor shall provide on-site, collective supervision of youth at a main facility that contains more than one residence. The Contractor shall comply with licensure regulations for independent living programs and main facility programs.

C.5.6.4 The Contractor shall provide a resident to counselor ratio of 10:1 during day hours, 6:1 during evening hours, and 15:1 during night hours; but in no event less than 2 staff members during evening and night hours any time a resident is present in the facility.

C.5.6.5 The Contractor shall provide Independent Living Main Facility Programs care for youth until the youth's case plan and ITILP objectives determine that the youth is developmentally ready for residence in "Independent Living Residential Units".

C.5.6.6 The Contractor may integrate "Independent Living Main Facility Programs" and "Assisted Living" care in a single facility provided the Contractor's program can meet the care needs of both populations.

C.5.6.7 As with all independent living programs, the Contractor must link residents with the Center of the Keys for Life and trained youth in all aspects of independent living.

* * * END OF SECTION C * * * *

21

Jones & Associates, Inc.                                                  Page 22 of 49
CFSA-07-C-0093

## PART I – SCHEDULE

## SECTION D

## PACKAGING AND MARKING

## TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| D.1 | CONTRACT NUMBER | 23 |
| D.2 | MAILING FEES | 23 |

22

Jones & Associates, Inc.                                        Page 23 of 49
CFSA-07-C-0093

## SECTION D:  PACKAGING AND MARKING

D.1      CONTRACT NUMBER

All packages, letters, documents, correspondence and other data or matter relating to this Contract must be marked with the corresponding Contract number, CFSA-07-C-0093.


D-2      MAILING FEES

All postage and or mailing fees connected with performance of this Contract shall be the responsibility of the Contractor.

**\*\*\*\*END OF SECTION D\*\*\*\***

Jones & Associates, Inc.                                  Page 24 of 49
CFSA-07-C-0093

## PART I – SCHEDULE

## SECTION E

## INSPECTION AND ACCEPTANCE

## TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| E.1 | INSPECTION AND ACCEPTANCE | 25 |
| E.2 | QUALITY CONTROL | 25 |

24

Jones & Associates, Inc.                                        Page 25 of 49
CFSA-07-C-0093

## SECTION E:INSPECTION AND ACCEPTANCE

### E.1 INSPECTION AND ACCEPTANCE

Inspection and Acceptance of services provided under this Contract shall be performed by the Program Monitor, in accordance with Clause 6, <u>Inspection of Services</u>, of the Standard Contract Provisions for Use with District of Columbia Government Supply and Services Contracts, dated November 2004 (Attachment J-1), which is incorporated by reference into this Contract.

### E.2 QUALITY CONTROL

The Contractor is responsible for controlling the quality of services, and ensuring that services conform to the requirements of the Contract. The Contractor shall establish procedures and processes including, but not limited to, inspections to ensure that all Contract requirements are met.

### ****END OF SECTION E****

Jones & Associates, Inc.                                          Page 26 of 49
CFSA-07-C-0093

## PART I – SCHEDULE

### SECTION F

### DELIVERIES OR PERFORMANCE

### TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| F.1 | CONTRACT TYPE | 27 |
| F.2 | PERFORMANCE | 27 |
| F.3 | CONTRACT LINE ITEMS | 27 |

Jones & Associates, Inc.                                             Page 27 of 49
CFSA-07-C-0093

## SECTION F - DELIVERIES OR PERFORMANCE

**F.1 CONTRACT TYPE**

F.1.1   This is a contract providing for fixed unit rate with an indefinite quantity, within written stated limits, of specific supplies or services to be furnished during a fixed period. The contract requires the Agency to order and the Contractor to furnish at least a stated minimum of supplies or services. The maximum quantities of supplies and/or services that the Contractor is obligated to provide are specified in the Pricing Schedule. The guaranteed minimum quantities of services to be ordered are set forth in Section B, Price Schedule.

F.1.2   Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering Clause stated at the subsections or paragraphs in the contract. The Contractor shall furnish to the Agency, if ordered, the supplies and/or services specified in the Pricing Schedule, up to and including the maximum quantity. Through this type of contract, the Agency commits to payment for the minimum quantity specified in the contract, and for any additional amounts beyond the stated minimum, at the fixed price per unit as specified.

F.1.3   There is no limit on the number of orders that may be issued.

**F.2   PERFORMANCE**

Performance under this Contract shall be in accordance with the terms and conditions set forth herein and by any modification made thereto. The period of performance under this Contract shall be from date of execution through 365 days.

**F.3   CONTRACT LINE ITEMS**

The quantities specified in this Section B Price Schedule below shall be considered the maximum capacity for each type of congregate care contracted. These numbers are maximums, based on CFSA's actual congregate care population and plans to reduce the number of children and youth placed in congregate care over the coming years. The Contractor should consider these numbers in the context of the LaShawn A. Fenty Modified Final Order and Implementation Plan, and note that quantities may vary from year to year depending upon the need for foster care, and CFSA's success in placing more children and youth in family-based settings. The unit prices may be augmented by incentives or disincentives based on the performance measures and objectives that are mutually agreed to by the parties.

### ****END OF SECTION F****

Jones & Associates, Inc.                                    Page 28 of 49
CFSA-07-C-0093

## PART I – SCHEDULE

## SECTION G

·

## CONTRACT ADMINISTRATION DATA

## TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| G.1 | CONTRACT ADMINISTRATION | 29 |
| G.2 | PROGRAM MONITOR | 29 |
| G.3 | MODIFICATIONS | 29-30 |
| G.4 | SUBMISSION OF INVOICES | 30 |
| G.5 | CERTIFICATION OF INVOICES | 30 |
| G.6 | PAYMENT | 30-31 |
| G.7 | ASSIGNMENTS | 31 |

28

Jones & Associates, Inc.                                                                 Page 29 of 49
CFSA-07-C-0093

## SECTION G - CONTRACT ADMINISTRATION DATA

**G.1      CONTRACT ADMINISTRATION .**

G.1.1     The Child and Family Services Agency, Contracts and Procurement Administration shall be responsible for all matters of Contract administration that do not deal with the monitoring of service performance, for which the CFSA Program Monitor is responsible. All questions shall be directed in writing to the Contracting Officer, unless the Contracting Officer designates another contact person.

G.1.2     The Contracting Officer for this Contract is:

> Agency Chief Contracting Officer
> Government of the District of Columbia
> Child and Family Services Agency
> 955 L'Enfant Plaza, SW
> North Building, Suite 5200
> Washington, DC 20024

**G.2      PROGRAM MONITOR**

G.2.1     The CFSA Program Monitor is the person designated by CFSA to monitor service aspects of the Contract performance/delivery of services, including, but not limited to, performing quality assurance of the Contract, verifying that supplies or services conform to requirements, implementing any written instructions from the Contracting Officer, reporting deficiencies in performance to the Contracting Officer, and recommending necessary changes to the Contract, specifications, instructions, or other requirements to the Contracting Officer. Correspondence or inquiries related to these issues shall be directed to the Program Monitor, identified below.

G.2.2     The CFSA Program Monitor for this Contract is:

> Administrator
> Office Licensing and Monitoring Administration
> Government of the District of Columbia
> Child and Family Services Agency
> 400 Sixth Street, SW
> Washington, DC 20024

**G.3      MODIFICATIONS**

Any changes, additions or deletions to this Contract shall be made by written modification by the Contracting Officer only. Any such changes, additions or deletions made to the Contract by a CFSA or non-CFSA employee who is not an authorized Contracting Officer shall be deemed null and void.

G.3.1     The Contracting Officer is the only person authorized to approve changes in any of  the requirements of this contract.

Jones & Associates, Inc.                                           Page 30 of 49
CFSA-07-C-0093

G.3.2   The Contractor shall not comply with any order, directive or request that changes or modifications to the requirements of this contract, unless issued in writing and signed by the Contracting Officer.

G.3.3   In the event the Contractor effects any change at the instruction or request of any person   other than the Contracting Officer, the change will be considered to have been made        without authority and no adjustment will be made in the contract price to cover any       cost     increase incurred as a result thereof.

## G-4 SUBMISSION OF INVOICES

G.4.1   CFSA shall use information generated from the Placement Provider Web (PPW) application for payment of placement services. The PPW is an application within the FACES database system whereby placement contractors certify the requisite placement information, through the Monthly Placement Utilization Report (MPUR), necessary to generate payment invoices to CFSA Fiscal Operations.

G.4.2   The Contractor will solely utilize the PPW system and the MPUR to submit the necessary information to generate all invoices for payment.

G.4.3   The Contractor shall not certify the information within the MPUR earlier than the first day of the following month subsequent to the service month.

G.4.4   Once a MPUR is certified by the Contractor for the generation of an invoice, it cannot be modified.

G.4.5   The Con tractor must designate a staff member to serve as an approving authority for the PPW. Designated staff must complete the requisite PPW training prior to the issuance of secure access to the system.

G.4.6   If the Contractor is unable to access the PPW, it is the Contractor's responsibility to contact the CFSA Computer Information Systems Administration (CISA) helpdesk for technical assistance.

G.4.7   If there is a substantive, not technical, problem with the Contractor's PPW invoice, it is the Contractor's responsibility to contact the designated CFSA Fiscal Operations technician to resolve the issue.

G.4.8   If the Contractor fails to submit its invoices through the PPW and the MPUR, the Contractor accepts that said invoices may not be processed within the normal statutory timeframes.

## G-5   CERTIFICATION OF INVOICES

Upon receipt of a properly submitted invoice, it shall be forwarded to the CFSA Program Monitor, who shall certify the invoice and return it to the CFSA Fiscal Operations Administration for processing.

## G-6   PAYMENT

The District will pay the amount due the Contractor under this contract in accordance with the terms of the contract and upon presentation of a complete and properly executed invoice and

Jones & Associates, Inc.                                     Page 31 of 49
CFSA-07-C-0093

after all approvals are completed as required by CFSA fiscal operations. CFSA shall only
pay the prices stated in Section B.

## G.7    ASSIGNMENTS

G.7.1   In accordance with 27 DCMR § 3250, unless otherwise prohibited by this Contract, the
Contractor may assign funds due or to become due as a result of the performance of this contract
to a bank, trust company, or other financing institution.

G.7.2   Any assignment shall cover all unpaid amounts payable under this contract, and shall not be made
to more than one party.

G.7.3   Notwithstanding an assignment of money claims pursuant to authority contained in the contract,
the Contractor, not the Assignee, is required to prepare invoices.  Where such an assignment has
been made, the original copy of the invoice must refer to the assignment and must show that
payment of the invoice is to be made directly to the assignee as follows:

> Pursuant to the instrument of assignment dated _____,
> make payment of this invoice to _____
>                    (name and address of assignee).

**\*\*\* END OF SECTION G \*\*\***

Jones & Associates, Inc.                                    Page 32 of 49
CFSA-07-C-0093

## PART I – SCHEDULE

## SECTION H

•

## SPECIAL CONTRACT REQUIREMENTS

## TABLE OF CONTENTS

CLAUSE NO.                     CLAUSE TITLE                         PAGE NO.

H.1     DEPARTMENT OF LABOR WAGE DETERMINATION              33

H.2     AUDITS, RECORDS AND RECORD RETENTION                33

H.3     PUBLICITY                                           34

H.4     CONFLICT OF INTEREST                                34

H.5     RESERVED                                            34

H.6     CONTRACTOR RESPONSIBILITIES                         34-35

H.7     RESERVED                                            35

H.8     AMERICANS WITH DISABILITIESACT AND REHABILATATION
        ACT OF 1973                                         35

H.9     RESERVED                                            35

H.10    QUALITY CONTROL                                     35

H.11    PERFORMANCE EVALUATION MEETINGS                     35

H.12    RESERVED                                            35

H.13    HIPPA PRIVACY COMPLIANCE                            36-39

## SECTION H - SPECIAL CONTRACT REQUIREMENTS

**H.1     DEPARTMENT OF LABOR WAGE DETERMINATION AND THE LIVING WAGE ACT OF 2006**

The Contractor shall be bound by the **Wage Determination No. 1994-2103 (Revision No. 35, dated May 23, 2006)** issued by the U.S. Department of Labor and the **Living Wage Act of 2006 Title I of the "Way to Work Amendment Act of 2006", D.C. Law 16-118 (D.C. Official Code §2-220.01 to .11), effective June 8, 2006** in accordance with and incorporated herein as Attachment J.4 of this Contract. The Contractor shall be bound by the wage rates for the term of the Contract. If an option is exercised, the Contractor shall be bound by the applicable wage rate at the time of the option. If the option is exercised and the Contracting Officer for the option obtains a revised wage determination, that determination is applicable for the option periods; the Contractor may be entitled to an equitable adjustment.

**H.2     AUDITS, RECORDS, AND RECORD RETENTION**

H.2.1   At any time or times before final payment and three (3) years thereafter, the Contracting Officer may have the Contractor's invoices or vouchers and statements of cost audited. For cost reimbursement contracts, any payment may be reduced by amounts found by the Contracting Officer not to constitute allowable costs as adjusted for prior overpayment or underpayment. In the event that all payments have been made to the Contractor by the District Government and an overpayment is found, the Contractor shall reimburse the District for said overpayment within thirty (30) days after written notification.

H.2.2   The Contractor shall establish and maintain books, records, and documents (including electronic storage media) in accordance with generally accepted accounting principles and practices which sufficiently and properly reflect all revenues and expenditures of funds provided by the District under the contract that results from this solicitation.

H.2.3   The Contractor shall retain all records, financial records, supporting documents, statistical records, and any other documents (including electronic storage media) pertinent to the contract for a period of five (5) years after termination of the contract, or if an audit has been initiated and audit findings have not been resolved at the end of five (5) years, the records shall be retained until resolution of the audit findings or any litigation which may be based on the terms of the contract.

H.2.4   The Contractor shall assure that these records shall be available at all reasonable times to inspection, review, or audit by Federal, and District agencies, or other personnel duly authorized by the Contracting Officer.

H.2.5   Persons duly authorized by the Contracting Officer shall have full access to and the right to examine any of the Contractor's contract and related records and documents, regardless of the form in which kept, at all reasonable times for as long as records are retained.

H.2.6   The Contractor shall include these aforementioned audit and record keeping requirements in all approved subcontracts and assignments.

## H.3    PUBLICITY

The Contractor shall at all times obtain the prior written approval from the Contracting Officer before it, any of its officers, agents, employees or subcontractor, either during or after expiration or termination of the contract, make any statement, or issue any material, for publication through any medium of communication, bearing on the work performed or data collected under this contract.

## H.4    CONFLICT OF INTEREST

H.4.1  No official or employee of the District of Columbia or the federal government who exercises any functions or responsibilities in the review or approval of the undertaking or carrying out of this contract shall, prior to the completion of the project, voluntarily acquire any personal interest, direct or indirect, in the contract or proposed contract. (DC Procurement Practices Act of 1985, D.C. Law 6-85, D.C. Official Code § 2-310.01and Chapter 18 of the DC Personnel Regulations).

H.4.2  The Contractor represents and covenants that it presently has no interest and shall not acquire any interest, direct or indirect, which would conflict in any manner or degree with the performance of its services hereunder.  The Contractor further covenants not to employ any person having such known interests in the performance of the contract.

## H.5    RESERVED

## H.6    CONTRACTOR RESPONSIBILITIES

H.6.1   NO REFUSAL TO PLACE AND PLANNED DISCHARGE

The Contractor shall immediately accept any child that has been assigned by CFSA for care.  In addition, the Contractor shall not discharge any child assigned by CFSA from its care without the written permission of the Contracting Officer.

H.6.2   ACCEPTANCE – 24-HOUR AVAILIBILITY

The Contractor shall have staff available 24 hours per day, 7 days per week, week for every calendar day of the contract period to accept children that may be assigned by CFSA on an emergency basis.

H.6.3   TRANSPORTATION

The Contractor shall provide transportation for all children assigned by CFSA for routine and necessary activities.

H.6.4   SIGN LANGUAGE INTERPRETER SERVICE

The Contractor shall provide  sign language interpreter services  for children requiring the communication of sign language assigned by CFSA.

### H.6.5  FOREIGN LANGUAGE INTERPRETER SERVICES

The Contractor shall provide foreign language interpreter services for children, as required

### H.6.6  GEOGRAPHICAL PROXIMITY FACTORS

The Contractor shall have facilities or placement capabilities for children assigned by CFSA in the District of Columbia or within 25 miles of the District of Columbia.

### H.6.7 EMERGENCY RESPONSE / EMERGENCY PLAN

The Contractor at a minimum shall have the following to address emergency requirements:

1) Facilities – address the requirement for back-up power generators; address a back-up location in case clients need to be re-directed for temporary housing and/or care; address training provisions in case of natural or man-made disasters.
2) Clients – address back-up actions in case of natural or man-made disasters where children could be unable to go to primary locations; address back-up locations to gather; address alternate phone numbers for children to call; address alternate trusted individuals that children can reach in be cared for; address training on all these aspects for CFSA, administrators, parents and children.
3) Plan – ask for a plan on conducting all of this, including the written plan, training, and CFSA's role.

### H.7    RESERVED

### H.8    AMERICANS WITH DISABILITIES ACT AND REHABILITATION ACT OF 1973

The Contractor and any of its subcontractors shall comply with all provisions of Section 504 of the Rehabilitation Act of 1973, as amended, and the Americans with Disabilities Act, as amended.

### H.9    RESERVED

### H.10   QUALITY CONTROL

The Contractor is responsible for controlling the quality of services that conform to the contract specifications. The Contractor shall establish procedures and processes that include, but are not limited to inspections to ensure that all contract requirements are met.

### H.11   PERFORMANCE EVALUATION MEETINGS

During the performance of this contract, the Contractor's Project Manager will meet weekly with the Contracting Officer's Technical Representative (COTR) at a time and place specified by the COTR. Meetings will be held as often as necessary after the 1st month as determined by the COTR. A mutual effort will be made to resolve all problems identified.

### H.12   RESERVED

Jones & Associates, Inc.
CFSA-07-C-0093

Page 36 of 49

## H.13  HIPAA PRIVACY COMPLIANCE

H.13.1      Definitions

H.13.1.1   "Contractor" shall mean the Business Associates.

H.13.1.2   "CFSA" shall mean the District of Columbia, Child and Family Services Agency

H.13.1.3   "Designated Record Set" means:

H.13.1.3.1    A group of records maintained by or for CFSA that is:

H.13.1.3.1.1  The medical records and billing records about individuals maintained by or for a covered health care provider;

H.13.1.3.1.2 The enrollment, payment, claims adjudication, and case or medical management record systems maintained by or for a health plan; or

H.13.1.3.1.3  Used, in whole or in part, by or for CFSA to make decisions about individuals.

H.13.1.3.2    For purposes of this paragraph, the term record means any items, collection, or grouping of information that includes Protected Health Information and is maintained, collected, used, or disseminated by or for CFSA.

H.13.1.4    Individual shall have the same meaning as the term "individual" in 45 CFR 164.501 and shall include a person who qualifies as a personal representative in accordance with 45 CFR 164.502(g).

H.13.1.5    Privacy Rule. "Privacy Rule" shall mean the Standards for Privacy of Individually Identifiable Health Information at 45 CFR part 160 and part 164, subparts A and E.

H.13.1.6    Protected Health Information. "Protected Health Information" shall have the same meaning as the term "protected health information" in 45 CFR 164.501, limited to the information created or received by Contractor from or on behalf of CFSA.

H.13.1.7    Required By Law. "Required By Law" shall have the same meaning as the term "required by law" in 45 CFR 164.501.

H.13.1.8    Secretary. "Secretary" shall mean the Secretary of the Department of Health and Human Services or his designee.

H.13.2      Obligations and Activities of Contractor

H.13.2.1    Contractor agrees to not use or disclose Protected Health Information other than as permitted or required by this HIPAA Privacy Compliance Clause (this Clause) or as Required By Law.

H.13.2.2    Contractor agrees to use appropriate safeguards to prevent use or disclosure of the Protected Health Information other than as provided for by this Clause.

36

Jones & Associates, Inc.                                    Page 37 of 49
CFSA-07-C-0093

H.13.2.3     Contractor agrees to mitigate, to the extent practicable, any harmful effect that is known to
             Contractor of a use or disclosure of Protected Health Information by Contractor in violation
             of the requirements of this Clause.

H.13.2.4     Contractor agrees to report to CFSA any use or disclosure of the Protected Health
             Information not provided for by this Clause of which it becomes aware.

H.13.2.5     Contractor agrees to ensure that any agent, including a subcontractor, to whom it provides
             Protected Health Information received from, or created or received by Contractor on behalf of
             CFSA, agrees to the same restrictions and conditions that apply through this Agreement to
             Contractor with respect to such information.

H.13.2.6     Contractor agrees to provide access, at the request of CFSA, and in the time and manner
             prescribed by the Contracting Officer, to Protected Health Information in a Designated
             Record Set, to CFSA or, as directed by CFSA, to an Individual in order to meet the
             requirements under 45 CFR 164.524.

H.13.2.7     Contractor agrees to make any amendment(s) to Protected Health Information in a
             Designated Record Set that CFSA directs or agrees to pursuant to 45 CFR 164.526 at the
             request of CFSA or an Individual, and in the time and manner prescribed by the Contracting
             Officer.

H.13.2.8     Contractor agrees to make internal practices, books, and records, including policies and
             procedures and Protected Health Information, relating to the use and disclosure of Protected
             Health Information received from, or created or received by Contractor on behalf of, CFSA,
             available to the CFSA, or to the Secretary, in a time and manner prescribed by the
             Contracting Officer or designated by the Secretary, for purposes of the Secretary determining
             CFSA's compliance with the Privacy Rule.

H.13.2.9     Contractor agrees to document such disclosures of Protected Health Information and
             information related to such disclosures as would be required for CFSA to respond to a request
             by an Individual for an accounting of disclosures of Protected Health Information in
             accordance with 45 CFR 164.528.

H.13.2.10    Contractor agrees to provide to CFSA or an Individual, in time and manner prescribed by the
             Contracting Officer, information collected in accordance with Section (i) above, to permit
             CFSA to respond to a request by an Individual for an accounting of disclosures of Protected
             Health Information in accordance with 45 CFR 164.528.

H.13.3       Permitted Uses and Disclosures by Contractor

H.13.3.1     Refer to underlying services agreement: Except as otherwise limited in this Clause,
             Contractor may use or disclose Protected Health Information to perform functions, activities,
             or services for, or on behalf of, CFSA as specified in this contract, provided that such use or
             disclosure would not violate the Privacy Rule if done by CFSA or the minimum necessary
             policies and procedures of CFSA.

H.13.3.2     Except as otherwise limited in this Clause, Contractor may use Protected Health Information
             for the proper management and administration of the Contractor or to carry out the legal
             responsibilities of the Contractor.

37

Jones & Associates, Inc.                                                      Page 38 of 49
CFSA-07-C-0093

H.13.3.3    Except as otherwise limited in this Clause, Contractor may disclose Protected Health
            Information for the proper management and administration of the Contractor, provided that
            disclosures are Required By Law, or Contractor obtains reasonable assurances from the
            person to whom the information is disclosed that it will remain confidential and used or
            further disclosed only as Required By Law or for the purpose for which it was disclosed to
            the person, and the person notifies the Contractor of any instances of which it is aware in
            which the confidentiality of the information has been breached.

H.13.3.4    Except as otherwise limited in this Clause, Contractor may use Protected Health Information
            to provide Data Aggregation services to CFSA as permitted by 42 CFR 164.504(e)(2)(i)(B).

H.13.3.5    Contractor may use Protected Health Information to report violations of law to appropriate
            Federal and State authorities, consistent with § 164.502(j)(1).

H.13.4      Obligations of CFSA

H.13.4.1    CFSA shall notify Contractor of any limitation(s) in its notice of privacy practices of CFSA
            in accordance with 45 CFR 164.520, to the extent that such limitation may affect Contractor's
            use or disclosure of Protected Health Information.

H.13.4.2    CFSA shall notify Contractor of any changes in, or revocation of, permission by Individual
            to use or disclose Protected Health Information, to the extent that such changes may affect
            Contractor's use or disclosure of Protected Health Information.

H.13.4.3    CFSA shall notify Contractor of any restriction to the use or disclosure of Protected Health
            Information that CFSA has agreed to in accordance with 45 CFR 164.522, to the extent that
            such restriction may affect Contractor's use or disclosure of Protected Health Information.

H.13.5      Permissible Requests by CFSACFSA shall not request Contractor to use or disclose Protected
            Health Information in any manner that would not be permissible under the Privacy Rule if
            done by CFSA.

H.13.6      Term and Termination

H.13.6.1    Term. The requirements of this HIPAA Privacy Compliance Clause shall be effective as of
            the date of contract award, and shall terminate when all of the Protected Health Information
            provided by CFSA to Contractor, or created or received by Contractor on behalf of CFSA, is
            destroyed or returned to CFSA, or, if it is infeasible to return or destroy Protected Health
            Information, protections are extended to such information, in accordance with the termination
            provisions in this Section.

H.13.6.2    Termination for Cause. Upon CFSA's knowledge of a material breach of this Clause by
            Contractor, CFSA shall either:

H.13.6.2.1  Provide an opportunity for Contractor to cure the breach or end the violation and terminate
            the contract if Contractor does not cure the breach or end the violation within the time
            specified by CFSA;

H.13.6.2.2  Immediately terminate the contract if Contractor has breached a material term of this HIPAA
            Privacy Compliance Clause and cure is not possible; or

H.13.6.2.3  If neither termination nor cure is feasible, CFSA shall report the violation to the Secretary.

Jones & Associates, Inc.                                                          Page 39 of 49
CFSA-07-C-0093

H.13.6.3    Effect of Termination.

H.13.6.3.1    Except as provided in Section H.13.6.3.2, upon termination of the contract, for any reason, Contractor shall return or destroy all Protected Health Information received from CFSA, or created or received by Contractor on behalf of CFSA. This provision shall apply to Protected Health Information that is in the possession of subcontractors or agents of Contractor. Contractor shall retain no copies of the Protected Health Information.

H.13.6.3.2    In the event that Contractor determines that returning or destroying the Protected Health Information is infeasible, Contractor shall provide to CFSA notification of the conditions that make return or destruction infeasible. Upon determination by the Contracting Officer that return or destruction of Protected Health Information is infeasible, Contractor shall extend the protections of this Agreement to such Protected Health Information and limit further uses and disclosures of such Protected Health Information to those purposes that make the return or destruction infeasible, for so long as Contractor maintains such Protected Health Information.

H.13.7    Miscellaneous

H.13.7.1    Regulatory References. A reference in this Clause to a section in the Privacy Rule means the section as in effect or as amended.

H.13.7.2    Amendment. The Parties agree to take such action as is necessary to amend this Clause from time to time as is necessary for CFSA to comply with the requirements of the Privacy Rule and the Health Insurance Portability and Accountability Act of 1996, Public Law No. 104-191.

H.13.7.3    Survival. The respective rights and obligations of Contractor under Section H-7.6 of this Clause and Sections 9 and 20 of the Standard Contract Provisions for use with District of Columbia Government Supply and Services Contracts, effective April 2003, shall survive termination of the contract.

H.13.7.4    Interpretation. Any ambiguity in this Clause shall be resolved to permit CFSA to comply with the Privacy Rule.

**\*\*\*\*END OF SECTION H\*\*\*\***

## PART II – CONTRACT CLAUSES

### SECTION I
•
### CONTRACT CLAUSES

### TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| I.1 | APPLICABILITY OF STANDARD CONTRACT PROVISIONS | 41 |
| I.2 | CONTRACTS THAT CROSS FISCAL YEARS | 41 |
| I.3 | CONFIDENTIALITY OF INFORMATION | 41 |
| I.4 | TIME | 41 |
| I.5 | RESTRICTION OF DISCLOSURE AND USE OF DATA | 41 |
| I.6 | RIGHTS IN DATA | 42-44 |
| I.7 | OTHER CONTRACTOR | 44 |
| I.8 | FIRST SOURCE EMPLOYMENT AGREEMENT | 44 |
| I.9 | SUBCONTRACTS | 44 |
| I.10 | CONTINUITY OF SERVICES | 44-45 |
| I.11 | INSURANCE | 45-47 |
| I.12 | EQUAL EMPLOYMENT OPPORTUNITY | 47 |
| I.13 | PRE-AWARD APPROVAL | 47 |
| I.14 | ORDER OF PRECEDENCE | 47 |

Jones & Associates, Inc.                                      Page 41 of 49
CFSA-07-C-0093

## SECTION I: CONTRACT CLAUSES

**I.1     APPLICABILITY OF STANDARD CONTRACT PROVISIONS**

The Standard Contract Provisions for use with District of Columbia Government Supply and
Services Contracts dated April 2003, (Attachment J.1), the District of Columbia Procurement
Practices Act of 1985, as amended, and Title 27 of the District of Columbia Municipal
Regulations, as amended, are incorporated as part of the contract resulting from this solicitation.

**I.2     CONTRACTS THAT CROSS FISCAL YEARS**

Continuation of this contract beyond the fiscal year is contingent upon future fiscal
appropriations.

**I.3     CONFIDENTIALITY OF INFORMATION**

All information obtained by the Contractor relating to any employee of the District or customer of
the District shall be kept in absolute confidence and shall not be used by the Contractor in
connection with any other matters, nor shall any such information be disclosed to any other
person, firm, or corporation, in accordance with the District and Federal laws governing the
confidentiality of records.

**I.4     TIME**

Time, if stated in a number of days, will include Saturdays, Sundays, and holidays, unless
otherwise stated herein.

**I.5     RESTRICTION ON DISCLOSURE AND USE OF DATA**

The Contractor who include in their proposal data that they do not want disclosed to the public or
used by the District Government except for use in the procurement process shall:

1.5.1    Mark the title page with the following legend:

"This proposal includes data that shall not be disclosed outside the District Government and shall
not be duplicated, used or disclosed in whole or in part for any purpose except for use in the
procurement process.

If however, a contract is awarded to this Contractor as a result of or in connection with the
submission of this data, the District Government shall have the right to duplicate, use, or disclose
the data to the extent consistent with the District's needs in the procurement process.  This
restriction does not limit the District's rights to use, without restriction, information contained in
this data if it is obtained from another source.  The data subject to this restriction are contained in
sheets (insert numbers or other identification of sheets)."

15.2     Mark each sheet of data it wishes to restrict with the following legend:
"Use or disclosure of data contained on this sheet is subject to the restriction on the title
page of this proposal."

## I.6    RIGHTS IN DATA

I.6.1    "Data," as used herein, means recorded information, regardless of form or the media on which it may be recorded. The term includes technical data and computer software. The term does not include information incidental to contract administration, such as financial, administrative, cost or pricing, or management information.

I.6.2    (a) The term "Technical Data", as used herein, means recorded information, regardless of form or characteristic, of a scientific or technical nature. It may, for example, document research, experimental, developmental or engineering work, or be usable or used to define a design or process or to procure, produce, support, maintain, or operate material. The data may be graphic or pictorial delineations in media such as drawings or photographs, text in specifications or related performance or design type documents or computer printouts.

(b) Examples of technical data include research and engineering data, engineering drawings and associated lists, specifications, standards, process sheets, manuals, technical reports, catalog item identifications, and related information, and computer software documentation. Technical data does not include computer software or financial, administrative, cost and pricing, and management data or other information incidental to contract administration.

I.6.3    The term "Computer Software", as used herein means computer programs and computer databases. "Computer Programs", as used herein means a series of instructions or statements in a form acceptable to a computer, designed to cause the computer to execute an operation or operations. "Computer Programs" include operating systems, assemblers, compilers, interpreters, data management systems, utility programs, sort merge programs, and automated data processing equipment maintenance diagnostic programs, as well as applications programs such as payroll, inventory control and engineering analysis programs. Computer programs may be either machine-dependent or machine-independent, and may be general purpose in nature or designed to satisfy the requirements of a particular user.

I.6.4    The term "computer databases", as used herein, means a collection of data in a form capable of being processed and operated on by a computer.

I.6.5    All data first produced in the performance of this Contract shall be the sole property of the District. The Contractor hereby acknowledges that all data, including, without limitation, computer program codes, produced by Contractor for the District under this Contract, are works made for hire and are the sole property of the District; but, to the extent any such data may not, by operation of law, be works made for hire, Contractor hereby transfers and assigns to the District the ownership of copyright in such works, whether published or unpublished. The Contractor agrees to give the District all assistance reasonably necessary to perfect such rights including, but not limited to, the works and supporting documentation and the execution of any instrument required to register copyrights. The Contractor agrees not to assert any rights in common law or in equity in such data. The Contractor shall not publish or reproduce such data in whole or in part or in any manner or form, or authorize others to do so, without written consent of the District until such time as the District may have released such data to the public.

I.6.6    The District shall have restricted rights in data, including computer software and all accompanying documentation, manuals and instructional materials, listed or described in a license or agreement made a part of this contract, which the parties have agreed will be furnished with restricted rights, provided however, not withstanding any contrary provision in any such license or agreement, such restricted rights shall include, as a minimum the right to:

I.6.6.1   Use the computer software and all accompanying documentation and manuals or instructional materials with the computer for which or with which it was acquired, including use at any District installation to which the computer may be transferred by the District;

I.6.6.2   Use the computer software and all accompanying documentation and manuals or instructional materials with a backup computer if the computer for which or with which it was acquired is inoperative;

I.6.6.3   Copy computer programs for safekeeping (archives) or backup purposes; and

I.6.6.4   Modify the computer software and all accompanying documentation and manuals or instructional materials, or combine it with other software, subject to the provision that the modified portions shall remain subject to these restrictions.

I.6.7   The restricted rights set forth in section I.6.6 are of no effect unless

(i) the data is marked by the Contractor with the following legend:

RESTRICTED RIGHTS LEGEND

Use, duplication, or disclosure is subject to restrictions stated in Contract No._____
With _____(Contractor's Name) and

(ii)   If the data is computer software, the related computer software documentation includes a prominent statement of the restrictions applicable to the computer software. The Contractor may not place any legend on the computer software indicating restrictions on the District's rights in such software unless the restrictions are set forth in a license or agreement made a part of the contract prior to the delivery date of the software. Failure of the Contractor to apply a restricted rights legend to such computer software shall relieve the District of liability with respect to such unmarked software.

I.6.8   In addition to the rights granted in Section I.6.9 below, the Contractor hereby grants to the District a nonexclusive, paid-up license throughout the world, of the same scope as restricted rights set forth in Section I.6.9 below, under any copyright owned by the Contractor, in any work of authorship prepared for or acquired by the District under this contract. Unless written approval of the contracting Officer is obtained, the Contractor shall not include in technical data or computer software prepared for or acquired by the District under this contract any works of authorship in which copyright is not owned by the Contractor without acquiring for the District any rights necessary to perfect a copyright license of the scope specified in the first sentence of this paragraph.

I.6.9   Whenever any data, including computer software, are to be obtained from a subcontractor under this contract, the Contractor shall use Section I.6 in the subcontract, without alteration, and no other clause shall be used to enlarge or diminish the District's or the Contractor's rights in that subcontractor data or computer software which is required for the District.

I.6.10   For all computer software furnished to the District with the rights specified in Section I.6.5, the Contractor shall furnish to the District, a copy of the source code with such rights of the scope specified in Section I.6.5. For all computer software furnished to the District with the restricted

rights specified in Section I.6.6, the District, if the Contractor, either directly or through a successor or affiliate shall cease to provide the maintenance or warranty services provided the District under this contract or any paid-up maintenance agreement, or if Contractor should be declared bankrupt or insolvent by the court if competent jurisdiction, shall have the right to obtain, for its own and sole use only, a single copy of the then current version of the source code supplied under this contract, and a single copy of the documentation associated therewith, upon payment to the person in control of the source code the reasonable cost of making each copy.

I.6.11   The Contractor shall indemnify and save and hold harmless the District, its officers, agents and employees acting within the scope of their official duties against any liability, including costs and expenses, (i) for violation of proprietary rights, copyrights, or rights of privacy, arising out of the publication, translation, reproduction, delivery, performance, use or disposition of any data furnished under this contract, or (ii) based upon any data furnished under this contract, or based upon libelous or other unlawful matter contained in such data.

I.6.12   Nothing contained in this clause shall imply a license to the District under any patent, or be construed as affecting the scope of any license or other right otherwise granted to the District under any patent.

I.6.13   Paragraphs I.6.6, I.6.7, I.6.8, I.6.11 and I.6.13 above are not applicable to material furnished to the Contractor by the District and incorporated in the work furnished under contract, provided that such incorporated material is identified by the Contractor at the time of delivery of such work

## I.7   OTHER CONTRACTORS

The Contractor shall not commit or permit any act that will interfere with the performance of work by another District Contractor or by any District employee.

## I.8   FIRST SOURCE EMPLOYMENT AGREEMENT

The Contractor shall maintain compliance with the terms and conditions of the First Source Employment Agreement, Attachment J.3, executed between the District of Columbia and the Contractor throughout the entire duration of the contract, including option periods if any.

## I.9   SUBCONTRACTS

The Contractor hereunder shall not subcontract any of the Contractor's work or services to any subcontractor without the prior, written consent of the Contracting Officer. Any work or service so subcontracted shall be performed pursuant to a subcontract agreement, which the District shall have the right to review and approve prior to its execution to the Contractor. Any such subcontract shall specify that the Contractor and the subcontractor shall be subject to every provision of this contract. Notwithstanding any such subcontractor approved by the District, the Contractor shall remain liable to the District for all Contractor's work and services required hereunder.

## I.10   CONTINUITY OF SERVICES

I.10.1   The Contractor recognizes that the services provided under this contract are vital to the District of Columbia and must be continued without interruption and that, upon contract expiration or termination, a successor, either the District Government or another contractor, at the District's option, may continue to provide these services. To that end, the Contractor agrees to:

Jones & Associates, Inc.                                          Page 45 of 49
CFSA-07-C-0093

I.10.1.1 Furnish phase-out, phase-in (transition) training; and

I.10.1.2 Exercise its best efforts and cooperation to effect an orderly and efficient transition to a
successor.

## I.11    INSURANCE

The Contractor shall obtain the minimum insurance coverage set forth below prior to award of the
contract and within ten (10 ) calendar days after being called upon by the District to do so and
keep such insurance in force throughout the  contract period.

I.11.1    Contractor shall secure and maintain the insurance policies required in this section. All policies
shall be written by insurers which are licensed as regulated insurers by the District of Columbia
government and are in good standing under such license, with a rating by the A.M. Best
Company of A- or greater, and with a financial class size of VIII or higher, or equivalent ratings
from a recognized insurance rating service which the licensing agency has approved in writing.

I.11.2    Contractor shall secure and maintain, and provide evidence that its staff members who are
independent contractors secure and maintain (in the form of certificates complying with D.C.
Mun. Regs., Titl. 29, §§ 6221.3, 6316.5, 6316.6, and 6316.7), commercial general liability
insurance, containing contractual liability insurance, insuring the facility as named insured and
naming the contracting entity, licensing agency and the District of Columbia government as
additional insured, on an occurrence (not claims-made) basis, with per location or per project
limits (exclusive of defense costs) of not less than:

I.11.2.1 One million dollars ($ 1,000,000) per occurrence for bodily injury or death or property damage,
combined single limit;

I.11.2.2  One million dollars ($ 1,000,000) per occurrence for personal and advertising injury;

I.11.2.3  One million dollars ($1,000,000) per occurrence for products-completed operations; and

I.11.2.4 Subject to a general aggregate of two million dollars ($2,000,000) per policy year. All such
policies shall be primary coverage and the Contractor's policies shall provide coverage for all
staff members excluding independent contractors. Deductibles under commercial general liability
insurance policies shall not exceed five thousand dollars ($5,000.00) per occurrence.

I.11.3    Contractor shall secure and maintain business automobile policy insurance for owned, non-owned
and hired vehicles with a combined single limit (exclusive of defense costs) of not less than one
million dollars ($1,000,000). All such policies shall be primary coverage and shall provide
coverage for all staff members. Limits for uninsured and under-insured motorists shall be not less
than one million dollars ($1,000,000). Physical damage deductibles under business automobile
policies shall not exceed five thousand dollars ($5,000.00) per occurrence.

I.11.4    Contractor shall secure and maintain, and provide evidence that its staff members who are
independent contractors secure and maintain:

I.11.4.1 Worker's compensation insurance with statutory worker's compensation limits.;

I.11.4.2 Professional liability insurance with limits (exclusive of defense costs) of not less than one
million dollars ($1,000,000) per occurrence.

I.11.5    Contractor shall secure and maintain employer's liability insurance with limits of not less than
one   hundred thousand dollars ($ 100,000) per accident, five hundred thousand dollars ($
500,000) disease policy limit, one hundred thousand dollars ($ 100,000) disease, each employee.
All such policies shall be primary coverage and shall provide coverage for all staff members.

Jones & Associates, Inc.                                        Page 46 of 49
CFSA-07-C-0093

I.11.6   Contractor shall secure and maintain coverage of the building, improvements, furnishings, fixtures and equipment, inventory and other personal property by broad form ("all-risk") commercial property insurance on a full replacement cost, agreed amount basis, waiving subrogation against the licensing agency, the contracting entity and the District of Columbia government and containing an additional insured endorsement naming the licensing agency, the contracting entity and the District of Columbia government as additional insured. Contractor shall secure and maintain time value insurance coverage for one hundred percent (100%) of the loss of income/extra expense coverage incurred in occurrences covered by the facility's commercial property insurance policy. Deductibles under property insurance policies maintained by the facility shall not exceed five thousand dollars ($ 5,000.00) per occurrence. All such policies shall be primary coverage. If all or a portion of the above coverages are maintained by the Contractor's landlord, the Contractor shall also provide evidence of the landlord's, which evidence shall include a waiver of subrogation against the licensing agency, the contracting entity and the District of Columbia government.

I.11.7   Contractor shall secure and maintain excess or umbrella liability insurance with limits of not less than five million dollars ($ 5,000,000) per occurrence, subject to a general aggregate of five million dollars ($ 5,000,000) per policy year, and self-insured retention of no more ten thousand dollars ($ 10,000), covering not less than the same liabilities and coverages set forth in D.C. Mun. Regs, Titl. 29, § § 6221 and 6316, in excess of the limits specified in those policies.

I.11.8   The insurance policies required by this section shall contain the following endorsement:

"It is hereby understood and agreed that the insurer may not cancel, fail to renew, or reduce the coverage or liability limits of this policy unless the insurer provides the contacting entity, licensing agency, and the Office of the City Administrator with written notice of an intent to take such action at least ten (10) days in advance of cancellation for non-payment of premium and thirty (30) days in advance of any other such action. The insurer shall serve notice to the following persons by certified mail, return receipt requested:

                    Director
                    Child and Family Services Agency
                    400 6th Street SW
                    Washington, DC 20024

                    Office of the City Administrator
                    Attention Risk Management Officer
                    441 4th Street, N.W.
                    Suite 1150
                    Washington, DC 20001"

I.11.9   Contractor shall defend, indemnify and hold the contracting entity, licensing agency, and the District of Columbia government, and its elected and appointed officials and officers, employees, agents and representatives, harmless from and against any and all injuries, claims, demands, judgments, suits in law and equity (including without limitation, habeas corpus actions), actions before administrative tribunals, damages, losses and expenses, including reasonable attorney's fees and costs of suit or defense, that actually or allegedly, in whole or in part, arise out of, or result from:

I.11.9.1 The operation of the facility;

Jones & Associates, Inc.                                    Page 47 of 49
CFSA-07-C-0093

I.11.9.2 Performing or failing to perform duties required by or reasonably related to the requirements of the contract between the facility and the contracting entity; or

I.11.9.3 Providing or offering services, whether or not caused by the facility or its affiliates, officers, employees, agents, contractors or subcontractors; whether or not such acts or omissions were alleged or proven to have been caused in whole or in part by the contracting entity, the licensing agency or the District of Columbia government, and whether or not such acts or omissions are authorized, allowed or prohibited by this Chapter. The facility's indemnity obligations under this section shall not apply to any injuries, claims, demands, judgments, damages, losses or expenses to the extent arising out of or resulting from the gross negligence or willful misconduct by the contracting entity, the licensing agency or the District of Columbia government, or their officials, officers, employees, agents or representatives, provided that no such gross negligence or willful misconduct, alleged or actual, shall affect the facility's obligation to defend the contracting entity, licensing agency, and the District of Columbia government.

I.11.9.4 Contractor shall provide copies of the policies for any or all of the insurance required by this section to the contracting entity and licensing agency upon written request.

## I.12    EQUAL EMPLOYMENT OPPORTUNITY

In accordance with the District of Columbia Administrative Issuance System, Mayor's Order 85-85 dated June 10, 1985, the forms for completion of the Equal Employment Opportunity Information Report are incorporated herein as Attachment J4. An award cannot be made to any Contractor who has not satisfied the equal employment requirements as set forth by the Department of Human Rights and Local Business Development.

## I.13    PRE-AWARD APPROVAL

The award and enforceability of this contract is contingent upon Council Approval. In accordance with the Council Contract Review Criteria Amendment Act of 1999, D.C. Official Code 2-301.05(a).

## I.14    ORDER OF PRECEDENCE

The following is a list of documents in the order of priority to resolve any conflicts of inconsistencies among the terms of this Contract or in the terms of any attachments to this Contract.

I.14.1   Sections A through I of the contract

I.14.2   Attachments J.1 through J.5 in descending order

I.14.3   Sections J.6 through J.20 in descending order


****END OF SECTION I****


47

Jones & Associates, Inc.                                Page 48 of 49
CFSA-07-C-0093

## PART III – LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

### SECTION J
•

**THE FOLLOWING DOCUMENTS ARE ATTACHED, AND INCORPORATED BY REFERENCE INTO THE CONTRACT WITH THE SAME FORCE AND EFFECT AS IF THEY WERE GIVEN IN FULL TEXT:**

J.1             STANDARD CONTRACT PROVISIONS FOR USE WITH DISTRICT OF COLUMBIA GOVERNMENT SUPPLY AND SERVICES CONTRACTS, DATED NOVEMBER 2004   (ATTACHED)

J.2             EQUAL EMPLOYMENT OPPORTUNITY (ATTACHED)

J.3             FIRST SOURCE EMPLOYMENT AGREEMENT (ATTACHED)

J.4             WAGE DETERMINATION NO: 94-2103 (REVISION NO. 35, DATED MAY 23, 2006) AREA: DC, DISTRICT-WIDE  AND THE LIVING WAGE ACT OF 2006 (ATTACHED)

J.5             BASELINE PERFORMANCE INDICATORS AND REPORTING REQUIREMENTS (ATTACHED)

**THE FOLLOWING DOCUMENTS ARE INCORPORATED BY REFERENCE INTO THE CONTRACT WITH THE SAME FORCE AND EFFECT AS IF THEY WERE GIVEN IN FULL TEXT:**

J.6             LICENSING OF YOUTH SHELTERS, RUNAWAY SHELTERS, EMERGENCY CARE FACILITIES, AND YOUTH GROUP HOMES TITLE 29 DCMR, CHAPTER 62

J.7             LICENSING OF INDEPENDENT LIVING PROGRAMS FOR ADOLESCENTS AND YOUNG ADUCTS, DCMR TITLE 29, CHAPTER 63

J.8             CHILD ABUSE AND PREVENTION TREATMENT ACT, 42 U.S.C. § 5101 *ET SEQ.*

J.9             PREVENTION OF CHILD ABUSE AND NEGLECT ACT OF 1977, D.C. OFFICIAL CODE § 16-2351-2365

J.10            ADOPTION ASSISTANCE AND CHILD WELFARE ACT OF 1997, 42 U.S.C. § 620 *ET SEQ.*

J.11            ADOPTION AND SAFE FAMILIES ACT OF 1997, 42 U.S.C. § 1305 *ET SEQ.*

J.12            MULTIETHNIC PLACEMENT ACT OF 1994, 42 U.S.C. § 1996B

J.13            TITLE IV, PART B OF THE SOCIAL SECURITY ACT , 42 U.S.C. § 620 *ET SEQ.*

J.14            INDIVIDUALS WITH DISABILITIES EDUCATION ACT , 20 U.S.C.

48

Jones & Associates, Inc.                                          Page 49 of 49
CFSA-07-C-0093

§ 1400 *ET SEQ.*

J.15          HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF
              1996, 42 U.S.C. §§ 1320D *ET SEQ.*

J.16          LASHAWN A. V. FENTY IMPLEMENTATION PLAN, APPROVED ON MAY
              15, 2003.

J.17          REPORTS OF NEGLECTED CHILDREN: PERSONS REQUIRED TO MAKE
              REPORTS; PROCEDURE; D.C. OFFICIAL CODE § 4-1321.02 (2005)

J.18          AMERICANS WITH DISABILITIES ACT OF 1990 (PUB. L. 101-336) (ADA),
              AS AMENDED, 42 U.S.C. § 12101

J.19          YOUTH RESIDENTIAL FACILITIES LICENSURE ACT OF 1986,
              D.C. CODE OFFICIAL § 7-2101 *ET SEQ.*

J.20          JONES & ASSOCIATES, INC. TECHNICAL PROPOSAL, DATED APRIL 10,
              2006

**\*\*\*END OF SECTION J\*\*\***

JONES AND ASSOCIATES

COMPLAINT

EXHIBITS:

EXHIBIT TWENTY-SIX

NINETY DAY SOLE SOURCE CONTRACT FOUR / CFSA-07-C-0093

# DISTRICT OF COLUMBIA, CHILD AND FAMILY SERVICES AGENCY (CFSA)
## AWARD/CONTRACT
## FOR SUPPLIES OR SERVICES
## SECTION A

| 1. ISSUED BY: | | |
|---|---|---|
| District of Columbia, Child and Family Service Agency (CFSA) Contracts and Procurement Administration 955 L'Enfant Plaza, SW – Suite 5200 Washington, D.C. 20024 | 2. PAGE OF PAGES 1 of 49 | |
| | 3. CONTRACT NUMBER: CFSA-07-C-0093 | |
| | 4. EFFECTIVE DATE: Date of Execution | |
| | 5. DELIVERY: [ ] FOB DESTINATION     [ ] OTHER | |
| | 6. DISCOUNT FOR PROMPT PAYMENT: | |

7.   NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and Zip code)
     Jones & Associates, Inc.
     1454 Corcoran Street, NW
     Washington, DC 20009

## 8. TABLE OF CONTENTS

| (✗) | SEC. | DESCRIPTION | PAGE(S) | (✗) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I – The Schedule | | | | PART II – Contract Clauses | |
| X | A | Solicitation/Contract Form | 1 | X | I | Contract Clauses | 40-47 |
| X | B | Supplies or Services and Price | 2-4 | | | PART III – List of Documents, Exhibits and Other Attach | |
| X | C | Description/Specifications/Statement of Work | 5-21 | X | J | Attachments/Documents Incorporated By Reference | 48-49 |
| X | D | Packaging and Marking | 22-23 | | | PART IV – Representations and Instructions | |
| X | E | Inspection and Acceptance | 24-25 | N/A | K | Representations, Certifications and other Statements of Offerors | |
| X | F | Performance and Deliverables | 26-27 | | | | |
| X | G | Contract Administration | 28-31 | N/A | L | Instrs. Conds., & Notices to Offerors | |
| X | H | Special Contract Requirements | 32-39 | N/A | M | Evaluation Factors for Award | |

|  | 9. TOTAL AMOUNT OF CONTRACT  $3,376,604.50 |
|---|---|

## CONTRACTING OFFICER WILL COMPLETE BLOCKS 10 OR 11 AS APPLICABLE

| 10. [ ]  AWARD (Contractor is not required to sign this) | 11. [ X ] CONTRACTOR'S NEGOTIATED AGREEMENT |
|---|---|
| Your offer on Solicitation Number _____ Including the additions or changes made by you which additions or changes are set forth in this award/contract, is hereby accepted.  This award consummates the contract which consists of the following documents:  (a) CFSA's Solicitation and your offer, and (b) this award/contract. No further contractual documents are necessary. | (Contractor is required to sign this document and return __2__ copies to the issuing office) The Contractor agrees to furnish and deliver all items or perform all services set forth or otherwise identified on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this Contract shall be subject to and governed by the following documents: (a) this award/Contract, (b) the solicitation, if any, and (c) such provision, representations, certifications, specifications and any other documents as are attached or incorporated by reference in Section J. |
| 12A.  NAME AND TITLE OF SIGNER (Type or print) James Jones, President | 13A. NAME OF CONTRACTING OFFICER: Jim R. Moys |
| 12B. NAME OF CONTRACTOR Jones & Associates, Inc.  _____ (Signature of person authorized to sign) | 13B. District of Columbia, Child and Family Services Agency (CFSA)  _____ ( Signature of Contracting Officer) |
| 12C. DATE SIGNED | 13C. DATE SIGNED |

CFSA AWARD/CONTRACT FORM 26 (REV. 01-01)

Ex. #26

Jones & Associates, Inc.
CFSA-07-C-0093

## SECTION B

### SUPPLIES OR SERVICES AND PRICE/COST

### TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| B.1 | PRICE/COST | 2 |
| ... | PRICE SCHEDULE | 2-3 |

2

Jones & Associates, Inc.                                      Page 3 of 49
CFSA-07-C-0093

## SECTION B - SUPPLIES OR SERVICES AND PRICE/COST

### B.1  PRICE/COST

B.1.1 The contract is an indefinite quantity contract with payments based on fixed unit prices per      child
per day for each line item set forth in the Price Schedule Chart in Section B.  The minimum guarantee for
the contract year  is $1,000.00. The maximum quantity for the contract period is specified in the contract.

B.1.1.2 The contract allows a client specific cost reimbursable component.     Client specific cost
reimbursement includes a monthly stipend to cover the following items:  food, clothing, transportation,
toiletries and incidentals.  As set forth in Licensing of Independent Living Programs for Adolescents and
Young Adults, DCMR Title 29, Chapter 63; §6332.2 and §6332.3.

B.1.2 The term of the contract shall be for a period of performance beginning date of execution through
92 days.

3

Jones & Associates, Inc.
CFSA-07-C-0093

**B.2   PRICE SCHEDULE**
**PERIOD OF PERFORMANCE: Date of Award through 92 days**

| NAME OF OFFEROR OR CONTRACTOR:  Jones and Associates | | | | | |
|---|---|---|---|---|---|
| ITEM NO. | SUPPLIES/SERVICES | MAXIMUM QUANTITY | UNIT PRICE | UNIT | MAXIMUM AMOUNT |
| | **SCHEDULE B PRICING** | | | | |
| 0001 | Independent Living Main Facility Programs | 55 Children | $139.06 | 92 days | $703,643.60 |
| | **Guaranteed Minimum Amount is $1,000.00** | | | | |
| 0002 | Independent Living Main Facility Programs | | | | $147,445.75 Cost ceiling |
| | Cost Reimbursement for Client Specific | | | | |
| | **Contract Ceiling Amount** | | | | $851,089.35 |
| | Continuation of this Contract beyond the fiscal year is contingent upon future fiscal appropriations. | | | | |

**\*\*\*\*END OF SECTION B\*\*\*\***

JONES AND ASSOCIATES

COMPLAINT

EXHIBITS:

EXHIBIT TWENTY-SEVEN

NINETY DAY SOLE SOURCE CONTRACT FIVE / CFSA-07-C-0093

## DISTRICT OF COLUMBIA, CHILD AND FAMILY SERVICES AGENCY (CFSA)
### AWARD/CONTRACT
### FOR SUPPLIES OR SERVICES
### SECTION A

| 1. ISSUED BY: | 2. PAGE OF PAGES |
|---|---|
| District of Columbia, Child and Family Service Agency (CFSA) <br> Contracts and Procurement Administration <br> 955 L'Enfant Plaza, SW – Suite 5200 <br> Washington, D.C. 20024 | 1  of  49 |

| 3. CONTRACT NUMBER: |
|---|
| CFSA-07-C-0093 |

| 4. EFFECTIVE DATE: |
|---|
| Date of Execution |

| 5. DELIVERY: |
|---|
| [  ] FOB DESTINATION     [  ] OTHER |

| 6. DISCOUNT FOR PROMPT PAYMENT: |
|---|

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and Zip code)
Jones & Associates, Inc.
1454 Corcoran Street, NW
Washington, DC 20009

### 8. TABLE OF CONTENTS

| (★) | SEC. | DESCRIPTION | PAGE(S) | (★) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART 1 – The Schedule | | | | PART II – Contract Clauses | |
| X | A | Solicitation/Contract Form | 1 | X | I | Contract Clauses | 40-47 |
| X | B | Supplies or Services and Price | 2-4 | | | PART III – List of Documents, Exhibits and Other Attach | |
| X | C | Description/Specifications/Statement of Work | 5-21 | X | J | Attachments/Documents Incorporated By Reference | 48-49 |
| X | D | Packaging and Marking | 22-23 | | | PART IV – Representations and Instructions | |
| X | E | Inspection and Acceptance | 24-25 | N/A | K | Representations, Certifications and other Statements of Offerors | |
| X | F | Performance and Deliverables | 26-27 | | | | |
| X | G | Contract Administration | 28-31 | N/A | L | Instrs. Conds., & Notices to Offerors | |
| X | H | Special Contract Requirements | 32-39 | N/A | M | Evaluation Factors for Award | |

### 9. TOTAL AMOUNT OF CONTRACT  $3,376,604.50

### CONTRACTING OFFICER WILL COMPLETE BLOCKS 10 OR 11 AS APPLICABLE

| 10. [ ] AWARD (Contractor is not required to sign this) | 11. [ X ] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return  2  copies to the issuing office) |
|---|---|
| Your offer on Solicitation Number _____ Including the additions or changes made by you which additions or changes are set forth in this award/contract, is hereby accepted. This award consummates the contract which consists of the following documents. (a) CFSA's Solicitation and your offer, and (b) this award/contract. No further contractual documents are necessary. | The Contractor agrees to furnish and deliver all items or perform all services set forth or otherwise identified on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this Contract shall be subject to and governed by the following documents: (a) this award/Contract, (b) the solicitation, if any, and (c) such provision, representations, certifications, specifications and any other documents as are attached or incorporated by reference in Section J |

| 12A. NAME AND TITLE OF SIGNER (Type or print) <br> James Jones, President | 13A. NAME OF CONTRACTING OFFICER: <br> Jim R. Moye |
|---|---|
| 12B. NAME OF CONTRACTOR <br> Jones & Associates, Inc. <br><br> (Signature of person authorized to sign) | 13B. District of Columbia, Child and Family Services Agency (CFSA) <br><br> ( Signature of Contracting Officer) |
| 12C. DATE SIGNED | 13C. DATE SIGNED |

CFSA AWARD/CONTRACT FORM 26 (REV. 01-01)

Ex.# 27

Jones & Associates, Inc.                              **Page 2 of 49**
CPSA-07-C-0093

## SECTION B

### SUPPLIES OR SERVICES AND PRICE/COST

### TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| B.1 | PRICE/COST | 2 |
| --- | PRICE SCHEDULE | 2-3 |

2

Jones & Associates, Inc.                                    **Page 3 of 49**
CFSA-07-C-0205

## SECTION B - SUPPLIES OR SERVICES AND PRICE/COST

### B.1  PRICE/COST

B.1 1 The contract is an indefinite quantity contract with payments based on fixed unit prices per      child per day for each line item set forth in the Price Schedule Chart in Section B.  The minimum guarantee for the contract year  is $1,000.00. The maximum quantity for the contract period is specified in the contract.

B.1.1.2 The contract allows a client specific cost reimbursable component.   Client specific cost reimbursement includes a monthly stipend to cover the following items:  food, clothing, transportation, toiletries and incidentals.  As set forth in Licensing of Independent Living Programs for Adolescents and Young Adults, DCMR Title 29, Chapter 63; §6332.2 and §6332.3.

B.1.2 The term of the contract shall be for a period of performance beginning date of execution through 90 days.

3

Jones & Associates, Inc.                                    Page 4 of 49
CFSA-07-C-0205

## B.2    PRICE SCHEDULE
### PERIOD OF PERFORMANCE: Date of Award through 90 days

| ITEM NO. | SUPPLIES/SERVICES | MAXIMUM QUANTITY | UNIT PRICE | UNIT | MAXIMUM AMOUNT |
|---|---|---|---|---|---|
| | SCHEDULE B PRICING | | | | |
| 0001 | Independent Living Main Facility Programs | 55 Children | $139.06 | 90 days | $688,347.00 |
| | Guaranteed Minimum Amount is $1,000.00 | | | | |
| 0002 | Independent Living Main Facility Programs | | | | $144,240.41 Cost ceiling |
| | Cost Reimbursement for Client Specific | | | | |
| | Contract Ceiling Amount | | | | $832,587.41 |
| | Continuation of this Contract beyond the fiscal year is contingent upon future fiscal appropriations. | | | | |

**NAME OF OFFEROR OR CONTRACTOR: Jones and Associates**

****END OF SECTION B****

4

JONES AND ASSOCIATES

COMPLAINT

EXHIBITS:

EXHIBIT TWENTY-SIX

NINETY DAY SOLE SOURCE CONTRACT FOUR / CFSA-07-C-0093

# DISTRICT OF COLUMBIA, CHILD AND FAMILY SERVICES AGENCY (CFSA)
## AWARD/CONTRACT
## FOR SUPPLIES OR SERVICES
## SECTION A

| 1. ISSUED BY: | |
|---|---|
| District of Columbia, Child and Family Service Agency (CFSA)<br>Contracts and Procurement Administration<br>955 L'Enfant Plaza, SW – Suite 5200<br>Washington, D.C. 20024 | **2. PAGE OF PAGES**<br>1   of   49 |
| | **3. CONTRACT NUMBER:**<br>CFSA-07-C-0093 |
| | **4. EFFECTIVE DATE:**<br>Date of Execution |
| | **5. DELIVERY:**<br>[  ] JOB DESTINATION   [  ] OTHER |
| | **6. DISCOUNT FOR PROMPT PAYMENT:** |

7.  **NAME AND ADDRESS OF CONTRACTOR** (No., street, city, county, State and Zip code)
Jones & Associates, Inc.
1454 Corcoran Street, NW
Washington, DC 20009

## 8. TABLE OF CONTENTS

| (✗) | SEC. | DESCRIPTION | PAGE(S) | (✗) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I – The Schedule** | | | | **PART II – Contract Clauses** | |
| X | A | Solicitation/Contract Form | 1 | X | I | Contract Clauses | 40-47 |
| X | B | Supplies or Services and Price | 2-4 | | | **PART III – List of Documents, Exhibits and Other Attach.** | |
| X | C | Description/Specifications/Statement of Work | 5-21 | X | J | Attachments/Documents Incorporated By Reference | 48-49 |
| X | D | Packaging and Marking | 22-23 | | | **PART IV – Representations and Instructions** | |
| X | E | Inspection and Acceptance | 24-25 | N/A | K | Representations, Certifications and other Statements of Offerors | |
| X | F | Performance and Deliverables | 26-27 | | | | |
| X | G | Contract Administration | 28-31 | N/A | L | Instrs. Conds., & Notices to Offerors | |
| X | H | Special Contract Requirements | 32-39 | N/A | M | Evaluation Factors for Award | |

## 8. TOTAL AMOUNT OF CONTRACT  $3,376,604.50

### CONTRACTING OFFICER WILL COMPLETE BLOCKS 10 OR 11 AS APPLICABLE

| 10. [  ] AWARD (Contractor is not required to sign this)<br><br>Your offer on Solicitation Number _____<br>Including the additions or changes made by you which additions or changes are set forth in full in this award/contract, is hereby accepted. This award consummates the contract which consists of the following documents: (a) CFSA's Solicitation and your offer, and (b) this award/contract. No further contractual documents are necessary. | 11. [ X ] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ___2___ copies to the issuing office)<br>The Contractor agrees to furnish and deliver all items or perform all services set forth or otherwise identified on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this Contract shall be subject to and governed by the following documents: (a) this award/Contract, (b) the solicitation, if any, and (c) such provision, representations, certifications, specifications and any other documents as are attached or incorporated by reference in Section J. |
|---|---|
| 12A.  NAME AND TITLE OF SIGNER (Type or print)<br>James Jones, President | 13A. NAME OF CONTRACTING OFFICER:<br>Jim R. Moye |
| 12B.  NAME OF CONTRACTOR<br>Jones & Associates, Inc.<br><br><br>(Signature of person authorized to sign) | 13B. District of Columbia, Child and Family Services<br>Agency (CFSA)<br><br><br>( Signature of Contracting Officer) |
| 12C.  DATE SIGNED | 13C. DATE SIGNED |

CFSA AWARD/CONTRACT FORM 26 (REV. 01-01)

Ex. # 26

Jones & Associates, Inc.                                      Page 2 of 49
CFSA-07-C-0093

## SECTION B

## SUPPLIES OR SERVICES AND PRICE/COST

## TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|------------|--------------|----------|
| B.1 | PRICE/COST | 2 |
| ... | PRICE SCHEDULE | 2-3 |

2

Jones & Associates, Inc.                                              Page 3 of 49
CFSA-07-C-0093

## SECTION B - SUPPLIES OR SERVICES AND PRICE/COST

### B.1  PRICE/COST                                    •

B.1.1 The contract is an indefinite quantity contract with payments based on fixed unit prices per      child per day for each line item set forth in the Price Schedule Chart in Section B.  The minimum guarantee for the contract year  is $1,000.00. The maximum quantity for the contract period is specified in the contract.

B.1.1.2 The contract allows a client specific cost reimbursable component.    Client specific cost reimbursement includes a monthly stipend to cover the following items:  food, clothing, transportation, toiletries and incidentals.  As set forth in Licensing of Independent Living Programs for Adolescents and Young Adults, DCMR Title 29, Chapter 63; §6332.2 and §6332.3.

B.1.2 The term of the contract shall be for a period of performance beginning date of execution through 92 days.

3

Jones & Associates, Inc.                                   **Page 4 of 49**
CFSA-07-C-0093

**B.2    PRICE SCHEDULE**
**PERIOD OF PERFORMANCE: Date of Award through 92 days**

| NAME OF OFFEROR OR CONTRACTOR:  Jones and Associates | | | | | |
|---|---|---|---|---|---|
| ITEM NO. | SUPPLIES/SERVICES | MAXIMUM QUANTITY | UNIT PRICE | UNIT | MAXIMUM AMOUNT |
| | **SCHEDULE B PRICING** | | | | |
| 0001 | Independent Living Main Facility Programs | 55 Children | $139.06 | 92 days | $703,643.60 |
| | **Guaranteed Minimum Amount is $1,000.00** | | | | |
| 0002 | Independent Living Main Facility Programs | | | | $147,445.75 Cost ceiling |
| | Cost Reimbursement for Client Specific | | | | |
| | **Contract Ceiling Amount** | | | | $851,089.35 |
| | Continuation of this Contract beyond the fiscal year is contingent upon future fiscal appropriations. | | | | |

**\*\*\*\*END OF SECTION B\*\*\*\***

4

JONES AND ASSOCIATES

COMPLAINT

EXHIBITS:

EXHIBIT TWENTY-SEVEN

NINETY DAY SOLE SOURCE CONTRACT FIVE / CFSA-07-C-0093

## DISTRICT OF COLUMBIA, CHILD AND FAMILY SERVICES AGENCY (CFSA)
## AWARD/CONTRACT
## FOR SUPPLIES OR SERVICES
## SECTION A

| 1. ISSUED BY: | | 2. *PAGE OF PAGES* |
|---|---|---|
| District of Columbia, Child and Family Service Agency (CFSA) Contracts and Procurement Administration 955 L'Enfant Plaza, SW – Suite 5200 Washington, D.C. 20024 | | 1   of   49 |
| | | 3. CONTRACT NUMBER: CFSA-07-C-0093 |
| | | 4. EFFECTIVE DATE: Date of Execution |
| | | 5. DELIVERY: [ ] FOB DESTINATION    [ ] OTHER |
| | | 6. DISCOUNT FOR PROMPT PAYMENT: |

7.  NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and Zip code)
Jones & Associates, Inc.
1454 Corcoran Street, NW
Washington, DC 20009

### 8. TABLE OF CONTENTS

| (✶) | SEC. | DESCRIPTION | PAGE(S) | (✶) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART 1 – The Schedule | | | | PART II – Contract Clauses | |
| X | A | Solicitation/Contract Form | 1 | X | I | Contract Clauses | 40-47 |
| X | B | Supplies or Services and Price | 2-4 | | | PART III – List of Documents, Exhibits and Other Attach | |
| X | C | Description/Specifications/Statement of Work | 5-21 | X | J | Attachments/Documents Incorporated By Reference | 48-49 |
| X | D | Packaging and Marking | 22-23 | | | PART IV – Representations and Instructions | |
| X | E | Inspection and Acceptance | 24-25 | N/A | K | Representations, Certifications and other Statements of Offerors | |
| X | F | Performance and Deliverables | 26-27 | | | | |
| X | G | Contract Administration | 28-31 | N/A | L | Instrs. Conds., & Notices to Offerors | |
| X | H | Special Contract Requirements | 32-39 | N/A | M | Evaluation Factors for Award | |

| 9. TOTAL AMOUNT OF CONTRACT  $3,376,604.50 |
|---|

| CONTRACTING OFFICER WILL COMPLETE BLOCKS 10 OR 11 AS APPLICABLE |
|---|

| 10. [ ] AWARD (Contractor is not required to sign this) | 11. [ X ] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return  2  copies to the issuing office) |
|---|---|
| Your offer on Solicitation Number _____ Including the additions or changes made by you which additions or changes are set forth in this award/contract, is hereby accepted. This award consummates the contract which consists of the following documents. (a) CFSA's Solicitation and your offer, and (b) this award/contract. No further contractual documents are necessary. | The Contractor agrees to furnish and deliver all items or perform all services set forth or otherwise identified on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this Contract shall be subject to and governed by the following documents: (a) this award/Contract, (b) the solicitation, if any, and (c) such provision, representations, certifications, specifications and any other documents as are attached or incorporated by reference in Section J. |
| 12A. NAME AND TITLE OF SIGNER (Type or print) James Jones, President | 13A. NAME OF CONTRACTING OFFICER: Jim R. Moye |
| 12B. NAME OF CONTRACTOR Jones & Associates, Inc. | 13B. District of Columbia, Child and Family Services Agency (CFSA) |
| (Signature of person authorized to sign) | ( Signature of Contracting Officer) |
| 12C. DATE SIGNED | 13C. DATE SIGNED |

CFSA AWARD/CONTRACT FORM 26 (REV. 01-01)

Ex.# 27

Jones & Associates, Inc.                                    Page 2 of 49
CFSA-07-C-0093

## SECTION B

## SUPPLIES OR SERVICES AND PRICE/COST

## TABLE OF CONTENTS

| CLAUSE NO. | CLAUSE TITLE | PAGE NO. |
|---|---|---|
| B.1 | PRICE/COST | 2 |
| --- | PRICE SCHEDULE | 2-3 |

2

JUL-30-2007 08:10 AM
P.07

Jones & Associates, Inc.                                      Page 3 of 49
CFSA-07-C-0205

## SECTION B - SUPPLIES OR SERVICES AND PRICE/COST

### B.1  PRICE/COST

B.1 1 The contract is an indefinite quantity contract with payments based on fixed unit prices per     child per day for each line item set forth in the Price Schedule Chart in Section B.  The minimum guarantee for the contract year  is $1,000.00. The maximum quantity for the contract period is specified in the contract.

B.1.1.2 The contract allows a client specific cost reimbursable component.     Client specific cost reimbursement includes a monthly stipend to cover the following items:  food, clothing, transportation, toiletries and incidentals.  As set forth in Licensing of Independent Living Programs for Adolescents and Young Adults, DCMR Title 29, Chapter 63; §6332.2 and §6332.3.

B.1.2 The term of the contract shall be for a period of performance beginning date of execution through 90 days.

3

Jones & Associates, Inc.
CFSA-07-C-0205

Page 4 of 49

## B.2    PRICE SCHEDULE
### PERIOD OF PERFORMANCE: Date of Award through 90 days

NAME OF OFFEROR OR CONTRACTOR:  Jones and Associates

| ITEM NO. | SUPPLIES/SERVICES | MAXIMUM QUANTITY | UNIT PRICE | UNIT | MAXIMUM AMOUNT |
|---|---|---|---|---|---|
| | **SCHEDULE B PRICING** | | | | |
| 0001 | Independent Living Main Facility Programs | 55 Children | $139.06 | 90 days | $688,347.00 |
| | **Guaranteed Minimum Amount is $1,000.00** | | | | |
| 0002 | Independent Living Main Facility Programs | | | | $144,240.41 Cost ceiling |
| | Cost Reimbursement for Client Specific | | | | |
| | **Contract Ceiling Amount** | | | | **$832,587.41** |
| | Continuation of this Contract beyond the fiscal year is contingent upon future fiscal appropriations. | | | | |

****END OF SECTION B****

4

JONES AND ASSOCIATES

COMPLAINT

EXHIBITS:

EXHIBIT TWENTY-EIGHT

LETTER OPPOSING SOLE SOURCE CONTRACT / CFSA-07-C-0093

MARCH 21, 2007

-:MERCER                    FAX NO. :3012494604              Mar. 21 2007 02:32PM  P2

**John F. Mercer, Esq.**
OF COUNSEL*

1000 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036
Telephone: 202.466.3690 • Mobile: 240.535.8758
Fax: 301.249.4804
Email: jmjmercer@aol.com

**TEC LAW GROUP**, PLLC

March 21, 2007

**BY FACSIMILE 202.727.5883**
**U.S. MAIL**
Jimmy Moye, Esq.
Agency Chief Contracting Officer
And Contracts and Procurement Administrator
Child and Family Service Agency
Contracts and Procurement Administration
955 L'Enfant Plaza, S.W., 5ᵗʰ Floor
Washington, D.C. 20024

*Ex. # 28*

Re:    Contract No.: CFSA -07-C-0093
       Effective Date: Date of Execution
       Notice of Continuing Protest

Dear Mr. Moye:

This letter refers to the Contract No.: CFSA-07-0093 (the "Contract") between Jones &
Associates Inc., ("JA") and the Child and Family Service Agency ("CFSA") of the District of
Columbia. The Contract was executed by JA on March 21, 2006. The services pursuant to the
Contract shall are to commence on the "Date of Execution."

In entering the Contract, we acknowledge our acceptance of the obligations, performances, rights
and benefits described therein. In addition, by entering the Contract we have consented to fully
perform the services described therein.

Notwithstanding the foregoing, based upon continuous objections made by JA during the
contracting process and over the past several contract periods, we advise you herein that we have
executed the Contract "under protest" and with "continuing objections."

JA has consistently maintained that services and obligations provided in the Contract are
identical to those contained in Contract CFSA-04—C0076 (the "Base Contract") entered into,
between JA and the Agency, December 1, 2003. Further, it has been and continues to be the
position of JA that rather than engagement of our services by the Agency under a series of
interim "sole source contracts" (inclusive of the current Contract) the Agency wrongfully refused
to exercise the option provision (the "Option") contained in the Base Contract.

MERCER                          FAX NO. :3012494604          Mar. 21 2007 02:32PM  P3

Jimmy Moye, Esq.
Agency Chief Contracting Officer
Child and Family Services Agency
Letter of Protest
Contract #CFSA -07-C-0093
March 21, 2007

We believe refusal of the Agency to exercise the Option was improper and was done so as to circumvent the normal contracting process. Because of the foregoing and the Agency's persistence in circumventing normal contracting procedures the Agency has been able to impose policies and procedures upon JA and impose unfair conditions which they would have not been possible under fair contract bargaining conditions.

We have found that use of the contracting policies of which we complain, we have been materially harmed in several ways. First, we have suffered financial ongoing financial loses and income we would have fairly received but for unilateral modification of payment and reimbursement terms provided for in the base contract. Second, we have lost the fair and meaningful bargaining opportunities. We have explained many times that bargaining allows us to create and maintain better conditions for the community we serve. Third, our independence shall be gradually eroded so that we are no longer treated as contractors but as *de facto* extension of the Agency rendering the District Government increasingly more vulnerable to unintended consequences including ambiguity of structural separation.

As we also said a year ago and now reiterate, JA has executed the Contract in good faith in order to continue, uninterrupted important and critical services required for the safety and welfare of youth of the District of Columbia whom we serve. However, we emphasize, in executing the Contract, we waive no rights nor forfait any benefits to which we may be entitled under the Base Contract had its appropriate method of extension been implemented.

Our protest and objection to the Contract is continuing as the harm we have been caused is perpetual and cumulative until properly mitigated. Based upon the foregoing, all objections, protests, arguments and objections previously made by us regarding these matters are incorporated by reference herein. Therefore, we reserve the right to pursue all appropriate remedies through all processes and forums available.

Very truly,

John F. Mercer, Esq.
Counsel for
Jones & Associates, Inc.

Cc:     Dr. James L. Jones, Esq.
        Dr. Sharlyn Bobo,
        Director
        CFSA
        Donald B. Terrell, Esq.
        General Counsel
        CFSA

2

JONES AND ASSOCIATES

COMPLAINT

EXHIBITS:

EXHIBIT TWENTY-NINE

LETTER "PROPOSING FRIENDLY LAWSUIT"

JANUARY 21, 2009





**GOVERNMENT OF THE DISTRICT OF COLUMBIA
CHILD & FAMILY SERVICES AGENCY
CONTRACTS & PROCUREMENT ADMINISTRATION**

Dr. James L. Jones, President
Jones and Associates, Inc.
1454 Corcoran Street, N.W.
Washington, D.C. 20009

EX.# 29

January 21, 2009

Dear Dr. James L. Jones

This is to confirm our conversation on January 16, 2009, regarding payment to Jones &
Associates, Inc. ("Jones") in the approximate amount of $44,398 for services rendered
without a contract for the period from January 1, 2009 through January 7, 2008, using a
"friendly lawsuit" procedure wherein Jones would file with the D.C. Superior Court a
Complaint to obtain money for services rendered without a contract during that period
and the Office of the Attorney General would engage in negotiations to conclude the suit.

On January 8, 2009, we negotiated with you an emergency contract for the period from
January 8, 2008 through March 8, 2009, and we intend to negotiate another contract for
the period from March 9, 2009 through June 30, 2009.

During our conversation, we stated that in order to pay your company under the
procedure described above, Jones must file in Court no later than January 31, 2009, a
Complaint (copy attached). You stated that you did not intend to request payment but
that you wanted us to write to you this letter in order for you to confirm your intent not to
seek payment.

If you have any further questions, please contact Nicola Grey, Assistant Attorney
General, at 202-727-7164.

Sincerely,

Howard Schwartz
Acting Contracting Officer

Attachment

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| XYZ Corporation<br>ADDRESS<br><br>    Plaintiff,<br><br>    v.<br><br>THE DISTRICT OF COLUMBIA,<br>a municipal corporation<br>1350 Pennsylvania Avenue, N.W., St. 409<br>Washington, D.C.  20004,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:<br>Calendar No.:<br>Judge: |

## COMPLAINT

Come now XYZ Corporation by their attorney, by counsel, pursuant to D.C. Official

Code § 11-921 (2001), and common law, hereby brings suit against the defendant, District of

Columbia and respectfully states as follows:

### JURISDICTIONAL ALLEGATIONS

1.    This Court has subject matter jurisdiction pursuant to D.C. Official Code § 11-921

(2001).

### THE PARTIES

2.    Plaintiff, XYZ Corporation, is a corporation doing business in the District of

Columbia. OR Plaintiff, your name, is an individual and is a resident of the United States of

America.

3.    Defendant is the District of Columbia ("the District"), a municipal corporation

that is authorized to sue and be sued.

## FACTS COMMON TO ALL COUNTS

4.     Explain what services you provided, when and with whom you contracted for the services, how much you were supposed to get paid, how much was actually paid, and how much you still owe. (One numbered paragraph for each fact).

### COUNT I

#### Contract

5.     Paragraphs 1 through X are incorporated herein by reference as if fully realleged.

6.     Plaintiff and Defendant extered into a (oral) (written) contract by which the plaintiff was due $X dollars.

7.     Plaintiff has complied with the contract.

8.     Plaintiff has been paid X dollars and is still due X dollars.

9.     Plaintiff is still owed X dollars.

WHEREFORE, the Plaintiff demands judgment in its favor and against the defendant, for actual damages, costs and such other relief as the nature of the case requires.

### COUNT II

#### Unjust Enrichment

10.     Paragraphs 1 through X are incorporated herein by reference as if fully realleged.

11.     Defendant has obtained the goods (or services) of the plaintiff.

12.     Through some administrative error not the fault of the plaintiff, the defendant has not compensated plaintiff for those goods (or services).

13.     The value of those goods (or services) is $X dollars.

WHEREFORE, the plaintiff demands judgment in the amount by which the defendant was unjustly enriched, X dollars, plus costs and such other relief as may be just and proper.

2

Respectfully submitted,

• _____
Your Name (or the name of the attorney and bar no)
Address
phone number
email

Attach Yellow Sheet Standard Summons Form in front of the complaint for filing with the Civil
Division Clerk of the Superior Court-Form is Available at Superior Court Clerk's Office.

3

955 L'Enfant Plaza, North Building-Room 5022
Washington, DC 20024
202-724-7547
202-727-5883 FAX

**Child and Family
Services Agency
Contracts and
Procurement
Administration**



# Fax

**To:**   Dr. Jones                           **From:** Howard Schwartz

| **Fax:** | 202-332-5012 | **Pages:** 5 | |
|---|---|---|---|
| **Phone:** | | **Date:** 10/21/09 | |
| **Re:** | | | |

☑ Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

• **Comments:**

JONES AND ASSOCIATES

COMPLAINT

EXHIBITS:

EXHIBIT THIRTY

SUMMARY OF FUNDS LOANED OVER FOUR YEAR PERIOD

Ex. # 30

# DISCUSSION PAPER

# SUMMARY OF FUNDS LOANED TO JONES & ASSOCIATES ILP PROGRAM OVER A FOUR (4) YEAR PERIOD

Discussion Paper

## Summary of Funds Loaned to Jones & Associates ILP Program over a four (4) year period

Summary of funds loaned by Jones & Associates to the Independent Living Program as required by ILP Regulation

Chapter 63 of Title 29 DCMR Section 6307.2(d) Submitted to the DC Auditors.

Jones & Associates loaned to ILP program as required under Chapter 63 of Title 29 DCMR Section 6307.2(d).

For four (4) consecutive years 2004, 2005, 2006, 2007, J&A in order to comply with Independent living regulation chapter 63 of Title 29 DCMR Section 6307.2(d) which states briefly this applicant (contractor Jones & Associates) for an original annual license shall have sufficient funds on hand to operate the independent living program for at least three (3) months.

During the four (4) consecutive years J&A was required to lend the program **$767.838.00** to comply with this section and to continue to operate the program in accordance with other ILP regulations.

Jones & Associates is required by law especially ILP Regulations Section 6328 Resident Physical Plant Requirement Section 6329 Household Supplies, Furniture, Furnishings, and Equipment and Section 6323 Personnel to prearrange reserved services exclusively for CFSA for forty (40) in-house and fifteen (15) college students residents whether the agency sends one (1) client or fifty-five (55) clients. Jones & Associates must stand ready and meet all the requirements established by law and the contract for immediate occupancy of youth sent to the program by the agency. The contract is based on pre-arranged reserved services required by law for fifty-five (55) clients (40 in-house residents and 15 college students for holidays only) not the uncertain indefinite number of client days that fluctuate greatly each month causing J&A uncertainly on Jones & Associates' cash flow which is currently in J&A's disputed contracts.

The following listed action taken by DC Child and Family Services Agency caused J&A not to receive the correct and sufficient award of monthly funds to operate the program as required by the ILP regulations.

The CFSA did not allow J&A to negotiate its contract.   It mandated that J&A accept the terms as stated by the agency which were unilaterally mandated without negotiation and without the opportunity to any type of hearing to address the issues that J&A signed all its contract under protest and duress.

Since the inception of the Independent Living Program initiated by J&A in 1983 J&A has had a contract that was properly negotiated with a program payment type which provided J&A with a agreed on per diem rate four forty (40) in-house residents and fifteen (15) students attending college and residing at the facility only when home for vacations.  Under this type

contract J&A received sufficient funds to operate the program in accordance with the regulations and its proposal.

In 2004 CFSA unilaterally without negotiation with J&A and without any due process of a hearing on the protested contract matter changed the payment to J&A to a per diem of $139.06 and would only pay for the number of clients in the program during a particular month. During the four (4) consecutive years between 2004 and 2007 the agency only paid for approximately 20 to 25 clients each month and J&A had to loan the program in accordance with Chapter 63 of Title 29 DCMR to operate the program to comply with all ILP regulations. During this four (4) year period each month J&A was required to loan money to the program not only to comply with ILP regulations but to maintain the highest quality of service for t he youth in the program. Jones & Associates has been providing ILP services for more than 25 years to over 2,500 youth in foster care with an outstanding service record as cited in the D.C. Auditor's Report in 2008.

Jones & Associates has complied fully with this section of the ILP Regulations and has requested that CFSA pay J&A the monies that were loaned to the program operation as mandated by Section 6307.2(d).

Copies of charts showing the loan J&A made to the ILP Program and provided to the DC Auditors

•

**JONES & ASSOCIATES**
1454 CORCORAN STREET, N.W.
WASHINGTON, D.C. 20009
(202) 462-1117

## Statement of Fact

Chapter 63 of Title 29 DCMR Section 6307 Original License Sub Section 6307.2(d) states the following:

(d) Documentation of sufficient funds on hand to operate the independent program for at least three (3) months;

Jones & Associates has complied with this section of the ILP Regulations in the following manner:

In 2004 the CFSA changed the contract type payment. Jones & Associates registered a protest and requested a hearing on the matter that was not acted upon.
(See Letter from Thompson, Cobb, Bazilio & Associates, PC, dated October 25, 2005)
The change in contract was so constructed that it did not provide sufficient monthly payments to J&A for it to pay its monthly expenses.

To maintain its license J&A had to comply with ILP Regulations 6307.2(d) by lending the program the below list amounts of money that has not been paid to J&A as of 10/9/08. J&A has made report for the reimbursement of these items with no response.

| Loan to | Date | Check Number | Amount |
|---|---|---|---|
| | | | |
| J&A ILP Program | 5/15/06 | 101 | $100,000.00 |
| J&A ILP Program | 6/1/06 | 102 | $48,838.00 |
| J&A ILP Program | 6/9/06 | 103 | $100,000.00 |
| J&A ILP Program | 6/27/06 | 104 | $25,000.00 |
| J&A ILP Program | 7/24/06 | 105 | $90,000.00 |
| J&A ILP Program | 9/18/06 | 106 | $50,000.00 |
| J&A ILP Program | 11/27/06 | 108 | $45,000.00 |
| J&A ILP Program | 12/08/06 | 109 | $50,000.00 |
| J&A ILP Program | 12/27/06 | 110 | $26,000.00 |
| | | | |
| | **TOTAL 2006** | | **$534,838.00** |
| | | | |

1

| Loan to | Date | Check Number | Amount |
|---|---|---|---|
| | | | |
| J&A ILP Program | 01/03/07 | 00324113 | $25,000.00 |
| J&A ILP Program | 01/03/07 | 00324111 | $13,000.00 |
| J&A ILP Program | 01/26/07 | 111 | $25,000.00 |
| J&A ILP Program | 03/02/07 | 113 | $50,000.00 |
| J&A ILP Program | 04/16/07 | 112 | $60,000.00 |
| J&A ILP Program | 04/30/07 | 114 | $10,000.00 |
| J&A ILP Program | 05/29/07 | 115 | $35,000.00 |
| J&A ILP Program | 6/13/07 | 116 | $15,000.00 |
| | | | |
| | **TOTAL 2007** | | **$233,000.00** |
| | | | |
| | | | |
| | | | |
| J&A ILP Program | **Total 2006& 2007** | | **$767,838.00** |

2





**Posting Date**        2006 May 16

**Account Number**   2003048110871850





**Posting Date**       2006 Jun 02

**Account Number**   2003048110871850





**Posting Date**      2006 Jun 12
**Account Number**   2003048110871850





**Posting Date**    2006 Jun 28

**Account Number**   2003048110871850



**Posting Date**        2006 Jul 25

**Account Number**   2003048110871850





**Posting Date**     2006 Sep 19
**Account Number**   2003048110871850

**JAMES L JONES**
1454 CORCORAN ST NW
WASHINGTON DC 20009-3804

108

6-71/430

Date 11/27/06

Pay to the order of _Jews & Associates Employment Svcs_ $ 45, 000. 00

_Forty Five Thousand Dollars & 00_ Dollars

**PNCBANK**

PNC Bank, N.A.   012
Greater Washington DC Area
For 53007335583 -Source
Short Term Loans

⑈043000711⑈ ⑈204811087 1850⑈ 0 108 ⑈0004500000⑈

043900096

▶031000053◀
PNC 8900 TINICUM RD, PA
11272006 PK:26 E:0946

11282006 PK:12 E:4974

0300736065   2600587569

**Posting Date**   2006 Nov 28
**Account Number**   2003048110871850



**Posting Date**      2006 Dec 06
**Account Number**  2003048110871850





**Posting Date**     2006 Dec 28

**Account Number**   2003048110871850

EFORM1124545ACLS
JAMES L JONES
1454 CORCORAN ST NW
WASHINGTON DISTRICT OF COLUMBIA 20009

00324113

Date 01/03/2007        8-71/430

Pay to the order of *Jones & Associates "Independent Living Program*        $ 25,000.00

*Twenty five Thousand Dollars and no cents 00/xx* ———— Dollars

⊙ PNC BANK

WASHINGTON        00S26
For *Grant Dist. #5300733593*        *James L Jones*

⑈00324113⑈ ⑇043000711⑇ 12048110871850⑈        ⑆0002500000⑆

**Posting Date**        2007 Jan 09

**Account Number**        2003048110871850

EFORM12454SACIS
JAMES L JONES
1454 CORCORAN ST NW
WASHINGTON DISTRICT OF COLUMBIA 20009

00324111

Date  01/03/2007      6-71/430

Pay to the order of _Jones & Associates "Independent Living Conput."_   $ *19,000.00*

_Thirteen Thousand Dollars and no cents "No_ ————— Dollars

**PNCBANK**
WASHINGTON          00326
_Short Term Loan_
For _Loan Acct # 5300733583_         _James L Jones_

⑆00324111⑆ ⑇043000011⑇ 1204811087185⑈ ⑆0001300000⑆

deposit only
for

ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Posting Date      2007 Jan 05

Account Number   2003048110871850



**Posting Date**      2007 Jan 29

**Account Number**   2003048110871850



**JAMES L JONES**
1454 CORCORAN ST NW
WASHINGTON DC 20009-3804

**113**

8-71/430

3/2/07
Date

Pay to the order of _Guys & Associates "Independent Living Co."_ $ 50,000.00

_Fifty thousand dollars & 00_ _____ Dollars

**PNCBANK**
PNC Bank, N.A.   012
Greater Washington DC Area

For _That Tain Law_ /5300733583

⑆043000711⑆1204811087 1850"0113  "0005000000"

Posting Date      2007 Mar 06
Account Number   2003048110871850





**Posting Date**    2007 Apr 17
**Account Number**    2003048110871850





**Posting Date**      2007 May 01

**Account Number**   2003048110871850



**JAMES L JONES**
1454 CORCORAN ST NW
WASHINGTON DC 20009-3804

115

8-71/430

5/29/07
Date

Pay to the order of _James & Associates "Acknowledgment"_    $35,000.00

_Thirty five Thousand Dollars & 00_    Dollars

**PNC BANK**
PNC Bank, N.A.   012
Greater Washington DC Area

For _Acct. # 5200733583_

⑆043000711⑆ 12048110871850⑈ 0115   ⑇0003500000⑈

**Posting Date**      2007 May 30
**Account Number**  2003048110871850





**Posting Date**      2007 Jul 11

**Account Number**   2003048110871850

**Jones & Associates Inc.**
**Financial Audit as at 12/31/2004.**

1. Revenue of the contract.

**Contract Pricing**
- This is a Cost plus fixed fee contract. (Ref PF 09 -12/47).
- The cost shall not exceed 1,135,667.50, which includes fixed fee of 246,759.20.
- Cost for transition period (for 61 days) is 570,493.15, which includes fixed fee of 126,034.00. (Ref PF 09-30/47)

| Letter Contract No. or Modification No. | Period Covered | Contract Price | Remarks |
|---|---|---|---|
| CFSA-04-C-0076 | 12/01/03-03/31/04 | 1,135,677.50 | Cost +fixed fee contract |
| CFSA-04-C-0076 _June 1, 2004_ | 04/01/04-05/31/04 | 570,493.15 | |
| LC No- CFCA-04-C-0350 | 07/01/04-06/30/05 | 3,376,604.50 | If not definitize within 92 days or extended thereafter- Maximum of 1,688,302.25-(50% Contact price).No indication whether this contract was defunitized. |
| LC No- CFCA-04-C-0350 | 07/01/04-09/30/04 | 849,886.34 | If not definitize within 92 days |
| Modi. No 1 to LC-CFSA-04-C-0403 | 10/01/04-10/10/04 | 125,230.91 | LC CFSA-04-C-0403 is not available |
| Modi. No 3 to Letter Contract No –CFSA-04-C-0403 | 11/10/04-11/30/04 | 160,614.30 | Ref.PF-09 |
| | _December_ 4,551.79 | | |

JONES AND ASSOCIATES

COMPLAINT

EXHIBITS:

EXHIBIT THIRTY-ONE

JONES AND ASSOCIATES COST CALCULATIONS JUNE 2007 THROUGH DECEMBER 2007

# JONES & ASSOCIATES

**ANALYSIS OF CFSA CONTRACT BUDGET PREPARED BY J&A AND SUBMITTED TO CFSA AT THEIR REQUEST FOR NEGOTIATIONS**

FSA - **Contract Budget Submitted to CFSA - No Appropriate Response**

NTRACT - **$3,966,127.53**

IENT COST CALCULATIONS

$197.57    NO. CLIENT SLOTS  55

= TOTAL BUDGET  $3,966,127.53

CFSA Failed to act on J&A proposed realistic unit cost and forced J&A to remain at an unrealistic unit cost of $139.06 for four (4) consecutive years while other contractors were receiving a unit cost of more than $200 for similar or same services that J&A pro-

**CONTRACT DURATION FROM JULY 05 TO JUNE 06**
**Proposed & Submitted To CFSA J&A's Fixed Daily Rate Of $191.90 Of The Indefinite Quality Contract Type**

| DURATION O JUNE 06 | (1) JULY 05 | (2) AUG 05 | (3) SEPT 05 | (4) OCT 05 | (5) NOV 05 | (6) DEC 05 | (7) JAN 06 | (8) FEB 06 | (9) MARCH 06 | (10) APRIL 06 | (11) MAY 06 | (12) JUNE 06 | (13) END DATE JUNE 06 TOTAL ANNUAL UNPAID AMOUNT OWED J&A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OICE ed Number) | J&A CI-0001 | J&A CI-0002 | J&A CI-0003 | J&A CI-0004 | J&A CI-0005 | J&A CI-0006 | J&A CI-0007 | J&A CI-0008 | J&A CI-0009 | J&A CI-0010 | J&A CI-0011 | J&A CI-0012 | |
| OICE DATE osed Date) | 8/5/05 | 9/5/05 | 10/5/05 | 11/5/05 | 12/5/05 | 1/5/06 | 2/5/06 | 3/5/06 | 4/5/06 | 5/5/06 | 6/5/06 | 7/5/06 | |
| ST INVOICE culated Estimate) | $280,946.89 | $292,033.64 | $274,745.69 | $287,953.09 | $276,593.66 | $292,041.41 | $279,821.09 | $260,243.64 | $293,986.62 | $280,044.32 | $285,861.80 | $280,631.92 | $3,384,903.82 |
| OICE DATE 5th of Month) | 8/25/05 | 9/25/05 | 10/25/05 | 11/25/05 | 12/25/05 | 1/25/06 | 2/25/06 | 3/25/06 | 4/25/06 | 5/25/06 | 6/25/06 | 7/25/06  • | |
| ST INVOICE ) BY CFSA | $136,556.92 | $155,260.49 | $156,512.03 | $180,082.70 | $176,745.26 | $179,456.93 | $158,180.75 | $142,397.44 | $150,254.33 | $141,980.26 | $155,607.94 | $142,814.62 | $1,875,849.65 |
| OICE UNPAID J&A   (Name) | $144,389.97 | $136,773.15 | $118,233.66 | $107,870.39 | $99,848.40 | $112,584.48 | $121,640.34 | $117,846.20 | $143,732.29 | $138,064.06 | $130,253.91 | $137,817.30 | $1,509,054.15 |

**REIMBURSEMENT COST**

| T COST R ) | J&A CR-0001 | J&A CR-0002 | J&A CR-0003 | J&A CR-0004 | J&A CR-0005 | J&A CR-0006 | J&A CR-0007 | J&A CR-0008 | J&A CR-0009 | J&A CR-0010 | J&A CR-0011 | J&A CR-0012 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T COST UBMIT a) | 8/10/04 | 9/10/04 | 10/10/04 | 11/10/04 | 12/10/04 | 1/10/05 | 2/10/05 | 3/10/05 | 4/10/06 | 5/10/05 | 6/10/05 | 7/10/06 | |
| MENT COST MOUNT (Compiled ate amount) | $55,909.96 | $44,823.21 | $51,244.81 | $48,903.76 | $49,396.84 | $48,815.44 | $57,035.76 | $44,014.16 | $42,870.23 | $45,946.18 | $50,995.00 | $45,358.58 | $585,313.93 |
| NT COST PAID | 8/25/05 | 9/25/05 | 10/25/05 | 11/25/05 | 12/25/05 | 1/25/06 | 2/25/06 | 3/25/06 | 4/25/06 | 5/25/06 | 6/25/06 | 7/25/06 | |
| SEMENT COST UNT PAID BY 25th of Month) | $40,941.89 | $33,699.57 | $40,995.85 | $37,754.79 | $34,290.49 | $33,569.73 | $37,770.61 | $27,790.16 | $26,304.37 | $30,162.67 | $33,931.59 | $28,404.82 | $405,616.54 |
| SEMENT COST LANCE OWED | $14,968.07 | $11,123.64 | $10,248.96 | $11,148.97 | $15,106.35 | $15,245.71 | $19,265.15 | $16,224.00 | $16,565.86 | $15,783.51 | $17,063.41 | $16,953.76 | $179,697.39 |
| AMOUNTS | $159,358.04 | $147,896.79 | $128,482.62 | $119,019.36 | $114,954.75 | $127,830.19 | $140,905.49 | $134,070.20 | $160,298.15 | $153,847.57 | $147,317.32 | $154,771.06 | GRAND TOTAL OF UNPAID AMOUNT OWED J&A  $1,688,751.54 |

**CONTRACT ID CFSA - <u>Contract Budget Submitted to CFSA -<br>No Appropriate Response</u>**

**AMOUNT OF CONTRACT - $3,966,127.53**

# JONES & ASSOCIATES

ANALYSIS OF CFSA CONTRACT BUDGET PREPARED BY J&A AND SUBMITTED TO CFSA AT TH...

CFSA Failed to act on J&A proposed realistic unit cost and forced J&A to remain at an unrealis...
consecutive years while other contractors were receiving a unit cost of more than $200 for simila...

**CLIENT COST CALCULATIONS**

| UNIT COST $197.57 | NO. CLIENT SLOTS  55 |
| DAYS 365   = | TOTAL BUDGET  $3,966,127.53 |

**CONTRACT DURATION FROM JULY 05 TO JUNE 0...**
Proposed & Submitted To CFSA  J&A's Fixed Daily Rate Of $191.90 Of The Inde...

| CONTRACT DURATION<br>JULY 05  TO  JUNE 06 | (1)<br>JULY 05 | (2)<br>AUG 05 | (3)<br>SEPT 05 | (4)<br>OCT 05 | (5)<br>NOV 05 | (6)<br>DEC 05 | (7)<br>JAN 06 | (8)<br>FEB 06 | (9)<br>MARCH 06 | (10)<br>APRIL 06 | (<br>MAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CLIENT COST INVOICE<br>NUMBER (Suggested Number) | J&A<br>CI-0001 | J&A<br>CI-0002 | J&A<br>CI-0003 | J&A<br>CI-0004 | J&A<br>CI-0005 | J&A<br>CI-0006 | J&A<br>CI-0007 | J&A<br>CI-0008 | J&A<br>CI-0009 | J&A<br>CI-0010 | J<br>CI |
| 2. CLIENT COST INVOICE DATE<br>SUBMITTED (Proposed Date) | 8/5/05 | 9/5/05 | 10/5/05 | 11/5/05 | 12/5/05 | 1/5/06 | 2/5/06 | 3/5/06 | 4/5/06 | 5/5/06 | 6/5/ |
| 3. CLIENT COST INVOICE<br>AMOUNT  (Calculated Estimate) | $ 280,946.89 | $ 292,033.64 | $ 274,745.69 | $ 287,953.09 | $ 276,593.66 | $ 292,041.41 | $ 279,821.09 | $ 260,243.64 | $ 293,986.62 | $ 280,044.32 | $ 285, |
| 4. CLIENT COST INVOICE DATE<br>PAID (Pay Before 25th of Month) | 8/25/05 | 9/25/05 | 10/25/05 | 11/25/05 | 12/25/05 | 1/25/06 | 2/25/06 | 3/25/06 | 4/25/06 | 5/25/06 | 6/25/ |
| 5. CLIENT COST INVOICE<br>AMOUNT PAID BY CFSA | $ 136,556.92 | $ 155,260.49 | $ 156,512.03 | $ 180,082.70 | $ 176,745.26 | $ 179,456.93 | $ 158,180.75 | $ 142,397.44 | $ 150,254.33 | $ 141,980.26 | $ 155, |
| 6. CLIENT COST INVOICE UNPAID<br>BALANCE OWED J&A   (Name) | $ 144,389.97 | $ 136,773.15 | $ 118,233.66 | $ 107,870.39 | $ 99,848.40 | $ 112,584.48 | $ 121,640.34 | $ 117,846.20 | $ 143,732.29 | $ 138,064.06 | $ 13( |
| **REIMBURSEMENT COST** | | | | | | | | | | | |
| 7. REIMBURSEMENT COST<br>INVOICE NUMBER<br>(Suggested Number) | J&A<br>CR-0001 | J&A<br>CR-0002 | J&A<br>CR-0003 | J&A<br>CR-0004 | J&A<br>CR-0005 | J&A<br>CR-0006 | J&A<br>CR-0007 | J&A<br>CR-0008 | J&A<br>CR-0009 | J&A<br>CR-0010 | J&<br>CI |
| 8. REIMBURSEMENT COST<br>INVOICE DATE SUBMIT<br>TED (Proposed Data) | 8/10/04 | 9/10/04 | 10/10/04 | 11/10/04 | 12/10/04 | 1/10/05 | 2/10/05 | 3/10/05 | 4/10/06 | 5/10/05 | 6/ |
| 9. REIMBURSEMENT COST<br>INVOICE AMOUNT (Compiled<br>receipt & cost calculate amount) | $ 55,909.96 | $ 44,823.21 | $ 51,244.81 | $ 48,903.76 | $ 49,396.84 | $ 48,815.44 | $ 57,035.76 | $ 44,014.16 | $ 42,870.23 | $ 45,946.18 | $ 50, |
| 10. REIMBURSEMENT COST<br>INVOICE DATE PAID | 8/25/05 | 9/25/05 | 10/25/05 | 11/25/05 | 12/25/05 | 1/25/06 | 2/25/06 | 3/25/06 | 4/25/06 | 5/25/06 | 6/ |
| 11. REIMBURSEMENT COST<br>INVOICE AMOUNT PAID BY<br>CFSA (Before the 25th of Month) | $ 40,941.89 | $ 33,699.57 | $ 40,995.85 | $ 37,754.79 | $ 34,290.49 | $ 33,569.73 | $ 37,770.61 | $ 27,790.16 | $ 26,304.37 | $ 30,162.67 | $ 33, |
| 12. REIMBURSEMENT COST<br>UNPAID BALANCE OWED<br>J&A (Name) | $ 14,968.07 | $ 11,123.64 | $ 10,248.96 | $11,148.97 | $ 15,106.35 | $ 15,245.71 | $ 19,265.15 | $16,224.00 | $16,565.86 | $ 15,783.51 | $ 17 |
| 13. SUBTOTAL AMOUNTS<br>OWED J&A | $ 159,358.04 | $ 147,896.79 | $128,482.62 | $ 119,019.36 | $ 114,954.75 | $ 127,830.19 | $ 140,905.49 | $ 134,070.20 | $ 160,298.15 | $ 153,847.57 | $ 14 |

# JONES & ASSOCIATES

Contract Budget Submitted to CFSA -
No Appropriate Response
CT - $3,966,127.53

ANALYSIS OF CFSA CONTRACT BUDGET PREPARED BY J&A AND SUBMITTED TO CFSA AT THEIR REQUEST FOR NEGOTIATIONS

CFSA Failed to act on J&A proposed realistic unit cost and forced J&A to remain at an unrealistic unit cost of $139.06 for four (4) consecutive years while other contractors were receiving a unit cost of more than $200 for similar or same services that J&A provides.

OST CALCULATIONS
NO. CLIENT SLOTS 55
TAL BUDGET $3,966,127.53

**CONTRACT DURATION FROM JULY 06 TO JUNE 07**
**Proposed & Submitted To CFSA J&A's Fixed Daily Rate Of $191.90 Of The Indefinite Quality Contract Type**

| | (1) JULY 06 | (2) AUG 06 | (3) SEPT 06 | (4) OCT 06 | (5) NOV 06 | (6) DEC 06 | (7) JAN 07 | (8) FEB 07 | (9) MARCH 07 | (10) APRIL 07 | (11) MAY 07 | (12) JUNE 07 | (13) END DATE JUNE 07 TOTAL ANNUAL UNPAID AMOUNT OWED J&A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J&A CI-0001 | J&A CI-0002 | J&A CI-0003 | J&A CI-0004 | J&A CI-0005 | J&A CI-0006 | J&A CI-0007 | J&A CI-0008 | J&A CI-0009 | J&A CI-0010 | J&A CI-0011 | J&A CI-0012 | |
| TE | 8/5/06 | 9/5/06 | 10/5/06 | 11/5/06 | 12/5/06 | 1/5/07 | 2/5/07 | 3/5/07 | 4/5/07 | 5/5/07 | 6/5/07 | 7/5/07 | |
| ICE Estimate | $289,944.12 | $283,354.26 | $281,124.61 | $296,941.82 | $287,232.06 | $292,290.17 | $286,563.91 | $266,290.41 | $296,580.66 | $287,944.81 | $296,767.50 | $291,650.60 | $3,456,684.93 |
| TE | 8/25/06 | 9/25/06 | 10/25/06 | 11/25/06 | 12/25/06 | 1/25/07 | 2/25/07 | 3/25/07 | 4/25/07 | 5/25/07 | 6/25/07 | 7/25/07 | |
| ICE SA | $148,098.90 | $157,207.29 | $115,976.04 | $119,383.01 | $113,542.49 | $131,342.17 | $121,886.09 | $118,131.47 | $129,742.98 | $122,763.68 | $120,078.31 | $112,241.37 | $1,510,393.80 |
| PAID (me) | $141,845.22 | $126,146.97 | $165,148.57 | $177,558.81 | $173,689.57 | $170,948.00 | $164,677.82 | $148,158.94 | $166,837.68 | $165,181.13 | $176,689.19 | $179,409.23 | $1,946,291.13 |
| **REIMBURSEMENT COST** | | | | | | | | | | | | | |
| | J&A CR-0001 | J&A CR-0002 | J&A CR-0003 | J&A CR-0004 | J&A CR-0005 | J&A CR-0006 | J&A CR-0007 | J&A CR-0008 | J&A CR-0009 | J&A CR-0010 | J&A CR-0011 | J&A CR-0012 | |
| | 8/10/06 | 9/10/06 | 10/10/06 | 11/10/06 | 12/10/06 | 1/10/07 | 2/10/07 | 3/10/07 | 4/10/07 | 5/10/07 | 6/10/07 | 7/10/07 | |
| COST (Completed) | $46,912.73 | $53,502.59 | $44,865.89 | $39,915.03 | $38,758.44 | $44,566.68 | $50,292.94 | $37,967.39 | $40,276.19 | $38,045.69 | $40,089.35 | $34,339.90 | $509,532.82 |
| | 8/25/06 | 9/25/06 | 10/25/06 | 11/25/06 | 12/25/06 | 1/25/07 | 2/25/07 | 3/25/07 | 4/25/07 | 5/25/07 | 6/25/07 | 7/25/07 | |
| T COST AID BY (Month) | $32,611.19 | $37,973.07 | $12,759.20 | $27,103.02 | $26,177.75 | $30,874.34 | $35,195.35 | $24,204.57 | $27,107.65 | $25,165.55 | $27,056.20 | $22,578.05 | $328,805.94 |
| T COST OWED | $14,301.54 | $15,529.52 | $32,106.69 | $12,812.01 | $12,580.69 | $13,692.34 | $15,097.59 | $13,762.82 | $13,168.54 | $12,880.14 | $13,033.15 | $11,761.85 | $180,726.88 |
| NTS | $156,146.76 | $141,676.49 | $197,255.26 | $190,370.82 | $186,270.26 | $174,640.34 | $179,775.41 | $161,921.76 | $180,006.22 | $178,061.27 | $189,722.34 | $191,171.08 | GRAND TOTAL OF UNPAID AMOUNT OWED J&A $2,127,018.01 |

**CONTRACT ID CFSA** - Contract Budget Submitted to CFSA - No Appropriate Response

**JONES & ASSOCIATES**

ANALYSIS OF CFSA CONTRACT BUDGET PREPARED BY J&A AND SUBMITTED TO CFSA AT THEIR REQUEST FOR NEGO

AMOUNT OF CONTRACT - $3,966,127.53

CFSA Failed to act on J&A proposed realistic unit cost and forced J&A to remain at an unrealistic unit cost of $139.06 for consecutive years while other contractors were receiving a unit cost of more than $200 for similar or same services that J&

| CLIENT COST CALCULATIONS | | |
|---|---|---|
| UNIT COST $ 197.57 | NO. CLIENT SLOTS 55 | |
| DAYS 365 = | TOTAL BUDGET $ 3,966,127.53 | |

**CONTRACT DURATION FROM JULY 06 TO JUNE 07**
**Proposed & Submitted To CFSA J&A's Fixed Daily Rate Of $191.90 Of The Indefinite Quality Contrac**

| CONTRACT DURATION JULY 06 TO JUNE 07 | (1) JULY 06 | (2) AUG 06 | (3) SEPT 06 | (4) OCT 06 | (5) NOV 06 | (6) DEC 06 | (7) JAN 07 | (8) FEB 07 | (9) MARCH 07 | (10) APRIL 07 | (11) MAY 07 | (12) JUNE 07 | END D TOTA UNPAI O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CLIENT COST INVOICE NUMBER (Suggested Number) | J&A CI-0001 | J&A CI-0002 | J&A CI-0003 | J&A CI-0004 | J&A CI-0005 | J&A CI-0006 | J&A CI-0007 | J&A CI-0008 | J&A CI-0009 | J&A CI-0010 | J&A CI-0011 | J&A CI-0012 | |
| 2. CLIENT COST INVOICE DATE SUBMITTED (Proposed Date) | 8/5/06 | 9/5/06 | 10/5/06 | 11/5/06 | 12/5/06 | 1/5/07 | 2/5/07 | 3/5/07 | 4/5/07 | 5/5/07 | 6/5/07 | 7/5/07 | |
| 3. CLIENT COST INVOICE AMOUNT (Calculated Estimate) | $ 289,944.12 | $ 283,354.26 | $ 281,124.61 | $ 296,941.82 | $ 287,232.06 | $ 292,290.17 | $ 286,563.91 | $ 266,290.41 | $ 296,580.66 | $ 287,944.81 | $ 296,767.50 | $ 291,650.60 | $3,456 |
| 4. CLIENT COST INVOICE DATE PAID (Pay Before 25th of Month) | 8/25/06 | 9/25/06 | 10/25/06 | 11/25/06 | 12/25/06 | 1/25/07 | 2/25/07 | 3/25/07 | 4/25/07 | 5/25/07 | 6/25/07 | 7/25/07 | |
| 5. CLIENT COST INVOICE AMOUNT PAID BY CFSA | $ 148,098.90 | $ 157,207.29 | $ 115,976.04 | $ 119,383.01 | $ 113,542.49 | $ 131,342.17 | $ 121,886.09 | $ 118,131.47 | $ 129,742.98 | $ 122,763.68 | $ 120,078.31 | $ 112,241.37 | $1,510 |
| 6. CLIENT COST INVOICE UNPAID BALANCE OWED J&A (Name) | $ 141,845.22 | $ 126,146.97 | $ 165,148.57 | $ 177,558.81 | $ 173,689.57 | $ 170,948.00 | $ 164,677.82 | $ 148,158.94 | $ 166,837.68 | $ 165,181.13 | $ 176,889.19 | $ 179,409.23 | $ 1,946 |

**REIMBURSEMENT COST**

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7. REIMBURSEMENT COST INVOICE NUMBER (Suggested Number) | J&A CR-0001 | J&A CR-0002 | J&A CR-0003 | J&A CR-0004 | J&A CR-0005 | J&A CR-0006 | J&A CR-0007 | J&A CR-0008 | J&A CR-0009 | J&A CR-0010 | J&A CR-0011 | J&A CR-0012 | |
| 8. REIMBURSEMENT COST INVOICE DATE SUBMITTED (Proposed Date) | 8/10/06 | 9/10/06 | 10/10/06 | 11/10/06 | 12/10/06 | 1/10/07 | 2/10/07 | 3/10/07 | 4/10/07 | 5/10/07 | 6/10/07 | 7/10/07 | |
| 9. REIMBURSEMENT COST INVOICE AMOUNT (Compiled receipt & cost calculate amount) | $ 46,912.73 | $ 53,502.59 | $ 44,865.89 | $ 39,915.03 | $ 38,758.44 | $44,566.68 | $ 50,292.94 | $ 37,967.39 | $ 40,276.19 | $ 38,045.69 | $ 40,089.35 | $ 34,339.90 | $ 509,5 |
| 10. REIMBURSEMENT COST INVOICE DATE PAID | 8/25/06 | 9/25/06 | 10/25/06 | 11/25/06 | 12/25/06 | 1/25/07 | 2/25/07 | 3/25/07 | 4/25/07 | 5/25/07 | 6/25/07 | 7/25/07 | |
| 11. REIMBURSEMENT COST INVOICE AMOUNT PAID BY CFSA (Before the 25th of Month) | $ 32,611.19 | $ 37,973.07 | $ 12,759.20 | $ 27,103.02 | $ 26,177.75 | $ 30,874.34 | $ 35,195.35 | $ 24,204.57 | $ 27,107.65 | $ 25,165.55 | $ 27,056.20 | $ 22,578.05 | $ 328,8 |
| 12. REIMBURSEMENT COST UNPAID BALANCE OWED J&A (Name) | $ 14,301.54 | $ 15,529.52 | $ 32,106.69 | $ 12,812.01 | $ 12,580.69 | $ 13,692.34 | $ 15,097.59 | $ 13,762.82 | $ 13,168.54 | $ 12,880.14 | $ 13,033.15 | $11,761.85 | $ 180,7 |
| 13. SUBTOTAL AMOUNTS OWED J&A | $ 156,146.76 | $ 141,676.49 | $ 197,255.26 | $ 190,370.82 | $ 186,270.26 | $ 174,640.34 | $ 179,775.41 | $ 161,921.76 | $ 180,006.22 | $ 178,061.27 | $ 189,722.34 | $ 191,171.08 | GRAND TOT UNPAID AM J&A $ 2,12 |

ALYSIS OF CFSA CONTRACT BUDGET PREPARED BY J&A  SUBMITTED TO CFSA AT THEIR REQUEST FOR NEGOTIA NS

CFSA Failed to act on J&A proposed realistic unit cost and forced J&A to remain at an unrealistic unit cost of $139.06 for four (4) consecutive years while other contractors were receiving a unit cost of more than $200 for similar or same services that J&A provides.

| ntract Budget Submitted to CFSA - |
|---|
| Appropriate Response |
| - $5,435,321.25 |

| CALCULATIONS |
|---|
| NO. CLIENT SLOTS  40 |
| L BUDGET  $5,435,321.25 |

**CONTRACT DURATION FROM JULY 07 TO JUNE 08**
**Proposed & Submitted To CFSA J&A's Fixed Daily Rate Of $191.90 Of The Indefinite Quality Contract Type**

| N | (1) JULY 07 | (2) AUG 07 | (3) SEPT 07 | (4) OCT 07 | (5) NOV 07 | (6) DEC 07 | (7) JAN 08 | (8) FEB 08 | (9) MARCH 08 | (10) APRIL 08 | (11) MAY 08 | (12) JUNE 08 | (13) END DATE JUNE 08 TOTAL ANNUAL UNPAID AMOUNT OWED J&A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J&A CI-0001 | J&A CI-0002 | J&A CI-0003 | J&A CI-0004 | J&A CI-0005 | J&A CI-0006 | | | | | | | |
| | 8/5/07 | 9/5/07 | 10/5/07 | 11/5/07 | 12/5/07 | 1/5/08 | | | | | | | |
| E mate) | $301,903.62 | $302,565.82 | $295,438.35 | $297,681.12 | $288,960.12 | $294,793.66 | | | | | | | $1,781,351.69 |
| | 8/25/07 | 9/25/07 | 10/25/07 | 11/25/07 | 12/25/07 | 1/25/08 | | | | | | | |
| E | $125,084.47 | $119,869.72 | $119,522.07 | $137,252.22 | $126,405.54 | $136,626.45 | | | | | | | $764,760.47 |
| | $176,819.15 | $182,696.10 | $175,916.28 | $160,428.90 | $162,563.58 | $158,167.21 | | | | | | | $1,016,591.22 |

**REIMBURSEMENT COST**

| | J&A CR-0001 | J&A CR-0002 | J&A CR-0003 | J&A CR-0004 | J&A CR-0005 | J&A CR-0006 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/10/07 | 9/10/07 | 10/10/07 | 11/10/07 | 12/10/07 | 1/10/08 | | | | | | | |
| ST pplied | $34,074.38 | $33,412.18 | $29,701.65 | $38,296.88 | $36,170.88 | $44,184.34 | | | | | | | $215,840.31 |
| | 8/25/07 | 9/25/07 | 10/25/07 | 11/25/07 | 12/25/07 | 1/25/08 | | | | | | | |
| )ST BY ) | $22,430.50 | $20,353.92 | $18,932.34 | $25,087.67 | $22,815.70 | $30,047.60 | | | | | | | $139,667.73 |
| )ST /ED | $11,643.88 | $13,058.26 | $10,769.31 | $13,209.21 | $13,355.18 | $14,136.74 | | | | | | | $76,172.58 |
| | $188,463.03 | $195,754.36 | $186,685.59 | $173,638.11 | $175,918.76 | $172,303.95 | | | | | | | GRAND TOTAL OF UNPAID AMOUNT OWED J&A $1,092,763.80 |

**J&A ASSOCIATES**

CONTRACT ID CFSA - Contract Budget Submitted to CFSA - No Appropriate Response

ALYSIS OF CFSA CONTRACT BUDGET PREPARED BY J&A    SUBMITTED TO CFSA AT THEIR REQ

AMOUNT OF CONTRACT - **$5,435,321.25**

CFSA Failed to act on J&A proposed realistic unit cost and forced J&A to remain at an unrealistic unit c consecutive years while other contractors were receiving a unit cost of more than $200 for similar or same

| CLIENT COST CALCULATIONS |
|---|
| UNIT COST $ **270.95**    NO. CLIENT SLOTS **40** |
| DAYS **365**   =   TOTAL BUDGET **$5,435,321.25** |

**CONTRACT DURATION FROM JULY 07 TO JUNE 08**
**Proposed & Submitted To CFSA  J&A's Fixed Daily Rate Of $191.90 Of The Indefinite Qu**

| CONTRACT DURATION JULY 07 TO JUNE 08 | (1) JULY 07 | (2) AUG 07 | (3) SEPT 07 | (4) OCT 07 | (5) NOV 07 | (6) DEC 07 | (7) JAN 08 | (8) FEB 08 | (9) MARCH 08 | (10) APRIL 08 | (11) MAY 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.CLIENT COST INVOICE NUMBER (Suggested Number) | J&A CI-0001 | J&A CI-0002 | J&A CI-0003 | J&A CI-0004 | J&A CI-0005 | J&A CI-0006 | | | | | |
| 2. CLIENT COST INVOICE DATE SUBMITTED (Proposed Date) | 8/5/07 | 9/5/07 | 10/5/07 | 11/5/07 | 12/5/07 | 1/5/08 | | | | | |
| 3. CLIENT COST INVOICE AMOUNT (Calculated Estimate) | $ 301,903.62 | $ 302,565.82 | $ 295,438.35 | $ 297,681.12 | $ 288,960.12 | $ 294,793.66 | | | | | |
| 4. CLIENT COST INVOICE DATE PAID (Pay Before 25th of Month) | 8/25/07 | 9/25/07 | 10/25/07 | 11/25/07 | 12/25/07 | 1/25/08 | | | | | |
| 5. CLIENT COST INVOICE AMOUNT PAID BY CFSA | $ 125,084.47 | $ 119,869.72 | $ 119,522.07 | $ 137,252.22 | $ 126,405.54 | $ 136,626.45 | | | | | |
| 6. CLIENT COST INVOICE UNPAID BALANCE OWED J&A (Name) | $ 176,819.15 | $ 182,696.10 | $ 175,916.28 | $ 160,428.90 | $ 162,563.58 | $ 158,167.21 | | | | | |
| **REIMBURSEMENT COST** | | | | | | | | | | | |
| 7. REIMBURSEMENT COST INVOICE NUMBER (Suggested Number) | J&A CR-0001 | J&A CR-0002 | J&A CR-0003 | J&A CR-0004 | J&A CR-0005 | J&A CR-0006 | | | | | |
| 8. REIMBURSEMENT COST INVOICE DATE SUBMIT TED (Proposed Date) | 8/10/07 | 9/10/07 | 10/10/07 | 11/10/07 | 12/10/07 | 1/10/08 | | | | | |
| 9. REIMBURSEMENT COST INVOICE AMOUNT (Compiled receipt & cost calculate amount) | $ 34,074.38 | $ 33,412.18 | $ 29,701.65 | $ 38,296.88 | $ 36,170.88 | $ 44,184.34 | | | | | |
| 10. REIMBURSEMENT COST INVOICE DATE PAID | 8/25/07 | 9/25/07 | 10/25/07 | 11/25/07 | 12/25/07 | 1/25/08 | | | | | |
| 11. REIMBURSEMENT COST INVOICE AMOUNT PAID BY CFSA (Before the 25th of Month) | $ 22,430.50 | $ 20,353.92 | $ 18,932.34 | $ 25,087.67 | $ 22,815.70 | $ 30,047.60 | | | | | |
| 12. REIMBURSEMENT COST UNPAID BALANCE OWED J&A (Name) | $ 11,643.88 | $ 13,058.26 | $ 10,769.31 | $ 13,209.21 | $ 13,355.18 | $ 14,136.74 | | | | | |
| 13. SUBTOTAL AMOUNTS OWED J&A | $ 188,463.03 | $ 195,754.36 | $ 186,685.59 | $ 173,638.11 | $ 175,918.76 | $ 172,303.95 | | | | | |

Unpaid Balance Owed J&A by CFSA Calculated at the Per diem Rate That J&A Would Have Received Commensurate With Others Contractor Doing Similar Work

| Contract Period | Per diem Rate | Client Cost Unpaid | Reimbursement Cost Unpaid | Total Amount Unpaid |
|---|---|---|---|---|
| 2004 to 2005 | $191.90 | $1,564.828.31 | $206,622.63 | $1,771,450.94 |
| 2005 to 2006 | $197.57 | $1,509,054.15 | $179,697.39 | $1,188,751.54 |
| 2006 to 2007 | $197.57 | $1,947,291.13 | $180,726.88 | $2,128,018.01 |
| July 07 to June 08 | $270.95 | $1,016,591.22 | $76,172.58 | $1,092,763.80 |
| Grand Total | | $6,037,763.81 | $643,219,48 | $6,680,983.29 |

Special Note #1: I should be noted that during the four (4) conceptive years that the CFSA contract office without any negotiation fair hearing or reason CFSA unilaterally paid Jones Associates only $139.06 per diem while at same time during thode years the CFSA was paying other contractors doing the same or similar work a substantial higher rate than as $139.06 rate such as:

- Terrific Inc. $478.50 per diem (per child per day)
- Umbrella Inc. $ 294.00 per diem  (per child per day)
- Echelon Inc. $200.00 per diem (per child per day)
- Fihanka Place $186.00 per diem (per child per day)
- Jones & associates $139.06 per diem (per child per day)

Jones & Associates is requested that it be paid for the back paid for four (4) years that it should have received had it not been held to the per diem rate of $139.06 for all these years with out reason.

Special note #2: Contract period July 07 to June 08 is in the process being calculated.

# JONES & ASSOCIATES

ANALYSIS OF CFSA CONTRACT BUDGET PREPARED BY J&A AND SUBMITTED TO CFSA AT THEIR REQUEST FOR NEGOTIATIONS

CFSA Failed to act on J&A proposed realistic unit cost and forced J&A to remain at an unrealistic unit cost of $139.06 for four (4) consecutive years while other contractors were receiving a unit cost of more than $200 for similar or same services that J&A provides.

**SA - Proposal w/ Budget Contract Submitted to CFSA - No Appropriate Response**
**TRACT - $3,852,392.50**

**NT COST CALCULATIONS**
**91.90   NO. CLIENT SLOTS _55_**
**TOTAL BUDGET  $3,852,392.50**

**CONTRACT DURATION FROM JULY 04 TO JUNE 05**
**Proposed & Submitted To CFSA  J&A's Fixed Daily Rate Of $191.90 Of The Indefinite Quality Contract Type**

| DURATION TO JUNE 05 | (1) JULY 04 | (2) AUG 04 | (3) SEPT 04 | (4) OCT 04 | (5) NOV 04 | (6) DEC 04 | (7) JAN 05 | (8) FEB 05 | (9) MARCH 05 | (10) APRIL 05 | (11) MAY 05 | (12) JUNE 05 | (13) END DATE JUNE 05 TOTAL ANNUAL UNPAID AMOUNT OWED J&A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OICE (d Number) | J&A CI-0001 | J&A CI-0002 | J&A CI-0003 | J&A CI-0004 | J&A CI-0005 | J&A CI-0006 | J&A CI-0007 | J&A CI-0008 | J&A CI-0009 | J&A CI-0010 | J&A CI-0011 | J&A CI-0012 | |
| OICE DATE ossed Date) | 8/5/04 | 9/5/04 | 10/5/04 | 11/5/04 | 12/5/04 | 1/5/05 | 2/5/05 | 3/5/05 | 4/5/05 | 5/5/05 | 6/5/05 | 7/5/05 | |
| T INVOICE culated Estimate) | $ 287,189.50 | $ 287,189.50 | $ 276,635.00 | $ 287,189.50 | $ 266,516.25 | $ 277,732.19 | $ 286,121.22 | $ 253,447.32 | $ 289,266.59 | $ 275,081.82 | $ 285,093.90 | $ 240,853.75 | $ 3,312,306.54 |
| OICE DATE 5th of Month) | 8/25/04 | 9/25/04 | 10/25/04 | 11/25/04 | 12/25/04 | 1/25/05 | 2/25/05 | 3/25/05 | 4/25/05 | 5/25/05 | 6/25/05 | 7/25/05 | |
| T INVOICE ) BY CFSA | $ 145,000.00 | $ 145,000.00 | $ 145,000.00 | $ 145,000.00 | $ 167,358.71 | $ 161,518.19 | $ 165,203.28 | $ 136,835.04 | $ 142,814.62 | $ 129,395.33 | $ 133,636.66 | $ 130,716.40 | $ 1,747,478.23 |
| OICE UNPAID J&A  (Name) | $ 142,189.50 | $ 142,189.50 | $ 131,635.00 | $ 142,189.50 | $ 99,157.54 | $ 116,214.00 | $ 120,917.94 | $ 116,612.28 | $ 146,451.97 | $ 145,686.49 | $ 151,447.24 | $ 110,137.35 | $ 1,564,828.31 |

**REIMBURSEMENT COST**

| | J&A CR-0001 | J&A CR-0002 | J&A CR-0003 | J&A CR-0004 | J&A CR-0005 | J&A CR-0006 | J&A CR-0007 | J&A CR-0008 | J&A CR-0009 | J&A CR-0010 | J&A CR-0011 | J&A CR-0012 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T COST R | | | | | | | | | | | | | |
| T COST UBMIT ) | 8/10/04 | 9/10/04 | 10/10/04 | 11/10/04 | 12/10/04 | 1/10/05 | 2/10/05 | 3/10/05 | 4/10/06 | 5/10/05 | 6/10/05 | 7/10/06 | |
| EMENT COST IOUNT (Compiled te amount) | $ 40,000 | $ 40,000 | $40,000 | $44,679.43 | $ 50,118.75 | $ 49,457.31 | $ 41,068.28 | $ 42,078.68 | $37,922.91 | $ 41,553.18 | $ 42,105.60 | $75,781.25 | $ 544,765.39 |
| T COST AID | 8/25/04 | 9/25/04 | 10/25/04 | 11/25/04 | 12/25/04 | 1/25/05 | 2/25/05 | 3/25/05 | 4/25/05 | 5/25/05 | 6/25/05 | 7/25/05 | |
| EMENT COST UNT PAID BY 25th of Month) | Record search | Record search | Record search | Record search | $ 23,292.55 | $ 38,450.09 | $ 32,854.62 | $ 28,753.09 | $ 29,041.03 | $ 24,654.24 | $ 27,998.14 | $ 33,099.00 | $ 338,142.76 |
| EMENT COST LANCE OWED | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 19,679.43 | $ 26,826.20 | $ 11,007.22 | $ 8,213.66 | $ 13,325.59 | $ 8,881.88 | $ 16,898.94 | $ 14,107.46 | $ 42,682.25 | $ 206,622.63 |
| AMOUNTS | $ 157,189.50 | $157,189.50 | $ 146,635.00 | $161,868.93 | $ 125,983.74 | $ 127,221.22 | $ 129,131.60 | $ 129,937.87 | $ 155,333.85 | $ 162,585.43 | $ 165,554.70 | $ 152,819.60 | GRAND TOTAL OF UNPAID AMOUNT OWED J&A $ 1,771,450.94 |

CONTRACT ID CFSA - Proposal w/ Budget Contract Submitted to CFSA -
No Appropriate Response

AMOUNT OF CONTRACT - $3,852,392.50

# JONES & ASSOCIATES

ANALYSIS OF CFSA CONTRACT BUDGET PREPARED BY J&A AND SUBMITTED TO CF

CFSA Failed to act on J&A proposed realistic unit cost and forced J&A to remain at an un
consecutive years while other contractors were receiving a unit cost of more than $200 for

| CLIENT COST CALCULATIONS | | |
|---|---|---|
| UNIT COST $191.90 | NO. CLIENT SLOTS 55 | |
| DAYS 365 = | TOTAL BUDGET $3,852,392.50 | |

**CONTRACT DURATION FROM JULY 04 TO JU**
**Proposed & Submitted To CFSA J&A's Fixed Daily Rate Of $191.90 Of The**

| CONTRACT DURATION JULY 04 TO JUNE 05 | (1) JULY 04 | (2) AUG 04 | (3) SEPT 04 | (4) OCT 04 | (5) NOV 04 | (6) DEC 04 | (7) JAN 05 | (8) FEB 05 | (9) MARCH 05 | (10) APRIL 05 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.CLIENT COST INVOICE NUMBER (Suggested Number) | J&A CI-0001 | J&A CI-0002 | J&A CI-0003 | J&A CI-0004 | J&A CI-0005 | J&A CI-0006 | J&A CI-0007 | J&A CI-0008 | J&A CI-0009 | J&A CI-0010 |
| 2. CLIENT COST INVOICE DATE SUBMITTED (Proposed Date) | 8/5/04 | 9/5/04 | 10/5/04 | 11/5/04 | 12/5/04 | 1/5/05 | 2/5/05 | 3/5/05 | 4/5/05 | 5/5/05 |
| 3. CLIENT COST INVOICE AMOUNT (Calculated Estimate) | $ 287,189.50 | $ 287,189.50 | $ 276,635.00 | $ 287,189.50 | $ 266,516.25 | $ 277,732.19 | $ 286,121.22 | $ 253,447.32 | $ 289,266.59 | $ 275,081.82 |
| 4. CLIENT COST INVOICE DATE PAID (Pay Before 25th of Month) | 8/25/04 | 9/25/04 | 10/25/04 | 11/25/04 | 12/25/05 | 1/25/05 | 2/25/05 | 3/25/05 | 4/25/05 | 5/25/05 |
| 5. CLIENT COST INVOICE AMOUNT PAID BY CFSA | Record search $ 145,000.00 | Record search $ 145,000.00 | Record search $ 145,000.00 | Record search $ 145,000.00 | $ 167,358.71 | $ 161,518.19 | $ 165,203.28 | $ 136,835.04 | $ 142,814.62 | $ 129,395.33 |
| 6. CLIENT COST INVOICE UNPAID BALANCE OWED J&A (Name) | $ 142,189.50 | $ 142,189.50 | $ 131,635.00 | $ 142,189.50 | $ 99,157.54 | $ 116,214.00 | $ 120,917.94 | $ 116,612.28 | $ 146,451.97 | $ 145,686.49 |
| **REIMBURSEMENT COST** | | | | | | | | | | |
| 7. REIMBURSEMENT COST INVOICE NUMBER (Suggested Number) | J&A CR-0001 | J&A CR-0002 | J&A CR-0003 | J&A CR-0004 | J&A CR-0005 | J&A CR-0006 | J&A CR-0007 | J&A CR-0008 | J&A CR-0009 | J&A CR-0010 |
| 8. REIMBURSEMENT COST INVOICE DATE SUBMITTED (Proposed Date) | 8/10/04 | 9/10/04 | 10/10/04 | 11/10/04 | 12/10/04 | 1/10/05 | 2/10/05 | 3/10/05 | 4/10/06 | 5/10/05 |
| 9. REIMBURSEMENT COST INVOICE AMOUNT (Compiled receipt & cost calculate amount) | $ 40,000 | $ 40,000 | $40,000 | $44,679.43 | $ 50,118.75 | $ 49,457.31 | $ 41,068.28 | $ 42,078.68 | $37,922.91 | $ 41,553.18 |
| 10. REIMBURSEMENT COST INVOICE DATE PAID | 8/25/04 | 9/25/04 | 10/25/04 | 11/25/04 | 12/25/04 | 1/25/05 | 2/25/05 | 3/25/05 | 4/25/05 | 5/25/05 |
| 11. REIMBURSEMENT COST INVOICE AMOUNT PAID BY CFSA (Before the 25th of Month) | Record search | Record search | Record search | Record search | $ 23,292.55 | $ 38,450.09 | $ 32,854.62 | $ 28,753.09 | $ 29,041.03 | $ 24,654.24 |
| 12. REIMBURSEMENT COST UNPAID BALANCE OWED J&A (Name) | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 19,679.43 | $ 26,826.20 | $ 11,007.22 | $ 8,213.66 | $ 13,325.59 | $ 8,881.88 | $ 16,898.94 |
| 13. SUBTOTAL AMOUNTS OWED J&A | $ 157,189.50 | $157,189.50 | $ 146,635.00 | $161,868.93 | $ 125,983.74 | $ 127,221.22 | $ 129,131.60 | $ 129,937.87 | $ 155,333.85 | $ 162,585.43 |